# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 08, 2023

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

    Re: Case No. 23-5795, *Honorable Order of KY Colonels, Inc. v. KY Colonels Intl, et al*
          Originating Case No. : 3:20-cv-00132

Dear Parties,

   Please find enclosed the amended caption for this appeal. Please contact the Court with questions.

                                Sincerely yours,

                                s/Roy G. Ford
                                Case Manager
                                Direct Dial No. 513-564-7016

cc: Mr. Cornelius Edwin Coryell II
     Mr. James J. Vilt Jr.