UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5795**

Case Title: **Honorable Order of Kentucky Colonels, Inc.** vs. **Kentucky Colonels International, etal.**

List all clients you represent in this appeal:

| |
|---|
| **The Honorable Order of Kentucky Colonels, Inc.** |

- ☐ Appellant
- ☒ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Cornelius E. Coryell**     Signature: s/ **Cornelius E. Coryell**

Firm Name: **Wyatt, Tarrant & Combs, LLP**

Business Address: **400 West Market Street, Suite 2000**

City/State/Zip: **Louisville, KY 40202**

Telephone Number (Area Code): **(502) 562-7376**

Email Address: **ccoryell@wyattfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---