UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5795** _____

Case Title: **Honorable Order of Kentucky Colonels, Inc.** vs. **Kentucky Colonels International, et al.**

List all clients you represent in this appeal:

**The Honorable Order of Kentucky Colonels, Inc.**

☐ Appellant
☑ Appellee

Petitioner
☐ Respondent
☐

Amicus Curiae
☐ Intervenor
☐

Criminal Justice Act
☐    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Julie Laemmle Watts** _____ Signature: s/ **Julie Laemmle Watts** _____

Firm Name: **Wyatt, Tarrant & Combs, LLP** _____

Business Address: **400 West Market Street, Suite 2000** _____

City/State/Zip: **Louisville, KY 40202** _____

Telephone Number (Area Code): **(502) 562-7130** _____

Email Address: **jwatts@wyattfirm.com** _____

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17
101264368