UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THE HONORABLE ORDER OF
KENTUCKY COLONELS, INC.,                                         Plaintiff,

v.                                                              Civil Action No. 3:20-cv-132-RGJ

KENTUCKY COLONELS
INTERNATIONAL et al.,                                            Defendants.

\* \* \* \* \*

## ORDER

Pro se Defendant David J. Wright filed an application to appeal in forma pauperis without payment of the filing fee. [DE 133]. On review, the Court finds Wright makes the financial showing required to waive the appellate filing fee under Fed. R. App. P. 24. As required by Fed. R. App. P. 24, Wright attached an affidavit that shows the detail prescribed by Form 4 of the Appendix of Forms. The form states the claims and issues Wright intends to present on appeal. It also shows that Wright's monthly income just covers his monthly expenses. Payment of the appellate filing fee would cause undue hardship. Accordingly, **IT IS ORDERED** the application to proceed without prepayment of fees [DE 133] is **GRANTED**.

September 20, 2023

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:   Defendant, pro se
             Sixth Circuit Court of Appeals, Case No. 23-5795

1