Nos. 23-5795/6108

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 8, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| HONORABLE ORDER OF KENTUCKY COLONELS, INC., ) ) ) | |
| Plaintiff-Appellee, ) ) | |
| v. ) ) | O R D E R |
| KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UKNOWN DEFENDANTS, ) ) ) ) ) ) ) ) | |
| Defendants ) ) | |
| and ) ) | |
| DAVID J. WRIGHT, Individually and In His Capacity as President of Ecology Crossroads Cooperative Foundation, Inc. ) ) ) ) | |
| Defendant-Appellant. ) | |

In Case No. 23-5795, the defendant-appellant appeals the district court's order holding the defendants in contempt and ordering them to pay compensatory sanctions. In Case No. 23-6108, the defendant appeals the district court's order granting in part the plaintiff's motion for attorneys' fees. In Case No. 23-5795, the defendant moves to be addressed as a Kentucky Colonel, for leave to file a brief of up to 50 pages or 17,000 words, for an extension of time to file his principal brief, for the appointment of pro bono counsel, and for leave to receive documents electronically through CM/ECF. The plaintiff responds in opposition. Via separate motion, the defendant also moves to consolidate the appeals for purposes of briefing and submission, for an extension of time in which

- 2 -

to file his principal brief, for the appointment of a special master, and for the suspension of the Federal Rules of Appellate Procedure. The plaintiff again responds, supporting consolidation and opposing the remainder of the relief sought.

Upon review, it is **ORDERED** as follows:

- The defendant's motions to compel title recognition is **DENIED**;

- Oversized briefs are seldom permitted. 6 Cir. I.O.P. 28(a). The defendant's motion for leave to file an oversized brief is **DENIED**;

- The defendant's motion to find the plaintiff in default is **DENIED** as moot. No response is required to the notice of appeal;

- The defendant's motion for an extension of time to file his brief is **GRANTED**, and briefing will be reset by separate letter;

- There being no right to counsel in these appeals, the defendant's request for pro bono counsel is **REFERRED** to the ultimate merits panel for consideration along with the appellate briefs. The defendant is directed to file a pro se brief to the best of his ability;

- The defendant's request to receive service of documents by email is **DENIED**. Parties not represented by counsel must receive service by non-electronic means. 6 Cir. R. 25(f)(1)(B);

- The defendant's motion to consolidate Case Nos. 23-5795 and 23-6108 for the purpose of briefing and submission is **GRANTED**;

- The defendant's request for appointment of a special master and suspension of rules is **REFERRED** to the ultimate merits panel for consideration along with the appellate briefs; and

- 3 -

- The plaintiff's request to dismiss No. 23-5795 is **DENIED** without prejudice, subject to renewal if and when appropriate.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk
