## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  February 09, 2024

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

Re: Case No. 23-5795/23-6108, *Honorable Order of KY Colonels, Inc. v. KY Colonels Intl, e al*
Originating Case No. : 3:20-cv-00132

Dear Sir,

   The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates.  The appellant must serve his brief by mailing it to all opposing counsel.

| | | |
|---|---|---|
| Appellant's Brief | | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Mailed by **March 11, 2024** |
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | | Filed electronically by **April 15, 2024** |
| Appellant's Reply Brief<br>(Optional Brief) | | Mailed **24** days after<br>the appellee's brief |

   **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

   If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

Sincerely yours,

                                                      s/Roy G. Ford  
                                                      Case Manager  
                                                      Direct Dial No. 513-564-7016

cc:  Mr. Cornelius Edwin Coryell II  
      Ms. Julie Laemmle Watts