## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 19, 2024

Mr. David J. Wright
302 General Smith Drive
Richmond, KY 40475

Re: Case No. 23-5795/23-6108, *Honorable Order of KY Colonels, Inc. v. KY Colonels Intl, e al*
Originating Case No. : 3:20-cv-00132

Dear Parties,

Briefing in this case will be held in abeyance temporarily because pending motion to dismiss and motion to expedite, et al. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. Cornelius Edwin Coryell II
    Ms. Julie Laemmle Watts