# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CASE NOS. 23-5795, 23-6108, and 24-5511

**HONORABLE ORDER OF KENTUCKY COLONELS, INC.**

**Plaintiff-Appellee**

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; and UNKNOWN DEFENDANTS

Defendants

By

**COL. DAVID J. WRIGHT, A KENTUCKY COLONEL**

Individually and on behalf of all other similarly titled individuals, and

in his capacity as President of Ecology Crossroads Cooperative Foundation,

**Defendant-Appellant**

RECEIVED
07/03/2024
KELLY L. STEPHENS, Clerk

## PRO-SE APPEARANCE

Comes now, **(Col.) David J. Wright**, a Kentucky Colonel ("Colonel Wright" or "Appellant"), *pro se* and in *forma pauperis*, Defendant-Appellant in the matter of [The] **Honorable Order of Kentucky Colonels, Inc.** v. **Kentucky Colonels International, et al.** (an unincorporated *defunct* membership association 1998-2000). This appearance is made pursuant to **Federal Rule of Appellate Procedure 26.1 (a) Nongovernmental Corporations**. Any nongovernmental corporation that is a party to a proceeding in a court of appeals must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.