UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 23-5795 and 23-6108


HONORABLE ORDER OF KENTUCKY COLONELS, INC.

Plaintiff-Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL
INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE
FOUNDATION, INC.; UNKNOWN DEFENDANTS

Defendants

DAVID J. WRIGHT

Defendant-Appellant


**APPELLEE'S SUPPLEMENTAL MOTION
TO DISMISS CONSOLIDATED APPEALS**

Plaintiff/Appellant, The Honorable Order of Kentucky Colonels, Inc.

("HOKC"), by counsel, hereby tenders the following supplement to its Motion

to Dismiss Appeal filed March 14, 2024 [Doc. 19]. In addition to the reasons

stated therein, HOKC states that Defendant/Appellant, David J. Wright, has

continuously refused to comply with the District Court's orders regarding

post-judgment discovery and, therefore, is in contempt of those orders. As a

result, Wright's consolidated appeals should be dismissed.

## **BACKGROUND**[1]

Appellant, David J. Wright, has a well documented history of refusing to comply with court orders.  Indeed, this appeal involves Wright's contempt of an Agreed Permanent Injunction entered by the District Court on February 23, 2021 [DE 93].  The District Court found that Wright knowingly and intentionally violated that injunction and ordered him to pay both compensatory damages and attorneys' fees relating to HOKC's prosecution of the contempt motion.  [See 8/9/23 Memorandum Opinion and Order [DE 129] and 11/13/23 Memorandum Opinion and Order [DE 138]].  Notwithstanding the imposition of financial sanctions, Wright continued to violate the injunction through most of 2023.  [See Affidavit of Counsel attached hereto as Exhibit 1, ¶ 3].

During the pendency of this appeal, Wright has continued to ignore the District Court's directives by, most recently, refusing  to appear for an asset discovery deposition.  On July 31, 2024, the District Court ordered Wright to provide dates for an asset discovery deposition and appear for such a deposition within thirty (30) days of the date of the order.  [7/31/24 Memorandum Opinion and Order [DE 158], PageID #4008].  In addition, the

---

[1] HOKC hereby adopts and incorporates herein by reference the background offered in its original Motion to Dismiss Appeal [Doc. 19].

District Court awarded HOKC's attorneys' fees incurred in tendering the motion to compel Wright's appearance. [*Id*. at PageID #4009].

By correspondence dated August 12, 2024, Wright advised counsel for HOKC that he does not intend to comply with the Court's order. [See Affidavit of Counsel, ¶ 4]. Thus, Wright once again refuses to comply with the orders of the District Court. Wright's most recent contemptuous conduct should result in dismissal of the instant consolidated appeal.

## ARGUMENT

The power to punish for contempt is inherent in all courts. *Chambers v. Nasco, Inc.*, 501 U.S. 32, 44 (1991). Absent the ability to hold a party in contempt for willful violations of court orders, a court is made "impotent, and what the Constitution now fittingly calls the 'judicial power of the United States' would be a mere mockery." *United States v. Mine Workers of America*, 330 U.S. 258, 290 n. 56 (1947) (internal citation omitted). A court's contempt power is "one weapon in its arsenal" that may be deployed to enforce its orders. *Elec. Workers' Pension Tr. Fund of Loc. Union No. 58, IBEW v. Gary's Elec. Serv. Co.*, 340 F.3d 373, 378 (6th Cir. 2003).

Here, the imposing fines or financial sanctions on Wright, a *pro se* litigant, clearly has no impact. The District Court has awarded HOKC monetary sanctions twice and neither award has deterred Wright's

contemptuous conduct.  [See 11/13/23 Memorandum Opinion and Order [DE 138] and 7/31/24 Memorandum Opinion & Order [DE 158]].  Because he is, allegedly, a resident of Venezuela, the Court's ability to impose meaningful sanctions on Wright is limited.  The only meaningful sanction available to the Court is dismissal of the instant appeals.  That sanction should, and must, be imposed for Wright's repeated and continuing contemptuous conduct.

## CONCLUSION

For the reasons stated herein and in its original Motion to Dismiss Appeal, HOKC respectfully requests the Court dismiss the instant appeals.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff/Appellee, the*
*Honorable Order of Kentucky Colonels, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. mail and/or electronic mail, on this the 15th day of August, 2024:

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net


*/s/ Cornelius E. Coryell II*

*Counsel for Plaintiff/Appellee the Honorable Order of Kentucky Colonels, Inc.*

101722297.1

5

# EXHIBIT 1

# TO SUPPLEMENTAL MOTION TO DISMISS CONSOLIDATED APPEALS

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 23-5795 and 23-6108

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

Plaintiff-Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL
INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE
FOUNDATION, INC.; UNKNOWN DEFENDANTS

Defendants

DAVID J. WRIGHT

Defendant-Appellant

## AFFIDAVIT OF COUNSEL

Affiant, Cornelius E. Coryell, being first duly sworn, deposes and states as follows:

1.    I am currently counsel of record for the Appellee in the instant action, The Honorable Order of Kentucky Colonels, Inc. ("HOKC").

2.    I have personal knowledge of the matters set forth herein and I am authorized to make this Affidavit.

3.    On October 11, 2023, counsel for HOKC forwarded the attached correspondence to Defendant/Appellant David J. Wright ("Wright") requesting he cease and desist activities which violated the Agreed Permanent

Injunction entered by the United States District Court for the Western District of Kentucky on February 23, 2021.  On October 18, 2023, Wright responded to that demand refusing to honor the request to cease and desist.

4.    On August 12, 2024, Wright forwarded the attached correspondence indicating that he did not intend to comply with the Court's order that he provide deposition dates during the month of August 2024 and appear for an asset discovery deposition.   Wright has not modified or withdrawn his refusal to comply with the Court's order as reflected in that correspondence.

Further Affiant sayeth naught.

_Cornelius E. Coryell_

COMMONWEALTH OF KENTUCKY  )
                                                     )  :SS
COUNTY OF JEFFERSON             )

The foregoing instrument was acknowledged before me this 15th day of August, 2024, by Cornelius E. Coryell.

My commission expires: July 17, 2027         .

_Tammy Klapheke_
Notary Public

Notary I.D. KYNP75625

101723482.1

2



WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202
502.589.5235
wyattfirm.com

Julie Laemmle Watts
502.562.7130
jwatts@wyattfirm.com

October 11, 2023

**VIA EMAIL**

David J. Wright
302 General Smith Drive
Richmond, KY 40475
david.wright@globcal.net

**Re:    Violation of Permanent Injunction and Continued Trademark Infringement**

Dear Mr. Wright,

It has come to our attention that you, or someone acting on your behalf, is again in violation of the Agreed Permanent Injunction entered by the Court on February 23, 2021 for the lawsuit filed by The Honorable Order of Kentucky Colonels ("HOKC") against you, the now defunct Kentucky Colonels International, Globcal International, Ecology Crossroads Cooperative Foundation, Inc., and Unknown Defendants (collectively, "Defendants") for the enforcement of HOKC's intellectual property rights.

According to the Agreed Permanent Injunction, you, along with the other Defendants and anyone acting on your or their behalf, including any other owners, members, officers, agents, servants, employees, attorneys, and any other person in active concert or participation with Defendants, were permanently enjoined and prohibited from:

1.  using the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark, on or in connection with sale of any goods or services including, but not limited to, the solicitation of charitable donations and the promotion of charitable and philanthropic causes;

2.  using the KENTUCKY COLONELS Mark, or any mark confusingly similar to the KENTUCKY COLONELS Mark, on any website, social media page, or blog in such a way as is likely to cause consumers to be confused, mistaken, or deceived into believing that HOKC has sponsored, sanctioned, approved, licensed, or is any way affiliated with Defendants or any organization or cause sponsored or supported by Defendants;

3.  using the domain names [kycolonels.international], [kentucky.colonels.net], or any other domain name that is confusingly similar to [kycolonels.org] or *any domain name* that incorporates the KENTUCKY COLONELS Mark, or any mark that is confusingly similar to the KENTUCKY COLONELS Mark; and

4.  using Facebook or any other social media platform username or handle that is confusingly similar to the trademark KENTUCKY COLONELS for the purposes

**ATTORNEYS AT LAW**





**WYATT**

WYATT, TARRANT & COMBS, LLP

David J. Wright
October 11, 2023
Page 2

of forming a membership organization, a civil society association or other non-commercial activity such as an event or charitable fundraising endeavor .

Despite the Court's August 9, 2023 Memorandum Opinion and Order holding Defendants in contempt of the Agreed Permanent Injunction, requiring Defendants to abide by the Agreed Permanent Injunction, and ordering Defendants to cease use of the KENTUCKY COLONELS trademark and pay compensatory sanctions for failure to abide by the Agreed Permanent Injunction, you, either alone or with the assistance of others, including those involved with Defendants, continue to blatantly disregard the Agreed Permanent Injunction and HOKC's intellectual property rights.

Specifically, HOKC is aware of the continued use of the KENTUCKY COLONEL Facebook page that you, either alone or in concert with Defendants and others, continue to run, with a recent solicitation of $25 donations for inclusion on a "KENTUCKY COLONEL LIST" of the "1,000 most important Kentucky Colonels – Founders and Model Figures" to help "fund a new start for our *Kentucky Colonel Society*" (emphasis added). Screenshots of the post are copied below.







**WYATT**

WYATT, TARRANT & COMBS, LLP

David J. Wright
October 11, 2023
Page 3

Further, HOKC is aware of the continued efforts by you, either alone or in concert with Defendants and others, to create ID cards as well as maintain a website and Facebook groups in direct violation of the Agreed Permanent Injunction and HOKC's valuable intellectual property rights. A screenshot of a comment from Kentucky International to Kentucky Colonel's Facebook post is below:



HOKC hereby demands that you immediately cease and desist from your unlawful activities in violation of the Court's Injunction and HOKC's intellectual property rights. HOKC further demands that you provide written assurances of your compliance with this demand by no later than seven (7) days after your receipt of same. HOKC will continue to monitor your activities. Should you fail to terminate your improper conduct, HOKC will take action to enforce its rights, including but not limited to brining this matter back in front of the Court.

The above is not an exhaustive statement of all of the relevant facts and law. HOKC expressly reserves all of its legal and equitable rights and remedies, including the right to seek further injunctive relief and recover monetary damages.

You or your attorney may contact me should you have any questions. I look forward to receiving your response within seven (7) days.



David J. Wright
October 11, 2023
Page 4

Sincerely

WYATT, TARRANT & COMBS, LLP

Julie Laemmle Watts

Julie Laemmle Watts

JLW/
cc:     The Honorable Order of Kentucky Colonels

**Coryell, Corky**

| | |
|---|---|
| **From:** | David Wright <david.wright@globcal.net> |
| **Sent:** | Monday, August 12, 2024 3:19 PM |
| **To:** | Coryell, Corky |
| **Cc:** | Sherry Crose; Watts, Julie |
| **Subject:** | Re: [DAVID WRIGHT] [👁] RE: HOKC v Wright |

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Mr. Coryell,

You should celebrate that you have eliminated a charitable nonprofit organization on July 01 from Kentucky and won your dismissal motion in case 24-5511 last week. All of my assets have been disclosed to the Sixth Circuit Court of Appeals. Recently, Ecology Crossroads suspended its operations and Globcal International which is no longer part of Ecology Crossroads released all of my intellectual property to me including all my copyrights and Internet domains as the creator and developer (those are my assets). My only other asset is Ekobius which is a property located in Venezuela that is on hold until the government changes there.

I will not be deposed at this particular time Mr. Coryell unless instructed to do so by the United States Circuit Court of Appeals because the judgment rendered by Judge Jennings was clearly erroneous quoting the "preliminary injunction" in place of the "permanent injunction" in the August 9, 2023 Memorandum Opinion, a decision that was clearly tainted and judicially biased without the equity guaranteed to me in the settlement conference. I seriously doubt the Judge ever took the time to review the settlement record. The matters of 23-5795 and 23-6108 are no longer within the jurisdiction of Judge Jennings, neither is the Permanent Injunction or the Agreed Dismissal of 2021.

My websites, my right to free speech, my social media accounts, do not and have not infringed on any of your client's rights, they will not be taken down by the court. They will continue to grow and continue to be viewed 50,000 times per year. No colonel is under any dutiful obligation to take heed of your client! Further they are only supported by 10% of all colonels. The only confusion is your own mental image in believing your client was the first, only, or original "Kentucky Colonels". Your fraudulent concealment of known factual information about other organizations, my intent in 2017-2019 with Sherry Crose when we discussed the registry concept, my website from 1998-2001, and your misleading attack on my civil rights as a use of your trademark must be considered by the courts before this matter is resolved.

While I admit, I have lots of incomplete and jumbled work online; it will not be sacrificed based on any US Court Order. Since this matter began I have diligently researched everything there is to know about your client's history and the longer history of the Kentucky Colonelcy from days past.

Your client's organization was created by a seated governor based on his erroneous self-guided

conceptual misinterpretation of the Kentucky Colonelcy and as a vacated military order (the honorable order). Your client has built upon that error since 1933, not 1931 or 1932. If your client is interested in purchasing my rights, copyrights, publishing rights, my research of 2,300 references prior to 1933, and storytelling rights you are welcome to based on the actual value as a content asset. The Honorable Order of Kentucky Colonels has underestimated the value of my work and the assistance I offered once free as a member. I guarantee all of my work is worth what Sherry Crose and you have been paid since this matter began.

Thank you and best regards,

**Col. David J. Wright**
**Goodwill Ambassador and Kentucky Colonel**

Creative Works and Engagements
Kentucky Colonelcy:: Authentic History of the Kentucky Colonel
Indigenous Chocolate: Origin of Theobroma Cacao (Theobromatology)

**Voice: (+1) 859-379-8277**
**WhatsApp: (+57) 322-436-2741**

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Mon, Aug 12, 2024 at 10:20 AM Coryell, Corky <ccoryell@wyattfirm.com> wrote:

**From:** Coryell, Corky
**Sent:** Monday, August 12, 2024 8:53 AM
**To:** David Wright <david.wright@globcal.net>
**Cc:** Watts, Julie <jwatts@wyattfirm.com>
**Subject:** RE: HOKC v Wright

Mr. Wright,

Today is the deadline established by the Court for you to provide dates for an asset discovery deposition.

Please provide some dates as you were directed by the Court.


**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202-2898
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

---

**From:** Coryell, Corky
**Sent:** Thursday, August 01, 2024 1:23 PM
**To:** David Wright <david.wright@globcal.net>
**Cc:** Watts, Julie <jwatts@wyattfirm.com>
**Subject:** HOKC v Wright



Mr. Wright,



The attached was just filed.

**Cornelius E Coryell**

Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville KY 40202-2898
Direct: (502) 562-7376
Mobile: (502) 594-0832
Email: ccoryell@wyattfirm.com

# WYATT

Louisville | Lexington | Memphis | Nashville | New Albany | www.wyattfirm.com

**From:** David Wright <david.wright@globcal.net>
**Sent:** Tuesday, July 02, 2024 9:14 AM
**To:** Coryell, Corky <ccoryell@wyattfirm.com>
**Subject:** Administrative Dissolution

> **CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you know the sender and were expecting this message.

Due to the lawsuit and the appeal this was executed yesterday.

Thank you and best regards,

**Col. David J. Wright**

Goodwill Ambassador, Kentucky Colonel, Conservationist

Creative Works and Engagements

**Ecology Crossroads Cooperative Foundation**

**Business Phone: (+1) 859-379-8277**

**Cellular: (+57) 322-436-2741**

**Confidentiality Notice:**
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

============================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
============================================================================