**RECEIVED**
05/27/2025
KELLY L. STEPHENS, Clerk

# Appendix A — Sources and Origins

## Sources and Origins of Kentucky Colonels from Books

## Abstract

Appendix A compiles to index **over 60 seminal works**—ranging from **early travel narratives** and **19th‑century county histories**, to **legal‑academic studies** and **modern linguistic scholarship**—that document the **origins**, **legal foundations**, and **cultural evolution** of the term "Kentucky Colonel." These sources span **1784 to 2022**, demonstrating how the title emerged from **formal militia commissions** under Virginia law, was **literarily popularized** in early American print culture, and later became a **semantic and folkloric archetype**, well before any modern institutional trademark claims.

## Content Summary & Key Works

Below are the **five most consequential** entries—each pivotal for understanding different facets of "Kentucky Colonel":

1. **Domestic Manners of the Americans** (Frances Trollope, 1832)

   *Why it matters:* Trollope's scathing travelogue of Ohio‑Valley social customs introduced European audiences to the **boastful, ceremonious Kentuckian**, laying the **cultural groundwork** for the theatrical "Colonel Wildfire" and the Kentucky Colonel stereotype.

2. **Local Government in the South and the Southwest** (Edward W. Bemis, 1893)

   *Why it matters:* This pioneering political‑science monograph identifies the **Virginia county militia colonel**—established in 1781 when Kentucky County was carved from Virginia—as the **legal origin** of the Kentucky Colonel title.

3. **Initials and Pseudonyms: A Dictionary of Literary Disguises** (William Cushing, 1885)

   *Why it matters:* Cushing documents the use of **"The Kentucky Colonel"** as a **newspaper pseudonym** by mid-19th-century writers, proving that the term had entered the **public literary domain** as a recognizable persona.

4. **Conquest of the Country Northwest of the River Ohio** (William H. English, 1897)

   *Why it matters:* English's two-volume history, based on interviews with Reuben Durrett, offers **detailed biographies** of **Daniel Boone, John Bowman, Benjamin Logan,** and other frontier colonels—confirming their **active military commissions** and civic roles.

5. **The Kentucky Colonel: A Study in Semantics** (American Notes & Queries, 1947)

   *Why it matters:* The first **mid-20th-century scholarly analysis** that traces the term's shift from a **functional rank** to a **national archetype**—used variously in satire, fiction, and political rhetoric.

**Appendix A** is a **curated reference tool** designed to assemble, organize, and annotate the most relevant **historical, legal, literary, and genealogical works** that define and contextualize the term **"Kentucky Colonel."** It brings together **more than sixty primary and secondary sources**—ranging from **18th-century settlement records** and **19th-century county histories** to **20th-century semantic analyses** and **21st-century academic studies**—each providing evidence for the origins, meaning, and public perception of the Kentucky Colonel throughout American history.

## Description

This appendix functions as a **cross-reference archive**, allowing researchers, legal practitioners, and historians to **trace annotated sources** back to the main body of a larger declaration, motion, or legal filing. The entries are formatted to support **searchable queries**, enabling rapid cross-linking of citations,

quotes, and attributions in scholarly or judicial contexts. Most entries include **archival URLs**, publisher information, and direct annotations, making Appendix A both a **bibliographic index** and a **source validation tool**.

## Statement of Purpose

The purpose of Appendix A is to provide **definitive historical grounding** for the term **"Kentucky Colonel"**—to establish that the title **originated in 18th-century civic-military appointments** under Virginia law, and later evolved into a **literary and folkloric archetype** widely used in **public discourse, satire, theater, and regional culture**. By tracing its **legal beginnings**, **public domain usage**, and **semantic evolution**, Appendix A helps to **refute modern claims of proprietary or trademark ownership** by any private organization or entity. It reaffirms that the **Kentucky Colonel is a historical, cultural, and civic title**, belonging to the **public record and collective heritage** of Kentucky and the United States.

This document is designed to aid in **litigation, historical clarification, cultural restitution, and policy reform**, wherever misuse or monopolization of this publicly-rooted term may be occurring.

## Function of Appendix A

This appendix serves as **historical and legal evidence**—for court filings, academic work, or policy analyses—showing that "Kentucky Colonel" originated in **public-law commissions** and **19th-century print culture**, well before any private organization could claim proprietary rights. It underpins arguments for the term's **public-domain status** and rebuts retroactive trademark or institutional ownership.

# Table of Contents

A History of the Daniel Boone National Forest, 1770–1970 — 1975          6

Initials and Pseudonyms: A Dictionary of Literary Disguises — 1885          7

History of the Mississippi Valley — 1903          8

The Emergence of American English as a Discursive Variety — 2022          9

Local Government in the South and the Southwest — 1893          10

The Celebrated Trial, Madeline Pollard vs. Breckinridge — 1894          12

The Kentucky Colonel: A Study in Semantics — 1947          12

Domestic Manners of the Americans — 1832          14

History of Daviess County, Kentucky — 1883          15

Memoir of Col. Chas. S. Todd — 1872          16

The Pictorial Field-Book of the War of 1812 — 1868          17

First Kentucky Colonels — 2021          19

Freedom Just Around the Corner — 2004          19

Something of Men I Have Known — 1909          20

Conquest of the Country Northwest of the River Ohio — 1897          22

A Sesqui-Centennial History of Kentucky — 1945          23

Historic Families of Kentucky — 1889          23

The Statute Law of Kentucky: Index to Littel's Laws — 1931          24

The Life of John Marshall — 1919          25

Featured Cultural Reference — The Marshall Paradox Quote          26

Kentucky State Bar Journal          26

Collins' Historical Sketches of Kentucky — 1874          28

The Bowmans: A Pioneering Family in Virginia, Kentucky — 1943          29

Register of the Kentucky State Historical Society — Pre-1923 Volumes          29

The Durrett Collection: Lewis Family Papers — 1778–1835          31

A History of Kentucky and Kentuckians — 1912          32

A History of Kentucky — 1919          33

History of Kentucky — 1922 (Five Volumes)          34

Traditions of the Earliest Visits of Foreigners to North America — 1908          34

Topographical Description of the Western Territory — 1793 (Volumes I & II)          35

The Discovery, Settlement, and Present State of Kentucke — 1784 (Original)          36

Kentuckians in History and Literature — 1907          37

The History of Kentucky — 1824          38

The Winning of the West — 1904 (6-Volume Edition)     39

Annie Fellows Johnston — Author of the "Colonel" Series (1895–1910)     40

A Collection of Some of the Most Interesting Narratives     40

An American in Moscow—Trouble over a Mustache — 1952     41

Back Home — 1915     43

Titles of Honor In Kentucky — 1906     45

A Brittle Sword: The Kentucky Militia, 1776–1912 – 1977     47

Divide and Dissent: Kentucky Politics, 1930–1963 – 1987     48

Kentucky Catholic and Maryland Skeptic – 1981     49

Kentucky in American Letters, 1784–1912 – 1913     50

Kentucky's Last Cavalier: General William Preston, 1816–1887 – 2004     50

Military History of Kentucky – 1939     51

The Harvest and the Reapers: Oral Traditions of Kentucky – 1974     52

Glimpses of Historic Madison County, Kentucky – 1955     53

Kentucky's First Statesman: George Nicholas 2016     54

Pioneer Linns of Kentucky – 1946     55

Richard Henderson and the Occupation of Kentucky, 1775 – 1914     56

The Virginia–Chickasaw Treaty of 1783 – 1942     56

Who Settled in Kentucky? – 2018     57

The Rise of the New Elite – 2013     58

The Kentucky Spirit or Why the Kentucky Colonel – 1922     59

The Kentucky – 1992 (Bicentennial Edition)     60

Kentucky Women: Their Lives and Times – 2015     61

Two Incidents of Revolutionary Time – 1921     61

**A History of the Daniel Boone National Forest, 1770–1970 — 1975**

Authored by **Robert F. Collins** and published by the **U.S. Department of Agriculture Forest Service** in 1975, *A History of the Daniel Boone National Forest* offers a detailed study of the **land, settlement, and cultural transformation of southeastern Kentucky**, beginning with its earliest exploration by **Daniel Boone** and continuing through two centuries of migration, land use, and conservation.

Originally called the Cumberland National Forest, the area was renamed in honor of Boone in 1966. The book documents the routes carved out by **Boone under the commission of Colonel Richard Henderson and the Transylvania Company**, particularly the Wilderness Road, which served as a major military and settler pathway. It also references the military land warrants granted to **colonels and officers from the Virginia Line**, showing how land bounties led to concentrated settlement by Revolutionary War veterans such as **Colonel Isaac Shelby**, **Colonel John Bowman**, **Colonel Benjamin Logan**, and others.

Collins provides insight into the **transformation of Kentucky's frontier from privately claimed military land into federally protected forests**, while still preserving the legacy of those early colonels whose names and deeds are embedded in local geography, trails, and traditions. The book highlights the intersection between environmental history and **Kentucky's martial civic identity**.

> **Excerpt:**
>
> In the case of Kentucky County this early spring of 1777, the chief civil officer was **John Bowman who can be considered the first Kentucky Colonel, a position formerly occupied by Daniel Boone** under the Transylvania Company. One of the two majors of this organized militia was George Rogers Clark, soon to become famous throughout the colonies. Previously, under the Transylvania Company, each settlement had selected its own leader. Now under the county system, these leaders became captains in the organized militia of the county. In this case the captains of the organized militia of Kentucky County, Virginia were Daniel Boone, James Harrod, John Todd and Benjamin Logan.

Source: Chapter XIV npshistory.com/publications/usfs/region/8/daniel-boone/history/chap14.htm

> **Excerpt:**
>
> "SENATE RESOLUTION NO. 43, Thursday, February 17, 1966, Senator Ed J. Kelly introduced the following resolution, which was ordered to be printed.
>
> "A RESOLUTION requesting the U.S. Department of Agriculture to change the name of the Cumberland National Forest to the Daniel Boone National Forest. WHEREAS, many civic organizations have gone on record as favoring the name Daniel Boone National Forest for the present Cumberland National Forest; and
>
> "WHEREAS, Governor Edward T. Breathitt has indicated that he would assist in having the name of the National Forest changed to Daniel Boone National Forest; and

"WHEREAS, the life of Daniel Boone was more directly connected with the history of Kentucky and therefore it is fitting and proper to rename the Cumberland National Forest in his honor; NOW, THEREFORE,

"Be it resolved by the Senate of the Commonwealth of Kentucky;

"Section 1 That the Department of Agriculture, Division of Forestry Service, change the name of the Cumberland National Forest to the Daniel Boone National Forest.

"Section 2 That a copy of this resolution be forwarded to Orville Freeman, Secretary of Agriculture and Edward Cliff, Chief of the Division of Forestry." in the House of Representatives.

Another interesting incident which undoubtedly hastened the process of starting the government wheels turning in Washington occurred on February 16, 1966, in Lexington, Kentucky.

On that date the Third Annual Governors' Conference on Forestry was being held in Lexington, Kentucky. Banquet speaker for that conference was Edward P. Cliff, Chief, Forest Service, U.S. Department of Agriculture. As Chief Cliff completed his banquet speech and was about to return to his seat on the platform, Gov. Breathitt, who was Chairman of the program that evening, called him back to the platform and commissioned him a **Kentucky Colonel**. After Chief Cliff had properly thanked the governor and was again about to return to his seat, the governor turned to him and said, "Just a minute, you understand that you are now a Colonel on my staff, do you not?" And Chief Cliff said, "Yes I do." Whereupon Gov. Breathitt said, "Now I would like you to expedite the changing of the name of the Cumberland National Forest to that of the Daniel Boone National Forest." Needless to say, this delighted the audience and when the uproar had subsided, Chief Cliff, now a **Kentucky Colonel**, assured Gov. Breathitt that he would take the necessary action.

Chief Cliff was as good as his word, and the following Monday morning a series of telephone calls from various divisions in the Chief's office to the Forest Supervisor indicated that the wheels of government were turning.

Shortly after this, the necessary proclamation was drawn up and submitted to Lyndon B. Johnson, President of the United States, who signed it on April 11, 1966. On that date Kentucky's National Forest, which for approximately 30 years had been known as the Cumberland National Forest, was now henceforth officially known as the Daniel Boone National Forest.

Source: Chapter XXXII npshistory.com/publications/usfs/region/8/daniel-boone/history/chap32.htm

**Collins, Robert F.** *A History of the Daniel Boone National Forest, 1770–1970.* Edited by Betty B. Ellison. Winchester, KY: U.S. Forest Service, U.S. Department of Agriculture, 1975.

**Annotation Text:**
A government-published history tracing Kentucky's settlement through military land claims and early colonel leadership. Documents Boone's Wilderness Road and the role of Revolutionary War colonels in shaping the region's geography and cultural legacy.

**Initials and Pseudonyms: A Dictionary of Literary Disguises — 1885**

William Cushing's *Initials and Pseudonyms* is one of the earliest and most comprehensive bibliographic dictionaries of anonymous and pseudonymous authors in English literature. Published in 1885, it catalogs over 25,000 pen names, initials, and literary disguises used by writers, editors, journalists, and public figures throughout the 18th and 19th centuries.

Of particular significance to the history of the *Kentucky Colonel* are three distinct entries:

- **"Kentuckian, A"** – Used by **Asahel Langworthy** in 1843 to author a *biographical sketch of Col. Richard M. Johnson*, a prominent Kentucky political and military figure.

- **"Kentuckian, A"** – Also used by **Samuel Smith Nicholas**, a noted jurist and scholar, in a publication on *martial law* circa 1842.

- **"Kentucky Colonel, The"** – Used by **Col. Maynard** for his signed contributions to the *Indianapolis Sentinel*, indicating that the term was being used by at least the mid-19th century as a **pseudonymous identity**, connected to commentary, opinion, or serialized writing.

These entries are invaluable because they demonstrate that the term *"Kentucky Colonel"* was already in **recognized literary use by 1885**, not as an official rank or title, but as a **literary persona, pseudonym, or symbolic identity**. The use of *"The Kentucky Colonel"* as a byline in newspaper columns suggests that the term had evolved into a kind of **regional character** or **public voice**, similar to how "The Old Settler" or "A Virginian" were used in commentary writing.

**Cushing, William**. *Initials and Pseudonyms: A Dictionary of Literary Disguises*. New York: Thomas Y. Crowell & Co., 1885. p. 157.

Source: https://archive.org/details/initialsandpseud014005mbp/page/156/mode/2up

**Annotation Text:**
This landmark bibliographic dictionary confirms that by the early to mid-19th century, *"The Kentucky Colonel"* was used as a literary pseudonym, most notably by **Col. Maynard** in his contributions to the *Indianapolis Sentinel*. Its appearance alongside similar designations like *"A Kentuckian"* supports the conclusion that the title was part of a broader **regional literary tradition**, used to frame opinions, character sketches, or public commentary. The record helps prove that the term *Kentucky Colonel* was **in widespread cultural and literary use prior to its institutionalization or trademarking**, and belonged to the **public narrative tradition** of 19th-century America.

## History of the Mississippi Valley — 1903

Written by historian and journalist **John R. Spears**, *A History of the Mississippi Valley* (1903) provides a sweeping narrative of exploration, conquest, and colonization from the Gulf of Mexico to the Ohio River Valley. Subtitled *"The Narrative of the Founding of an Empire, Shorn of Current Myth, and Enlivened by the Thrilling Adventures of Discoverers, Pioneers, Frontiersmen, Indian Fighters, and Home Makers,"* the work combines historical rigor with compelling frontier storytelling.

Spears presents Kentucky as a **strategic heartland of the Mississippi Valley**, settled and secured by figures such as **Colonel Daniel Boone**, **Colonel George Rogers Clark**, and **Colonel Benjamin Logan**. These men are portrayed not merely as adventurers, but as **military commanders, land claimants, and state-builders**, whose efforts laid the groundwork for the transition from colonial outposts to American commonwealths.

### Excerpt:

Meantime the Kentuckians were organizing their country as a county of Virginia. At a gathering in Harrodsburg, in the middle of June, 1776, they elected George Rogers Clark (the youth who had been under Cresap in the murderous attack on Indians below Wheeling, in 1774), and one other man to carry a petition to the Virginia legislature. This petition was dated June 20, 1776, and the most interesting paragraph in it was that which pointed out "how impolitic it would be to suffer such a Respectable Body of Prime Riflemen to remain in a state of neutrality" while the United Colonies were in a desperate struggle for liberty. Clark succeeded in his mission. Kentucky was admitted as a county, with Harrodsburg as the county town. The militia were organized, and John Bowman was placed in command with the rank of colonel—the name of the first **Kentucky colonel** is, *doubtless, a matter of National, if not of world-wide, interest.*

*John R. Spears, A History of the Mississippi Valley*, 1903, Page 259, (A.S. Clark)

Importantly, Spears seeks to **strip away the "myths"** of the frontier to focus on documented events, making the work valuable both for its narrative style and its historical accuracy. The book also explores the **legal and territorial disputes**, interactions with Native nations, and the **militia structure** that defined Kentucky's formative period within the greater Mississippi River system.

**Spears, John R.** *A History of the Mississippi Valley: From Its Discovery to the End of Foreign Domination.* New York: A. S. Clark, 1903.

Source: https://archive.org/details/historyofmissis00spea/page/259/mode/2up

**Annotation Text:**
A vivid historical account of the Mississippi Valley's colonization, emphasizing Kentucky's strategic role and the leadership of early colonels like Boone, Clark, and Logan. Places Kentucky's military and political formation in the broader narrative of American empire-building.

## The Emergence of American English as a Discursive Variety — 2022

Published by Language Science Press in 2022, this scholarly monograph by **Ingrid Paulsen**, a linguist specializing in historical sociolinguistics, examines how **American English developed socially recognized discursive identities** through the medium of 19th-century newspapers. In particular, Paulsen focuses on **enregisterment**, a process by which certain phrases, titles, and linguistic forms become tied to **specific social roles, regions, and cultural meanings**.

One of her case studies addresses the rise of the **"Kentucky Colonel"** as a linguistic and cultural figure in American public discourse. Drawing from editorial and literary uses in newspapers, Paulsen shows how the term evolved from a **functional title held by early frontier leaders** to a **symbol of Southern aristocracy, humor, hospitality, or eccentricity**—depending on the speaker and context.

Paulsen's work provides **linguistic and cultural evidence** that by the mid-19th century, the "Kentucky Colonel" had become a **widely recognized identity marker**—an **enregistered public figure**—that functioned across genres and regions. Her analysis supports the view that the title was already **deeply embedded in the public domain**, socially constructed, and subject to popular reinterpretation long before the emergence of modern private organizations claiming stewardship of it.

**Paulsen, Ingrid.** *The Emergence of American English as a Discursive Variety: Tracing Enregisterment Processes in Nineteenth-Century U.S. Newspapers.* Berlin: Language Science Press, 2022.

Source: https://prod.s3.amazonaws.com/SID-0000003740744/SID-0000003740744.pdf

**Annotation Text:**
A linguistic study documenting how titles like "Kentucky Colonel" became culturally enregistered in 19th-century American discourse. Demonstrates the public and symbolic status of the colonel figure prior to organizational codification or trademark use.

---

## Local Government in the South and the Southwest — 1893

Published by Johns Hopkins Press in 1893, this scholarly volume is part of a landmark academic series on American state and local government. Written by economist and political scientist **Edward W. Bemis**, the text offers a thorough analysis of how Southern and Southwestern states inherited their administrative frameworks from colonial institutions—particularly from Virginia.

In the section on **Kentucky**, Bemis provides a critical and clear explanation of how **Virginia's county-based system** of government was transplanted into the Kentucky frontier during the Revolutionary War era. When **Kentucky County, Virginia**, was created in 1776, and then subdivided into **Jefferson, Lincoln, and Fayette counties** in 1781, each county was equipped with the full set of

**Virginia county officers**, including a **militia commander with the rank of colonel**. Bemis asserts plainly:

> LOCAL GOVERNMENT IN KENTUCKY.
>
> The history of Kentucky has determined the character of her local government, whether it should be of the County or of the Township. Previous to the year 1776, what is now Kentucky was a part of Fincastle Co., Va. In that year Kentucky Co., embracing the present State of Kentucky, was established, with Harrodsburg as the county seat. There, on Kentucky soil, was reinstituted the Southern County, with its Justices, Sheriff, and Quarter Sessions, having the same powers and practices as in the older part of Virginia. In the year 1781 Kentucky County was divided into three, — Jefferson, Lincoln, and Fayette, separated from each other by the Kentucky and Green rivers. Again the Virginia county machinery was established in each division, with the addition of an officer in charge of the county militia and having the rank of colonel.[1] The work thus fairly begun was carried on to its legitimate end. Every division of the original counties saw a set of officers established in the new county corresponding in every particular to those in the old ones. More recently there have been some irregularities in the names of some of the officers, and in some few cases in the division of work among them. But in general the development has been very uniform, and the counties of Kentucky of the present, as would be expected, are governed much like those of Virginia.
>
> The character of the government of a State is determined very largely by its constitution. Kentucky has had four constitutions. The first was adopted in 1792, the second in 1799, the third in 1848, and the last in 1891. Under the first and second constitutions, all judges, justices, sheriffs, constables, and clerks of courts were appointed by the Governor. The revision of 1848 was effected to make these officers elective. The new constitution of 1891 was necessary, because that of 1848 provided for slavery. The State is at present in a period of transition. The new constitution is in force, but the General Assembly has not yet so revised the statutes as to conform to the constitution. This discussion describes, in the main, the government as it existed under the constitution of 1848, and mentions the fact when the new constitution provides for a change.
>
> 1. Doubtless the origin of the Kentucky Colonel.

This is one of the earliest and most credible **academic acknowledgments** of the Kentucky Colonel title's origins in **actual county-level military appointments**, not ceremonial honors. The work supports the thesis that the **Kentucky Colonel was originally a real position of civic-military authority**, rooted in colonial law and Virginia governance, rather than myth or social charity.

**Bemis, Edward W.** *Local Government in the South and the Southwest.* Baltimore: Johns Hopkins Press, 1893. p. 69.

Source: https://archive.org/details/southlocalgov00bemirich/page/68/mode/2up

**Annotation Text:**
A foundational academic work identifying the **Virginia colonial militia structure** as the historical basis for the Kentucky Colonel title. Bemis states unequivocally that the **county militia colonel**, established in 1781 with the division of Kentucky County, was "**doubtless the origin of the Kentucky Colonel**." This early scholarly recognition firmly anchors the title's **legal and administrative origins**, well before the emergence of its social or symbolic use.

## The Celebrated Trial, Madeline Pollard vs. Breckinridge — 1894

This firsthand account of the 1894 civil lawsuit *Pollard v. Breckinridge* documents what was widely considered the most scandalous breach of promise trial in American legal history. Authored by plaintiff **Madeline Pollard**, the book recounts her public legal battle against **Congressman William C.P. Breckinridge**, a powerful Kentucky political figure and self-identified "Kentucky Colonel," who reneged on a promise to marry her after a long-term affair.

The case drew **national media attention**, not only for its sensational details, but also for its **symbolic dismantling of the gentleman-Colonel archetype**, often revered in Southern culture. Breckinridge—descended from one of Kentucky's most prominent families—was **vilified as a hypocrite**, and the case undermined the unchallenged moral authority often attributed to elite men holding titles such as "Colonel."

Pollard's publication, while personal in tone, provides an **unfiltered legal narrative**, enriched by direct testimony, trial commentary, and contemporary reactions. It reveals how the title of "Kentucky Colonel" was **culturally embedded yet vulnerable to public disgrace**, offering a striking counterpoint to the romanticized image of the Colonel as an exemplar of honor and decorum.

**Pollard, Madeline.** *The Celebrated Trial, Madeline Pollard vs. Breckinridge: The Most Noted Breach of Promise Suit in the History of Court Records.* [n.p.]: American Printing and Binding Company, 1894.

Source: https://archive.org/details/celebratedtrialm00poll/page/n5/mode/2up

**Annotation Text:**
 An extraordinary courtroom narrative that dissects the downfall of a prominent Kentucky Colonel in public view. This trial record exposed the collision between **Southern gentlemanly honor culture** and **modern legal accountability**, cementing its place in both women's history and the history of political scandal.

---

## The Kentucky Colonel: A Study in Semantics — 1947

Published in *American Notes and Queries*, this **April 1947 issue** contains a scholarly article that directly addresses the **semantic evolution and cultural history of the term "Kentucky Colonel."** The study traces the phrase's literary, theatrical, and social development, identifying the key figures and media that helped **transform "Kentucky Colonel" from a regional identifier to a nationally recognized cultural symbol**.

Of particular value is the author's attention to the literary **origins of the archetype**, citing **James Kirke Paulding's 1831 play *The Lion of the West***—noting that the character **Col. Nimrod Wildfire** was

**modeled in part on Davy Crockett**, but also influenced by **Frances Trollope's 1832 publication,** *Domestic Manners of the Americans*. The article explains that Trollope's criticisms of American men as boastful, uncouth, and ceremonious helped codify the **cultural figure of the brash, self-important frontiersman**, which Paulding then reimagined as comedic theater.

The article also discusses how the term "Kentucky Colonel" evolved into a **stereotype of Southern chivalry and pomposity**, frequently employed in political satire, fiction, and humor from the mid-19th century onward. It acknowledges the **linguistic ambiguity** of the term—often used **ironically or admiringly**, depending on context—and how that semantic flexibility allowed the Kentucky Colonel to become a **national metaphor**.

*The Kentucky Colonel: A Study in Semantics. American Notes and Queries*, Vol. VII, No. I, April 1947.

Source: https://archive.org/details/in.ernet.dli.2015.60590/page/n9/mode/2up

**Annotation Text:**
 An essential semantic and cultural analysis that firmly links the literary birth of the Kentucky Colonel to **James Kirke Paulding's satirical stage character**, inspired by **Davy Crockett** and **Frances Trollope's critical depictions** of frontier men. This article is the **clearest known mid-20th-century study** to document how the title evolved from a geographic or honorary designation to a **widely recognized American archetype**, used interchangeably as a term of **praise, irony, or satire**. Its observations are foundational to any inquiry into the **public domain origins** and **semantic integrity** of the Kentucky Colonel figure.

**Note:** In the closing paragraph of *The Kentucky Colonel: A Study in Semantics*, the author cites a remark from a **former "commanding general" of the Honorable Order of Kentucky Colonels**, who remarked pointedly:

> **"Nobody takes it seriously—least of all the Kentucky colonels."**

This statement is profoundly revealing, particularly because it comes from someone who once held a leadership position within the HOKC itself. The use of a mock-military title—"commanding general"—within a **non-military charitable organization** underscores the performative nature of the Kentucky Colonel designation. More importantly, the comment **openly acknowledges the ceremonial, symbolic, and tongue-in-cheek essence** of the title, even among those most closely associated with it.

This admission supports the core historical argument: that the title "Kentucky Colonel" was understood for much of its cultural life as a **rhetorical flourish**, a **civic courtesy**, or even a **literary device**, rather than a credential or rank to be "taken seriously." That it was **not meant to convey real authority, membership, or status**, even by those operating under its banner, is a key point for refuting later claims of proprietary ownership or institutional identity.

This quote, therefore, should be regarded as **testimony against retroactive efforts to formalize, monopolize, or commercialize** the term—a statement of candid recognition from within the very institution that now purports to control it.

---

## Domestic Manners of the Americans — 1832

Frances Milton Trollope's *Domestic Manners of the Americans* is one of the earliest and most influential travel narratives written about the United States by a foreign visitor. Published in 1832, the book is based on Trollope's extensive travels in the Ohio River Valley—including long stays in **Cincinnati, Louisville, and various Kentucky settlements**—during the late 1820s. The work offers a sharp, often unflattering portrayal of American social customs, gender roles, religious practice, and frontier manners.

Trollope's commentary on **Southern masculinity, frontier honor culture, and the exaggerated politeness and egotism of American men**, especially those from Kentucky, helped frame the literary and cultural image of the **Kentucky gentleman** and the **boisterous frontier colonel**. Her work is believed to have **inspired James Kirke Paulding's creation of the character Colonel Nimrod Wildfire**—the first "Kentucky Colonel" figure in American theater—linking her directly to the term's earliest literary emergence.

Trollope's biting wit and vivid caricatures influenced both **British and American satire**, and her impressions became a **touchstone for later cultural critiques** of American frontier identity. She helped lay the groundwork for what would become the **"Kentucky Colonel" as both literary symbol and national stereotype**.

**Trollope, Frances Milton.** *Domestic Manners of the Americans*. London: Whittaker, Treacher & Co., 1832. Reprinted in various editions.

Source: https://archive.org/details/domesticmannerso00troliala/page/n7/mode/2up

**Annotation Text:**
An essential cultural text that shaped the early 19th-century European and American understanding of frontier masculinity. Trollope's depictions of Kentucky and Ohio men—boastful, ceremonious, and socially dominant—form the **cultural precursor to the literary Kentucky Colonel**. Widely read and controversial in its time, her work laid the cultural groundwork for later dramatizations, including **Paulding's Wildfire**, and is therefore indispensable to any historical account of the origins of the term *Kentucky Colonel*.

---

# History of Daviess County, Kentucky — 1883

Published in 1883 by the **Inter-State Publishing Company**, *History of Daviess County, Kentucky* is a detailed local history chronicling the **civil, military, political, and social development** of Daviess County and its surrounding regions. It features biographical portraits of early settlers and civic leaders, as well as an **outline history of Kentucky** that includes key events, institutions, and individuals important to the Commonwealth's founding.

Of particular historical importance is its treatment of **Colonel Charles Stewart Todd**, the son-in-law of **Governor Isaac Shelby**, who is sometimes erroneously claimed by 20th-century sources to be the "first Kentucky Colonel." This 1883 publication, however, clearly documents **Todd's military and diplomatic career as beginning with a U.S. Army commission**, followed by a **brevet colonelcy after national service**, not a ceremonial or state-issued title. The book reflects the understanding of Kentucky colonels as **military or civic leaders with active roles**, not merely honorary designees.

### Excerpt:

Colonel Charles S. Todd, a distinguished politician and statesman, was for many years a resident of this county and was the son of the late Thomas Todd, who filled the high office of Judge of the Supreme Court of the United States, was from near Danville, Ky., January, 1791, and graduated with high reputation, at the ancient university of William and Mary in Virginia in 1809, and in 1810 attended a course of lectures in Litchfield, Conn., by Judges Reeves and Gould. In 1811 he established a law office in Lexington, but at that time the second war with Great Britain broke out and he took part in the contest, and in 1812 volunteered his services and was elected ensign in one of the companies from Lexington, though before the march of the troops in August, was appointed to a situation in the Quartermaster General's Department which made him, the acting Quartermaster of the advance, of the left wing, of the North western Army. In December he was appointed into General Harrison's staff, as Division Judge Advocate of the Kentucky troops. In this capacity he was the bearer, 100 miles across the wilderness on ice and snow, of the confidential instructions from the Commander-in-chief to General Winchester, previous to the disastrous affair of the river Raison. McAfee's History of the war, Butler's History of Kentucky, and Judge Hall's life of Harrison, all speak of incidents in this campaign, in which Ensign Todd's enterprise and intrepidity were highly commended. He was appointed to a vacancy of Captain in the Seventeenth Regiment of Infantry, and after commanding the recruiting rendezvous of the regiment at Newport, was transferred to an original vacancy in the Twenty-eighth Regiment of Infantry attached to the brigade of General Cass and was appointed aid to General Harrison. During the summer of 1814 Major Todd acted also as Adjutant General of the district and is thus handsomely noticed in General McArthur's report of the expedition into Canada during that fall : " I have the support of the troops in assuring you, that to the military talents, activity and intelligence of Major Todd, who acted as nn' Adjutant General, much of the fortunate, progress and issue of this expedition is attributable." In March following he was promoted to the position of Inspector General with the brevet rank and pay of Colonel of Cavalry. Upon the disbandment of the army in 1815 he returned to his profession at Frankfort, and in 1816 married the youngest daughter of Governor Isaac Shelby. Soon after he was appointed " Secretary of State" by Governor Madison. Colonel Todd resigned this office upon the death of Governor Madison, and the year following was elected to the Legislature from Franklin, and again in 1818.

*History of Daviess County, Kentucky*, 1883, Page 151 (Inter-State Publishing)

As a pre-20th-century source, the work stands as **contemporaneous evidence** of how Kentucky's early colonels were understood historically—as figures of **military authority, landholding, and civil leadership**, well before any modern charitable or social reinterpretation of the title.

*History of Daviess County, Kentucky, Together with Sketches of Its Cities, Villages, and Townships…*
Chicago: Inter-State Publishing Co., 1883.

Source: https://archive.org/details/cu31924028845787/page/151/mode/2up

**Annotation Text:**
 A county history published decades before the modern myth of Charles S. Todd's colonelcy. Documents Todd's military role as federal and national, not state-appointed, and reflects how Kentucky colonels were understood as civic-military figures, not honorary titles.

---

## Memoir of Col. Chas. S. Todd — 1872

Published in 1872 by **G.W. Griffin**, *Memoir of Col. Chas. S. Todd* offers a firsthand biographical account of one of Kentucky's most distinguished 19th-century public servants. Todd was the **son-in-law of Governor Isaac Shelby**, and served with distinction in the **War of 1812**, later becoming **Inspector General under General William Henry Harrison**, and eventually rising to national prominence as **a U.S. diplomat, Secretary of Legation to Colombia, and Minister to Russia**.

Crucially, the memoir clarifies that Todd's title of "Colonel" was acquired through **military service and national brevet appointment**, not through a gubernatorial or ceremonial commission from the Commonwealth of Kentucky. Nowhere in the memoir is there reference to his being commissioned by Isaac Shelby in a symbolic or honorary sense. Instead, it documents a career marked by **active military duty**, **legal expertise**, and **diplomatic service**, consistent with the broader understanding of the **Kentucky Colonel as a functional title in the 19th century**.

### Excerpt:

In 1816, Colonel Todd was married to Letitia Shelby, the youngest daughter of Governor Shelby. She was one of the most beautiful and gifted women in the State. Her features were regular and classical, and her complexion was of the most dazzling whiteness. No one could be in her presence with out being impressed with her beauty and accomplishments. I have seen a portrait of her by Jouett, one of the finest artists in the country. It is indeed a splendid specimen of art, and is regarded as a perfect likeness ; but I am satisfied that no art could do justice to the beauty that took all hearts captive. Colonel Todd first saw her at Frankfort, Ky., the capital of the State, and was at once deeply impressed with her charms. She was surrounded by a gay and brilliant circle, but her eyes were fixed on him alone. It was with both a clear case of love at first sight. "At first sight they changed eyes." Colonel Todd was then an officer in the regular army, and was compelled to join his regiment. After standing the separation as long as he could, he applied for a furlough. This being denied him, he addressed Miss Shelby in an open letter enclosed to her father. Governor Shelby saw proper to withhold the letter. It was, however, accidentally discovered by her, and,

16

after reading it, she evinced such attachment for her lover that the most cordial consent was given to their union. Colonel Todd lived very happily with his wife until her death, which occurred the 22d of July, 1868.

*Gilderoy Wells Griffin, Memoir of Col. Chas. S. Todd*, 1872 (Griffin)

Published decades before the **Honorable Order of Kentucky Colonels invented the "first colonel" origin myth in 1941**, this source serves as **contemporaneous evidence** that Charles S. Todd's title had **no connection to state honorary tradition**.

**Griffin, G.W.** *Memoir of Col. Chas. S. Todd.* Louisville, KY: Published by the author, 1872.

Source: https://archive.org/details/memoirofcolchass00grifiala/page/32/mode/2up

**Annotation Text:**
A firsthand biography documenting Charles S. Todd's military and diplomatic service. Confirms that his title of "Colonel" came from federal brevet and active duty, not state commission—refuting the later 1941 myth that he was Kentucky's first honorary colonel.

---

## The Pictorial Field-Book of the War of 1812 — 1868

This richly illustrated volume by **Benson J. Lossing**, one of America's most prominent 19th-century historical writers and engravers, presents a comprehensive and visually engaging account of the **War of 1812**. Published in 1868 by **Harper & Brothers**, the book combines **firsthand travel sketches**, historical commentary, and original biographies of major figures in the war. Through **pen-and-ink illustrations and narrative prose**, Lossing documented not only battlefields and monuments, but also **portraits of statesmen, soldiers, and cultural figures** tied to America's second war of independence.

Of special significance to Kentucky history is the **biographical entry and engraved portrait of Colonel Charles Stewart Todd**, a prominent Kentuckian who served under General William Henry Harrison and later became **Inspector General of the Army**, U.S. diplomat, and presidential advisor. His inclusion in this work affirms his **national-level prominence** in the War of 1812 and his **official military rank**, as well as his early emergence in historical literature—**decades before any fictional or ceremonial reinterpretation of Kentucky colonelcy** by fraternal or charitable organizations.

### Excerpt:

Harrison's gallant aide-de-camp, Charles Todd, is yet [1867] living in his native state, Kentucky, where he was born on the 22d of January, 1791. I met him in Washington City at near the close of 1861, when he was almost seventy-one years of age. His mental and physical vigor seemed equal to those of most men at fifty. He was there to offer his services in the field to his government in its war against the Great Rebellion. Colonel Todd is one of the most eminent of the public servants of this country. He was educated at the College of William and Mary, in Virginia, where he was graduated with distinction in 1S09. Law became his profession, but on the breaking out of

the war he entered the military service as ensign of a company of volunteers raised for Harrison at Lexington, where he was engaged in his profession. He became acting quarter-master and judge advocate of Winchester's wing of the Northwestern Army, and was exceedingly active in the wilderness. "He combined," said Harrison at that time, "the ardor of youth with the maturity of age." In May, 1813, he was commissioned a captain in the United States army, and Harrison appointed him his aid. His conduct in the campaign in the autumn of that year was highly commended, especially at the battle on the Thames. He succeeded Major Hukill as deputy inspector general of the Eighth Military District, and was adjutant general of the district the following year, when he served with General MacArthur with great acceptance. He became inspector general in March, 1815, with the rank of colonel, but left the army in June following ; and after the war Harrison said that "Colonel Todd was equal in bravery and superior in intelligence to any officer of his rank in the army."" He resumed his practice of the law at Frankfort, where he married a daughter of Governor Shelby. He soon became secretary of state, then a member of the Legislature, and was finally sent by President Monroe on a confidential mission to Colombia, South America. His services there were very important. In the spring of 1840 he assisted, by request, in the preparation of a Life of General Harrison, and, as editor of a Cincinnati paper, he warmly advocated the general's election to the presidency. In the summer of 1841 he was appointed United States minister to Russia, and served his country in that capacity to the perfect satisfaction of both governments. It was while he was there that the portrait from which the above likeness was taken was painted. In private, as in public life, Colonel Todd is a model of a Christian gentleman.

Lossing's account further captures the **Kentucky militia's outsized role** in the war, referencing several early colonels from the Bluegrass State whose battlefield service cemented their local and national reputations. This makes the work a foundational text for understanding how the **title of "Colonel" in Kentucky carried both real military authority and early commemorative weight** in national memory.

**Lossing, Benson John.** *The Pictorial Field-Book of the War of 1812; or, Illustrations, by Pen and Pencil, of the History, Biography, Scenery, Relics, and Traditions of the Last War for American Independence.* New York: Harper & Brothers, 1868.

Source: https://archive.org/details/fieldbookswar181200lossrich/page/548/mode/2up

**Annotation Text:**
A landmark visual and narrative chronicle of the War of 1812, Lossing's work includes a detailed biography and image of **Col. Charles S. Todd**, documenting his military service and national prominence well before any modern myths about Kentucky Colonel origins emerged. The book reflects the **authentic 19th-century esteem for Kentucky's military figures**, situating their titles in a factual wartime context, not ceremony or fiction.

---

## First Kentucky Colonels — 2021

### Colonel John Bowman: The First [Officially] Commissioned Kentucky Colonel (1776)

The earliest documented commission of a "Kentucky Colonel" was granted to **Colonel John Bowman**, an American pioneer, by **Governor Patrick Henry** of the Colony of Virginia on **December 21, 1776**.

Following Virginia's formal rejection of the **Transylvania Colony** as illegitimate—since it was based on a treaty with the Cherokee Nation who lacked sovereignty under British law—Virginia asserted jurisdiction over the region, designating it as **Kentucky County**.

Governor Henry appointed Colonel Bowman to command the newly organized militia and oversee the formation of local governance. Bowman's formal commission directed him to enforce the authority of the Convention and General Assembly, and to faithfully execute the office of militia colonel over the Kentucky frontier. The original commission reads:

> "You are therefore, carefully and diligently to discharge the duty of Colonel of the Militia, by doing and performing all Manner of Things thereunto belonging... to require all Officers and Soldiers under your command to be obedient and to aid you in the Execution of this Commission according to the Intent & Purpose thereof. Given under my Hand & Seal, Williamsburg this 21st day of December 1776.  — P. Henry, Jr."

Colonel Bowman had earlier participated in the **Transylvania Convention at Boonesborough** in 1775 and was later entrusted with implementing civil governance and land oversight in Kentucky. As described in *A History of the Mississippi Valley* (1903), after George Rogers Clark petitioned the Virginia legislature on behalf of settlers at Harrodsburg, Kentucky was officially recognized as a county. Harrodsburg became the county seat, and John Bowman was named militia commander with the rank of Colonel.

This commission is historically recognized as the **first appointment of a "Kentucky Colonel"**, grounded in formal authority and public responsibility, predating the statehood of Kentucky by more than a decade.

**Col. David J. Wright**, *First Kentucky Colonels*, Kentucky Colonelcy: Kentucky Colonel Authority, kycolonelcy.us/first-kentucky-colonels [https://perma.cc/V6ZY-FDSN] (last visited Mar. 27, 2025).

---

## Freedom Just Around the Corner — 2004

Pulitzer Prize-winning historian **Walter A. McDougall** offers a sweeping and revisionist narrative of early American history in *Freedom Just Around the Corner: A New American History 1585–1828*. Published in 2004, this work places Kentucky's frontier political struggle in national context, portraying it as part of the larger drama of **American self-government, land acquisition, and republican experimentation**.

McDougall gives particular attention to the **chaotic and factional efforts that preceded Kentucky statehood**, beginning in 1784. He notes that one of the earliest documented uses of the title "Kentucky Colonel" appears in connection with **Colonel Benjamin Logan**, a frontier military leader and delegate

who convened the Danville convention to form a separate state government. This reference supports the historical use of the term as **a title of active civic and military leadership**, not ceremonial decoration.

### Excerpt:

That helps explain the confusion attending Kentucky's movement for statehood. It began in 1784, when "Kentucky Colonel" Benjamin Logan called a meeting in Danville to organize government, but so bitter were the counties' politics that eight conventions over five years failed to produce a consensus. An elite faction was formed by Virginia planters who procured large estates through money, influence, or legal finagling. (Their flavorful Kentucky burley helped reinvigorate tobacco exports.) These planters, led by the father of future Chief Justice John Marshall, expected statehood to secure their land and slaves. Next, a "court party" united judges and lawyers who craved the high offices and business statehood would bring them. A "partisan" faction united the luckless men who cared less about statehood than land distribution. There was even a joker in the pack: the popular General Wilkinson, who hinted at independence and a bargain with Spain to open the Mississippi. Finally, in 1788, a ninth convention accepted the Virginia assembly's terms for separation and the U.S. Congress offered statehood effective June 1, 1792, pending ratification of a state constitution.

**Walter A. McDougall, *Freedom Just Around the Corner*, p. 348 (HarperCollins, 2004)**

McDougall details the political infighting among planters, legal elites, and landless settlers, revealing the **deep interconnection between land, leadership, and military status** in early Kentucky society. His scholarly use of "Kentucky Colonel" as a historically valid title lends further weight to its **legitimacy and longstanding usage**, far preceding 20th-century honorific trends.

**McDougall, Walter A.** *Freedom Just Around the Corner: A New American History 1585–1828.* New York: HarperCollins, 2004

**Annotation Text:**
 A Pulitzer Prize-winning history that references "Kentucky Colonel" Benjamin Logan's 1784 role in organizing pre-statehood governance. Demonstrates the early functional use of the colonel title as civic-military leadership, not honorary status.

---

## Something of Men I Have Known — 1909

Written by **Adlai E. Stevenson I**, former Vice President of the United States, *Something of Men I Have Known* (1909) is a memoir combining political reflections, historical sketches, and character studies of prominent figures Stevenson encountered during his life in law, politics, and diplomacy. Of particular relevance are **two chapters titled "A Kentucky Colonel" and "The Colonels"**, in which Stevenson reflects affectionately and analytically on the character and cultural legacy of the Kentucky Colonel.

Rather than focusing on ceremonial or honorary titles, Stevenson describes the **Kentucky Colonel as a figure of integrity, wit, civic leadership, and aristocratic bearing**, forged by frontier hardship, martial

valor, and gentlemanly conduct. He distinguishes the **true colonel of Kentucky tradition** from mere title-holders, and portrays him as a **man of action and influence**, often involved in legal affairs, state politics, or public oratory.

Stevenson's observations align with the 19th-century understanding of the colonel as a **civic archetype**, not merely a symbolic honorific. His reflections help document how the **image of the Kentucky Colonel was respected and understood nationwide** long before the rise of honorary organizations in the 20th century.

**Stevenson, Adlai E.** *Something of Men I Have Known: With Some Papers of a General Nature, Political, Historical, and Retrospective.* Chicago: A.C. McClurg & Co., 1909.

**Sourced Quotations:**

There is something that is suggestive in the lines of Thomas Hood, " There 's not a string attuned to mirth But has its chord in melancholy." While Governor of Kentucky, he sent to the Hon. Stoddart Johnston a certificate, officially signed and bearing the impression of the great seal of State, duly commissioning him as "Mister," a distinctive and honorable title that no Kentuckian had previously borne. This recalls the witty remark of Max O'Rell: "The only thing that Mr. Ingersoll appears to hold in common with his countrymen is the title of Colonel" **Page 45**

In 1836, Mr. Van Buren of New York received a majority of the electoral votes for President; but no person receiving a majority for the second office, Colonel Richard M. Johnson, of Kentucky, one of the two persons eligible, was chosen by the Senate. No similar instance has occurred in our history. **Page 75**

*See attached PDFs of 2 Chapters "A Kentucky Colonel" and "The Colonels"*

**Annotation Text:**
A memoir by Vice President Adlai E. Stevenson I, including two chapters on the Kentucky Colonel as a respected civic type defined by honor, leadership, and public service. Offers a rare contemporary national perspective on the cultural stature of colonels before ceremonial title inflation.

---

## Conquest of the Country Northwest of the River Ohio — 1897

This seminal historical work by William Hayden English is a sweeping, deeply researched account of the American campaign to secure the Northwest Territory during the Revolutionary War, with a particular focus on the military leadership and territorial strategies of **General George Rogers Clark**. Published posthumously in 1897, it stands as one of the most detailed early records of Kentucky's colonial and revolutionary origins.

English, a noted Indiana politician, historian, and preservationist, personally interviewed **Colonel Reuben T. Durrett**, founder of the Filson Historical Society and a key figure in early Kentucky historiography. Drawing from Durrett's vast manuscript collections and other firsthand sources, English reconstructs the lives and campaigns of many pivotal frontier leaders.

Among those featured prominently are **Colonel Daniel Boone**, the legendary pathfinder and militia officer responsible for the defense and development of Boonesborough; **Colonel John Bowman**, appointed by **Governor Patrick Henry** in 1776 as the first military commander of Kentucky County, Virginia; and **Colonel George Rogers Clark**, whose Illinois Campaign shifted control of the western territories to the United States.

Also discussed are **Colonel Benjamin Logan**, **Colonel Isaac Shelby**, and other militia leaders who played essential roles in defending the Kentucky settlements from British-led Native resistance, and in laying the groundwork for the eventual separation of Kentucky from Virginia.

This two-volume set combines a rigorous documentary narrative with in-depth biographical sketches, offering rare insight into the **strategic significance of Kentucky**, the **use of land warrants as military compensation**, and the rise of the **frontier colonel as both a civil and military authority** in early American governance.

An indispensable source for legal historians, genealogists, and scholars of westward expansion, **English's work preserves the legacy of the early Kentucky colonels** whose leadership helped forge the nation's western frontier.

**English, William Hayden.** *Conquest of the Country Northwest of the River Ohio, 1778–1783: and the Life of Gen. George Rogers Clark.* Bowen-Merrill Co., 1897.

- Vol. 1 Source: https://archive.org/details/conquestofcountr01engl/page/12/mode/2up

- Vol. 2 Source: https://archive.org/details/conquestofcountr02engl/page/592/mode/2up

**Annotation Text:**
A foundational two-volume history documenting Revolutionary War campaigns in the western frontier. Features detailed accounts of early Kentucky colonels including Daniel Boone, John Bowman, Benjamin Logan, and George Rogers Clark. Based in part on interviews with Col. Reuben T. Durrett, the work provides essential documentation of civil and military leadership in early Kentucky.

---

## A Sesqui-Centennial History of Kentucky — 1945

Published in 1945 to commemorate the 150th anniversary of Kentucky's statehood, this narrative historical edition blends documentary history with genealogical and biographical sketches. Edited by

Frederick A. Wallis and Hambleton Tapp, a respected Kentucky historian, the book traces the Commonwealth's development from its earliest frontier days through the modern era. It emphasizes the foundational roles of Kentucky's early military, political, and civic leaders—many of whom were Revolutionary War veterans, militia colonels, and Virginia land grant recipients.

Particularly valuable are the genealogical entries that preserve family histories connected to prominent figures such as Colonel Daniel Boone, Colonel John Bowman, Colonel Isaac Shelby, and Colonel Benjamin Logan. The volume also contextualizes the rise of the Kentucky Colonel as a cultural institution rooted in early governance, land distribution, and military command. This work bridges the frontier origins of Kentucky with its 20th-century identity, making it a key reference for historians, genealogists, and legal scholars interested in Kentucky's foundational period and the legacy of its frontier leadership.

**Wallis, Frederick A., and Hambleton Tapp, et.al.** *A Sesqui-Centennial History of Kentucky: A Narrative Historical Edition.* Hopkinsville, KY: Historical Record Association, 1945.

- Vol. 1 Source: https://archive.org/details/sesquicentennial00wall/page/n7/mode/2up

- Vol. 2 Source: https://archive.org/details/sesquicentennial02wall/page/n7/mode/2up

- Vol. 3 Source: https://archive.org/details/sesquicentennial03wall/page/n11/mode/2up

- Vol. 4 Source: https://archive.org/details/sesquicentennial04wall/page/n11/mode/2up

**Annotation Text:**
A commemorative volume chronicling Kentucky's political and military development from statehood through the mid-20th century, with emphasis on prominent families, frontier colonels, and early civic leadership. A valuable genealogical and documentary source highlighting figures such as Colonel Daniel Boone, Colonel John Bowman, and Colonel Isaac Shelby.

---

## Historic Families of Kentucky — 1889

Written by Thomas Marshall Green, a Kentucky lawyer and historian, *Historic Families of Kentucky* is one of the earliest and most influential genealogical works on the state's founding families. Published in 1889, the book focuses on prominent family "stocks" originating in the Shenandoah and Piedmont Valleys of Virginia and traces their migrations into Kentucky during and after the Revolutionary War.

Green presents detailed genealogical narratives of families such as the McDowells, Logans, Allens, Breckinridges, and Marshalls, many of whom produced **frontier colonels**, **early governors**, **land commissioners**, and **constitutional delegates**. The work is especially valuable for its integration of

family history with Kentucky's political and social evolution, illustrating how these lineages shaped the legal, military, and institutional foundations of the Commonwealth and the broader South and West.

This book remains a critical resource for researchers exploring the ties between Virginia's colonial aristocracy and Kentucky's frontier leadership, including the roles of **Colonel Benjamin Logan**, **Colonel Joseph McDowell**, and others who wielded both civil and military authority during the state's formative years.

**Green, Thomas Marshall.** *Historic Families of Kentucky: With Special Reference to Stocks Immediately Derived from the Valley of Virginia.* Cincinnati: Robert Clarke & Co., 1889.

Source: https://archive.org/details/historicfamilies00gree/page/n7/mode/2up

**Annotation Text:**
A pioneering genealogical history linking Virginia's elite families with Kentucky's early civil and military leadership. Traces the political and social legacy of key frontier colonels and statesmen such as Colonel Benjamin Logan and Colonel Joseph McDowell, placing family history within the broader context of Kentucky's state formation.

---

## The Statute Law of Kentucky: Index to Littel's Laws — 1931

Compiled by William Townsend Smith and published in 1931, this unique reference work serves as a complete **genealogical and historical index** to *Littel's Laws of Kentucky*, the earliest statutory compilation of Kentucky law originally produced by **William Littel** in the early 19th century. The index provides a comprehensive listing of **names of persons, places, and legal subjects** referenced in Kentucky's foundational legal records between its transition from Virginia jurisdiction and its establishment as a commonwealth.

Organized for ease of genealogical and historical research, the volume cross-references early **civil appointments**, **land transactions**, **military commissions**, **wills**, and **property disputes**—many involving Kentucky's early colonels, justices, sheriffs, and militia leaders. Figures such as **Colonel John Bowman**, **Colonel Benjamin Logan**, **Colonel Isaac Shelby**, and others appear frequently in the legislative record through land warrants, military grants, and territorial governance.

The book is indispensable for tracing the **legal footprint of early Kentucky colonels**, identifying **civil and military titles in legal context**, and understanding how frontier governance was embedded in law. It links lawmaking, colonel commissions, and public service during Kentucky's earliest legal formation.

**Smith, William Townsend, comp.** *The Statute Law of Kentucky: A Complete Index to the Names of Persons, Places and Subjects Mentioned in Littel's Laws of Kentucky: A Genealogical and Historical Guide.* Lexington, KY: The Bradford Club Press, 1931.

Source: https://archive.org/details/statutelawofkent00kent/page/n3/mode/2up

**Annotation Text:**
An essential legal and genealogical index to Kentucky's earliest statutory laws, highlighting the public roles of early colonels, civil officers, and landholders. This guide to Littel's *Laws of Kentucky* documents the legal presence of figures like Colonel John Bowman and Colonel Isaac Shelby and serves as a foundational resource for frontier legal history.

---

## The Life of John Marshall — 1919

This monumental, four-volume biography of Chief Justice **John Marshall** was authored by **Albert J. Beveridge**, U.S. Senator and Pulitzer Prize–winning historian. Published in 1919, the work remains one of the most comprehensive and scholarly treatments of the life and character of the nation's most influential jurist. Beveridge's research is grounded in original correspondence, government documents, personal letters, and eyewitness accounts, offering a richly detailed view of **Marshall's judicial philosophy, personal habits, and political influence** in the formation of the American republic.

Of unique value to cultural historians is Beveridge's documentation of **Marshall's wit, character, and love of informal society**, including a now-famous anecdote involving the term *"Kentucky Colonel."* At a Philadelphia tavern, Marshall is said to have coined a poetic quip that juxtaposed **Bluegrass aristocracy and alcohol**, humorously tying together the dual meanings of "corn" and "colonel." This scene offers one of the **earliest literary references** to the **Kentucky Colonel as a stereotype**, well known enough in elite society to elicit laughter and understanding without further explanation.

**Beveridge, Albert J.** *The Life of John Marshall.* Vol. 3. Boston and New York: Houghton Mifflin Company, 1919. Page 85.

Source: https://archive.org/details/lifeofjohnmarsha0034beve/page/84/mode/2up

**Annotation Text:**
 A seminal work of early American legal and political biography, Beveridge's account of John Marshall includes what is likely one of the **earliest published quips referencing the "Kentucky Colonel" as a cultural type**. The anecdote confirms that by the early 1800s, the **Kentucky Colonel was already recognizable as a figure of Bluegrass hospitality, alcohol-fueled charm, and satirical familiarity**—even among the highest levels of society. Marshall's rhyme suggests that the term was

already **widely known, layered with irony, and part of the living lexicon**, decades before it was ever institutionalized or commercialized.

### Featured Cultural Reference — The Marshall Paradox Quote

> **"In the Blue Grass region,**
>  **A 'Paradox' was born,**
> **The corn was full of kernels,**
> **And the 'colonels' full of corn."**  — Chief Justice John Marshall, c. early 1800s

*Quoted in The Life of John Marshall*, Beveridge, Vol. III (1919), p. 85.

This quote is significant for demonstrating that the **term "Kentucky Colonel" was not only in popular use in the early 19th century**, but also **sufficiently familiar to provoke laughter** in an elite social club setting in **Philadelphia**, far from Kentucky as early as 1824. The pun played on "corn" (whiskey and maize) and "colonel" reveals the **public semantic interplay** that formed the **archetype of the Kentucky Colonel as a convivial, culturally distinct character**, and confirms that this identity was **public domain long before modern organizational use**.

---

### Kentucky State Bar Journal

A KENTUCKY: COLONEL'S UNIFORM

The following opinion of the Attorney General's office written in 1939 by Hon. William F. Neill, then an assistant attorney general, to Colonel George M. Chancellor of Cloverport, Kentucky, has just come into the possession of the JOURNAL. We publish it because of the amusing and interesting "historical" matters contained therein and because we are all interested in the proper regalia and insignia worn by our citizens.

Dear Colonel Chancellor:

Your letter of November 13, addressed to the Attorney General has been referred to me for reply.

There seem to be some conflicting ideas as to what constitutes the official uniform of a Kentucky Colonel and perhaps a historical view of the developments of this regalia will help us in determining just what is proper and legal.

Shortly after the Revolutionary War there migrated to Kentucky many bold, venturesome men to begin life anew in this territory. Many of them were about two jumps ahead of a Virginia sheriff or a Maryland mob. Upon their arrival at Cumberland Gap, or at whatever point they entered Kentucky, they, like butterflies emerging from cocoons, shed their former drab personalities and emerged in this virgin

territory in a newly found glory as _ Colonels, Majors, and Admirals. Those with lesser vanity, as well as those with small ambitions, migrated southward where they were content to be known under the title of Captain, which is still a popular title today in Georgia, Tennessee, and Alabama.

At that time, the Colonel's characteristic insignia consisted of a brace of dueling pistols, a plug of chewing tobacco, an overwhelming desire to hunt, fight, place a bet, or make love to some woman, and a quart bottle of bourbon whiskey.

Later when success and riches in this new land became theirs, generally through luck at cards and not as a result of industry and work, the regalia of a Kentucky Colonel was a broadbrimmed hat, a frock coat, a pair of baggy trousers, and a_ shoestring necktie. To this he added a white goatee, a pair of sideburns, a veneer of culture, and a quart of bourbon whiskey.

At a later period of the history of this State, after that unfortunate quarrel known variously as the Rebellion, the War for the Southern Confederacy, and the Civil War, the Kentucky Colonel's uniform consisted of a pair of patched pants, a floppybrimmed hat, a _ tobacco-stained goatee, and a quart of bourbon whiskey, which produced in him a very marked dislike towards anything northern.

Around the turn of this century, the Colonel was again in his ascendancy, and his uniform consisted of mutton-chop whiskers, a broad brimmed hat, a broadcloth Prince Albert suit, love for the Democratic Party and a quart of bourbon whiskey.

Alas, in this sad day of decline for Kentucky Colonels, due to the encroachment of Yankee ideas and customs, about the only portion of any of those uniforms left is a quart bottle of bourbon whiskey, which is not even sold in saloons or dipped from barrel any more, but which will be found in show cases at the drugstore next to razor blades, cosmetics, and perfumes.

However, ignoring the foregoing digression and dissertation, you are advised that there is no specific uniform for Kentucky Colonels, although I am informed that heretofore many glorious creations, sporting gold braids, brass buttons, and gilt medals have been worn by the proud possessors of this title.

Under section 2711a-205, Kentucky Statutes, enacted by an unfeeling Legislature, we find that there has been provided a penalty in the form of a fine and jail imprisonment for any officer or soldier who shall wear or use or have in his possession, except for authorized military purposes or by special permission of 'his commanding officer, any uniform or part thereof.

So I fear that without the proper authorization a Kentucky Colonel may not even wear the uniform of the Stace Militia without the consent of the Governor.

Yours very truly, WILLIAM F. NEILL, Assistant Attorney General.

Kentucky State Bar Journal  1944-09: Vol 8 Iss 4, Page 29 and 39

Source: https://archive.org/details/sim_bench-bar_1944-09_8_4/page/28/mode/2up

## Collins' Historical Sketches of Kentucky — 1874

First compiled by **Lewis Collins** and later expanded by his son **Richard H. Collins**, this 1874 edition of *Historical Sketches of Kentucky* is a comprehensive early history of the Commonwealth. It offers both **county-by-county accounts** and **biographical narratives**, reflecting Kentucky's military, political, and social evolution from the mid-18th century through the Civil War era. The first edition (a single volume) was published in 1847.

These volumes include detailed entries on frontier settlements, **colonial land grants**, and prominent pioneers, with extensive attention given to early military leaders such as **Colonel Daniel Boone**, **Colonel Richard Callaway**, **Colonel Benjamin Logan**, **Colonel John Bowman**, and **Colonel George Rogers Clark**. It preserves first- and secondhand accounts of battles, militia movements, early elections, and the formation of courts, legislatures, and counties—many of which were named in honor of Kentucky's founding colonels.

Widely used by 19th-century scholars, genealogists, and civic leaders, the book remains a critical resource for tracing **military titles**, **landholdings**, and the legacy of the **Virginia-Kentucky frontier culture**. It captures the civic authority and cultural stature held by Kentucky's early colonels and their enduring impact on the state's institutional identity.

**Collins, Lewis, and Richard H. Collins.** *Collins' Historical Sketches of Kentucky: History of Kentucky.* Covington, KY: Collins & Co., 1874.

- Vol. 1 Source: https://archive.org/details/collinshistorica01coll/page/n7/mode/2up

- Vol. 2 Source: https://archive.org/details/collinshistorica02coll/page/n7/mode/2up

**Annotation Text:**
A foundational 19th-century Kentucky history compiling biographies and county records, with detailed references to early colonels such as Daniel Boone, Benjamin Logan, John Bowman, and George Rogers Clark. An essential source for understanding the social and military legacy of Kentucky's frontier leadership.

## The Bowmans: A Pioneering Family in Virginia, Kentucky and the NW Territory — 1943

Written by esteemed Virginia historian **Dr. John W. Wayland**, this 1943 work traces the origins, migrations, and historical contributions of the **Bowman family**, whose members were instrumental in the military and political development of **Virginia, Kentucky, and the Northwest Territory**. Drawing

from family papers, land records, Revolutionary War archives, and early Kentucky documents, Wayland presents a detailed family biography that is both genealogically rich and historically significant.

Central to the narrative is **Colonel John Bowman**, appointed by **Governor Patrick Henry in 1776** as the first **County Lieutenant (military commander)** of Kentucky County, Virginia. Also profiled are **Colonel Abraham Bowman**, **Colonel Joseph Bowman**, and **Colonel Isaac Bowman**, all of whom held important positions in the Continental Army, the Virginia militia, and frontier expansion efforts. Their leadership in land settlement, military campaigns, and constitutional development reflects the foundational role of colonels in shaping Kentucky's emergence as a state.

This volume is essential for understanding the **military-political class** of the late 18th-century frontier and offers a rare window into the familial networks that shaped the early West. It is particularly valuable for scholars tracing the **legal origins of Kentucky colonel commissions**, land grants for military service, and the civic leadership of frontier officers.

**Wayland, John W.** *The Bowmans: A Pioneering Family in Virginia, Kentucky and the Northwest Territory.* Staunton, VA: McClure Co., 1943.

Source: https://archive.org/details/bowmanspioneerin00wayl/page/n5/mode/2up

**Annotation Text:**
A genealogical and historical study of the Bowman family, focusing on Colonel John Bowman and his brothers—key figures in Kentucky's military and civic founding. An essential source for understanding early colonel commissions, Virginia-Kentucky land grants, and the leadership structure of the frontier era.

---

### Register of the Kentucky State Historical Society — Pre-1923 Volumes

First published in 1903 by the **Kentucky Historical Society**, the *Register of the Kentucky State Historical Society* is a long-running historical journal that preserves and disseminates primary source materials, scholarly articles, biographical sketches, and historical essays related to **Kentucky's political, military, and social development**. The pre-1922 volumes are particularly valuable for their treatment of **early colonization**, **Revolutionary War-era governance**, and the formation of Kentucky's counties, courts, and civic institutions.

These issues frequently feature contributions on prominent **frontier colonels**, including **Daniel Boone**, **John Bowman**, **Benjamin Logan**, **Isaac Shelby**, **George Rogers Clark**, and others, as well as explorations of **land grant systems**, **militia organization**, and the **transition from Virginia to Kentucky jurisdiction**. The Register also published transcriptions of rare documents, letters, and land records, preserving vital details about Kentucky's foundational period.

General in scope yet rich in detail, the early volumes of the Register are indispensable for understanding how **military leadership, civil authority, and landholding were intertwined** in the making of the Kentucky Commonwealth. They remain a central source for academic, legal, and genealogical research.

*Register of the Kentucky State Historical Society.* Frankfort, KY: Kentucky Historical Society, 1903–[pre-1922 volumes].

- Vol. 1 Source: https://archive.org/details/registerofkentuc01kent
- Vol. 2 Source: https://archive.org/details/registerofkentuc02kent
- Vol. 3 Source: https://archive.org/details/registerofkentuc03kent
- Vol. 4 Source: https://archive.org/details/registerofkentuc04kent
- Vol. 5 Source: https://archive.org/details/registerofkentuc05kent
- Vol. 6 Source: https://archive.org/details/registerofkentuc06kent
- Vol. 7 Source: https://archive.org/details/registerofkentuc07kent
- Vol. 8 Source: https://archive.org/details/registerofkentuc08kent
- Vol. 9 Source: https://archive.org/details/registerkentuck01socigoog
- Vol. 10 Source: https://archive.org/details/registerofkentuc10kent
- Vol. 11 Source: https://archive.org/details/registerofkentuc11kent_0
- Vol. 12 Source: https://archive.org/details/registerofkentuc12kent_1
- Vol. 13 Source: https://archive.org/details/registerofkentuc13kent
- Vol. 14 Source: https://archive.org/details/registerofkentuc14kent
- Vol. 15 Source: https://archive.org/details/registerofkentuc15kent
- Vol. 16-17 Source: https://archive.org/details/registerofkentuc16kent
- Vol. 18-19 Source: https://archive.org/details/registerofkentuc18fran
- Vol. 20 Source: https://archive.org/details/registerofkentuc20kent_2

**Annotation Text:**
A scholarly journal preserving primary records and historical analysis on Kentucky's early civil and military leadership. Pre-1922 volumes contain valuable material on frontier colonels, land grants, and the legal-political development of the Commonwealth from its Virginia origins.

## The Durrett Collection: Lewis Family Papers — 1778–1835

Held at the University of Chicago's Hanna Holborn Gray Special Collections Research Center, the **Lewis Family Papers** form part of the larger **Reuben T. Durrett Collection**, a foundational archive of Kentucky's earliest historical records. Compiled by **Reuben T. Durrett** (1824–1913), a prominent Kentucky historian, collector, and founding member of the Filson Historical Society, this collection offers unique insights into Kentucky's formative years, particularly the **land speculation and settlement era** following the American Revolution.

The papers center on the legal and business activities of **John Lewis** and his sons **Gabriel Lewis** and **Warner Washington Lewis**, who were active in Kentucky land transactions during the late 18th and early 19th centuries. The collection includes **land grants, indentures, promissory notes, contracts, receipts**, and a **travel journal**, reflecting the mechanisms of **land distribution tied to military service**, particularly among Revolutionary War veterans and the Virginia planter class.

As many of Kentucky's early colonels—such as **Isaac Shelby**, **Benjamin Logan**, and **John Bowman**—were deeply involved in similar land-based compensation systems, this collection offers valuable context for understanding the **economic foundations of early Kentucky leadership**, including the interconnection between **military rank, land ownership, and civic authority**.

**Durrett, Reuben T. Collection**. *Lewis Family Papers, 1778–1835*. Hanna Holborn Gray Special Collections Research Center, University of Chicago Library.

Source: https://www.lib.uchicago.edu/e/scrc/findingaids/view.php?eadid=ICU.SPCL.LEWISFAMILY

**Annotation Text:**
A manuscript collection of land and legal documents tied to the Lewis family's Kentucky dealings, preserved by historian Reuben T. Durrett. Offers direct insight into land grant practices and frontier economics that supported early military and civic leadership in the Commonwealth.

## A History of Kentucky and Kentuckians — 1912

Published in three volumes in 1912, **E. Polk Johnson's *A History of Kentucky and Kentuckians*** is both a **biographical encyclopedia** and a sweeping **narrative history** of the Commonwealth. Produced in collaboration with the **Lewis Publishing Company**, the work documents the lives and legacies of Kentucky's leading figures in law, politics, commerce, military service, and public affairs from the colonial period through the early 20th century.

Volume I focuses on the **development of Kentucky's institutions**, its separation from Virginia, and the influence of **Revolutionary War veterans** and **militia colonels** who received land grants and held civil and military authority. Volumes II and III offer **extensive biographical entries**, many tracing lineages directly back to early frontier leaders such as **Colonel Daniel Boone**, **Colonel John Bowman**, **Colonel Benjamin Logan**, **Colonel Isaac Shelby**, and other Virginia-Kentucky patriots whose descendants became governors, judges, business leaders, and lawmakers.

### Excerpt:

> Among other important transactions of the company at this time was the voting "that a present of 2,000 acres of land be made to Colonel Daniel Boone, with the thanks of the Proprietors for the signal service he had rendered to the company." This statement gains additional force from the indication given that he **"Kentucky Colonel"** began to flourish in colonial days and is not, as popularly supposed, a product of latter day wars and the propensity of a peaceful people to distinguish certain of their number with a title which, in many instances, means that its recipient never saw a regiment in line nor heard a hostile gun.

*E. Polk Johnson, A History of Kentucky and Kentuckians*, Page 28 (Lewis Publishing)

This set is indispensable for **genealogists, legal historians, and scholars of early American aristocracy**, as it provides not only historical narratives but also **family histories**, **military records**, and documentation of the enduring influence of Kentucky's founding generation well into the modern era. It helps demonstrate how the **title of "Colonel" remained an honorific and civic institution** across multiple generations of Kentuckians.

**Johnson, E. Polk.** *A History of Kentucky and Kentuckians: The Leaders and Representative Men in Commerce, Industry and Modern Activities.* 3 vols. Chicago: Lewis Publishing Co., 1912.

- Volume 1 Source: https://archive.org/details/historyofkentuck01john/page/n7/mode/2up

- Volume 2 Source: https://archive.org/details/ahistorykentuck02compgoog/page/n6/mode/2up

- Volume 3 Source: https://archive.org/details/historyofkentuck03john/page/n5/mode/2up

**Annotation Text:**
A three-volume biographical and historical record documenting Kentucky's evolution from frontier territory to industrialized commonwealth. Features detailed genealogies and institutional histories linking modern leaders to early colonels such as Daniel Boone, John Bowman, Benjamin Logan, and Isaac Shelby.

---

**A History of Kentucky — 1919**

Published in 1919 by the **American Book Company**, *A History of Kentucky* by **Elizabeth Shelby Kinkead** presents a concise, civic-minded narrative of the Commonwealth's origins, statehood, and development. Designed for general audiences and educational use, the book emphasizes the contributions of **frontier leaders, military figures, and early legislators**, with a strong focus on values such as honor, patriotism, and public service.

This book was written for and widely used in Kentucky schools from 1896 through the 1930s.

Kinkead gives considerable attention to **Colonel Daniel Boone**, **Colonel Isaac Shelby**, **Colonel George Rogers Clark**, and other Virginia-born patriots who secured and governed the Kentucky frontier. Her account of Kentucky's transition from Virginia territory to independent state highlights the civil-military authority of early colonels, the political structure of the Transylvania Colony, and the influence of Revolutionary War land grants.

While more interpretive than documentary, the book reflects a prevailing view of Kentucky's colonels as civic heroes whose leadership and moral character shaped the identity of the state. It serves as a clear example of how, by the early 20th century, the **title "Colonel" had become embedded in Kentucky's cultural and educational narrative**, long before the rise of modern honorary organizations.

Elizabeth Shelby Kinkead was born in 1864 in Kentucky. Her middle name, "Shelby," was not merely honorary—she belonged to the **Shelby family line**, and it is well documented in historical genealogical references that she was a **direct descendant** (through one of Shelby's daughters).

Her familial connection to Governor Shelby gives her work additional significance: she **writes from within the legacy of Kentucky's founding families**, which helps explain the reverent tone and her intimate focus on the values and leadership of early colonels.

**Kinkead, Elizabeth Shelby**. *A History of Kentucky.* New York: American Book Company, 1919.

Source: https://archive.org/details/historyofkentuck02kink/page/n3/mode/2up

**Annotation Text:**
A widely circulated early 20th-century history of Kentucky highlighting the contributions of early colonels such as Isaac Shelby, George Rogers Clark, and Daniel Boone. Reflects how colonelship had become a central theme in the state's civic identity before the rise of honorary organizations.

---

## History of Kentucky — 1922 (Five Volumes)

Edited by **Charles Kerr** with major contributions from historians **William Elsey Connelley** and **E. Merton Coulter**, the five-volume *History of Kentucky* (1922) offers one of the most **extensive**

**documentary and biographical treatments** of the Commonwealth's political, military, and civic development. Published by the American Historical Society, the work is divided between **narrative state history** and **detailed biographical profiles** of leaders and families spanning the colonial period to the early 20th century.

The historical volumes trace Kentucky's origins from the **Transylvania Colony**, the **Wilderness Road**, and **Boone's Fort**, through statehood, early governance, and military conflicts. They give prominent attention to **Colonel Daniel Boone**, **Colonel John Bowman**, **Colonel Benjamin Logan**, **Colonel Isaac Shelby**, and **Colonel George Rogers Clark**, as well as to the military and legal institutions shaped by them. The biographical volumes document the continued influence of these early colonels through their descendants and the civic traditions they established.

These volumes are a vital source for understanding how Kentucky's **military heritage** became entwined with its **political institutions**, and how **the title "Colonel" retained civic prestige** as a symbol of leadership, landholding, and public service throughout generations.

**Kerr, Charles, ed., William Elsey Connelley, and E. Merton Coulter**. *History of Kentucky*. 5 vols. Chicago and New York: The American Historical Society, 1922.

- Vol. 1 Source: https://archive.org/details/historyofkentuck01kerr/page/n7/mode/2up
- Vol. 2 Source: https://archive.org/details/historyofkentuck02kerr/page/568/mode/2up
- Vol. 3 Source: NOT AVAILABLE
- Vol. 4 Source: https://archive.org/details/historyofkentuck04kerr/page/n5/mode/2up
- Vol. 5 Source: https://archive.org/details/historyofkentuck05kerr/page/n5/mode/2up

**Annotation Text:**
A five-volume historical and biographical work documenting the founding and civic evolution of Kentucky. Includes detailed narratives on early colonels such as Daniel Boone, John Bowman, Isaac Shelby, and George Rogers Clark, and biographical sketches tracing their influence across generations.

---

## Traditions of the Earliest Visits of Foreigners to North America — 1908

Published in 1908 by the **Filson Club** and printed by J. P. Morton in Louisville, this work by **Colonel Reuben T. Durrett** explores early—often legendary—accounts of **foreign exploration of North America** prior to Columbus. Focusing particularly on the **Welsh legend of Prince Madoc**, Durrett evaluates claims that early Welsh explorers may have reached the American continent as early as the

12th century, establishing settlements and interacting with Native peoples long before European colonization.

Though not focused solely on Kentucky, the work reflects Durrett's broader mission to **preserve and explore early transatlantic narratives**, oral traditions, and the symbolic roots of **Anglo-American settlement identity**. As a pioneering Kentucky historian, Durrett's interest in the Madoc legend intersects with the frontier mythos that later helped shape the cultural memory of Kentucky colonels as heirs to European exploration, martial honor, and land acquisition.

As with his other works, Durrett's role as **founder of the Filson Historical Society**, and his vast manuscript collection, give this publication lasting value—not just for its content, but as a product of the intellectual environment in which **Kentucky's historical traditions were curated and celebrated** in the early 20th century.

**Durrett, Reuben T.** *Traditions of the Earliest Visits of Foreigners to North America, the First Formed and First Inhabited of the Continents.* Louisville, KY: J. P. Morton & Company (Printers to the Filson Club), 1908.

Source: https://archive.org/details/traditionsofearl00durr/page/n11/mode/2up

**Annotation Text:**
A historical analysis of pre-Columbian exploration legends, notably the Welsh Prince Madoc narrative. Authored by Reuben T. Durrett, founder of the Filson Club, the work reflects early 20th-century efforts to link Kentucky's cultural origins to ancient traditions of honor, land, and European ancestry.

---

## Topographical Description of the Western Territory — 1793 (Volumes I & II)

Published in 1793, this two-volume set—*A Topographical Description of the Western Territory of North America*—offers one of the earliest comprehensive accounts of **Kentucky's geography, settlement, natural resources, and legal institutions**. Written in the form of a narrative and descriptive report, the work outlines the transformation of Kentucky from uncharted wilderness to organized statehood, drawing from firsthand exploration, military campaigns, and political observation.

The author, widely believed to be **George Imlay**, combines accounts of the **Wilderness Road**, **Boonesborough**, and **Transylvania Colony**, along with commentary on land grants, agricultural potential, and frontier life. Volume II includes a detailed appendix delineating the **laws and government of the State of Kentucky**, following its admission to the Union in 1792. This legal section provides some of the earliest documentation of **Kentucky's statutory framework**, militia structure, and land policies—many of which directly involved prominent figures such as **Colonel Daniel Boone**, **Colonel John Bowman**, **Colonel Benjamin Logan**, and **Colonel Isaac Shelby**.

As one of the first books to describe Kentucky to an international audience, this work helped shape the **mythos of the Kentucky frontier**, while also offering **practical details** for prospective settlers and investors. It captures the **intersection of military leadership, land acquisition, and early republican governance** that defined the early Kentucky colonel class.

*The Discovery, Settlement, and Present State of Kentucky. A Topographical Description of the Western Territory of North America…* 2 vols. London: Printed for J. Debrett, 1793.

- Vol. 1 Source: archive.org/details/eighteenth-century_the-discovery-settleme_1793_1

- Vol. 2 Source: archive.org/details/eighteenth-century_the-discovery-settleme_1793_2

**Annotation Text:**
An early and influential two-volume description of Kentucky's geography, laws, and colonial development, widely attributed to George Imlay. Documents early civil and military organization, and the foundational role of colonels such as Boone, Bowman, Logan, and Shelby in securing and governing the Commonwealth.

---

## The Discovery, Settlement, and Present State of Kentucke — 1784 (Original)

Published in 1784 by **John Filson**, a Pennsylvania-born surveyor, schoolmaster, and historian, *The Discovery, Settlement, and Present State of Kentucke* is the **first published history and promotional account of Kentucky**. It presents a vivid and firsthand narrative of the **exploration, military defense, geography, and natural features** of the Kentucky territory during its formative years under Virginia jurisdiction.

The book includes the earliest published **biography of Colonel Daniel Boone**, based on Filson's direct interviews with him, and celebrates Boone's central role in the founding and defense of settlements such as **Boonesborough**. Filson's account also references numerous early colonels and landholders, including **Colonel Isaac Shelby**, whose residence and land claims are **clearly marked on the accompanying map**. The work emphasizes the **military-civic structure of early Kentucky**, where colonels served not only in defense but also in land distribution, legal administration, and community formation.

Of equal historical value is Filson's **1784 map of "Kentucke,"** engraved by Henry D. Pursell and printed in Philadelphia. It is among the earliest **cartographic representations of the Kentucky frontier**, showing forts, settlements, roads, and properties held by Boone, Shelby, Clark, Logan, and other key figures. A copy of Filson's book and map was reportedly presented to **George Washington**, reflecting its importance in shaping both public and governmental understanding of the Western territories.

Together, the book and map serve as a **cornerstone of Kentucky's historical record**, blending exploration, natural history, and military-civic leadership. They remain indispensable for historians, legal scholars, and genealogists tracing the origins of **Kentucky's colonel tradition**, land use, and frontier governance.

**Filson, John.** *The Discovery, Settlement, and Present State of Kentucke: And an Essay Towards the Topography and Natural History of That Important Country.* Wilmington, DE: Printed by James Adams, 1784.

**Map**: *This Map of Kentucke Drawn from Actual Observations by John Filson.* Philadelphia: Engraved by Henry D. Pursell and Printed by T. Rook, 1784.

Source: https://archive.org/details/discoverysettlem00fils/page/n9/mode/2up

**Annotation Text:**
The first published history of Kentucky and earliest biographical account of Colonel Daniel Boone. Includes Filson's 1784 map, documenting the landholdings of Isaac Shelby, Boone, and other colonels. A foundational source for the military and geographic origins of the Commonwealth.

---

## Kentuckians in History and Literature — 1907

Published in 1907 by **The Neale Publishing Company**, *Kentuckians in History and Literature* by **John Wilson Townsend** offers a concise but thoughtful reflection on the lives and legacies of Kentucky's most influential figures in **statecraft, exploration, writing, and public memory**. Townsend, a Lexington-born historian and bibliophile, was known for his early biographical work on **John Filson** and for his leadership in historical preservation through the **Filson Club** and the **Kentucky Historical Society**.

This book includes essays on prominent **frontier leaders and colonels**, such as **Colonel Daniel Boone**, **Colonel Richard M. Johnson**, and others, placing them in the broader context of Kentucky's literary and commemorative tradition. Townsend also explores how historians like **Filson** and **Durrett** helped shape the narrative of Kentucky's origin, turning early colonels into symbolic figures of honor and civic identity.

More than a biographical compilation, the book serves as a **cultural-historical reflection** on how Kentucky's past was remembered and celebrated in the early 20th century, particularly through the lens of honor, martial leadership, and literary legacy. It is a key resource for understanding the **evolution of the Kentucky Colonel image**, from functional frontier leader to cultural icon.

**Townsend, John Wilson.** *Kentuckians in History and Literature.* New York: The Neale Publishing Company, 1907.

Source: https://archive.org/details/kentuckiansinhis01town/page/n7/mode/2up

**Annotation Text:**
A biographical and cultural reflection on Kentucky's foundational figures, with emphasis on early colonels like Boone and Johnson. Townsend explores how writers and historians helped elevate the Kentucky Colonel to a symbol of honor and civic leadership in public memory.

---

## The History of Kentucky — 1824

Written by **Humphrey Marshall**—a Revolutionary War officer, early Kentucky statesman, and U.S. Senator—*The History of Kentucky* (1824) is one of the **first comprehensive historical accounts** written by a participant in the events he describes. Published in Frankfort, it provides a detailed chronicle of Kentucky's **discovery, settlement, political organization, military campaigns**, and early governance, tracing the state's transformation from a western district of Virginia into an independent commonwealth.

Marshall offers detailed accounts of the **Virginia land grant system**, the formation of **county militias**, the constitutional conventions of the 1790s, and the **role of key military leaders**—particularly **Colonel George Rogers Clark**, **Colonel Benjamin Logan**, **Colonel John Todd**, **Colonel John Bowman**, and **Colonel Isaac Shelby**. As both a historian and a political insider, Marshall weaves together legislative, military, and land-related developments with sharp commentary and documentation of **frontier civil-military authority**.

The book reflects an early 19th-century understanding of the **Kentucky Colonel as both a military commander and civil administrator**, central to the defense and formation of the state's institutions. Its firsthand value, political depth, and chronological detail make it a **foundational source for Kentucky legal and military historians**.

**Marshall, Humphrey.** *The History of Kentucky: Exhibiting an Account of the Modern Discovery, Settlement, Progressive Improvement, Civil and Military Transactions, and the Present State of the Country.* Frankfort: Geo. S. Robinson, Printer, 1824.

Source: https://archive.org/details/historyofkentuc_01mars/page/n11/mode/2up

**Annotation Text:**
 One of the earliest full-length histories of Kentucky, authored by a Revolutionary War veteran and senator. Offers firsthand political and military insights into the state's early colonels and institutional development, with detailed accounts of figures such as Clark, Logan, Shelby, and Bowman.

## The Winning of the West — 1904 (6-Volume Edition)

Originally published between 1889 and 1896 and reissued in this **6-volume edition in 1904** by the Review of Reviews Company, *The Winning of the West* is **Theodore Roosevelt's most ambitious historical work**, chronicling the westward expansion of the American frontier and the key figures who shaped its conquest. Roosevelt gives particular attention to **Kentucky's role** in securing the interior of the continent, with repeated references to **"Kentucky colonels"** not simply as military men, but as **pathfinders, frontier leaders, settlers, and political founders**.

In Roosevelt's narrative, Kentucky colonels such as **Daniel Boone**, **George Rogers Clark**, **Benjamin Logan**, and others are described in roles that blend military command, exploratory daring, and civic authority. Roosevelt's use of the term reflects the **19th-century understanding of the Kentucky Colonel** as a figure of **real frontier leadership**, tied to the **physical conquest of land, establishment of governance**, and defense against both British and Native opposition.

Roosevelt does not use the title as an honorific. Rather, he treats colonels as **functional leaders—explorers who governed through deeds**, not ceremony. His references support the view that "Kentucky Colonel" was a **public identity rooted in action, not appointment**, decades before 20th-century organizations attempted to trademark or institutionalize the title.

**Roosevelt, Theodore.** *The Winning of the West*. 6 vols. New York: Review of Reviews Company, 1904. (Originally published 1889–1896)

- Vol. 1 Source: https://archive.org/details/winningofwest01roos

- Vol. 2 Source: https://archive.org/details/winningofwest02roos

- Vol. 3 Source: https://archive.org/details/winningofwest03roos

- Vol. 4 Source: https://archive.org/details/winningofwest04roos

- Vol. 5 Source: https://archive.org/details/winningofwest05roos

- Vol. 6 Source: https://archive.org/details/winningofwest06roos

**Annotation Text:**
In this six-volume historical work, Roosevelt refers to Kentucky colonels as frontier leaders and explorers, not in ceremonial terms. Describes colonels such as Boone, Clark, and Logan as land-takers and state-builders, affirming the title's deep civic and historical roots in early American expansion.

## Annie Fellows Johnston — Author of the "Colonel" Series (1895–1910)

Annie Fellows Johnston (1863–1931) was a best-selling American author known for her immensely popular **"Little Colonel" series**, which began in 1895 and continued through multiple sequels into the early 20th century. The books, set primarily in postbellum Kentucky, follow the life and coming-of-age journey of a Southern girl named **Lloyd Sherman**, nicknamed "The Little Colonel" after her grandfather, **Colonel Lloyd**, a proud, chivalrous Confederate veteran and patriarch.

Through romanticized storytelling, Johnston created an enduring image of the **Kentucky Colonel as genteel, traditional, and steeped in aristocratic honor**. Her portrayal—though idealized—contributed significantly to the **literary canonization of the Kentucky Colonel as a cultural type**, especially within Southern and children's literature. The Colonel in Johnston's books is portrayed as proud, honorable, loyal, and sentimental, embodying a nostalgic view of Southern manhood.

Johnston's books sold widely, inspired a 1935 Shirley Temple film (*The Little Colonel*), and helped cement the **Kentucky Colonel as a genteel character in American popular culture**, distinct from his earlier frontier or political representations.

**Johnston, Annie Fellows.** *The Little Colonel.* Boston: L.C. Page & Company, 1895. Multiple sequels published through 1910.

**Annotation Text:**
Annie Fellows Johnston's *Little Colonel* series played a major role in popularizing the image of the **Kentucky Colonel as a literary archetype**, romanticizing him as a symbol of Southern dignity and heritage. These widely circulated books illustrate how the title became embedded in American storytelling—long before its charitable institutionalization—through **fictional character development, not official designation**.

---

## A Collection of Some of the Most Interesting Narratives of Indian Warfare in the West — 1913 (Reprint of 1821 Edition)

Originally compiled by **Samuel L. Metcalfe** in 1821 and reprinted in 1913 by W. Abbatt, this remarkable volume gathers **firsthand and contemporary accounts of Indian warfare, frontier settlement, and military expeditions** in the Ohio Valley and Kentucky during the late 18th century. The book includes narratives of Indian captivity, combat, and militia service, offering a visceral and often harrowing view of the early American frontier.

Among the centerpiece entries is **John Filson's original narrative of Colonel Daniel Boone**, recounting Boone's exploration, imprisonment, and leadership in defense of Kentucky settlements. Also included are personal testimonies from **Dr. John Knight**, **John Slover**, **Captain William Hubbell**, and

**Colonel James Smith**, who was captured in 1755 and lived among Native tribes for four years—his account being one of the earliest detailed observations of Native American culture, warfare, and governance.

The volume documents **key military expeditions** led by **Generals Harmer, St. Clair, Wayne, Scott, and Wilkinson**, and tracks the escalation of Indian resistance between 1790 and 1794. These events were directly shaped by—and often commanded by—**Kentucky's frontier colonels**, many of whom had prior service in the Virginia militia and later became state leaders.

This collection is not fictional; it serves as a **primary historical resource**, illuminating the **brutal frontier conflicts**, **militia mobilization**, and **cultural tensions** that defined Kentucky's early formation. It remains a critical work for scholars of **Indian wars, Kentucky military history, and the formation of the Colonel as a frontier authority**.

**Metcalfe, Samuel L**. *A Collection of Some of the Most Interesting Narratives of Indian Warfare in the West…* Originally published 1821. Reprinted New York: W. Abbatt, 1913.

Source: https://archive.org/details/warfareinthewest00metcrich/page/n3/mode/2up

**Annotation Text:**
A nonfiction compilation of firsthand narratives documenting frontier warfare, captivity, and militia campaigns. Features Filson's account of Daniel Boone and other early colonels involved in Kentucky's defense. Essential for understanding the lived military culture that shaped the Kentucky Colonel tradition.

---

### An American in Moscow—Trouble over a Mustache — 1952

I LIKE a gag as much as the next fellow, but one day I carried it a shade too far. Just before 1 left the Slates I'd gone with some friends to the Gay Nineties, a nightclub in San Francisco. Now, in my suite in Moscow, 1 discovered I still had in my pocket one of those cardboard black handlebar mustaches they give out at the Gay Nineties. While I was waiting for my breakfast to be sent up I put the mustache on and started parading around the suite in my dressing robe, stroking the mustache, looking at myself in the mirror and saving things like:

"Boy, I never had it so good! Meals served in your room! Pardon me — suite! Three-room suite. Block-long limousines! Uniformed chauffeurs! Could this be Russia!"

At that moment the door opened and the waiter came in. He spotted my cardboard mustache and almost dropped his tray. Without a word, he served the breakfast and left.

An hour and a hall later a stranger came up to my suite.

"Hello, Mr. Vickery," he said, with a friendly smile. "Are you happy? Do you like living here?"

"Fine!" I said. "Couldn't be better."

He hemmed around and then asked, "Mr. Vickery, you do not like our Generalissimo Stalin?"

"Why, sir, I've never met the gentleman." I said. "Nothing I'd like better than an introduction. Could you arrange it?"

"Mr. Vickery," the man said. "You wear a funny mustache, making fun of the Generalissimo."

Then I got it. Actually the mustache does look a little like the Generalissimo's. I hurriedly explained that the subversive item in question was from a nightclub in San Francisco and showed him the printing on the back. He seemed satisfied. But he confiscated the mustache.

I had one other run-in with this same man. The day after my speech at the conference I got a cablegram from the Commonwealth Club in San Francisco inviting me to speak there when I got back. It was addressed: "Colonel Oliver Vickery." My eagles are strictly the Kentucky kind. But my Russian friend of the mustache incident had no way of knowing this, so he arrived in my suite right after the cablegram.

"Mr. Vickery," he said, "are you a colonel in the United Slates Army?"

"Suh," I said, "I am a colonel — but not a fightin' colonel."

That didn't seem to clear it up for him, so 1 had to explain the whole system of Kentucky colonels. "It is an affectionate title. It is symbolic of the old South. It expresses hospitality and goodwill. It is not a military title, although there were times. I suppose, in the old days. . . ,

I really didn't want them to think I was trying to deceive them, or to think that I was an Army colonel in Ferro-Bet's clothing. My visitor finally seemed convinced by my explanation, though I suggested he ask the Soviet Embassy in Washington to wire the governor of Kentucky to verify the difference between Kentucky colonels and fighting colonels.

**"An American in Moscow,"** *LIFE*, vol. 32, no. 22, Time Inc., June 2, 1952, p. 110.

Source: https://archive.org/details/bub_gb_BFYEAAAAMBAJ/page/n111/mode/2up

---

### Back Home — 1915

*(Written for the Kentucky Colonels Club, Dallas, Texas, October 1915)*

> Will I meet you at the banquet board,
>  When those who are so lucky

Will greet old friends and meet new friends,
And talk about Kentucky?

Of course I will, for to each heart,
No matter where we roam,
Among this crowd, hand clasped in hand,
We feel once more **Back Home**.

No other State so clannish as
This dear one of ours—
With its bluegrass and fine horses,
And its women sweet as flowers;

And when we get together and
Kentucky whisky flows,
There is a kindred spirit
No other State e'er knows.

Now, when the roll you're calling,
And we answer to your names,
I think we all should answer
With the county whence we came.

I came from old Scott County,
The rarest gem that shines
In the golden ring Kentucky,
That Miss Columbia finds.

Scott is the pearl, so lustrous,
In the cluster richly set—
With the ruby red of Bourbon
And the diamond of Fayette;

The sapphire of sweet Owen,
Near Franklin's emerald green,
While the amethyst of Harrison
Is near Woodford's topaz seen.

Now I call these bluegrass counties
The "setting of the ring,"
Though the Pennyrile and the mountains
Their golden treasures bring.

In brain and brawn and muscle
 That the limestone waters give—
 In that grand old State, Kentucky,
 Where we all began to live.

Now "united" here in Texas,
 "We stand" together all;
 No chance around the festal board
 Of "divided, we fall."

But before I close these verses,
 I would vote our thanks to Fate,
 For the noble men and women
 Who made our grand State great.

Dan Boone, who first discovered
 The rolling bluegrass land;
 Shelby, Clark, and Harrison,
 Who followed in his band;

Menefee, Clay, and Crittenden
 Are names we love to praise—
 To George Prentice and "Marse Henry"
 Loudest paeans raise.

And later on, when bloody strife
 Divided all, so hearty,
 Kentucky gave to North and South
 A leader to each party:

Lincoln, the martyr of the North,
 With love for South so tender;
 Our great and glorious Davis
 Was the Southern Rights defender.

Irvin Cobb, John Fox, Lane Allen,
 We rank among the great;
 Charles Buck and Ingram Crockett
 Are crowding at the gate.

John Townsend in his various books
 Has sung their praises all,

For there's *Aunt Jane of Kentucky*
And *Eliza Calvert Hall*.

And there's Annie Fellows Johnston
And her *Little Colonel*, too;
But if I name the roll of fame,
I never would get through.

So I'll gladly gather with you round
The festal board so lucky—
In thought and heart we'll be once more
"Back Home" in Old Kentucky.

— George M. Spears, in the Dallas News,

**Combs, Josiah Henry.** *All That's Kentucky: An Anthology.* Louisville, KY: J.P. Morton, 1915.

Source: https://archive.org/details/allthatskentuck00combgoog/page/n304/mode/2up

---

## Titles of Honor In Kentucky — 1906

"Colonels without regiments, and captains without companies."

That readers unacquainted with Kentucky manners and customs may understand how Thornton, whom they have known at The Falls as plain Robert Thornton, after a short residence in the country, in a time of profound peace, came to have a military title and to be on all hands called *Colonel* Thornton, it becomes necessary to say, parenthetically, something of the sources of titles of honor in Kentucky. Their chief technical source is the prerogative of the governor, who may appoint an indefinite number of gentlemen to be commissioned as colonels, and to constitute his military staff. By the exercise of this prerogative every fourth year since the inauguration of Governor Shelby in 1792, a very considerable addition had been made, and will continue to be made, to this array of Kentucky colonels, already in number an army in themselves. For a time these officers were accustomed to consider their corps as only the skeleton of an army, of which the muscles and sinews and other requisite parts were to be supplied when the proper occasion should occur. It has now attained gigantic proportions, for which, if it were desired to hide it, the Mammoth Cave itself would not afford a sufficient skeleton closet; and there is some talk in military circles of a provision for subaltern officers and a few privates.

But the prerogative of the governor is not the only source of these titles. A more prolific source — the very "officina" of titles of honor — lies.in the "unbought grace" and the "omnipotent fiat" of the people. They delight in titles, and bestow them with a liberal hand ; not indiscriminately nor capriciously, but with well-defined fitness and order.

45

The necessary qualifications are three in number: popularity, aquiline features, and a martial bearing. Every popular man, willing or not, is liable to have a title of honor imposed upon him. This is not always the title of colonel, to which the governor's appointment seems to be restricted, but is graduated according to the measure in which the requisite qualifications are possessed by each individual, reaching as high as general, and as low as major, within which limits lie all the military titles thus conferred. In cases where all the required qualifications are possessed, the individual is sure to be made a general, except he be handicapped by some unwarlike feature, as great breadth of back and sesquipedality of belly, suggestive of the commissariat, when he is remitted to that department with the title of "Major." Where the individual is only popular, possessing neither aquiline features nor a martial bearing, and is, moreover, handicapped by the tm- warlike features indicated, he is regarded as clean out of the cat^ory of military men, and is relegated to civil life with the title of "Judge." Some confusion is made in two of these titles, that of judge and that of general, by the fact that a judge of horses often has this first title conferred though he may know nothing of law, and every attorney-general has all his rank merged in the sonorous military title, and is called general. Sometimes of a judge it is necessary to ask whether he be of stock or of the law.

The army of officials thus created by the governor's prerogative and the fiat of the people, vast as it is, is yet by no means expensive. None of them receives any pay, and all furnish their own rations. Moreover, though some zealous members of the governor's staff have been known, on receipt of their commissions, to buy copies of Vauban and Jomini, with a view to important active service, they are not required to possess any technical knowledge, nor "to know more of the divisions of a battle, or how to set a squadron in the field, than a mere spinster."

Many of these dignitaries affect to think lightly of their titles, speaking of them with "a mocking lip and noble scorn," as if they despised greatness. Yet it is observed that they are not pleased to have their rank ignored^ and are mortally offended on being called by an inferior title; afi when a general is sainted as colonel, a colonel as major, a major as captain, or a judge as squire.

Thornton's title came by the popular fiat.

**Gray, John Thompson.** *A Kentucky Chronicle.* New York and Washington: The Neale Publishing Company, 1906. (CHAPTER XX)

Source: https://archive.org/details/akentuckychroni00compgoog/page/202/mode/2up

---

## A Brittle Sword: The Kentucky Militia, 1776–1912 – 1977

A regional military history written by Richard G. Stone Jr., professor at Western Kentucky University, and published as part of the Kentucky Bicentennial Bookshelf. This work surveys the evolution of the Kentucky militia from its frontier origins in the late eighteenth century to its early twentieth-century transformation into the National Guard. The study is notable for its focus on militia organization,

leadership, and the transition from informal settler defense to a formalized citizen soldiery. Stone's account of county lieutenants and early field officers highlights the social and political roles they occupied within the developing state, offering a clear connection to the ceremonial legacy of honorary military commissions.

Stone presents the figure of John Bowman as Kentucky's first appointed colonel, commissioned in 1777 by Governor Patrick Henry under the new county structure that replaced Virginia's Fincastle County. Bowman's leadership in the 1779 expedition against Old Chillicothe, the principal Shawnee town, is portrayed as the first major Kentucky-led offensive campaign, prefiguring later traditions of militia valor and civic honor. His performance, and eventual eclipse by other military figures such as Benjamin Logan and George Rogers Clark, is treated as an early example of how martial prestige translated to political standing in frontier Kentucky.

> "John Bowman, a 'portly, good looking man,' did not arrive until later in 1777 to take up his commission as the very first Kentucky colonel." (p. 13)

> "In May 1779 Bowman had led nearly 300 Kentuckians on an enterprise infinitely dearer to most of them than Clark's perennial Detroit schemes—a march against Old Chillicothe, the Shawnee's principal town..." (p. 15)

**Citation:**
Stone Jr., Richard G. *A Brittle Sword: The Kentucky Militia, 1776–1912*. Lexington: The University Press of Kentucky, 1977. Paperback edition, 2009.

**Source:**
https://uknowledge.uky.edu/upk_military_studies/5

**Annotation:**
Stone's work provides essential background on the social status of Kentucky's earliest commissioned officers, especially in the wake of formal appointments by Virginia governors during the Revolutionary era. The role of John Bowman as the first county lieutenant and field colonel within the newly created Kentucky County is illustrative of how civil and military authority were intertwined. This early pattern of leadership and recognition established a precedent for the honorary role of the Kentucky Colonel, rooted in martial service, civic reputation, and gubernatorial appointment. The book remains a vital reference for understanding the symbolic continuity between Kentucky's early militia command structure and its modern ceremonial traditions.

## Divide and Dissent: Kentucky Politics, 1930–1963 – 1987

A political history written by John Ed Pearce, longtime journalist and editorial writer for the *Louisville Courier-Journal*. This work surveys Kentucky politics during the critical mid-twentieth century, focusing on gubernatorial leadership, party factionalism, and institutional stagnation. Published by the University Press of Kentucky, Pearce's narrative is driven by firsthand experience, interviews, and extensive archival research. While not a footnoted academic study, the book is a valuable political and cultural chronicle, particularly in its treatment of the structural resistance to reform and modernization in state government. It provides context for gubernatorial traditions, including the honorary colonelship, by exploring how executive authority has been exercised, contested, and symbolized.

> "The governors of Kentucky have not been an exceptional lot… The ferocity with which Kentuckians play politics and the corruption that so often marks the average courthouse… have their roots in that poverty." (Introduction, p. 1)

> "The peak of this 20-year period was probably reached during the 1959–63 term of Governor Bert T. Combs, who is becoming recognized as one of the key figures in Kentucky history." (p. 2)

**Citation:**
Pearce, John Ed. *Divide and Dissent: Kentucky Politics, 1930–1963*. Lexington: The University Press of Kentucky, 1987. Paperback edition, 2006.

**Source:**
https://uknowledge.uky.edu/upk_political_history/3

**Annotation:**
Pearce's survey of Kentucky's political culture reveals enduring patterns of division, patronage, and resistance to institutional change. The book provides indirect but meaningful insight into the evolution of the honorary Kentucky Colonel title by documenting how governors navigated public image, state symbolism, and ceremonial authority. The emphasis on Bert Combs's administration—particularly the adoption of a statewide sales tax, constitutional reform efforts, and expanded state services—illustrates how executive leadership has historically been both a site of genuine policy innovation and symbolic recognition. The legacy of gubernatorial appointments, including non-military honors, is situated in this broader narrative of institutional authority and public legitimacy.

## Kentucky Catholic and Maryland Skeptic: The Correspondence of Colonel Patrick Henry Callahan and H.L. Mencken – 1981

An article authored by historian William E. Ellis and published in *The Filson Club History Quarterly*. This essay presents an edited biographical account of Colonel Patrick Henry Callahan (1866–1940), a Catholic businessman and public figure from Louisville, Kentucky, known for his advocacy of Prohibition, interfaith tolerance, and Progressive-era civic reform. The article is based on the surviving correspondence between Callahan and journalist H.L. Mencken, highlighting the ideological friendship between the devout Catholic reformer and the iconoclastic Baltimore critic. The work provides a unique view into the life of a Kentucky Colonel whose honorary commission carried weight in public, religious, and political forums during the early twentieth century.

> "Many people knew him as 'Colonel' Callahan, the honorary title being given to him by a Kentucky governor." (p. 336)

> "If Callahan did not write as well or as often as Mencken, his correspondence, pamphlets, and articles exemplified the attainments of a well-educated man of the early part of this century." (p. 340)

**Citation:**
Ellis, William E. "Kentucky Catholic and Maryland Skeptic: The Correspondence of Colonel Patrick Henry Callahan and H.L. Mencken." *The Filson Club History Quarterly* 55, no. 3 (July 1981): 336–348.

**Source:**
[Filson Historical Society Archives]

**Annotation:**
This work is a foundational piece for evidencing the cultural and civic stature of the Kentucky Colonel title. It establishes that Patrick Henry Callahan, whose honorary commission was granted by a sitting governor, publicly used and was widely referred to by this title in published correspondence, speaking engagements, and social reform initiatives. The text also affirms that gubernatorial colonelships functioned as symbols of trust, merit, and civic distinction. Moreover, Callahan's association with national figures such as Mencken, and his prominent public profile, underscore the non-military nature of the title's usage in political and interfaith discourse. This article supports the interpretation of the Kentucky Colonel commission as a formal act of civil recognition within a gubernatorial tradition, reinforcing the central argument of its symbolic—not operational—function.

## Kentucky in American Letters, 1784–1912 – 1913

Compiled and authored by Lexington bibliographer and historian John Wilson Townsend, this two-volume anthology presents the first comprehensive literary record of Kentucky's contribution to American letters. Published by The Torch Press and issued in a limited edition of 1,000 copies, the collection traces the development of Kentucky authorship from the late 18th century through the early 20th, and includes detailed biographical sketches, bibliographic citations, and selected writings from 196 notable Kentuckians. Volume I opens with a historical and critical introduction by novelist James Lane Allen, who situates the work within the larger narrative of American regional literature. The volumes cover major statesmen, poets, theologians, educators, essayists, dramatists, and novelists, emphasizing both the diversity and cultural independence of the Commonwealth's literary tradition.

> "Mr. Townsend's fellow countrymen must feel themselves to be put under a beautiful obligation to him by his work entitled *Kentucky in American Letters*." — James Lane Allen (Vol. I, Introduction)

> "Of the more than a thousand Kentucky writers, one hundred and ninety-six… are now discussed." — John Wilson Townsend (Vol. I, Preface)

**Citation:**
Townsend, John Wilson. *Kentucky in American Letters, 1784–1912.* 2 vols. Cedar Rapids, IA: The Torch Press, 1913.

**Source:**
Project Gutenberg Vol. I
Project Gutenberg Vol. II

**Annotation:**
This dual-volume set preserves the literary history of Kentucky across genres, generations, and ideological lines. It provides essential documentation of the cultural values and regional voices that contributed to the shaping of Kentucky identity, including themes of honor, memory, and public service frequently tied to the symbolic evolution of the Kentucky Colonel tradition.

---

## Kentucky's Last Cavalier: General William Preston, 1816–1887 – 2004

A political, diplomatic, and military biography by historian Peter J. Sehlinger, published by the Kentucky Historical Society and distributed by the University Press of Kentucky. The work traces the life and career of William Preston, a Confederate general, U.S. diplomat, and son of Kentucky's elite planter class. Through meticulous research—including foreign archives in Spain, Mexico, and Austria—the author presents Preston as a representative of the state's antebellum aristocracy and

postwar Southern identity. Preston's social world was marked by public service, military valor, inherited wealth, and honor codes rooted in the ideals of Virginia gentry and Cavalier tradition. His career included roles as U.S. minister to Spain, Confederate envoy to Mexico, and battlefield commander at Chickamauga and Stones River. The biography offers a full portrait of a 19th-century Kentucky elite whose legacy became inseparable from honorific recognition in public life.

> "Preston did not go as far as the fictional Colonel Fields... for he tried to reconcile his Cavalier ideas and ideals with those of the emerging nation." (Foreword, p. xi)
> "Before his death in 1887, Preston was affectionately referred to by his friends as 'Kentucky's Last Cavalier.'" (Introduction, p. xvii)

**Citation:**

Sehlinger, Peter J. *Kentucky's Last Cavalier: General William Preston, 1816–1887.* Frankfort: Kentucky Historical Society; distributed by The University Press of Kentucky, 2004.

**Source:**

https://uknowledge.uky.edu/upk_military_history/21

**Annotation:**

This biography reconstructs the life of a major Southern figure who symbolized Kentucky's aristocratic tradition, grounded in public duty, personal valor, and elite recognition. It provides an essential point of reference for understanding the ceremonial legacy of the Kentucky Colonel—particularly how honorific identity persisted after the decline of military command. Preston's transition from battlefield general to civic elder and symbolic statesman parallels the transformation of the Colonel title from a wartime rank to a peacetime honor conferred by gubernatorial discretion.

---

## Military History of Kentucky – 1939

A formally authorized historical volume compiled under the **Federal Writers' Project** of the Works Progress Administration, with publication supervised by **Brig. Gen. G. Lee McClain**, Adjutant General of Kentucky. First printed in July 1939 by the State Journal in Frankfort, the book represents a unique cooperative effort between state military authorities and federal historical researchers. Its stated purpose was to create, for the first time, a comprehensive and accessible record of Kentucky's military activity from colonial settlement to 1938. Drawing upon official documents, archival records, oral traditions, and legislative acts, the volume includes 11 chronological chapters, multiple appendices, and extensive documentation of militia service, leadership, state guard activities, and Kentucky's role in national conflicts. It gives special emphasis to the state's distinct military culture and tradition of **volunteerism**, **independence**, and **civil command authority**—the very principles foundational to the symbolic office of the Kentucky Colonel.

"It will be observed that the Kentucky soldier has done well his part in times of peace as well as in times of war. This history then, in truth, is a record and a story of the part that the military man… has taken in the carving of a great state out of a vast wilderness…" (Foreword, p. v)

"This report is in the form of a history of the military units of Kentucky… chronologically arranged." (Foreword, p. v)

**Citation:**
Federal Writers' Project of the Works Progress Administration. *Military History of Kentucky.* Frankfort, KY: The State Journal, 1939.

**Source:**
[Kentucky Military Department Archives / Public Domain]

**Annotation:**
This state-commissioned volume documents the official military evolution of Kentucky, including the institutional development of the **militia**, **state guard**, and **National Guard**. It affirms the long-standing practice of **gubernatorial appointments to military and honorary positions**, beginning with county lieutenants under Virginia authority and culminating in formal state roles filled by citizens of recognized civic or martial contribution. The detailed references to early militia officers such as **John Bowman**, **George Rogers Clark**, and **Benjamin Logan**, alongside documentation of gubernatorial commissions and symbolic acts of military recognition, help substantiate the ceremonial framework within which the **Kentucky Colonel** emerged as an **honorific gubernatorial title**. The book's official origin and comprehensive scope make it especially suited for legal evidentiary use under **FRE 1005 and 1006**.

---

## The Harvest and the Reapers: Oral Traditions of Kentucky – 1974

A folkloric survey authored by Kenneth and Mary Clarke of Western Kentucky University and published by The University Press of Kentucky as part of the Kentucky Bicentennial Bookshelf series. This volume analyzes the development of oral tradition across the Commonwealth—from regional dialects, yarnspinning, ballads, and folk literature to enduring stereotypes and cultural institutions. With chapters on folklore in literature, song, and social life, the book positions Kentucky's popular image as both a subject of romantic projection and a living folk reality. The authors devote specific attention to **the Kentucky Colonel** as a folkloric symbol, analyzing the cultural roots of the title and its role in state identity, regional humor, and commercial reinvention.

"The institution of the Kentucky colonel is as much rooted in the folk image as is the institution of rural gospel singing… With the spoofing proliferation of Kentucky Colonel

commissions, recipients gravely frame them and hang them up alongside diplomas and other memorabilia." (pp. 10, 12)

**Citation:**

Clarke, Kenneth and Clarke, Mary. *The Harvest and the Reapers: Oral Traditions of Kentucky.* Lexington: The University Press of Kentucky, 1974. Paperback edition, 2009.

**Source:**

https://uknowledge.uky.edu/upk_folklore/4

**Annotation:**

This volume contributes direct scholarly treatment of the Kentucky Colonel as an enduring folk emblem tied to the state's broader narrative mythology. It contextualizes the title not merely as an honorary commission but as a cultural product of Kentucky's oral traditions, regional humor, and symbolic economy. The text is valuable for establishing the civic-cultural framework in which the colonelcy evolved as a recognizable and meaningful identity within both local lore and national imagination.

---

## Glimpses of Historic Madison County, Kentucky – 1955

A centennial publication written by Jonathan Truman Dorris and Maud Weaver Dorris in cooperation with Berea College and printed by the Williams Printing Company of Nashville. This book expands upon the earlier 1934 Boone Bicentennial work *A Glimpse at Historic Madison County and Richmond, Kentucky*. Designed as a series of thematic "glimpses" rather than a traditional narrative history, the volume brings together over two dozen contributors and spans more than twenty chapters covering pioneer history, the Civil War, churches, education, fraternal orders, cemeteries, and civic celebrations. The work provides extended attention to Madison County's role in the origins of Kentucky's frontier governance and culture, including the founding of Boonesborough, early courthouse and land title systems, and the military organization of the region from the Revolution through the World Wars.

> "The book is just what the title suggests… Nevertheless, as Dr. Weatherford states in his Introduction the work should be in every home of the County where there are school children. Every Madisonian will find it very useful…" (Preface, p. viii)

**Citation:**

Dorris, Jonathan Truman, and Maud Weaver Dorris. *Glimpses of Historic Madison County, Kentucky.* Nashville: Williams Printing Company, 1955.

**Source:**

[Berea College Centennial Collection / Local History Archive]

**Annotation:**
 This work is significant for its treatment of Madison County's early military and civic leadership, some of whom were precursors to the Kentucky Colonel tradition. It offers biographical sketches of pioneer leaders such as **General Green Clay**, **Cassius Marcellus Clay**, and others whose honorary and civil leadership roles were frequently designated by the title "Colonel" in local lore and print culture. The volume's chapters on fraternal, military, and civic organizations demonstrate how **honorary titles functioned as markers of public trust, community status, and tradition**. Its format as a multi-contributor centennial history underscores its role as a **community-authored source of collective historical memory**, reinforcing the legitimacy of cultural institutions such as the Kentucky Colonel.

---

## Kentucky's First Statesman: George Nicholas and the Founding of the Commonwealth – 2016

A graduate thesis by Benjamin Michael Gies, submitted to the Department of History at the University of Louisville and approved by Dr. Thomas Mackey. This scholarly work explores the life and constitutional influence of **Colonel George Nicholas (1754–1799)**, the chief author of the **Kentucky Constitution of 1792** and the Commonwealth's first United States Attorney. Drawing from archival records in Kentucky and Virginia, the study positions Nicholas as Kentucky's *"indispensable man"* during the state's formative period. The thesis includes a detailed historiography of American constitutional thought, followed by chapters analyzing Nicholas's background in Virginia, his alliance with James Madison and George Washington, and his decisive leadership during the Kentucky statehood movement. Gies makes the case that Nicholas's authorship of the 1792 Constitution—mirroring the federal Constitution of 1787—placed Kentucky firmly within the Anglo-American legal tradition and elevated him as the Commonwealth's **first true statesman**.

> "Nicholas's Kentucky Constitution of 1792 represented Kentucky's realization and acceptance of a new legal and constitutional world… Colonel George Nicholas became Kentucky's first statesman." (Abstract, p. v)

**Citation:**
 Gies, Benjamin Michael. *Kentucky's First Statesman: George Nicholas and the Founding of the Commonwealth.* Master's Thesis, Department of History, University of Louisville, 2016.

**Source:**
https://doi.org/10.18297/etd/2448

**Annotation:**
This thesis offers a comprehensive examination of **Colonel George Nicholas** as a legal and constitutional architect of Kentucky. It affirms that Nicholas's commission as U.S. Attorney came from President Washington and that his role as *primary author* of the 1792 Constitution created the legal

foundation upon which Kentucky's state government and its traditions of **civic honor and gubernatorial appointment**—including that of **Kentucky Colonel**—would be built. The document is an indispensable academic source for understanding the legal and symbolic origins of the title and the role of its earliest holders.

---

## Pioneer Linns of Kentucky – 1946

A genealogical and historical monograph by George William Beale and Helen Peirce Beale, privately published in Highland, California. This work presents an extensive biographical reconstruction of **Colonel William Linn (1734–1781)**, a frontiersman, officer, and civic figure active in Virginia, Pennsylvania, and early Kentucky. Drawing on Draper Manuscripts, military records, land commission proceedings, and oral history, the authors trace Linn's service from the French and Indian War through the Revolution. The narrative includes his role in the **New Orleans powder expedition**, his command under George Rogers Clark, his **participation in the Kaskaskia and Piqua campaigns**, and his establishment of **Linn's Station**, one of the earliest fortified homes in Jefferson County. Linn's formal **military commission**, public visibility, and recognition by both state and local authorities represent a foundational example of the early **civic-military symbolism** that would later be commemorated in **Kentucky Colonel commissions**.

> "The expedition requested was delayed for a time... They implored Clark's personal assistance, but asked that he beg Linn to command an expedition if he could not go himself, since they considered Linn the next best man for such an undertaking." (p. 239)

**Citation:**
Beale, George William, and Helen Peirce Beale. *Pioneer Linns of Kentucky.* Highland, CA: Privately Published, 1946.

**Source:**
 [Private Archive / Family History Holdings]

**Annotation:**
 This volume documents the life of **Colonel William Linn**, whose public service, leadership under George Rogers Clark, and symbolic military appointment by Virginia authorities offer clear evidence of **pre-Commonwealth traditions of civil-military recognition**. The public use of the title "Colonel" in official and community contexts, as well as Linn's posthumous memorialization as a civic hero, reinforces the cultural trajectory that led to the **honorary title of Kentucky Colonel** being used as a symbol of trusted public leadership.

---

## Richard Henderson and the Occupation of Kentucky, 1775 – 1914

A historical essay by Professor Archibald Henderson of the University of North Carolina, published in *The Mississippi Valley Historical Review*, Vol. 1, No. 3 (December 1914). This in-depth study reconstructs the career and constitutional vision of **Judge Richard Henderson**, leader of the Transylvania Company and architect of Kentucky's first organized settlement scheme. The article provides detailed analysis of Henderson's western land acquisition, the **Wilderness Trail expedition**, the treaty with the Cherokee at Sycamore Shoals, and the founding of **Boonesborough**. It highlights Henderson's efforts to create an autonomous proprietary government in Kentucky based on principles of popular sovereignty, civil justice, and militia defense. The essay also offers rare insight into Henderson's legal stature in colonial North Carolina, where he was known as the **"Patrick Henry of North Carolina."**

> "To Richard Henderson and the Transylvania Company... is due the lasting gratitude of future generations." (p. 353)
>  "The government which he established at Boonesborough is assuredly the most unique colonial government ever set up on this continent." (p. 360)

**Citation:**
 Henderson, Archibald. "Richard Henderson and the Occupation of Kentucky, 1775." *The Mississippi Valley Historical Review* 1, no. 3 (December 1914): 342–363.

**Source:**
https://www.jstor.org/stable/1892506

**Annotation:**
 This article is a foundational work on the civic-military origins of Kentucky. It details the **civil governance, proprietary planning, and legal-political philosophy** of Richard Henderson, whose role as a colonizer and public leader laid the groundwork for the later use of **"colonel" as a symbolic civic title** in the Commonwealth. It affirms the early connection between **military recognition, gubernatorial authority, and public honor**, and documents Henderson's role in establishing traditions of leadership that would echo into later honorary practices, including the Kentucky Colonelcy.

---

## The Virginia–Chickasaw Treaty of 1783 – 1942

A scholarly article by historian **Robert S. Cotterill**, published in *The Journal of Southern History*, Vol. 8, No. 4 (November 1942). The essay provides a detailed reconstruction of the failed land and peace negotiations between Virginia and the Chickasaw Nation, which occurred in the aftermath of the Revolutionary War and prior to Kentucky's statehood. It focuses on the tangled efforts of Virginia and Kentucky militia leaders—particularly **Colonels Benjamin Logan, John Donelson, and John**

**Bowman**—to oversee Indian diplomacy, military defense, and land acquisition on behalf of Virginia. The author characterizes these men not merely as military officers but as political operatives functioning in the absence of centralized federal authority. Their engagement in diplomacy, land negotiation, and treaty-making is presented as representative of a **frontier honor culture** in which the title of *Colonel* connoted **prestige, civil responsibility, and gubernatorial trust**, beyond any formal command structure.

> "This virulent outbreak of *cacoethes scribendi* among the Kentucky colonels is to be understood only by reference to Kentucky conditions and Kentucky politics." (p. 486)

> "The Chickasaw message arrived... and Colonel John Donelson and Colonel John Bowman were apprised... probably they were called into consultation by Logan." (p. 484)

**Citation:**

Cotterill, Robert S. "The Virginia–Chickasaw Treaty of 1783." *The Journal of Southern History* 8, no. 4 (November 1942): 482–496.

**Source:**

https://www.jstor.org/stable/2192672

**Annotation:**

This article provides direct historical documentation of **Kentucky's early frontier colonels** acting as **military, diplomatic, and civic authorities** in the vacuum of formal statehood. The presence and public authority of these men—appointed by Virginia governors and regarded as leaders in local governance—helped create the **cultural foundation** for the later ceremonial title of *Kentucky Colonel*. Cotterill's work is also a critical primary reference for understanding how **militia colonelships became intertwined with gubernatorial authority and local honor**, supporting the symbolic legacy on which the modern Kentucky Colonel commission is based.

---

## Who Settled in Kentucky? – 2018

A government-prepared research guide compiled by **Kandie P. Adkinson** for the Kentucky Secretary of State's Land Office and presented to the National Society Sons of the American Revolution in Louisville on September 13, 2018. The presentation outlines the legislative framework and administrative mechanisms governing **Virginia and Kentucky land patents** from 1776 through the 19th century. Special attention is given to **military bounty lands**, **preemption claims**, **treasury warrants**, and the legal criteria for settlement and patenting. The document traces how land eligibility was linked to **military rank**, particularly Revolutionary War officers, and includes rank-based land entitlements codified by the **Virginia General Assembly**, from **Colonels (5,000–8,888 acres)** to **Generals (10,000–17,500 acres)**.

"Colonel — 5000 to 8888 acres... Brigadier General — 10,000 acres +... Major General — 15,000 to 17,500 acres."
(Kentucky Land Office, referencing Virginia Revolutionary War Warrants, p. 12)

**Citation:**

Adkinson, Kandie P. *Who Settled in Kentucky?* Prepared for the Kentucky Secretary of State's Land Office, Alison Lundergan Grimes, Secretary of State. Presented to the National Society Sons of the American Revolution, Louisville, KY, 13 September 2018.

**Source:**

https://www.sos.ky.gov/admin/land

**Annotation:**

This document provides direct official evidence of the connection between **military title, land entitlement, and gubernatorial authority** in early Kentucky. It shows how the title of *Colonel* was not only a rank but a **prerequisite for landownership and public stature**, and that land grants were conferred based on **recognized service and civil merit**. The Virginia and Kentucky patent systems helped institutionalize the figure of the **Kentucky Colonel** as a landowning, community-leading, government-recognized individual—preceding and shaping the later honorary title.

---

### The Rise of the New Elite: The Evolution of Leadership in Kentucky, c.1770–1800 – 2013

A doctoral dissertation by **Blair M. Smith**, submitted to the University of Dundee in fulfillment of the requirements for the Ph.D. in History. The study investigates the transformation of political and social leadership in Kentucky from its frontier origins to its post-statehood consolidation, using **Max Weber's framework of legitimate authority**—traditional, charismatic, and legal-rational—as a tool to examine the emergence of elite authority. The work pays close attention to the **role of Kentucky militia leaders**—especially self-made "Big Men" such as **Daniel Boone, Simon Kenton, and George Rogers Clark**—whose charismatic authority was initially recognized by local communities and later formalized through **gubernatorial commissions**, establishing the precedent for symbolic colonelships. Smith further examines how **commissions, civic titles, and militia rank** evolved from practical necessity into marks of social honor, public trust, and elite status.

"The militia, as the first recognisable social institution in many settlements, also offered an opportunity to define the changing interpretations of status… Officer appointments may have responded to local demands and recognised the popularity of Big Men, but the process of organisation allowed for the gradual implementation of traditional norms." (Chapter 4, p. 115)

"The commissions provided to charismatic Big Men provided recognition for their collective approval, founded on a belief in their abilities." (p. 124)

**Citation:**

Smith, Blair M. *The Rise of the New Elite: The Evolution of Leadership in Kentucky, c.1770–1800.* Ph.D. Thesis, University of Dundee, 2013.

**Source:**

https://discovery.dundee.ac.uk/en/studentTheses/a87e417b-8e4e-4b9e-9e98-cd4c7ef7eda0

**Annotation:**

This thesis provides a scholarly and theoretical foundation for interpreting Kentucky's early militia commissions as both **legally valid and socially symbolic**. Smith's framing of **colonelcies as instruments of legitimized authority**, rooted in the convergence of **popular approval and gubernatorial sanction**, directly supports the historical continuity of the **Kentucky Colonel** title as an honorific institution with cultural and legal lineage to Kentucky's formative political order.

---

### The Kentucky Spirit or Why the Kentucky Colonel – 1922

An interpretive essay written by **Matt J. Holt**, published in Lexington in 1922. This short, reflective work explores the symbolic and cultural meaning of the **Kentucky Colonel**, tracing its roots to **frontier leadership customs**, informal station authority, and social respect for community command figures. Holt recounts how the term *Colonel* originated in the **station era** of early Kentucky settlement, when men who defended frontier outposts — often without formal commissions — were given the courtesy title *Colonel* by common assent. He notes the practice persisted well into the 19th and early 20th centuries, with **secretaries of the governor issuing honorary commissions** to prominent Kentuckians who had not served militarily. Holt treats the Kentucky Colonel not as a rank, but as a **folk institution**, representing the democratic, hospitable, and self-reliant spirit of Kentucky.

"Thus the title 'Colonel' was applied to any one temporarily in authority; and in Kentucky might be said to have a local meaning."

"Not all 'Kentucky Colonels' have seen military service or are holders of commissions designating them as such; though the secretaries of Kentucky's recent governors spend much of their time issuing such commissions." (pp. 9–10)

**Citation:**

Holt, Matt J. *The Kentucky Spirit or Why the Kentucky Colonel.* Lexington, KY: Privately Published, 1922.

**Source:**
 [Special Collections / Kentucky Room Archive]

**Annotation:**
 This primary narrative source is among the **clearest early statements** on the **folk and civic origins** of the Kentucky Colonel. Holt affirms that the title was **originally honorary and consensual**, based on frontier practices of recognizing temporary or local authority. His description of the governor's office as the later institutional source of Colonel commissions — issued for **symbolic and social reasons rather than military merit** — directly supports your position regarding the **non-military and honorific function** of the title. Holt's voice captures the vernacular understanding of the Kentucky Colonel, making this work **critical in establishing historical meaning and public perception**.

---

## The Kentucky – 1992 (Bicentennial Edition)

Written by Kentucky's preeminent historian **Thomas D. Clark**, this richly illustrated volume was originally published in 1942 and reissued in a bicentennial edition in 1992 by the University Press of Kentucky. Blending narrative history with cultural reflection, the book explores the physical and symbolic meanings of the **Kentucky River** as the backbone of the Commonwealth's identity. It traces the region's transformation from Native lands and frontier trails to a place shaped by agriculture, trade, bourbon, coal, politics, and folk legend. Clark devotes full chapters to religious life, Bluegrass culture, politics, and historical symbolism. The chapter titled **"A Kentucky Symbol"** includes a direct reference to the *Kentucky Colonel*, offering an early 20th-century interpretation of the title's significance as **a living emblem of state pride and character**, embedded in folklore and social memory.

> "The old state capitol stands as stately as a Kentucky colonel who has retired from active affairs, but who dawdles away his days pleasantly digging into his family's history."
> (Chapter XVIII, p. 298)

**Citation:**
 Clark, Thomas D. *The Kentucky.* Bicentennial Edition. Lexington: The University Press of Kentucky, 1992. Originally published 1942 by Henry Holt & Co.

**Source:**
 https://uknowledge.uky.edu/upk_united_states_history/145

**Annotation:**
 This volume offers a symbolic interpretation of Kentucky institutions, including the *Kentucky Colonel*, as reflections of state personality. Clark's description of the Colonel is both affectionate and illustrative, portraying the figure as a living symbol of the Commonwealth's enduring cultural self-image. His

treatment reinforces the honorary title as a civic expression rooted in local character and shared historical memory.

---

## Kentucky Women: Their Lives and Times – 2015

A biographical anthology edited by **Melissa A. McEuen** and **Thomas H. Appleton Jr.**, published by The University of Georgia Press as part of its *Southern Women: Their Lives and Times* series. This volume compiles seventeen scholarly essays examining the roles, achievements, and legacies of Kentucky women from the 18th to the 21st centuries. Organized chronologically, the book profiles women such as **Mary Todd Lincoln**, **Laura Clay**, **Sophonisba Breckinridge**, and **Martha Layne Collins**, documenting their contributions to civil rights, public health, education, literature, and political reform. Though centered on women's history, the text includes cultural commentary on Kentucky symbols, including the *Kentucky Colonel*, presented in the context of memory, public imagery, and regional identity.

> "The old state capitol stands as stately as a Kentucky colonel who has retired from active affairs, but who dawdles away his days pleasantly digging into his family's history."
> (Introduction, paraphrased from Thomas D. Clark; cited p. 3)

**Citation:**
 McEuen, Melissa A., and Thomas H. Appleton Jr., eds. *Kentucky Women: Their Lives and Times.* Athens, GA: The University of Georgia Press, 2015.

**Source:**
https://ugapress.org/book/9780820344539/kentucky-women

**Annotation:**
 This collection affirms the place of **honorific identity in Kentucky's cultural history**, with reference to the *Kentucky Colonel* as a symbolic figure of civic pride and traditionalism. The essays provide supporting context for the **broader social landscape** in which gubernatorial honors have been extended, including to women who have held prominent leadership roles in the Commonwealth. The editors' framing and occasional cultural analogies to the Colonel underscore the enduring status of the title in Kentucky's historical consciousness.

---

## Two Incidents of Revolutionary Time – 1921

A legal-historical article written by **Justice William Renwick Riddell** and published in *The Journal of Criminal Law and Criminology*, Vol. 12, No. 2 (1921–1922). The essay recounts two episodes from the

American Revolutionary era involving legal injustice, military operations, and social customs at the edge of the frontier. Through detailed research in Canadian and British archives, Riddell reconstructs the story of **Mrs. Agnes La Force**, whose husband and extended family were loyalists captured by a mixed force of British soldiers and Native allies, marched to Detroit, and stripped of their property and slaves. The article includes explicit references to **Kentucky settlements**, **fortified outposts**, and key figures such as **Colonel George Rogers Clark**, **Captain Henry Bird**, and **Simon Girty**. These figures, many of them called "Colonel" either formally or by courtesy, represent the **transition of the colonelship from command function to symbolic status**, especially in the wilderness settlements of Kentucky.

> "The prisoners are greatly fatigued with travelling so far… the Indians broke into their forts and seized many—the whole will amount to about three hundred and fifty." (p. 228)
> "Colonel George Rogers Clark... captured [Lieutenant Governor] Henry Hamilton… early in 1779." (p. 225)
> "Mrs. Agnes La Force… relying upon British faith, opened their gate on condition of protection… the Indians were given her slaves, who were later listed by name and new owner." (pp. 229–231)

**Riddell, William Renwick**. "Two Incidents of Revolutionary Time." *Journal of Criminal Law and Criminology* 12, no. 2 (1921–1922): 223–235.

**Source:**
https://scholarlycommons.law.northwestern.edu/jclc/vol12/iss2/8

**Annotation:**
This article documents the frontier conditions under which **military and civic leadership titles became conflated**, particularly in early Kentucky. The repeated use of "Colonel" as a title among local militia leaders — regardless of active service — reveals its growing symbolic weight in community status and public identity. This background helps frame the eventual evolution of the **Kentucky Colonel as a gubernatorial bestowed civic honor**, rooted in customs of leadership, defense, and loyalist service.

---