# Appendix C — Images of the Kentucky Colonel

## The Kentucky Colonel – A Composite of History, Satire, and Civic Honor

### Stature & Bearing:

A tall, broad-shouldered gentleman in his late 50s or early 60s, his posture is upright—erect from years of both battlefield experience, storytelling, and public oratory. He exudes the quiet, commanding confidence of a man who has led both militia and legislature.



### Facial Features:

A weathered but dignified face with rosy cheeks from bourbon or frontier wind. He sports a white goatee and prominent mutton-chop sideburns, as described in Appendix B's uniform evolution. His expression toggles between seriousness and wry amusement, hinting at the dual nature of his public persona—half gallant, half satire, but always honorable.

### Attire:

**Frock coat or Prince Albert suit** in dark broadcloth, worn over a **high-collared shirt** with a **string bow tie** (referencing the mid-to-late 19th-century uniform cited by the Kentucky Bar Journal).

**Baggy trousers**, well-worn leather boots, and a **broad-brimmed planter's hat** (as seen in both Frances Trollope's depiction and Stevenson's memoir).

At his side, perhaps **a saber or dueling pistol**—not for use, but for prestige. He wears a **colonel's sash or ribbon**—ceremonial, yet suggesting a trace of legitimate martial past.

## Accessories:

In one hand: a **silver-handled cane** or perhaps a **folded newspaper** like the *Courier-Journal*.
In the other: a frosted **mint julep glass**, condensation trailing down the etched glass, a sprig of mint crowning the crushed ice.
Tucked into his breast pocket: a **hand-rolled cigar** or pamphlet from a local civic association.

## Backdrop/Scene Setting:

He stands in front of a **brick tavern or courthouse**, with **rolling Kentucky hills** in the distance. A **thoroughbred horse** or **bloodhound** may linger near, nodding to the agricultural and hunting culture.
Behind him, a **colonial land grant map**, perhaps visible in a window or under his arm—marking his stake in law, land, and leadership.

## Aura & Symbolism:

The aura is equal parts:

- **Civic official authority** (Appendix A, e.g., Bowman, Logan, Shelby).
- **Public satire and social ritual** (Appendix B, e.g., Judge magazine, Stevenson, Trollope).
- **Southern hospitality and pride**, tinged with **self-awareness** and **humorous theatricality**.

# Postcards























*Jed Willis and George Farris*
*as seen in WILDERNESS ROAD*

The Honorable Jed plays politics here. You can see he tries to look like the regular old Kentucky Colonel. He doesn't have a lot of education, but he's a loud talker; he's hot for slavery and quite an orator on the subject. Mrs. Willis has been dead for a long time, few of us even remember her.

Farris is a member of our school board. According to rumor in the Valley, there's bad blood between Farris and Squire Sims over a land deal with Farris' father years ago.



Kentucky Colonel Social Club on U. S. Route 25—Williamstown, Kentucky

## Photographs

### News Photo of Two Kentucky Colonels arriving in Canada by Train — 1912



4. Relic of the old A. R. & I. Co. with which the two Kentucky Colonels arrived in Lethbridge in the 70's. 5. The Pride of the C.P.R. 6. Dad Davis who represents the Canadian Government in Great Falls. 7. Another distinguished visitor, James Shoemaker, of Helena, Montana.

*Photograph: "Two Kentucky Colonels Arriving in Canada by Train." In Scenic Beauties of Lethbridge: Special Souvenir Edition, Lethbridge, Alta. Board of Trade; Business Mens' Association; illustrated by S. LaFeits. Lethbridge, Alberta: Business Mens' Association, 1912.*

## Antiques Magazine - 1833 Lithograph

The Kentucky colonel drinking a julep, American manners at the theatre, and the secrets of the American damsel's toilette, as of 1832, are here revealed.

*"The Kentucky Colonel Drinking a Julep."* Antiques 9, no. 2 (February 1926): 81.

Source: https://archive.org/details/sim_magazine-antiques_1926-02_9_2/page/80/mode/2up



Original image from Magazine

Offered for sale in Antiques Magazine sold to a private collector.



Reproduction image created for the Kentucky Colonels Book.

**Country of Kentucke**



First map of Old Kentucky, shows settlements established from 1774-1784, close examination of this map indicates that "colonels" are indigenous to Kentucky both semantically and in law including Colonel Isaac Shelby. This map is in the Library of Congress public collection.

High Resolution Map: <https://www.loc.gov/resource/g3950.ar301200/>

**Rank and Grade Commission (Militia Style)**

IN THE NAME AND BY THE AUTHORITY OF THE
# COMMONWEALTH OF KENTUCKY

## RUBY LAFFOON,
GOVERNOR OF SAID COMMONWEALTH.

To all to Whom These Presents Shall Come, Greeting:

Know Ye, That Hon. John Henry Roberts, Denver Colorado, having been duly appointed Aide-de-camp on the Governor's Staff with the rank and grade of "COLONEL".

I hereby invest him with full power and authority to execute and discharge the duties of the said office according to law. And to have and to hold the same, with all the rights and emoluments thereunto legally appertaining, for and during the term prescribed by law.

In testimony whereof, I have caused these letters to be made patent, and the seal of the Commonwealth to be hereunto affixed. Done at Frankfort, the 3rd day of August in the year of our Lord one thousand nine hundred and 34 and, in the one hundred and ___ year of the Commonwealth.

Ruby Laffoon, Governor

Sara W. Mahan, Secretary of State

By: ___ Assistant Secretary of State

The Kentucky Colonel Commission under the showman Governor Ruby Laffoon instead of an idea based in "Old Kentucky" traditions decided to use the write in format to make his Kentucky Colonels with a "rank and grade of colonel" as his "aide-de-camp", when the "Honorable Order of Kentucky Colonels" incorporated on his whole "vacated order ideology" and "military legacy thing" in 1957, the Commonwealth did an about face, started making Kentucky Colonels without using the militia terminology originated by Gov. Ruby Laffoon. The Laffoon method for making colonels endured from 1933 through 1957, when it became a civil award once again, HOKC snatched up on the old award idea by incorporating it.

During his term Governor Ruby Laffoon used this form 10,367 times, making 9,864 Kentucky Colonels, 418 Kentucky Admirals, and 85 Assorted Appointments and Positions on his Honorary Staff.

**Kentucky Colonel Commission (Civil Type)**



The Appellant contends that the Kentucky Colonel Commission is a legal act, Kentucky Supreme Court Justice Bertram Combs said in 1953 that the instrument was real and entitled the holder as an officer of the state, just like a notary public. This Act is a form of "letters patent" which in fact is all the Circuit Court needs to make a series of decisions on its own that do not favor the plaintiff.

This civil commission style has been in use since 1950

**Kentucky Colonel Society (University of Kentucky)**



It was actually called the Society of Kentucky Colonels, based on a group of University of Kentucky professors that formed the ad hoc organization in the late 50s. The University of Kentucky has not had an active group of colonels on campus since the late 1990s. The organization was not associated with the Honorable Order of Kentucky Colonels.

## A Kentucky Colonel (1889) - Opie Percival Read



A Kentucky Colonel, a novel about post-antebellum Kentucky as it was introduced in the Arkansas Traveler in 1889. The book "A Kentucky Colonel" became a best-seller in 1890, it was so popular that it was made into a silent movie called "The Kentucky Colonel" 30 years later in 1920. A Kentucky Colonel is not the only book with Kentucky colonels in it.

**The Kentucky Colonel (Silent Film)**



In 1920 the 1890 book "A Kentucky Colonel" became a silent movie.

## Col. Remington Osbury



National Film Company poster of "The Kentucky Colonel" promotion release (1920).

## Kentucky Colonels (1965)



In real life, there is more than one Kentucky Colonel, there always has been and there always will be; each one is issued the Honorable Title with letters patent as a colonel. Here Col. Dave Thomas, founder of Wendy's and Col. Harland D. Sanders the inventor of the Kentucky Fried Chicken famous recipe; both of them appear here as Kentucky Colonels and they wanted others to know about it, as well as how they were entitled to use the "Colonel style and title", and neither of them maintained a sustainable or actual relationship with the Appellee. This is what it looked like in the 1960s and 70s.

**Kentucky Colonels baseball (c. 1882)**



Before they were called the Louisville Colonels in 1891, they were called the Kentucky Colonels baseball team in 1882.