# Appendix D — Things Referred to as Kentucky Colonel(s)

---

This exhibit focuses on the "things" that are called a Kentucky Colonel or Kentucky Colonels that are not actually individuals with the title or the class of people likened to the title of the Kentucky Colonel.

## Whisky – First Kentucky Colonel Trademark



50,207. WHISKY. Mueller, Wathen & Kobert, Lebanon, Ky. The word "Cumberland." Used ten years. Filed May 13, 1905. Serial No. 5,438. PUBLISHED JANUARY 9, 1906.

50,208. WHISKY. Rock-Spring Distributing Co., Owensboro, Ky. The words **"Old Kentucky Colonel"** and a picture of a fanciful old Kentucky colonel holding a whisky-glass in his hand. Filed **April 26, 1906. Serial No. 3,119**. PUBLISHED JANUARY 9, 1908.

**United States Patent Office.** *Official Gazette of the United States Patent Office*, Vol. 121. Washington, D.C.: Government Printing Office, January 9, 1908, p. 330.

**Source:**

https://archive.org/details/officialgazette121unit/page/n341/mode/2up

This trademark today is public domain, because the company is no longer in-place; this trademark entered the public domain in 2003.

---

Kentucky Colonel as a bourbon became famous as a whiskey brand when it was manufactured and produced in the late 60's under Jim Beam.

It is still available online for collectors,



Kentucky Colonel 04-year-old

Kentucky Colonel 04-year-old 04 yr. The strength of this whisky is 43.0 % Vol.



77.00 / 100

## Baseball Team – Louisville Eclipse (Also known as the Kentucky Colonels)

The Louisville Colonels were a Major League Baseball team that played in the American Association (AA) throughout that league's ten-year existence from 1882 until 1891. They were known as the Louisville Eclipse from 1882 to 1884, and as the Louisville Colonels from 1885 to 1891; the latter name derived from the historic title of the Kentucky Colonel. After the AA folded in 1891, the Colonels joined the National League and played through the 1899 season.

Newspapers in other parts of the United States nicknamed the team the "Kentucky Colonels". Colonels" was also the name of several minor league baseball teams that played in Louisville, Kentucky, in the 20th century.



Louisville Eclipse baseball team 1882 commonly known as the Kentucky Colonels, later formally known as the Louisville Colonels from 1885 forward.

## Louisville – The Kentucky Colonels

A group of men in suits and two women sit in rows in front of a chalkboard with Louisville The Kentucky Colonels written in the center. Names and numbers are written on the board. Above it are the names of company officers.



Royal Photo Co. 1943 American National Insurance Co. Photo of group.

## Klunder's Kentucky Colonels – Musical Band

Klunder's Kentucky Colonels band pose with instruments, including drums, trumpet, clarinet, two saxophones (one played by a woman), banjo, and trombone, Louisville, Kentucky, circa 1924.



Klunder's Kentucky Colonels specialized in the new "Big Band" sound that was emerging at the end of the Swing era. They should not be confused with the well-known "Kentucky Colonels Quartette" or "The Kentucky Colonels" that played Fox-Trot and Swing Tunes.

- Kentucky Colonels Quartette – See Exhibit: Kentucky Colonels Quartette 1901
- The Kentucky Colonels – "I'm Goin' South" (1923) See https://youtu.be/EV8-NT9a1PQ

## Basketball Team – Kentucky Colonels

The Kentucky Colonels were an American professional basketball team based in Louisville, Kentucky. They competed in the American Basketball Association (ABA) from 1967 to 1976. The name is derived from the historic Kentucky Colonels. The Colonels won the most games and had the highest winning percentage of any franchise in the league's history.[1] However, the team did not join the National Basketball Association (NBA) in the 1976 ABA–NBA merger. The downtown Louisville Convention Center (now known as The Gardens) was the Colonels' venue for their first three seasons before moving to Freedom Hall for the remaining seasons, beginning with the 1970–71 schedule.





## Bluegrass Music Band – Kentucky Colonels

The Kentucky Colonels were a bluegrass band that was popular during the American folk music revival of the early 1960s. Formed in Burbank, California in 1954, the group released two albums, The New Sound of Bluegrass America (1963) and Appalachian Swing! (1964). The band featured the influential bluegrass guitarist Clarence White, who was largely responsible for making the acoustic guitar a lead instrument within bluegrass, and who later went on to join the Los Angeles rock band the Byrds. The Kentucky Colonels disbanded in late 1965, with two short-lived reunions taking place in 1966 and 1973.





The Kentucky Colonels 1954 – 1965

## Earle Bryan Combs – The Kentucky Colonel

Nicknamed "the Kentucky Colonel", Combs was known as a gentleman on and off the field.



From Kentucky, Earle Bryan Combs (May 14, 1899 – July 21, 1976) was an American professional baseball player who played his entire career for the New York Yankees (1924–1935). Combs batted leadoff and played center field on the Yankees' fabled 1927 team (often referred to as Murderers' Row). He is one of six players on that team who have been inducted into the Baseball Hall of Fame; the other five are Waite Hoyt, Herb Pennock, Tony Lazzeri, Lou Gehrig and Babe Ruth.



# Funny Car – Kentucky Colonel





## Medicinal Whiskey – Old Kentucky Colonel (Willow Springs)

Different "medicinal whiskey", made in 1917 and bottled in 1933 by Willow Springs.



This product was never trademarked, it was sold by the American National Spirits Company during the prohibition era in Kentucky as a medicinal preparation.

## Bourbon Balls – Kentucky Colonels

Most known for the Kentucky Colonel chocolate treat - the original "Bourbon Ball." Invented by Ruth Booe in 1938, it is still the most popular piece of candy to this day. The famous Bourbon Ball candy consists of a creamy bourbon center with the kick of real bourbon, covered in dark chocolate, and topped with a Southern pecan. A dignitary at Frankfort's sesquicentennial celebration gave Ruth the idea of mixing candy and bourbon together. She diligently worked on a recipe for two years before debuting her bourbon balls in 1938.



**Spearmint Variety – Kentucky Colonel Mint**

Kentucky Colonel is a hardy mint, famed for its fragrant and highly scented foliage. A perfect choice for iced teas and drinks. Kentucky Colonel spearmint (Mentha spicata 'Kentucky Colonel') got its fame from being the leaf of the classic mint julep, but it's also perfect for any mint sauce or jelly.



## Broken Arrow – Kentucky Colonel Hotel

The name of the building built in 1903 was "Kentucky Colonel" and it was built by a Kentucky Colonel.



The Kentucky Colonel Hotel was a showplace and popular throughout the country for its fried chicken meals in early Broken Arrow days. Col. G. W. Gist built the hotel in 1903. The impressive inn was inviting to rail passengers for years. Vena Hunsecker was an early manager. The Kentucky Colonel was dismantled in 1955.



## Major Wilfred Crutchfield – Kentucky Colonel

The P-47 Thunderbolt and its pilot were nicknamed "Kentucky Colonel". Major Crutchfield was a Kentucky colonel, during WWII the pilots named their airplanes. In the photo he is shown marking the plane after an air battle. The plane was engaged in D-Day.



## Bob Newman – The Kentucky Colonel

Bob Newman should have been a millionaire : he was one of the best Country music composers of the Fifties, under his name or his aliases (Lee Roberts). His rich, vibrant voice could have given him a far more successful career than he had. He remains a minor Hillbilly Bop artist.



However, he didn't begin as soloist, but in the shadow of his elder brothers, Hank (born Henry, 1905) and Slim (born Marion Alonzo, 1910) in a trio, The Georgia Crackers . They came from a town near Macon, Ga. where Bob saw the light of day on October 16, 1915. Hank & Slim formed a duo during the Thirties, in the manner of the then immensely popular Jimmie Rodgers, and toured extensively in the Midwest and the South. The Vocalion label recorded them in 1934 in New York. Later on, they settled down in Columbus, OH, where they founded a club, the G-Bar-C.

## Jimmy Skinner – The Kentucky Colonel



(April 27, 1909 – October 27, 1979) was an American country and bluegrass music singer, songwriter and acoustic guitarist. Skinner was born in Blue Lick, near Berea, Kentucky. In his teens, he moved with his family to Hamilton, Ohio where he began performing on local radio stations. He and his brother Esmer unsuccessfully auditioned for Gennett Records in 1931 and Bluebird Records in 1941. Ernest Tubb landed a hit with Skinner's composition "Let's Say Goodbye (Like We Said Hello)" in 1946. The following year Skinner saw his first record releases on Red Barn, a custom vanity label based in Chicago, Illinois and Kansas City, Missouri.

## 10 and 50 Cent Trade Tokens – Kentucky Colonel Trade Token

The Kentucky Colonel 10 cent and 50 cent Merchant Trade Token 1890's. Very Rare. Only 2 known. Very fine condition. Plain Edge, 36mm, Copper, Nickel and Silver.



It is believed that "The Colonel" at 85 Clark Street was a pub or bar like establishment in Chicago during the 1890s when the tokens were produced.

## Businesses Using Kentucky Colonel and Colonels (or the Idea) as an Identifying or Integral Part of their Name

In nearly every US State there are businesses that use the term or phrase Kentucky Colonel or Kentucky Colonels arbitrarily or suggestively to identify their business, many are owned by Kentucky colonels. The following businesses were sourced from OpenCorporates. https://opencorporates.com/

**Companies, Institutions, & Organizations declaring a Corporate, Commercial, Non-Commercial, Nonprofit or Nominal Business Interest in this Case:**

1. Bow-Ken, Inc. (Kentucky (US)) Also known as Kentucky Colonel Inn
2. Colonel Campbell's Kentucky Country Hams, Inc. (Kentucky (US)) Makers of the Kentucky Colonel Ham
3. Colonel Jim's Kentucky Foods, Inc. (Kentucky (US))
4. Kamrex, Inc. (Indiana (US), Alternatively Known as Kentucky Colonel
5. Lexington Dog Training Club, Inc. (Kentucky (US)) Alternatively Known as Kentucky Colonel Dog Training Club Incorporated
6. Colonel Jim's Ole Kentucky Bar-B-Q, Inc. (Kentucky (US))
7. Colonel Moore's Kentucky Vine Ripe Tomatoes Inc. (Kentucky (US))
8. Colonel Sanders Kentucky Fried Chicken Corporation Of Azusa
9. The Honorable Order Of Kentucky Colonels Northern Kentucky Chapter, Inc. (Kentucky (US))
10. Kentucky Kernel Kettle Korn, LLC (Kentucky (US))
11. Kentucky Kernel Products Co. (Kentucky (US))
12. Association for the Honorable Order of Tennessee Colonels (Tennessee (US)
13. The Honorable Colonels Of Versailles Limited Liability Company (US)
14. Colonel's Cannabis Company, LLC (Oklahoma (US)
15. The Kentucky Colonels Amateur Radio Club Of Bowling Green, Kentucky, Inc. (Kentucky (US))
16. The Kentucky Colonels Of Cumberland Kentucky, Inc. (Kentucky (US))
17. The Kentucky Colonels Oil Company (Kentucky (US))
18. The Louisville Colonels, Inc. (Kentucky (US)) Previously Known As Kentucky Colonels
19. Bowling Green-Warren County Baseball Club, Inc. (Kentucky (US)) Also Known as Kentucky Colonels
20. Building Champions, LLC (Kentucky (US)) Previously/Alternatively Known as Kentucky Colonels Basketball
21. Cincinnati Chapter Of Kentucky Colonels Inc (Ohio (US))
22. Claudia Sanders, The Colonel's Lady Dinner House Of Shelbyville, Kentucky, Inc. (Kentucky (US))
23. Kentucky Colonel's Fried Chicken Bakersfield (California (US))
24. Ecology Crossroads Cooperative Foundation, Inc. (Kentucky (US))

    Previously Known As Kentucky Colonels International (Defendants)

25. Grand Strand Chapter Of Kentucky Colonels (South Carolina (US))

26. HOKC Central Kentucky Chapter of Kentucky Colonels (Kentucky (US))

27. Hoosier Chapter Of The Honorable Order Of Kentucky Colonels Inc. (Indiana (US))

28. Honorable Order Of Kentucky Colonels Pikes Peak Regiment (Colorado (US))

29. Honorary Order Of Kentucky Colonels - Missouri Chapter (Missouri (US))

30. Kentucky Colonels 50th Reunion, LLC (Kentucky (US))

31. Kentucky Colonels Amateur Radio Club, Inc. (Kentucky (US))

32. Kentucky Colonels Association Of Broward County, Inc. (Florida (US))

33. Kentucky Colonels Baseball, Inc. (Kentucky (US))

34. Kentucky Colonels Booster Club, Inc. (Kentucky (US))

35. Kentucky Colonels Collectibles, Inc. (Kentucky (US))

36. Kentucky Colonels of Flagler County, Inc. (Florida (US))

37. Wheelchair Colonels Kentucky Chapter Paralyzed Veterans Of America (Kentucky (US))

38. KFC Montana, Ltd. (Montana (US)

39. Kentucky Colonels Nashville Chapter (Tennessee (US))

40. Le Club Kentucky Colonels De Montréal (Quebec (Canada)

41. Northeast Georgia Kentucky Colonels, Inc. (Georgia (US)

42. Order Of Confederate Colonels Of Kentucky, Inc. (Kentucky (US))

43. Philadelphia Kentucky Colonels (Pennsylvania (US)

44. Southern Kentucky Honorable Order Of Kentucky Colonels (Kentucky (US))

45. Jim Beam Brands Co. (Kentucky (US)) Previously Known As Kentucky Colonel Distillery Company

46. Kamrex, Inc. (Indiana (US)) Also Known As Kentucky Colonel

47. Kentucky Colonel Barbeque, Incorporated (Kentucky (US))

48. Kentucky Colonel Car Wash, Inc. (Kentucky (US))

49. Kentucky Colonel Enterprises, Inc. (Illinois (US))

50. Kentucky Colonel Foods, Inc. (Kentucky (US))

51. Kentucky Colonel Hush Puppy Co., Inc. (Kentucky (US))

52. Kentucky Colonel Medical, Inc. (Florida (US))

53. Kentucky Colonel Petroleum Co. (Kentucky (US))

54. Kentucky Colonel Q.S.L. Swap Club Inc. (Kentucky (US))

55. Kentucky Colonel, Inc. (Florida (US))

56. Kentucky Colonel, Incorporated (Kentucky (US))

57. Heritage Tobacco CompanyHeritage Tobacco Group, LLC  (Kentucky (US)) Trademark Kentucky Colonel

58. Ed Stein, Doing Business As Kentucky Colonel Barbecue  (Kentucky (US))

59. Neeley Family Distillery (Kentucky (US)) Former Trademark Owners of Old Kentucky Colonel

60. Colonel Sanders Kentucky Fried Chicken Corporation (Mississippi (US))

61. Warped Wing Brewing Company, LLC Trademark Kentucky Colonel Beer

62. John M. Delgatto, Doing Business As Country Roads, Ltd. with the Trademark Kentucky Colonels (music group)

63. KY Colonel, LLC (Kentucky (US))

64. Colonel's Enterprises 2021 LLC (Kentucky (US))

65. Colonel's Liquor, LLC (Kentucky (US))

66. Colonels Classic Productions, Inc. (Kentucky (US))

67. Colonels Contracting, LLC (Kentucky (US))

68. Colonels Enterprises, Inc. (Kentucky (US))

69. Colonels Inn, LLC (Kentucky (US))

70. Colonels Liquors, Incorporated (Kentucky (US))

71. Colonels Uniforms & Embroidery Inc. (Kentucky (US))

72. Derby City Colonels, Inc. (Kentucky (US))

**Entities Directly Associated with the Appellee Organization and/or Officers:**

1. Kentucky Historical Society and Museum in Frankfort (From 2020)

2. Golden Gate Chapter of the Honorable Order of Kentucky Colonels (San Francisco, California)

3. HOKC Hermosa Beach Chapter (Hermosa Beach, California)

4. Kentucky Colonels of Sacramento Valley (Stockton, California)

5. The Pikes Peak Regiment (Colorado Springs, Colorado)

6. The Nation's Capital Colonels (Washington D.C.)

7. Honorable Order of Kentucky Colonels Northeast Florida Chapter (St. Augustine, Florida)

8. Honorable Order of Kentucky Colonels Northeast Central Florida Chapter (Daytona Beach, Florida)

9. Gator Chapter (Gainesville, Florida)

10. South Florida Chapter (Miami-Dade and Monroe Counties, Florida)

11. SouthWest Florida Chapter (Punta Gorda, Florida)

12. Central Florida Chapter (Orlando)

13. Yaarab Shrine Association of Kentucky Colonels (Atlanta, Georgia)

14. Northeast Georgia Kentucky Colonels (Young Harris, Georgia)

15. Atlanta Chapter (Atlanta, Georgia)

16. Hoosier Chapter (Indianapolis, Indiana)

17. Murat Kentucky Colonels Shrine Club, known as the Wallace G. Renn Chapter of the Honorable Order of Kentucky Colonels (Indianapolis, Indiana)

18. Sunflower Chapter (Greater Kansas City, Kansas)

19. Northern Kentucky Chapter of Kentucky Colonels (Mount Hebron, Kentucky)

20. Honorable Order of Kentucky Colonels, Central Kentucky Chapter (Elizabethtown, Kentucky)

21. Bluegrass Colonels (Owensboro)

22. The Lady Kentucky Colonels (Owensboro, Kentucky)

23. Derby City Colonels (Louisville)

24. Kentucky Colonels Chapter – Morganfield KY Area (Morganfield)

25. Southeastern Kentucky Chapter (London, Kentucky)

26. Commonwealth Colonels (Frankfort)

27. Paducah Chapter (Paducah, Kentucky)

28. Cape Cod Veranda of Kentucky Colonels (Cape Cod)

29. Honorary Order of the Kentucky Colonels, Missouri Chapter (Holden)

30. Long Island Chapter (Nassau and Suffolk Counties, New York)

31. Southeastern Ohio Kentucky Colonels (Jackson, Ohio)

32. Cincinnati Chapter of Kentucky Colonels (Cincinnati, Ohio)

33. Hummelstown Hershey Area Kentucky Colonels (Hummelstown, Pennsylvania)

34. Philadelphia Kentucky Colonels (Philadelphia)

35. Palmetto Regiment (Columbia, SC)

36. Grand Strand Chapter (Myrtle Beach, South Carolina)

37. Colonels of the Tri-Cities (TN/VA)

38. Kentucky Colonels of Middle Tennessee (Nashville, Tennessee)

39. Richmond Regiment (Richmond, VA)

40. Colonels of the Tri-Cities (TN/VA)

41. Kentucky Colonel Asia (Singapore)

42. Rio de Janeiro Chapter of the Honorable Order of Kentucky Colonels

43. Colonels Toronto Command (Ontario)

44. Nigeria Chapter (Abuja)

45. Kentucky Colonels Switzerland (Wil)

46. The Military and Veteran Brigade of Kentucky Colonels (Cyberspace