**RECEIVED**
05/27/2025
KELLY L. STEPHENS, Clerk

# Appendix E — Exhibits Exposition

## A-Z Exhibits and Summaries documenting the Origin and Sources of the Cultural Archetype of the Kentucky Colonel in United States History.

This Appendix is an Organized Compendium, "Exhibits Exposition" that lists of all the exhibits presented within the context of "Declaration of Historical Fact: A Historical Dossier on the Kentucky Colonel" for the US Circuit Court and the US Library of Congress. This Appendix includes **Annotated Summaries for all of the Exhibits in Section VI**. (Internal link to Section VI below)

## Exhibit Format and Access Justification for Appendix (FRE 1006)

Due to the extraordinary volume of historical records, authenticated images, government publications, and scholarly citations uncovered by Appellant during the preparation of this Motion, it is not practicable to file the full set of over 100 primary exhibits within the constraints of a single judicial submission. Accordingly, Appellant respectfully submits a curated set of the **20 most compelling and representative exhibits** as part of this filing of Judicial Notice, including those central to the historical and legal questions before the Court.

The remainder of the referenced exhibits, each **summarized, annotated, and indexed** in **Appendices A, B, C, D**, and **E** (this Appendix) are **publicly accessible in Portable Document Format (PDF)** via Appellant's Google Workspace cloud storage platform (Google Drive), which is secure and made accessible to the Court, opposing counsel, and any reviewing agency or authority via direct link.

This approach is consistent with **Federal Rule of Evidence 201(b)**, which permits judicial notice of facts "not subject to reasonable dispute" that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Furthermore, it complies with the flexibility granted by the **Federal Rules of Appellate Procedure**, including Rule 10(e), which authorizes supplementation of the record when necessary for a full and fair adjudication.

Appellant stands ready to produce physical or certified copies of any exhibit upon request and certifies under penalty of perjury that all indexed exhibits are true and correct copies of the historical and legal sources referenced herein.

## Federal Rules of Evidence Legal Standard

The exhibits presented in this Appendix are submitted under penalty of perjury pursuant to **28 U.S.C. § 1746**, and are suitable for recognition under **Federal Rule of Evidence (FRE) 201(b)** as adjudicative facts that are (1) generally known within the territorial jurisdiction of this Court, and (2) accurately and readily determined from sources whose accuracy cannot reasonably be questioned. These exhibits are further supported by the following evidentiary provisions of the Federal Rules of Evidence:

- **FRE 1006 - Summaries to Prove Content:** The historical facts, legal authorities, and documentary evidence compiled herein are presented in summarized form to ensure clarity and efficiency, without altering their substance or authenticity.

- **FRE 901 - Requirement of Authentication:** Each exhibit is authenticated as genuine, including:

    - **Certified Public Records** (Governors' Appointments and Commissions, Congressional Records, USPTO Filings).

    - **Historical Documents and Cultural Representations** (Transylvania Convention Records, Literary Depictions, Media Archives).

    - **Scholarly Analyses and Legal Commentaries** (Recognized Treatises, Historical Studies, Court Decisions).

- **FRE 902 - Self-Authenticating Documents:** This Appendix includes exhibits that are self-authenticating by their nature, including:

    - **FRE 902(1): Domestic Public Documents That Are Sealed and Signed** — Certified gubernatorial commissions, authenticated by the Commonwealth of Kentucky.

    - **FRE 902(4): Certified Copies of Public Records** — Verified historical records and official archives, including the 1936 Congressional Record.

    - **FRE 902(5): Official Publications** — United States Congressional Records and state historical society publications.

    - **FRE 902(6): Newspapers and Periodicals** — Verified historical newspaper articles and cultural depictions.

    - **FRE 902(7): Trade Inscriptions and Labels** — HOKC's own USPTO trademark applications, which falsely claim exclusive ownership of the title "Kentucky Colonel."

- **FRE 803 - Exceptions to the Rule Against Hearsay:**

- **FRE 803(8): Public Records and Reports** — Official gubernatorial appointments and state historical records.

- **FRE 803(16): Statements in Ancient Documents** — Verified historical documents, including the 1775 Transylvania Convention Records.

- **FRE 803(18): Statements in Learned Treatises, Periodicals, or Pamphlets** — Historical analyses and scholarly commentaries recognizing the public domain status of the title "Kentucky Colonel."

These exhibits are sampled in **Sections I through V** in a clear, categorized format to ensure that the Court can readily verify and review the historical and factual basis for Appellant's arguments. Each exhibit is directly tied to the adjudicative facts presented in this Motion, ensuring that this Court is fully and accurately informed.

Standalone exhibits are also cross-indexed here alphabetically with summarized annotations and links under **FRE 1006 - Summaries to Prove Content in Section VI - Annotated Summaries**.

---

# I. HISTORICAL RECORDS

Establishing the Public Domain Status of the Title "Kentucky Colonel"

- **Minutes of the Transylvania Convention (1775)**

  - Verified records of the Transylvania Convention, establishing the first use of the title "Colonel" in Kentucky's civic and governmental history.

- **Governors' Appointments and Commissions**

  - Official records of gubernatorial appointments confirming the continuous use of the title "Kentucky Colonel" as a public honor.

- **United States Congressional Record (1936)**

  - Congressional recognition of the cultural significance of the title "Kentucky Colonel," affirming its status as part of American heritage.

- **Colonel Nimrod Wildfire (1833)**

  - A widely recognized literary depiction of the title "Kentucky Colonel" in American popular culture.

- **The Kentucky Colonel in Print and Film (1833–1920)**

  - A compilation of cultural and media representations confirming the public recognition of the title.

---

## II. GOVERNMENT RECOGNITIONS

Confirming the Title's Public Domain Status

- **Kentucky Historical Society Markers Nos. 1520 and 2396**

  - State-approved historical markers recognizing the Transylvania Convention and the public significance of the "Kentucky Colonel" title.

- **Certified Gubernatorial Appointment Records (1816-1987)**

  - Official appointment records from the Commonwealth of Kentucky, recognizing Kentucky Colonels as an honorary title.

---

## III. HOKC FRAUDULENT FILINGS AND FALSE 1813 ORIGIN

- **HOKC Articles of Incorporation (1957)**

  - Founding documents of HOKC, confirming its creation in 1957 as a Kentucky Corporation with no historical connection to the Kentucky Colonel title.

- **Myth of the Kentucky Colonel 1813 Origin**

  - Analysis debunking HOKC's false claim that the title "Kentucky Colonel" originated in 1813 with Governor Isaac Shelby.

- **Fraudulent 1931 First-Use Claim in USPTO Applications**

  ○ HOKC's false assertion of a "1931 first-use date" in its trademark applications, despite being formally created or chartered with the cooperation of a Kentucky Governor in 1933.

- **HOKC Fraudulent Trademark Applications (88800020, 88800035, 88800038)**

  ○ HOKC's 2020 USPTO trademark applications falsely claiming exclusive ownership of the title "Kentucky Colonel."

- **HOKC Membership Memo and Correspondence**

  ○ Internal HOKC documents reveal that it is not a membership organization, contrary to its public claims and subjective donors misleading assumptions.

- **HOKC Fundraising Solicitations Misrepresenting Membership**

  ○ Copies of HOKC's public-facing solicitations falsely presenting itself as a membership organization.

---

# IV. JUDICIAL DECISIONS AND LEGAL AUTHORITIES

1. **Honorable Order of Kentucky Colonels, Inc. v. Building Champions, LLC**, 345 F. Supp. 2d 716 (W.D. Ky. 2004)

   ○ **Description:** The Honorable Order of Kentucky Colonels (HOKC), a nonprofit organization, filed a trademark infringement lawsuit against Building Champions, LLC, (dba Kentucky Colonels basketball) alleging unauthorized use of the term "Kentucky Colonels" on merchandise.

   ○ **Holding:** The court denied HOKC's motion for a preliminary injunction, finding that HOKC failed to demonstrate a likelihood of confusion or ownership of exclusive rights to the term "Kentucky Colonels." The court recognized that the term is associated with a public honor conferred by the Commonwealth of Kentucky and is widely used by individuals who have received such commissions.

2. **Hazel-Atlas Glass Co. v. Hartford-Empire Co.**, 322 U.S. 238 (1944)

   ○ **Description:** Hazel-Atlas Glass Co. sought to set aside a judgment obtained by Hartford-Empire Co., alleging that Hartford had perpetrated a fraud upon the court by submitting a deceptive article to support its patent claim.

   ○ **Holding:** The Supreme Court held that the appellate court had both the power and the duty to vacate its prior judgment obtained through fraud. The Court emphasized that the integrity of the judicial process must be preserved and that judgments obtained by fraud cannot stand.

3. **Lexmark Int'l, Inc. v. Static Control Components, Inc.**, 572 U.S. 118 (2014)

   ○ **Description:** Static Control Components sued Lexmark under the Lanham Act for false advertising, alleging that Lexmark's statements harmed its business. The issue was whether Static Control had standing to bring the claim.

   ○ **Holding:** The Supreme Court established a new standard for standing under the Lanham Act, holding that a plaintiff must allege an injury to a commercial interest in reputation or sales proximately caused by the defendant's misrepresentations. The Court concluded that Static Control met this standard and had standing to sue.

4. **In re Bose Corp.**, 580 F.3d 1240 (Fed. Cir. 2009)

   ○ **Description:** Bose Corporation appealed the cancellation of its trademark registration for the "WAVE" mark, which was based on allegations of fraud in its renewal application.

   ○ **Holding:** The Federal Circuit clarified the standard for proving fraud in trademark cases, holding that a trademark is obtained fraudulently under the Lanham Act only if the applicant knowingly makes a false, material representation with the intent to deceive the Patent and Trademark Office. Mere negligence or honest mistake is insufficient to establish fraud.

---

# V. SCHOLARLY ANALYSES AND HISTORICAL COMMENTARY

- **Scholarly Analysis - The Public Domain Status of the Title "Kentucky Colonel" (1947–2023)**

  - Legal and historical scholarship confirming the title's status as a public honor, not a proprietary designation.

- **Media Analysis - The Misuse of History by HOKC (2020–2023)**

  - Investigative reports exposing HOKC's false historical claims and fraudulent trademark filings.

- **Academic Commentary on the Cultural Significance of "Kentucky Colonel"**

  - Scholarly publications recognizing the cultural and historical importance of the title in American folklore.

- **Historical and Legal Analysis of Civic Titles in American Law**

  - Legal treatises and academic publications confirming that civic titles are public domain honors.

- **Historical Records on Kentucky Colonels**

  - Verified encyclopedia entries and historical texts tracing the public recognition of Kentucky Colonels.

---

# VI. ANNOTATED SUMMARIES OF EXHIBITS

All the files marked as an Exhibit are presented here with annotated summaries of each.

Each file in the annotated summaries are US Federal Court Exhibits, that can be downloaded instantly from the Appellant-Defendant Google Workspace Account (Gmail Service) where all the documents are served from Google Drive, also understood as the Google Cloud. There are no restrictions on these files, they can be accessed publicly and anonymously.

1. **Section A – These Exhibits are part of the docketed Judicial Notice Filing**
2. **Section B – These Exhibits are subject to being docketed by the Circuit Court**
3. **Section C – These Exhibits support the cultural archetype and trademark cancellation**

## A. Judicial Notice Exhibits Submitted to the Court

The following twenty Exhibits are being filed

1. **Exhibit – 2001 Public Notice to Members Following Contact from Wyatt, Tarrant & Combs:** This exhibit is a notice **published in 2001 by Col. David J. Wright** on the original **"First Website for Kentucky Colonels" (Colonel.org)**. The notice was posted after a cease-and-desist letter from Wyatt, Tarrant & Combs LLP, representing the Honorable Order of Kentucky Colonels (HOKC). The letter instructed Wright to discontinue certain aspects of his online Kentucky Colonels recognition business. (This exhibit combined with Supplemental Exhibit – 2014-2015 Email Reply from Defendant to Matt Williams (see below Section B) demonstrates a failure to disclose acquiescence and lack of candor by the prosecuting law firm.)

2. **Exhibit – Adlai E. Stevenson, Something of Men I Have Known:** This exhibit features two chapters from a memoir by Adlai E. Stevenson, the 23rd Vice President of the United States under President Grover Cleveland. The chapters provide anecdotal accounts of the Kentucky Colonel title in the 19th century, predating the creation, idea and rise of the Honorable Order of Kentucky Colonels (HOKC) under Gov. Ruby Laffoon.

3. **Exhibit – The Ambiguous Influence of the Honorable Order of Kentucky Colonels:** This exhibit documents the historical divergence between the traditional use of the Kentucky Colonel title and the narrative promoted by the Honorable Order of Kentucky Colonels (HOKC) following its formation. It argues that HOKC reinterpreted the title within a framework of private association, spectacle, and philanthropy, rather than continuing earlier traditions.

4. **Exhibit – Colonel Nimrod Wildfire: The Original Literary Archetype of the Kentucky Colonel:** This exhibit discusses the earliest known published instance of the phrase "Kentucky Colonel," which appeared in 1833 in connection with a play titled *The Lion of the West* (retitled *The Kentuckian* for British audiences). The play featured the character Colonel Nimrod Wildfire, a caricature of the American frontier spirit.

5. **Exhibit – Fraudulent Succession of 1931 First-Use:** This exhibit argues that the Honorable Order of Kentucky Colonels (HOKC) misappropriated minutes from the Kentucky Colonels Association (est. 1930). It claims that the HOKC presented these "1931 Minutes" as their own in legal proceedings to assert rights to the name "Kentucky Colonels," despite evidence that the two organizations were separate entities.

6. **Exhibit – Myth of the Kentucky Colonel 1813 Origin:** This exhibit consists of communications by the Honorable Order of Kentucky Colonels (HOKC) from 1941 through 1985, focusing on the 1813 origin narrative. It includes the 1941 Derby Eve Dinner Program, which is the earliest known source of the claim that the Kentucky Colonel title originated in 1813. The exhibit also contains a 1975 HOKC member letter, a 1976 newspaper article, and other communications promoting the 1813 origin story.

7. **Exhibit – Governor W. O. Bradley 1897 Photo:** This exhibit is a photograph of Kentucky Governor William O. Bradley and his staff of Kentucky Colonels, taken in 1897. It is presented as evidence that the Kentucky Colonel title was an official gubernatorial designation before the creation of the Honorable Order of Kentucky Colonels (HOKC) in 1933.

8. **Exhibit – Historical Markers at Boonesborough:** This exhibit contains photos and text from historical markers and a monument at or near Fort Boonesborough State Park in Kentucky. These markers confirm the early legislative governance of Kentucky and the use of the title "Colonel" as a civic leadership designation.

9. **Exhibit – HOKC Disambiguation:** This exhibit shows that the Honorable Order of Kentucky Colonels (HOKC) has created ambiguity around the source of the Kentucky Colonel title by negating other sources and promoting itself as the origin. It presents newspaper articles as evidence that the HOKC was officially established in September 1933, and that the phrase "Honorable Order of Kentucky Colonels" is in the public domain.

10. **Exhibit – Honorable Order of the Blue Goose Photo:** This exhibit is a historical photograph of the Kentucky Colonel Initiation Team of the Honorable Order of the Blue Goose International (HOBGI) from 1939. It suggests that the use of "Kentucky Colonel" in a formal, fraternal setting predates the Plaintiff's incorporation and that the HOKC name may have been influenced by preexisting organizations like the HOBGI.

11. **Exhibit – Internet, Libraries, and Newspapers:** This exhibit contains selected resources from newspapers, intended to provide evidence of the existence of Kentucky Colonels in American history, independent of the Appellee.

12. **Exhibit – "Kentucky Colonel—New Vintage" 1969:** This exhibit is a narrative portrait by Kentucky historian J. Winston Coleman Jr., describing the "Kentucky Colonel" archetype in the early 1940s. Coleman contrasts the mythical, theatrical version of the Colonel with a real-life embodiment of rural intelligence, agrarian independence, and cultural refinement. The exhibit emphasizes the Colonel's role as a land steward, scholar, and advocate for leisure, learning, and civic companionship.

13. **Exhibit – Kentucky Colonels Handbook © 1930:** This handbook provides a detailed account of the traditions, responsibilities, and historical recognition of Kentucky Colonels. It serves as evidence that the terms "Kentucky Colonel" and "Kentucky Colonels" were widely known and publicly recognized before the Honorable Order of Kentucky Colonels (HOKC) was founded.

14. **Exhibit – Kentucky Colonels Newspaper Clippings:** This exhibit contains 50 historical newspaper articles from a collection of over 500, demonstrating the cultural, civic, and governmental use of the title "Kentucky Colonel" from 1872 to 1957. These clippings establish that the term was widely recognized as a public honor conferred by Kentucky governors long before the emergence of the HOKC.

15. **Exhibit – Kentucky Epitaphs, Landmarks, and Markers:** This exhibit highlights the use of the title "Colonel" on Kentucky roadside markers and historical monuments. It notes that a significant percentage of these markers use the term "Colonel" or "Col.". Examples of individuals commemorated include Col. Benjamin Logan, Col. Richard Henderson, and Col. Daniel Boone. Approximately 11.4% of these markers use the title, indicating its historical significance. The exhibit scratches the surface on Kentucky epitaphs which recognize individuals that were Kentucky Colonels.

16. **Exhibit – Kentucky Progress Commission:** This exhibit is a summary of the Kentucky Progress Commission Magazine series (1928-1936). The magazine, published by a state development agency, featured stories and photographs related to Kentucky's history and culture, often referencing Kentucky Colonels.

17. **Exhibit – Legal Analysis of HOKC Trademarks:** This exhibit provides a legal analysis of the trademark filings by the Honorable Order of Kentucky Colonels (HOKC). It argues that HOKC attempted to monopolize the term "Kentucky Colonels" through improper legal tactics and that the term is inherently descriptive and in the public domain.

18. **Exhibit – Notable and Prominent Kentucky Colonels:** This exhibit identifies historical individuals who were known or recognized as "Colonel" in Kentucky from 1775 through 1929. It emphasizes that these individuals held the title as a mark of leadership, civic standing, or honorary distinction, independent of the HOKC.

19. **Exhibit – The Kentucky Colonel, A Study in Semantics:** This exhibit analyzes two sources from 1947 that address the historical and semantic meaning of the Kentucky Colonel. It discusses the lack of a formal definition for the title and its evolution from colonial militia customs.

20. **Exhibit – US Congress 1936 Recognition:** This exhibit is a Congressional Record from April 2, 1936, where Congressman Edward Wester Creal formally recognized the Kentucky Colonel title. Creal discussed the historical significance of the title, linking it to military and civic contributions. He acknowledged the controversy surrounding the overuse of the title and defended its importance to Kentucky's heritage.

## B. Supplemental Exhibits for the Sixth Circuit Court

The following Exhibits, Memorandums, Judicial Commentary, Legal Analyses, and Historical Evidence are all subject to Judicial Notice. Appellant respectfully notifies this Honorable Court that while certain evidentiary materials referenced in this appeal were not filed on the district court docket—due to procedural suppression or post-judgment restrictions—they are nonetheless included as authenticated electronic exhibits in the form of downloadable or viewable links embedded with the Appendix summary titles, Judicial Notice motion, or supplemental declaration(s).

These materials are not presented as part of the formal appellate record, but are made accessible for the Court's discretionary review under its inherent authority to take notice of adjudicative facts, and pursuant to FRAP 10(e), FRAP 28(e), and Federal Rule of Evidence 201.

The links provided in the annotated summaries and e-record citations are secure, publicly accessible, and supported by corresponding affidavits or declarations under 28 U.S.C. § 1746.

Appellant affirms that no alteration of the original source material has occurred and that each file remains available for independent verification. This submission honors the Court's authority to determine admissibility or judicial relevance at its discretion.

1. **Exhibit – Supplemental Judicial Commentary 1:** This exhibit presents a comparative analysis of two cultural and historical commentaries on the Kentucky Colonel: George C. Robinson's 1969 article "News and Notes about Kentucky Colonels" and Anthony Harkins's 2015 paper "Colonels, Hillbillies, and Fightin'". The exhibit's purpose is to demonstrate how decades of "narrative distortion and institutional branding" by the Honorable Order of Kentucky Colonels (HOKC) have influenced and, in some cases, misled these scholarly accounts with a "false historical narrative."

   a. **Analysis of George Robinson (1969):** The exhibit notes that Robinson accurately cites facts such as the Governor's power to issue honorary commissions, the increase in commission numbers before 1916 (approximately 650), the HOKC's founding in the 1930s as a charitable organization, and anecdotes about commissions granted to various individuals regardless of residency or gender. However, the exhibit argues that Robinson uncritically repeats the HOKC's claim that the first Kentucky Colonel commission was issued by Governor Isaac Shelby in 1813, a claim the exhibit asserts is unsubstantiated by historical records prior to the HOKC's own propagation of this narrative.

   b. **Analysis of Anthony Harkins (2014):** The exhibit analyzes Harkins's work as a scholarly paper that attempts to explore the broader symbolism of the Kentucky Colonel. It likely critiques how Harkins, despite being a scholarly writer, may have also been influenced by the HOKC's established narrative, perpetuating certain myths or overlooking historical nuances due to the pervasive nature of the HOKC's public relations.

   c. **Legal Significance:** This exhibit serves to demonstrate that even seemingly authoritative historical and cultural commentaries can contain inaccuracies influenced by the HOKC's self-serving historical narratives. It supports the argument that the HOKC's claims

regarding the origin and nature of the "Kentucky Colonel" title are historically fabricated or misrepresented, which is crucial for challenging the HOKC's asserted exclusive rights. It aims to prevent the court from taking judicial notice of these commentaries' claims without critical examination of their factual basis, particularly concerning the 1813 origin myth.

2. **Exhibit – Supplemental Judicial Commentary 2:** This exhibit provides a "formal judicial commentary and comparative assessment" of four historical-cultural sources, distinguishing between what it considers "reliable" sources and those previously analyzed (in Supplemental Judicial Commentary 1) as distorted by the HOKC's narratives. The focus here is on works that offer either direct evidence or serious scholarly treatment of the Kentucky Colonel as a public, historical, and literary identity, resisting or adopting assumptions introduced by the HOKC post-1933. The four evaluated works are:

   a. B. Alsterlund and Walter Pilkington, "The Kentucky Colonel: A Study in Semantics" (American Notes & Queries, April 1947).

      i. **Analysis of Alsterlund and Pilkington (1947):** The exhibit highlights the "factual strengths" of this source, likely indicating that it provides a more accurate or nuanced historical understanding of the term "Kentucky Colonel" prior to the HOKC's significant influence. It focuses on the "semantics" of the term, suggesting an exploration of its meaning and evolution.

   b. Adlai E. Stevenson, *Something of Men I Have Known* (New York: McClure Co., 1909), Chapters XIV "The Kentucky Colonel" & XXX "The Colonels".

      i. **Analysis of Adlai E. Stevenson (1909):** This early 20th-century work is presented as a reliable source, suggesting it offers firsthand observations or discussions of the "Kentucky Colonel" that predate the HOKC's narratives. Its inclusion emphasizes the public and widely recognized nature of the title long before the HOKC's formation.

   c. Matt J. Holt, *The Kentucky Spirit or Why the Kentucky Colonel* (1922).

      i. **Analysis of Matt J. Holt (1922):** This source, *The Kentucky Spirit or Why the Kentucky Colonel*, further reinforces the pre-HOKC existence and understanding

of the "Kentucky Colonel" as a distinct cultural figure, likely providing insights into the societal perception and attributes associated with the title before the HOKC's organized efforts.

d.  J. Winston Coleman Jr., "Kentucky Colonel-New Vintage," a Chapter in *The Collected Writings of J. Winston Coleman Jr.*, Winburn Press, 1969.

  i.  **Analysis of J. Winston Coleman Jr. (1969):** While published after the HOKC's founding, this work is presented as a "reliable" source. This suggests that Coleman's commentary, even with the HOKC in existence, manages to resist or critically assess the HOKC's self-proclaimed history, providing a more independent historical perspective. The reference to "New Vintage" might imply a fresh or re-evaluated perspective on the Kentucky Colonel.

e.  **Legal Significance:** This exhibit aims to establish a counter-narrative to the HOKC's historical claims by presenting older, concurrent, independent, or more critically evaluated historical sources. By highlighting works that predate or challenge the HOKC's "romantic mythology of 1813," it seeks to demonstrate that the "Kentucky Colonel" is a widely recognized public domain term and a distinct cultural identity that existed and evolved independently of the HOKC. This directly supports the defense's argument against the HOKC's claims of exclusive trademark rights based on a manufactured historical origin that does not exist.

3.  **Exhibit – 2014-2015 Email Reply from Defendant to Matt Williams:** This exhibit is a 2014-2015 email reply from Col. David J. Wright to Matt Williams, counsel for the Honorable Order of Kentucky Colonels (HOKC). The email addresses HOKC's concerns about Wright's use of the "Kentucky Colonels International" name on a Facebook page. Wright clarified the page's non-commercial intent, corrected a typographical error, and engaged in civil dialogue. The exhibit demonstrates HOKC's prior knowledge of Wright's online activities and their initial decision not to pursue any claims of infringement or confusion.

4.  **Exhibit – 1981 Metry USPTO Application 73299122:** This exhibit contains the 1981 notarized trademark application filed with the United States Patent and Trademark Office (USPTO) by Robert A. Metry, the Plaintiff's then-Executive Trustee, for "Honorable Order of Kentucky Colonels." This sworn statement includes assertions regarding the distinctiveness and continuous

use of the mark in commerce for at least 25 years preceding the application. Metry claims a 1934 "first-use date" for the idea of the name. This document is relevant to the Plaintiff's claims of exclusive rights and the history of their trademark efforts. The USPTO permitted the HOKC to establish a "first-use in commerce" and "first-use ever" date as May 10, 1957.

5. **Exhibit – Applications 88800020, 88800035, and 88800038:** This exhibit includes three trademark applications filed by The Honorable Order of Kentucky Colonels, Inc. (HOKC) on February 17, 2020. These applications (Serial Nos. 88800020, 88800035, and 88800038) seek registration for the phrase "Kentucky Colonels" across various classes. The exhibit argues that these filings contain misrepresentations and omissions, suggesting they were made in bad faith to create a false basis for standing in litigation. It highlights issues such as false first-use claims that contradict historical records, prior USPTO filings, and prior legal disputes: as well as its failure to acknowledge concurrent users across the region.

6. **Exhibit – HOKC Annual Banquet Program 1941:** This exhibit is the 1941 Annual Banquet Dinner Program of the Honorable Order of Kentucky Colonels (HOKC). It provides insight into the early identity and narratives of the HOKC, a private association founded in 1933. The program is noted as the earliest recorded instance in which the HOKC claimed that the title of Kentucky Colonel originated in 1813 with Governor Isaac Shelby's alleged commissioning of Col. Charles S. Todd. The exhibit also highlights that in 1941, the HOKC was primarily a social club, focused on historical revisionism to associate itself with military traditions.

7. **Exhibit – USPTO TM 73299122:** This exhibit is the USPTO record for Trademark Serial Number 73299122, registered to the Honorable Order of Kentucky Colonels. The mark is the phrase "HONORABLE ORDER OF KENTUCKY COLONELS." The application was filed in 1981 and registered in 1983, and the registration has been renewed.

   a. **Trademark Evaluation:**

      i. **Mark:** HONORABLE ORDER OF KENTUCKY COLONELS.

      ii. **Application Date:** 1981 (Legal First-Use Date May 10, 1957)

      iii. **Type:** Service Mark.

      iv.    **Goods/Services:** Eleemosynary Services-Namely, Founding of Scholarship, Equipping Playgrounds and the Like and to Collect Historical and Cultural Material Pertaining to Commonwealth of Kentucky.

    b.  **Observations:** This is a straightforward service mark for the organization's name. It's important for establishing the HOKC's formal claim to that specific name. No concurrent use claims are present. The application would have included a "first use in commerce" date, but that specific date isn't immediately visible in this summary document; it would be in the full application record.

8.  **Exhibit – Orange Society 1836 Article:** This exhibit is an 1836 article from Belfast, Ireland, demonstrating the international recognition of Kentucky Colonels as a distinct cultural and social class of people. The article portrays the Kentucky Colonel as a bold, direct, and forceful leader. This exhibit is intended to establish that the Kentucky Colonel was an internationally recognized figure of cultural importance, beyond just a ceremonial title.

9.  **Exhibit – Plaintiff's Requested Merger Proposal:** This exhibit contains email correspondence and attachments between Col. David J. Wright and Col. Sherry Crose, including a signed Confidentiality Agreement and a merger/sponsorship proposal. It demonstrates the Plaintiff's interest in a merger with the Defendant's "Kentucky Colonels International," the Defendant's good faith in proposing a cooperative structure, and the Plaintiff's subsequent rejection of the proposal. The exhibit is intended to counter the Plaintiff's initial mischaracterization of these interactions as a "shakedown" or "extortion attempt."

10.  **Exhibit – USPTO Collective Mark 73083867 (Chicago):** This exhibit is a USPTO record for Collective Mark Serial Number 73083867, registered to the Chicago Kentucky Colonels Club. The mark features a design of a man in historical costume. The application was filed in 1976 and registered in 1977, but the registration expired in 2008 due to non-renewal.

    a.  **Trademark Evaluation:**

      i.    **Mark:** Design of a man in historical costume.

      ii.   **Application Date:** 1976

      iii.  **Type:** Collective Membership Mark.

b. **Observations:** This is a Collective Mark, indicating membership in an organization, not a traditional trademark for goods or services. It shows use of "Kentucky Colonels" in a club context. The expired status is noteworthy. No claims of concurrent use by the HOKC were applied to the collective mark.

11. **Exhibit – USPTO TM 76499062:** This exhibit is the USPTO record for Trademark Serial Number 76499062, registered to the Honorable Order of Kentucky Colonels. The mark is the phrase "KENTUCKY COLONELS" applied as a serial mark for merchandise bearing the trademark. The application was filed in 2003 and registered in 2004, and the registration has been renewed.

   a. **Trademark Evaluation:**

      i.   Mark: KENTUCKY COLONELS.

      ii.  **Application Date:** March 10, 2003

      iii. **First-Use Date:** October 21, 2002

      iv.  **Type:** Trademark (for products bearing the mark).

      v.   **Goods/Services**

         1. Metal key chains; metal money clips; commemorative metal license plates

         2. Necklaces; rings being jewelry; ornamental lapel pins; cuff-links; tie-clips

         3. Coffee cups; drinking glasses; shot glasses; drinking flasks

         4. Multi-purpose cloth bags

         5. Clothing, namely, shirts, T-shirts, sweat shirts, jackets, vests, baseball caps

         6. Embroidered patches for clothing

   b. **Observations:** This mark is for the phrase "KENTUCKY COLONELS" itself, separate from the organization's full name. Notably, there's a disclaimer on the use of "KENTUCKY" apart from the mark. Again, the "first use in commerce" date would be in the full record. No concurrent use claims.

12. **Exhibit – Bibliography of Newspaper Articles:** This exhibit is a bibliography of over 200 newspaper articles from the mid-19th through the 20th century. These articles contain references to the title "Kentucky Colonel" and establish its recognition as a widely known and publicly recognized term in the United States. The bibliography demonstrates the historical continuity, geographical range, and diverse contexts (civic, social, honorary) in which the term "Kentucky Colonel" has been used. –

13. **Exhibit – Colonel Arthur Campbell and the Legitimation of Transylvania:** This exhibit establishes Colonel Arthur Campbell as an early military-civil leader who played a key role in integrating the Transylvania settlements into Virginia's legal and constitutional framework. It argues that Campbell provided legitimacy and legal structure to the settlers' self-governance efforts. The exhibit also details Campbell's involvement in the formation of Kentucky County, Virginia, and his role in establishing the authority of publicly appointed Colonels.

14. **Exhibit – Early Colonels in the Danville Conventions and Transylvania:** This exhibit is a summary under Federal Rule of Evidence 1006, sourced from "A History of the Danville Conventions, 1784-1792," (included) published by the Kentucky State Historical Society. It identifies and details the roles of early Kentucky civic and militia leaders with the title "Colonel" before Kentucky's statehood in 1792. The exhibit highlights that the title "Colonel" was in use as early as 1775 and was tied to public service and legal authority.

15. **Exhibit – Summary of Self-Authenticating Exhibits:** This exhibit summarizes voluminous historical sources, including newspaper archives, government records, and historical books, that establish the public and non-exclusive nature of the Kentucky Colonel title.

## C. Exculpatory Evidence Exhibits of the Appellant

1. **Exhibit – 1st Kentucky Colonels Website © 1998:** This exhibit presents an archived webpage of Colonel.org from March 31, 2001, the first public website for Kentucky Colonels. It also includes a public notice from July to December 2001 announcing changes due to cease and desist demands from the Plaintiff's legal counsel. The website served as a registry, historical resource, and commercial platform. This exhibit aims to demonstrate the Defendant's prior and public commercial use of "Kentucky Colonels" before the Plaintiff's trademark applications and their awareness of this use.

2. **Exhibit – 600 'Colonels' Frolic 1956:** This newspaper article from May 5, 1956, reports on the 23rd annual dinner of the Kentucky Colonels. The event, a pre-Kentucky Derby frolic, was attended by approximately 600 Kentucky Colonels and their ladies. Highlights included entertainment by George Jessel, speeches by Governor Chandler, and a presentation of around $25,000 in checks to various Kentucky children's charities. The article also mentions the singing of "All Kentucky Colonels Love Kentucky," written by a Kentucky Colonel from Los Angeles.

3. **Exhibit – 1941 HOKC Annual Banquet:** This exhibit is the 1941 Annual Banquet Dinner Program of the Honorable Order of Kentucky Colonels (HOKC). It provides insights into the early identity and structure of the private association before its later transition to a charitable entity. Notably, this program appears to be the earliest recorded instance where the HOKC formally introduced the Charles S. Todd and Isaac Shelby origin story of the Kentucky Colonels. Governor Keen Johnson attended the event.

4. **Exhibit – A Kentucky Colonel Ventures on Water 1896:** This exhibit is a newspaper article from March 20, 1896, detailing an incident involving a family on a shanty-boat who were rescued from the strong river current by Dick Snyder. A self-described Kentucky Colonel, observing the rescue, praised Snyder's actions and exclaimed that "Kentuckians always come to the rescue, by land or water!" The article portrays the Colonel's words as drawing cheers and laughter from the onlookers. This historical account provides an example of the term "Kentucky Colonel" being used in a public and non-official context.

5. **Exhibit – A Plea for Colonels 1907:** This exhibit is a newspaper article from June 30, 1907, that discusses the perceived overuse of honorary titles, including "colonel." The article humorously critiques the practice of bestowing the title of "colonel" on various individuals, suggesting that the title was being diluted and should be reserved for those with genuine military achievements. It argues for more titles for worthy men and illustrates how the term "colonel" was casually applied in public discourse, independent of any official organization.

6. **Exhibit – About Kentucky Colonels 1947:** This exhibit is a newspaper article from April 24, 1947 that draws attention to a recent study that explores the history and usage of the term "Kentucky Colonel." The article references observations by Irvin S. Cobb, who noted the lack of a clear definition for the title. It also mentions the issuance of colonel commissions to figures like Mae West and recounts a period when Governor A. B. Chandler attempted to abolish

numerous commissions. The article highlights the term's widespread and sometimes indiscriminate use, and the public's complex perception of the title.

7. **Exhibit – ABWA Kentucky Colonel Chapter:** This exhibit focuses on "The Colonelette," a newsletter published by the Kentucky Colonel Chapter of the American Business Women's Association (ABWA) in Bowling Green, KY, from 1964 to the early 2000s. The chapter operated independently of the Honorable Order of Kentucky Colonels (HOKC). The newsletter's use of the term "Kentucky Colonel" demonstrates how the title was employed as a regional and cultural symbol for leadership, community service, and professionalism, particularly among women, without any HOKC affiliation.

8. **Exhibit – American Newspapers 19th & 20th Centuries:** This exhibit comprises a collection of 235 newspaper articles, drawn from a larger database of over 5,000, that pre-date the 1957 incorporation of The Honorable Order of Kentucky Colonels, Inc. The articles demonstrate that the terms "Kentucky Colonel" and "Kentucky Colonels" were in widespread use in American newspapers long before the Plaintiff's formation. This evidence is presented to counter the Plaintiff's claims of exclusive rights to the trademark and to show the historical context in which the terms were used.

9. **Exhibit – Been Coloneled Yet 1932:** This 1932 newspaper article humorously discusses the prevalence of Kentucky Colonel appointments. It recounts a story where a man was upset at being overlooked for the honor by a state senator. The article suggests that while the title may have lost some glamour within Kentucky, it remained a sought-after honor elsewhere, with notable figures like Richard E. Byrd and Al Jolson holding the title.

10. **Exhibit – Col. Chas. S. Todd 1840:** This 1840 newspaper clipping quotes Colonel Charles S. Todd, a United States diplomat and the son-in-law of Governor Shelby. Todd refutes a rumor that his father-in-law made him a colonel. He spoke at a political convention, praising General Harrison and sharing his firsthand account of Harrison's bravery and skill during the War of 1812.

11. **Exhibit – Col. Gupton Letter 1997:** This 1997 letter from Larry Gupton, Executive Director/Senior Ambassador of the Honorable Order of Kentucky Colonels (HOKC), congratulates a newly commissioned Kentucky Colonel. It invites the recipient to become a

member of the HOKC, emphasizing the organization's charitable activities and its "Good Works Program," which reinvests funds into worthy causes.

12. **Exhibit – Colonel Staff 1941:** This 1941 newspaper article reports on the appointment of staff to the Honorable Order of Kentucky Colonels (HOKC) for the sesquicentennial year. Robert Barry of New York was appointed National Commanding General, with Governor Keen Johnson's approval. The article also mentions the organization's plans to participate in state-wide celebrations and its goal to make its annual dinner a prestigious event.

13. **Exhibit – Commission Marks Its 163rd Year:** This 1976 newspaper article discusses the history of the Kentucky Colonel commission. It traces the origin of the title to Governor Isaac Shelby and highlights the charitable activities of the Honorable Order of Kentucky Colonels (HOKC), including contributions to hospitals, child care, and various other causes. The article notes that many people prize their commissions.

14. **Exhibit – Coordinated Media Releases & Membership Communications by HOKC (2020–2023):** This exhibit contains five public communications from the Honorable Order of Kentucky Colonels (HOKC) to its members and donors between 2020 and 2023. These releases, issued around litigation events, accuse the Defendant of misconduct, and defend the HOKC's trademarks.

15. **Exhibit – Crockett and Hackett 1884:** This 1884 newspaper excerpt describes a theatrical performance attended by Colonel David Crockett. The actor, Hackett, performed as Nimrod Wildfire from "The Kentuckian". The account details the audience's enthusiastic reaction to Crockett's presence and Hackett's performance.

16. **Exhibit – Damon Runyon 1937:** This 1937 article previews the annual meeting of the Kentucky Colonels in Louisville. It describes the Colonels as peaceful but spirited, and mentions that both men and women could be appointed. The article also notes that Governor "Happy" Chandler had reduced the number of new Colonel appointments.

17. **Exhibit – Defendant's Advocacy Writings and Public Commentary:** This exhibit contains three articles written by Col. David J. Wright before the lawsuit. The articles, published in early 2020, cover Wright's efforts to reform the Kentucky Colonel tradition, the HOKC's attempts to suppress discourse, and issues of governance. The writings are described as noncommercial, First Amendment-protected speech.

18. **Exhibit – Defendant's Motion for Judicial Notice [DE-103]:** This exhibit is a legal motion filed by Col. David J. Wright. It references a previous case with similar allegations that was dismissed, and argues that the current case should also be dismissed. Wright's motion seeks judicial notice of adjudicative facts and indicates his intent to file a supplemental motion for dismissal.

19. **Exhibit – Facebook Transparency Report:** This exhibit is a Facebook Transparency Report for the Honorable Order of Kentucky Colonels. The report details the Page Transparency, including history, people who manage the page, and organizations that manage the page. It shows the page's name changes, from "Kentucky Colonels" to "Kentucky Colonels - National Headquarters" and finally to "Honorable Order of Kentucky Colonels" on December 4, 2018.

20. **Exhibit – Governor's Letter 2020 w/ Affidavit:** This exhibit includes a letter dated January 21, 2020, from Col. David J. Wright to Kentucky Governor Andy Beshear, along with an affidavit that it was delivered in person to the Governor's Office. The letter raises concerns about the Kentucky Colonel commissions' administration, the Honorable Order of Kentucky Colonels' relationship with the Governor's Office, and policies limiting independent Kentucky Colonel organizations. The letter outlines issues such as impropriety in appointments, misrepresentation of HOKC as a membership organization, unlawful preferencing of HOKC by the state, and monopolization as well as suppression by the state of other Kentucky Colonel organizations.

21. **Exhibit – Governors' Appointments and Commissions:** This exhibit contains historical records of Kentucky Governors' appointments and commissions from 1816 to 1987. It includes official state government records, executive orders, journals, and civil and military appointment records. The purpose is to document the authority of Kentucky governors in making appointments, including commissioning Kentucky Colonels as honorary aides-de-camp, and to refute HOKC's claims of exclusive rights to the title.

22. **Exhibit – Hang Onto Your Julep 1952:** This exhibit is an article about the State Division of Publicity's search for a standardized and universally recognized drawing of a Kentucky Colonel, similar to Uncle Sam. The article discusses the challenge of capturing the true essence of a Kentucky Colonel, emphasizing the importance of portraying a figure with character, community involvement, and hospitality.

23. **Exhibit – HOKC Articles of Incorporation 1957:** This exhibit presents the official Articles of Incorporation for The Honorable Order of Kentucky Colonels, Inc. (HOKC), establishing it as a legal entity in 1957. The document reveals that prior to 1957, HOKC existed as an unincorporated social association.

24. **Exhibit – HOKC Trademark Notice:** This exhibit discusses the Honorable Order of Kentucky Colonels' (HOKC) trademark. It explains that the trademark reflects the organization's growth from its military origins, with early Colonels serving as official representatives of the Kentucky Governor. The trademark incorporates the Aide-de-Camp crest, the 1813 date, and the traditional red-white-and-blue color scheme of the US Armed Forces.

25. **Exhibit – HOKC v KY Colonels Basketball 345 F. Supp. 2d 716 (2004):** This exhibit is a judicial opinion from a 2004 case, *Honorable Order of Kentucky Colonels v. Building Champions, LLC*, which involved the same plaintiff and similar legal claims as the present action. The court in the prior case rejected HOKC's claim that the trademark "Kentucky Colonels" was distinctive or protectable in the context of nonprofit use.

26. **Exhibit – How Colonels Get Titles 1913:** This exhibit explores the practice of nicknaming and the use of courtesy titles in the United States. It explains that the title "Colonel" is often applied to men who never served in the military. The exhibit suggests that having a personal acquaintance with the governor of Kentucky could lead to being called "Colonel".

27. **Exhibit – Howdy Colonel 1947:** This exhibit references a publication titled "Howdy Colonel" by Marion Porter and Anna Friedman, described as containing 221 pages of historical revisionism. The exhibit includes an image of an unknown United States Military Officer, noting that it is not a Kentucky Colonel. It also mentions misguided assumptions by Kentucky Colonels in Canada.

28. **Exhibit – Inaugural Fete 1913:** This exhibit describes the plans for the inaugural ceremonies for the new mayor, with the Kentucky Colonels participating in full dress uniform. The Colonels were to escort the mayor-elect from the Seelbach Hotel to City Hall, forming a double line through which the mayor-elect would pass.

29. **Exhibit – Internet Archive Search Query 2025:** This exhibit presents a report on the public domain status of "Kentucky Colonel," based on searches in the Internet Archive. The search

results indicate numerous references to "Kentucky Colonel" and "Kentucky Colonels" in literary works, but fewer references to the "Honorable Order of Kentucky Colonels".

30. **Exhibit – Internet, Libraries, and Newspapers:** This exhibit compiles selected articles from U.S. newspapers, intended to demonstrate the existence of Kentucky Colonels in American history, independent of the Appellee. It notes that similar articles are listed in other exhibits and that some articles have been repaginated for accessibility.

31. **Exhibit – Justice John Marshall Harlan:** This exhibit presents historical accounts of the use of the honorary title "Kentucky Colonel" prior to its commercialization. It includes a 1901 newspaper account describing how Colonel John Marshall Harlan was entrusted by President Abraham Lincoln to issue honorary military commissions to influential Kentuckians to preserve Kentucky's loyalty to the Union.

32. **Exhibit – Kentucky Colonel 1952:** This exhibit is a newspaper article from the Louisville Courier-Journal in 1952. The article discusses the concept of the "Kentucky Colonel" and includes a quote from United States Chief Justice John Marshall: "In the Bluegrass region / a paradox was born / the corn was full of kernels / and the colonels full of corn".

33. **Exhibit – Kentucky Colonel Commission Types:** This exhibit displays two types of Kentucky Colonel commissions. One is an Aide-de-Camp Commission issued between 1932 and 1956, with the rank and grade of Colonel. The other is a Civilian Honorable Title Commission issued from 1957 onwards, without any rank or Aide-de-Camp designation.

34. **Exhibit – Kentucky Colonelcy Restored 1936:** This exhibit is a newspaper article from the Chattanooga Daily Times in 1936. It discusses a situation where Colonel John Lovell's Kentucky Colonel commission was revoked, but then restored by the Governor of Tennessee, making him a colonel of two states.

35. **Exhibit – Kentucky Colonels 1889:** This exhibit is a newspaper article from the McCool Junction Record in Nebraska in 1889. The article discusses the prevalence of the title "Colonel" in Kentucky and the various ways people acquire the title, including through military service, courtesy, or appointment by the Governor.

36. **Exhibit – Kentucky Colonels 1895:** This exhibit is a newspaper article from The Sun in 1895. It humorously explores the ambiguity surrounding what makes someone a "Colonel" in Kentucky,

referencing various theories and concluding that "Colonelcy is the birthright of every native male Kentuckian".

37. **Exhibit – Kentucky Colonels Association:** This exhibit includes historical records showing that the Kentucky Colonels Association (KCA) existed before the Honorable Order of Kentucky Colonels (HOKC) was formed in 1933. The KCA had origins in earlier Kentucky Colonel clubs and formalized into an association with officers and standards by 1931.

38. **Exhibit – Kentucky Colonels Bibliography:** This exhibit is a bibliography of historical publications referencing the title "Kentucky Colonel". It includes sources from various archives and libraries, documenting the public use of the title long before the establishment of the Honorable Order of Kentucky Colonels.

39. **Exhibit – Kentucky Colonels Collection:** This exhibit is a collection of over 200 newspaper articles about Kentucky Colonels, intended to illustrate the widespread public use of the title before it was associated with any private organization. The articles predate the formation of the Honorable Order of Kentucky Colonels in 1933.

40. **Exhibit – Kentucky Colonels Escort Barth:** This exhibit is a newspaper article from The Courier-Journal in 1905. It describes how the Kentucky Colonels acted as an escort for Mayor-elect Paul C. Barth during his inauguration in Louisville.

41. **Exhibit – Kentucky Colonels Quartette 1901:** This exhibit is about the Kentucky Colonels Male Quartet, a musical group. The quartet was known for performing "The Old Kentucky Home" and was described as having a perfect balance and blending of voices. The members were all native Kentuckians, and two were composers.

42. **Exhibit – Kentucky Colonels Sue 2004:** This exhibit is about a lawsuit filed by the Honorable Order of Kentucky Colonels against a minor-league basketball team. The lawsuit alleges trademark infringement due to the team's use of the "Kentucky Colonels" name on merchandise. The Honorable Order, a charitable organization, argued that the unauthorized use could harm their reputation.

43. **Exhibit – Kentucky Colonels To Mobilize 1934:** This exhibit discusses the mobilization of Kentucky Colonels in 1934. Governor Ruby Laffoon called for the first assembly of Kentucky

Colonels to address threats to outlaw their titles. The article mentions the honorary nature of the title and a congressman's efforts to stop the state from issuing them.

44. **Exhibit – Kentucky County Names:** This exhibit discusses the naming of Kentucky counties. It explains how the names reflect the state's history and the influence of figures like George Washington and the American Revolution. The naming of counties helped to unify the diverse settlers in the area and establish a distinct identity.

45. **Exhibit – Kentucky Demobilizes 17,000 Colonels 1936:** This exhibit is about the Attorney-General of Kentucky declaring the commissions of "colonels" and other honorary titles invalid in 1936. This decision effectively stripped around 17,000 people of their titles. The ruling was based on the argument that the governor lacked the authority to make honorary appointments.

46. **Exhibit – Kentucky Gubernatorial Transition Handbook:** This exhibit is a handbook from the Legislative Research Commission about gubernatorial transitions. It mentions that the governor is the commander-in-chief of the Honorable Order of Kentucky Colonels, a private organization. The handbook also discusses the governor's regional, national, and international roles.

47. **Exhibit – Kentucky Identity at the Turn-of-the-Century:** This exhibit consists of academic works that explore Kentucky's identity. It includes a thesis and a paper that analyze the influence of "The Little Colonel" book series on the cultural perception of Kentucky. The works discuss how the Kentucky Colonel archetype was established in literature and shaped public understanding.

48. **Exhibit – Kentucky Magna Charta:** This exhibit contains excerpts from "Kentucky: The People's Law" by Charles Sumner Lobingier. It discusses the Transylvania Company and its efforts to establish a government in the newly explored region of Kentucky in the late 18th century. The exhibit also touches on the early use of compacts and agreements among settlers.

49. **Exhibit – Kentucky Records Retention:** This exhibit is a record retention schedule for the Governor's Office. It outlines the rules for keeping and getting rid of records. The schedule was made by people from the Governor's Office and the Archives and Records Management Division. It was approved by the State Archives and Records Commission.

50. **Exhibit – Kentucky's First Government in Law:** This exhibit contains minutes from the Transylvania House of Delegates from May 23-27, 1775. These minutes document the legislative activities of the Transylvania Colony, including the election of delegates and the laws enacted.

51. **Exhibit – Laffoon & Farley at Derby 1933:** This exhibit is footage from the 1933 Kentucky Derby showing Governor Ruby Laffoon and U.S. Postmaster General James Farley. The footage includes a brief conversation between Laffoon and Farley. This exhibit is relevant because it shows Governor Laffoon's involvement in shaping the image of the Kentucky Colonel.

52. **Exhibit – Land Grant Colonels of Kentucky:** This exhibit summarizes historical sources about Revolutionary War military titles, land grants, and the early Kentucky Colonelcy. It discusses the evolution of the title "Colonel" in early Kentucky. The sources include documents from the Kentucky Secretary of State's Land Office and historical registries.

53. **Exhibit – Land of Colonels 1933:** This exhibit is a newspaper article from 1933 discussing the appointment of Kentucky Colonels by Governor Ruby Laffoon and Lieutenant Governor A. B. Chandler. It details the friendly competition between the two in commissioning honorary colonels and other officers. The article also mentions some of the celebrities who were appointed as Kentucky Colonels.

54. **Exhibit – Locomotive Named The Colonel:** This exhibit is about a Pennsylvania Railroad freight train named "The Colonel". The article connects the train's name to the image of the Kentucky Colonel as a symbol of chivalry and hospitality. It describes the train's route and its reputation for reliable service.

55. **Exhibit – London Theatricals 1833:** This exhibit is a newspaper article from 1833 reviewing a London performance of the play "The Kentuckian". The review discusses the character Nimrod Wildfire, a "thorough Yankee," and his distinct traits. The exhibit suggests that this character contributed to the early development of the Kentucky Colonel archetype.

56. **Exhibit – Marse Henry Watterson:** This exhibit is a newspaper article from 1920 about a campaign against honorary military titles in Kentucky. It references Marse Henry Watterson, a Kentucky Colonel and editor of the Courier-Journal. The article humorously discusses the idea of reforming the uniforms of Kentucky colonels.
Also see: **Autobiography** https://docsouth.unc.edu/fpn/watterson1/summary.html

57. **Exhibit – Mediator's Proposal-Agreement**: This document is a Mediator's Proposal to resolve a legal action between The Honorable Order of Kentucky Colonels, Inc., and Kentucky Colonels International, et al. The proposal outlines agreements between the parties, including that no party acknowledges acquiring control over the other's assets, and details the handling of the KENTUCKY COLONELS Mark. The parties agree to jointly move the Court to enter an Agreed Permanent Injunction and agree not to oppose any pending or future trademark applications.

58. **Exhibit – Memorandum of Law on Membership**: This memorandum argues that The Honorable Order of Kentucky Colonels, Inc. (HOKC) has misrepresented itself as a membership organization. It asserts that HOKC is not a genuine membership organization under Kentucky law, Internal Revenue Service regulations, or the Code of Federal Regulations. The document claims that HOKC's 1992 Restated Articles of Incorporation explicitly disclaim the existence of voting members.

59. **Exhibit – Origin & Source 1833**: This exhibit explains that while Kentucky had many colonels from 1775 onward, the first known publication of the complete term "Kentucky Colonel" and its introduction to the English language was in London. The term appeared in a front-page news article in "The National Gazette and Literary Register" on April 20, 1833. The article reviewed a play called "The Kentuckian, or A Trip to New York," which featured a character named Colonel Nimrod Wildfire.

60. **Exhibit – Outside of Indiana 1908**: This exhibit describes how the Kentucky Colonels Club was the only delegation from Kentucky to attend the official notification of John W. Kern, the Democratic candidate for Vice President, outside of Indiana. The club, which included both Republicans and Democrats, consisted of men who had received a commission as "Colonel" from the Governor of Kentucky.

61. **Exhibit – Plaintiff's Membership Confirmation To Defendant**: This exhibit is a letter and honorary commission card sent to Col. David J. Wright by the Honorable Order of Kentucky Colonels (HOKC) dated January 16, 2020. The letter confirms a $25 charitable donation by Wright and reaffirms his active membership and commissioned status as a Kentucky Colonel. This letter contradicts the Plaintiff's claims in a lawsuit where they characterized the Defendant as an outsider.

62. **Exhibit – Poor Horace 1872**: This exhibit is a newspaper article titled "Poor Horace! Tired Greeley!" from the Urbana Citizen and Gazette, dated September 26, 1872. The article discusses a political event involving Horace Greeley and a Kentucky Colonel. It humorously focuses on the attention Greeley's old white hat received.

63. **Exhibit – Premium On Kentucky Colonelcy 1932**: This exhibit refers to a legislative resolution proposed in 1932 that would tax Kentucky Colonels $100 a year. The resolution noted that there were thousands of individuals with the honorary title and that Kentucky was in need of raising funds.

64. **Exhibit – Proposed Settlement 2020**: This is a Settlement Agreement and Release between The Honorable Order of Kentucky Colonels, Inc. (HOKC) and several other parties. The agreement includes definitions for terms like "Social Media," "Website," "Service mark," "Honorable," and "Kentucky Colonel."  The Agreement was proposed by Col. David J. Wright during and prior to being coerced by HOKC counsel to accept the terms they were proposing involving the modification of the Preliminary Injunction into an Agreed Permanent Injunction combined with the Court Mediator's Agreement that was not acknowledged by Judge Jennings in the 2023 contempt hearing.

65. **Exhibit – Public Domain**: This exhibit demonstrates the widespread recognition of the Kentucky Colonel in the United States before the digital age. It includes a small sample of newspaper articles from the Chronicling America Project at the Library of Congress.

66. **Exhibit – SOS Screenshot 2023**: This exhibit is a screenshot demonstrating the use of "Kentucky Colonels" as part of a business name. It shows a search on the Kentucky Secretary of State's website. The screenshot lists various organizations with "Kentucky Colonels" in their name, indicating its use in commercial contexts.

67. **Exhibit – SOS Website State of Kentucky 2020**: This exhibit is a webpage screenshot from the Kentucky Secretary of State's website detailing the history of the Kentucky Colonel. It notes that the tradition began in 1813 with Governor Isaac Shelby. The webpage also describes how Kentucky Colonel commissions are awarded.

68. **Exhibit – SOS New Kentucky Colonels**: This exhibit discusses the history of the Kentucky Colonel Commission, highlighting that it is the highest civilian honor awarded by the Commonwealth of Kentucky. The tradition began around 1895 with Governor William

O'Connell Bradley, who started naming noteworthy citizens with the "Honorable" title, recognizing them as colonels. The document also details that the Commonwealth and its government were founded by Kentucky's colonels, dating back to 1775. (Additional in-depth research has since been performed with new and more accurate findings.)

69. **Exhibit – Talk of the Town 1936**: This exhibit is a newspaper article from The Cincinnati Enquirer in 1936 discussing the title of Kentucky Colonel. It references a bill proposed to the Kentucky Legislature concerning the bestowal and regulation of the title. The article humorously explores the significance and prevalence of the Kentucky Colonel designation.

70. **Exhibit – The Colonel Civil Leader on the Frontier**: This exhibit defines the original role of the "Colonel" in early Kentucky, drawing from works by Boutwell Dunlap and Joseph A. Waddell. It argues that the title represented a civil-military commission for frontier governance, not merely a military rank. The exhibit contrasts this historical role with the modern honorary usage.

71. **Exhibit – The Kentucky Colonel in Print and Film**: This exhibit discusses Opie Read's novel "A Kentucky Colonel" and its influence on the perception of the Kentucky identity. Published in 1890, the book romanticized the figure of the Kentucky Colonel. The exhibit also references a silent film adaptation, highlighting how these portrayals shaped the cultural understanding of the title.

72. **Exhibit – The Kentucky Colonels 1890**: This exhibit is a newspaper article from the Randolph Enterprise in 1890 discussing the prevalence of the "Colonel" title in Kentucky. It explains the various origins of the title, including military rank, courtesy, and gubernatorial appointments. The article notes the ambiguity surrounding the legal definition of the title.

73. **Exhibit – The Kentucky Colonels 1895:** The Republican derby of Kentucky concluded after two days and nights of close competition. Colonel W.O. Bradley was nominated for governor, Samuel H. Stone for auditor, and Chas. Finlay for secretary of state. The event was marked by lively speeches and spirited voting, with the convention extending into late hours.

74. **Exhibit – The Lion of the West 1830:** "The Lion of the West" is a play featuring the character Nimrod Wildfire, described as a "real screamer". The play attracted a large audience despite bad weather. Wildfire is portrayed as a larger-than-life figure, as shown in a passage recounting an encounter with a raftsman.

75. **Exhibit – The News 1861:** This exhibit is a news report from 1861. It includes political news, such as Prince Napoleon's communication to the Emperor on American affairs and the King of Prussia's visit to the French Emperor. The report also covers the Liverpool cotton market and notes the presence of several members of Congress in the Union army.

76. **Exhibit – The Presidency 1835:** This document discusses the ongoing debate about nominations for the Presidency. There is significant support for General William Henry Harrison as an Anti Van Buren candidate. The discussion also includes strategies to win the electoral vote of Pennsylvania and concerns about candidates whose nominations could inadvertently aid Van Buren.

77. **Exhibit – The Two Colonels 1902:** This article discusses the differences between Colonel Henry Watterson and Colonel William Jennings Bryan. Despite being fellow Colonels and Democratic leaders, they differ significantly in character and political approach. Watterson is portrayed as candid and decisive, while Bryan is seen as more politically ambitious and less direct.

78. **Exhibit – True South 1992:** This article discusses the Honorable Order of Kentucky Colonels. It explains that becoming a Kentucky Colonel is as simple as being nominated by one of the 325,000 members worldwide. The tradition began in the War of 1812, with the first Kentucky governor appointing his son-in-law as a colonel.

79. **Exhibit – Twelve Kentucky Colonel Stories:** This exhibit is a collection of stories by Zoe Anderson Norris, published in 1905. The stories depict the public perception of the "Kentucky Colonel" at the beginning of the 20th century. They highlight themes like southern honor culture, dueling, feuds, and the archetype of the honorable gentleman combatant.

80. **Exhibit – Two Seeking Restrictions 1956:** This article discusses a resolution introduced in the Kentucky House of Representatives to restrict the appointment of Kentucky colonels. Representatives John Day, Ludlow, and Ed Thomas aimed to "tidy up" the reputation of the title, which they felt had been diluted by previous governors' indiscriminate appointments. The resolution emphasized that being a colonel should be a "great and signal honor".

81. **Exhibit – Wouldn't Tell Her Age 1859:** This article recounts a court incident where a female witness refused to reveal her age, leading to a reprimand from the court. The witness eventually

disclosed she was twenty-five. Later, she expressed her displeasure with the "tall and handsome" Kentucky Colonel lawyer by turning away and hiding her face with a fan. When the court directed her to face the lawyer, she retorted, "You're too ugly to look at!"

---

# VII. INDEX OF EXHIBITS

This **Index of Exhibits** provides a carefully curated collection of historical records, legal documents, publications, newspaper articles, and other authoritative materials directly relevant to the title **"Kentucky Colonel"** and the disputed trademark claims of the Honorable Order of Kentucky Colonels, Inc. (HOKC). These exhibits are hosted as **publicly accessible digital files** through **Google Drive**, a cloud based service managed by Google, Inc., and are viewable online (publicly) or available for download via direct links. Each exhibit is an original, verified document preserved in its authentic form, providing irrefutable evidence of the public domain status, cultural history, and widespread use of the title "Kentucky Colonel." These exhibits were collected by Kentucky colonels and submitted for this Appendix, the Kentucky Colonels book, or this case.

## Index of Evidence and Exhibits

    **A.**  **List of Judicial Notice Exhibits**

    **B.**  **List of Newspaper Clippings (NIE)**

    **C.**  **List of Public Domain Exhibits (NIE)**

    **D.**  **List of Books and Publications**

    **E.**  **List of Exhibit Components**

## Purpose and Organization of the Exhibits

This Index has been designed to ensure clarity and efficiency for the Court, allowing for the direct review of authoritative evidence without overwhelming the Court with excessive paper filings. Given

the extensive historical and cultural record surrounding the title "Kentucky Colonel," this approach is necessary:

- **Over 500+ Pages of Historical and Legal Evidence:** These exhibits collectively exceed 500+ pages, which would be impractical for direct physical submission. Instead, they are provided as a digital archive, ensuring convenient access for the Court while preserving the complete evidentiary record.

- **Public Domain Status:** The exhibits demonstrate that the title "Kentucky Colonel" is firmly in the public domain, a concept recognized by U.S. copyright law (17 U.S.C. § 302) as extending to terms, ideas, culture, art, and other expressions after 95 years. The term "Kentucky Colonel" has been a public honor and cultural symbol for over two centuries, far exceeding any statutory protection period.

- **Direct Relevance to Appellant's Claims:** Many of these exhibits were expressly presented as evidence in Appellant's motions before the lower court, while others are included here to provide a complete factual record of the title's historical, cultural, and legal significance.

## Exhibits as Direct Evidence of Public Domain and Fraudulent Conduct

The exhibits provide comprehensive evidence of the following:

1. **Public Domain Status of "Kentucky Colonel":**

   - Verified historical records establish that the title "Kentucky Colonel" has been an honorary civic designation since 1790, long before HOKC's 1933 formation.

   - Published works, literary texts, newspaper articles, and Congressional records further demonstrate that the term has always been a widely recognized public symbol, not subject to exclusive ownership.

2. **HOKC's Fraudulent Misrepresentation:**

   - HOKC falsely claimed first-use dates of 1931 and 1951 in its trademark applications, despite previously acknowledging in USPTO records that its first use was May 10, 1957.

- HOKC's fabricated historical narrative, including the false claim that the title originated in 1813 with Governor Isaac Shelby, is directly contradicted by verified historical documents.

- Coordinated media releases and membership communications by HOKC show a deliberate effort to manipulate public perception and suppress lawful educational use by Appellant.

3. **Legal Basis for Public Domain Status:**

- The United States Congress formally recognized the title "Kentucky Colonel" as a public honor in 1936, a recognition that HOKC has no authority to override or monopolize.

- Judicial commentary, legal analysis, and court records further confirm that the title is generic, descriptive, and inherently incapable of serving as a trademark for any single organization.

## Access and Format of the Exhibits

- Each exhibit displayed in the exposition is linked through Google Cloud, ensuring secure and verifiable access to the original PDF, there are no file restrictions on these exhibits.

- The exhibits are organized for ease of reference, with titles and descriptions that clearly identify the nature and significance of each document.

- For the convenience of the Court, the exhibits are indexed in a logical unique alphabetical order, including historical records, legal analysis, cultural publications, and verified media or publication coverage.

These exhibits collectively provide an unassailable factual foundation for the cancellation of HOKC's fraudulent trademark registrations. They are not mere assertions, but verified, publicly accessible historical records that collectively and conclusively refute HOKC's claims to possess exclusive rights over the title "Kentucky Colonel" and the phrase "Kentucky Colonels".

## A. List of Judicial Notice Exhibits – Stored Publicly on Google

The following alphabetical list of self-authenticating and verified **exhibits** were originally prepared for the US District Court of the Western District of Kentucky in Portable Document Format (PDF) on the Appellant's Google Workspace via Gmail; they have since been indexed and updated for presentation to the Sixth Circuit Court of Appeals under FRE 201(d) and FRAP 10(e)(2)(B).

Each numbered document link is an individual "EXHIBIT" based on its "unique filename" not a "number or a letter", this is a complete list of the Exhibits presented above in **Section VI: Annotated Summaries A, B, and C**.

1. 1st Kentucky Colonels Website © 1998

2. 600 'Colonels' Frolic 1956

3. 1941 HOKC Annual Banquet

4. 1981 Metry USPTO Application 73299122

5. 2001 Public Notice to Subject Members

6. 2014–2015 Email Reply from Defendant to Matt Williams

7. A Kentucky Colonel Ventures on Water 1896

8. A Plea for Colonels 1907

9. About Kentucky Colonels 1947

10. ABWA Kentucky Colonel Chapter

11. Adlai E. Stevenson (Printed)

12. Ambiguous Influence of the Honorable Order of Kentucky Colonels

13. American Newspapers 19th & 20th Centuries

14. Applications 88800020, 88800035, and 88800038

15. Been Coloneled Yet 1932

16. Bibliography of Newspaper Articles

17. Col. Chas. S. Todd 1840

18. Col. Gupton Letter 1997

19.    Colonel Arthur Campbell and the Legitimation of Transylvania

20.    Colonel Nimrod Wildfire 1833

21.    Colonel Staff 1941

22.    Commission Marks Its 163rd Year

23.    Coordinated Media Releases & Communications by HOKC (2020–2023)

24.    Crockett and Hackett 1884

25.    Damon Runyon 1937

26.    Defendant's Advocacy Writings and Public Commentary

27.    Defendant's Motion for Judicial Notice [DE-103]

28.    Early Colonels in the Danville Conventions and Transylvania

29.    Facebook Transparency Report

30.    Fraudulent Succession of 1931 First-Use

31.    Governor W. O. Bradley 1897 Photo

32.    Governor's Letter 2020 Affidavit

33.    Governor's Letter January 2020

34.    Governors' Appointments and Commissions

35.    Hang Onto Your Julep 1952

36.    Historical Markers at Boonesborough

37.    HOKC Annual Banquet Program 1941

38.    HOKC Articles of Incorporation 1957

39.    HOKC Disambiguation

40.    HOKC Trademark Notice

41.    HOKC v KY Colonels Basketball 345 F. Supp. 2d 716 (2004)

42.    Honorable Order of the Blue Goose Photo

43.    How Colonels Get Titles 1913

44.    Howdy Colonel 1947

45.    Inaugural Fete 1913

46.    Internet Archive Search Query 2025

47.    Internet, Libraries, and Newspapers

48.    Justice John Marshall Harlan

49.    Kentucky Colonel 1952

50.    Kentucky Colonel Commission Types

51.    Kentucky Colonel—New Vintage © 1969

52.    Kentucky Colonelcy Restored 1936

53.    Kentucky Colonels 1889

54.    Kentucky Colonels 1895

55.    Kentucky Colonels Association

56.    Kentucky Colonels Bibliography

57.    Kentucky Colonels Collection

58.    Kentucky Colonels Escort Barth

59.    Kentucky Colonels Handbook © 1930

60.    Kentucky Colonels Newspaper Clippings

61.    Kentucky Colonels Quartette 1901

62.    Kentucky Colonels Sue 2004

63.    Kentucky Colonels To Mobilize 1934

64.    Kentucky County Names

65.    Kentucky Demobilizes 17,000 Colonels 1936

66.    Kentucky Epitaphs, Landmarks, and Markers

67.    Kentucky Gubernatorial Transition Handbook

68.    Kentucky Identity at the Turn-of-the-Century

69.    Kentucky Magna Charta

70.    Kentucky Progress Commission

71.    Kentucky Records Retention

72.    Kentucky's First Government in Law

73.    Laffoon & Farley at Derby 1933

74.    Land Grant Colonels of Kentucky

75.    Land of Colonels 1933

76.    Legal Analysis of HOKC Trademarks

77.    Locomotive Named The Colonel

78.    London Theatricals 1833

79.    Marse Henry Watterson

80.    Mediator's Proposal-Agreement

81.    Memorandum of Law on Membership

82.    Metry 1981 USPTO Application 73299122

83.    Myth of the Kentucky Colonel 1813 Origin

84.    New Kentucky Colonels (SOS)

85.    Notable and Prominent Kentucky Colonels

86.    Orange Society 1836 Article (International)

87.    Origin & Source 1833

88.    Outside of Indiana 1908

89.    Plaintiff's Membership Confirmation To Defendant

90.    Plaintiff's Requested Merger Proposal

91.    Poor Horace 1872

92.    Premium On Kentucky Colonelcy 1932

93.    Proposed Settlement 2020

94.    Public Domain

95.    Register of Kentucky Historical Society

96.    SOS Screenshot 2023

97.   SOS Website State of Kentucky 2020

98.   Summary of Self-Authenticating Exhibits

99.   Supplemental Judicial Commentary 1

100.  Supplemental Judicial Commentary 2

101.  Talk of the Town 1936

102.  The Colonel Civil Leader on the Frontier

103.  The Kentucky Colonel in Print and Film

104.  The Kentucky Colonel, A Study in Semantics

105.  The Kentucky Colonels 1890

106.  The Kentucky Colonels 1895

107.  The Lion of the West 1830

108.  The News 1861

109.  The Presidency 1835

110.  The Two Colonels 1902

111.  TM Applications 88800020 88800035 88800038

112.  True South 1992

113.  Twelve Kentucky Colonel Stories

114.  Two Seeking Restrictions 1956

115.  US Congress 1936 Recognition

116.  USPTO Collective Mark 73083867 (Chicago Kentucky Colonels Club)

117.  USPTO Trademark 73299122 (Honorable Order of Kentucky Colonels)

118.  USPTO Trademark 76499062 (Kentucky Colonels) Products (6 classes)

119.  USPTO Trademark 86168292 (Kentucky Colonels) Cigars

120.  USPTO Trademark 86690496 (Honorable Order of Kentucky Colonels) Charitable services

121.  USPTO Trademark 88423336 (Kentucky Colonels) Food products

122.  USPTO Trademark 88800020 (Kentucky Colonels) Fraudulent or Bad-faith

123. USPTO Trademark 88800035 (Kentucky Colonels) Fraudulent or Bad-faith

124. USPTO Trademark 88800038 (Kentucky Colonels) Fraudulent or Bad-faith

125. Wouldn't Tell her Age 1859

---

## B. List of Newspaper Clippings

The following Appendix Items are newspaper articles that have been clipped from newspapers for transcription and inclusion in **"Kentucky Colonels: Forefathers, Founders and Model Figures of Kentucky Culture, Customs, Folklore, History, Music, Society, Traditions, and Values"** (a book) by Col. David Wright and other Kentucky Colonels. All of these newspaper articles form part of the public domain and are sourced from the Chronicling of America Project at the US Library of Congress sponsored by the National Endowment for Humanities.

1. Akron Daily Democrat (Akron, Ohio), May 13, 1901

2. Arizona Republican (Phoenix, Ariz.), June 3, 1893

3. Bismarck Weekly Tribune (Bismarck, Dakota [N.D.]), August 10, 1894

4. Brownsville Herald. April 27, 1934, Page 7

5. Capital City Courier (Lincoln, Nebraska), July 23, 1892

6. Chicago Daily Tribune (Chicago), March 28, 1879

7. Chicago Daily Tribune [!] (Chicago), December 26, 1880

8. Daily Kennebec Journal (Augusta, Me.), November 28, 1883

9. Daily Public Ledger (Maysville, Ky.), December 17, 1895

10. Daily Public Ledger (Maysville, Ky.), February 6, 1900

11. Daily Texarkana Democrat. November 10, 1892

12. Deseret Evening News (Great Salt Lake City [Utah]), February 3, 1900

13. Detroit Evening Times (Detroit, Mich), April 15, 1945

14. Devils Lake Inter-Ocean. February 03, 1911, Page 1

15. Douglas Daily Dispatch February 10, 1932, Page 1

16. Eureka Daily Sentinel (Eureka, Nev.), November 28, 1883

17. Evening Star (Washington, D.C.), April 11, 1894 - 1

18. Evening Star (Washington, D.C.), June 9, 1933

19. Evening Star (Washington, D.C.), October 24, 1885

20. Evening Star (Washington, D.C.), September 18, 1889

21. Evening Star, Wash. DC, August 27, 1928; Page 1

22. Evening Star. August 06, 1934, Page B-1

23. Evening Star. February 10, 1941

24. Evening Star. June 02, 1932, Page A-8, P1

25. Evening Star. June 02, 1932, Page A-8, P2

26. Evening Star. November 15, 1935, Page A-2

27. Evening Star. Wash, D.C. April 05, 1936, Page D-2

28. Evening Star. Wash, D.C. March 29, 1936, Page B-4

29. Evening Star. Wash. D.C. June 09, 1933, Page B-12

30. Evening Star. Wash. DC, March 12, 1935, Page A-4

31. Evening Star. Washington, D.C. November 15, 1935, Page B-1

32. First Banquet Apr 25, 1934

33. Fisherman & Farmer (Edenton, N.C.), July 24, 1896

34. Fort Worth Daily Gazette (Fort Worth, Tex.), December 8, 1884

35. Freeland Tribune. June 17, 1901

36. Graham Guardian (Safford, Ariz.), December 8, 1899

37. Helena Weekly Herald (Helena, Mont.), January 17, 1884

38. Henderson Daily Dispatch, December 02, 1935, Page 8

39. Henderson Daily Dispatch. March 01, 1932, Page 6

40. Herald and Tribune (Jonesborough, Tenn.), December 6, 1883

41. Imperial Valley Press. April 28, 1936, Page 6

42. Imperial Valley Press. September 7, 1935

43. Imperial Valley Press. September 11, 1930, Page 1

44. Imperial Valley Press. September 30, 1933, Page 1

45. Iowa County Democrat (Mineral Point, Wis.), July 28, 1893

46. Kansas City Journal. May 3, 1897

47. Las Vegas Age. May 26, 1931, Page 2

48. Liberty Advocate (Liberty, Miss.), March 14, 1839

49. Louisville Courier-Journal. January 09, 1908

50. Lyon County Times (Silver City, Nev.), November 29, 1884

51. Madison Times (Tallulah, Madison Parish, La.), April 19, 1884

52. Marietta Daily Leader. November 14, 1900, Page 2

53. National Republican (Washington City (D.C.)), October 19, 1887

54. New Britain Herald. February 21, 1916, Page 6

55. New-York Tribune. February 6, 1898

56. New-York Tribune. January 31, 1897

57. New-York Tribune. May 21, 1898

58. New-York Tribune. October 24, 1893

59. News and Citizen (Morrisville, Vt..), June 4, 1913

60. Nogales International. April 04, 1936, Page 2

61. Perrysburg Journal. November 25, 1910

62. Pittsburg Dispatch. December 30, 1892

63. Richmond Dispatch (Richmond, Va.), March 26, 1898

64. Santa Fe Daily New Mexican (Santa Fe, N.M.), April 19, 1894

65. Santa Fe New Mexican. February 9, 1898

66. Savannah Morning News (Savannah), January 4, 1884

67. Savannah morning news (Savannah), November 16, 1884

68. Savannah Morning News. November 8, 1883

69. Savannah Morning News. September 12, 1882

70. Semi-Weekly South Kentuckian (Hopkinsville, Ky.), October 8, 1886

71. Semi-Weekly South Kentuckian (Hopkinsville), December 7, 1883

72. Smyrna Times. Smyrna, June 06, 1935, Page 1

73. Southern Christian Advocate (Charleston, S.C.), October 13, 1854

74. Springfield Weekly Republican (Springfield, Mass.), May 9, 1935

75. St. Paul Daily Globe (Saint Paul, Minn.), August 14, 1885

76. St. Paul Daily Globe (Saint Paul, Minn.), August 29, 1893

77. St. Paul Daily Globe (Saint Paul, Minn.), July 17, 1887

78. The Age-Herald (Birmingham, Ala.), January 29, 1898

79. The Age-Herald (Birmingham, Ala.), March 25, 1898

80. The Age-Herald (Birmingham, Ala.), September 6, 1901

81. The Anaconda Standard (Anaconda, Mont.), April 6, 1892

82. The Anderson News (Lawrenceburg, Ky.), May 23, 1929

83. The Arkansaw Traveler (Little Rock, Ark.; Chicago), December 6, 1884

84. The Arkansaw Traveler (Little Rock, Ark.;Chicago, Ill.), February 16, 1889

85. The Big Sandy News. January 30, 1920

86. The Bourbon News (Paris, Ky.), March 22, 1898

87. The Butler Weekly Times (Butler, Mo.), October 13, 1904

88. The Butler Weekly Times. October 13, 1904, Page 2

89. The Central Record. October 06, 1905, Page 2

90. The Chronicle-Star April 25, 1947, Page 8.1

91. The Chronicle-Star April 25, 1947, Page 8.2

92. The Citizen. (Berea, Ky.) May 29, 1913, Page 3

93. The Courier-Journal (Louisville [Ky.]), August 25, 1900

94. The Courier-Journal (Louisville), June 16, 1905, Page 1 (Enhanced)

95. The Courier-Journal (Louisville), June 16, 1905, Page 1

96. The Detroit Times (Detroit, Mich.), October 27, 1910

97. The Emporia Weekly News (Emporia, Kan.), September 20, 1888

98.    The Evening Bulletin (Maysville, Ky.), April 17, 1896

99.    The Evening World (New York, N.Y.), July 3, 1888

100.    The Frankfort Roundabout (Frankfort, Ky.), October 8, 1892

101.    The Greeter, October 14, 1933

102.    The Harlem News. October 19, 1934, Page 6

103.    The Hartford Herald (Hartford, Ky.), November 14, 1900

104.    The Hawaiian Star (Honolulu [Oahu]), July 27, 1898

105.    The Herald (Los Angeles [Calif.]), January 6, 1896

106.    The Herald (Los Angeles [Calif.]), March 22, 1895

107.    The Herald and News. August 08, 1922, Page 6

108.    The Independent. Elizabeth City, N.C. May 01, 1936, Page 4

109.    The Indianapolis Journal, April 24, 1903

110.    The Indianapolis Journal. April 9, 1886

111.    The Indianapolis Journal. April 11, 1886

112.    The Indianapolis Journal. August 20, 1886

113.    The Indianapolis Journal. March 18, 1896

114.    The Indianapolis Journal. November 7, 1886

115.    The Indianapolis Journal. November 19, 1884

116.    The Indianapolis Journal. November 28, 1883

117.    The Indianapolis Journal. September 24, 1894

118.    The Indianapolis Times. February 19, 1935, Second Section, Image 13

119.    The Indianapolis Times. July 31, 1930, Page 5

120.    The Indianapolis Times. March 18, 1933, Home Edition, Page 3

121.    The Indianapolis Times. November 07, 1930, Page 1

122.    The Labor Journal. October 13, 1911

123.    The Minneapolis Journal. December 26, 1903, Page 3

124.    The Morning Call (San Francisco), September 25, 1894

125.  The National Tribune (Washington, D.C.), September 14, 1893

126.  The New York Herald. December 1, 1859, Page 7

127.  The Odanah Star. April 23, 1915

128.  The Ohio Democrat. February 20, 1895, Page 2

129.  The Pioche Weekly Record (Pioche, Nev.), August 2, 1884

130.  The Press (Stafford Springs, Conn.), December 20, 1883

131.  The Republican, November 6, 1891, Page 2

132.  The Salt Lake Herald. September 9, 1886

133.  The San Antonio Light. January 30, 1884

134.  The San Antonio Light. October 27, 1883

135.  The San Francisco call (San Francisco [Calif.]), April 22, 1900

136.  The San Francisco Call. December 26, 1900

137.  The Seattle Post-Intelligencer (Washington Territory), November 9, 1889

138.  The Seattle Post-Intelligencer. April 11, 1891

139.  The Semi-Weekly Madison County Democrat. February 03, 1933, Page 1

140.  The Semi-Weekly Madison County Democrat. February 03, 1933, Page 2

141.  The Star of the North. September 14, 1859

142.  The Sun (New York [N.Y.]), August 20, 1886

143.  The Sun (New York [N.Y.]), January 8, 1889

144.  The Sun (New York), June 18, 1897

145.  The Times (Washington [D.C.]), July 28, 1898

146.  The Times-News. December 12, 1934, Page 4

147.  The Washington Times. August 03, 1933, Image 32, Moist Kentucky

148.  The Washington Times. August 14, 1930, Page 2

149.  The Washington Times. August 14, 1933, Page 15

150.  The Washington Times. December 26, 1936

151.  The Washington Times. July 25, 1935

152. The Washington Times. March 30, 1936, Page 14

153. The Washington Times. May 12, 1933, Sports, Page 26

154. The Waterbury Democrat, April 06, 1933, Page 6

155. The Wheeling Daily Intelligencer (Wheeling, W. Va.), December 12, 1900

156. The Wheeling Daily Intelligencer (Wheeling, W. Va.), January 18, 1900

157. The Wheeling Daily Intelligencer (Wheeling, W. Va.), March 2, 1900

158. The Wheeling Daily Intelligencer. January 18, 1900, Page 4

159. The Wichita Daily Eagle. February 2, 1899

160. The Worcester Spy (Worcester, Mass.), February 4, 1900

161. Valentine Democrat. (World Herald.) December 12, 1907, Page 4

162. Washington Sentinel (Washington [D.C.]), August 13, 1854

163. Washington Sentinel. August 13, 1854, Page 3 P1

164. Washington Sentinel. August 13, 1854, Page 3 P2

165. Washington Sentinel. August 13, 1854, Page 3 P3

166. Western Kansas World (WaKeeney, Kan.), May 12, 1888

167. Wheeling Register (Wheeling, W. Va.), December 19, 1883

168. Wheeling Sunday Register (Wheeling, W. Va.), June 14, 1885

169. Wichita Eagle (Wichita, Kan.), February 28, 1889

170. Wichita Eagle (Wichita, Kan.), November 29, 1887

171. Wichita Eagle (Wichita, Kan.), October 22, 1889

---

## C. List of Public Domain News Clippings by Date (Kentucky Colonel Trivia)

The following newspaper clippings were taken from newspapers across the United States from a variety of databases and libraries for a trivia section developed by one of the members of Kentucky Colonels International. These articles are not repeated elsewhere in the Declaration of Historical Fact. (Publicly Accessible via Google)

1.    American Love of Titles.                             1854-08-13
2.    The Colonel.                                          1880-05-07
3.    The Colonel Must Go.                                  1883-07-12
4.    The Big Four (Kentucky Colonels)                      1888-12-26
5.    The Kentucky Colonels                                 1889-10-08
6.    Kentucky Colonels                                     1889-11-15
7.    Titles and Their Life (Curious Facts)                 1890-06-08
8.    Miss Annie Baxter (Missouri Colonel)                  1890-12-20
9.    All Colonels                                          1892-01-14
10.   A Kentucky Colonel (Theater)                          1893-01-15
11.   The Kentucky Colonel (At the World's Fair)            1893-07-28
12.   In Old Kentucky                                       1894-09-23
13.   Kentucky Colonels.                                    1895-08-18 Part 1 and Part 2
14.   A Progressive Man.                                    1895-10-29
15.   Returned his Commission.                              1896-04-17
16.   The Southern Colonel                                  1897-11-25
17.   A Kentucky Tragedy                                    1898-03-22
18.   Kentucky Colonels (Musical Quartette)                 1899-12-22
19.   Kentucky Colonels (Mr. Gudgel)                        1900-11-14
20.   Kentucky Colonels (Investigated)                      1900-12-03
21.   The Military Spirit of Tucson                         1901-05-20
22.   Colonel, If You Please!                               1901-08-12
23.   Young Woman Chosen Daughter of Staff                  1901-10-04
24.   Are the Colonels Scared.                              1901-11-29
25.   Spurious Titles.                                      1902-03-13
26.   Dining Justice Harlan.*                               1902-12-08
27.   Breckenridge Returns                                  1903-08-06
28.   Kentucky Colonel.                                     1904-02-17
29.   Colonels and Children.                                1904-08-20
30.   Kentucky Colonels Club.                               1904-10-13
31.   It Doesn't Affect the Colonel (Comic)                 1904-12-03
32.   True Southern Chivalry.                               1906-05-18
33.   Kentucky Homecoming Week Bevities                     1906-06-08

| 34. | Civil and Military Colonels.* | 1906-12-18 |
|---|---|---|
| 35. | John Marshall Harlan* | 1907-01-20 |
| 36. | Royal Women as Colonels of Regiments. | 1907-04-14 |
| 37. | Don't Be Fooled. | 1907-08-09 |
| 38. | Abolish Governor's Staff. | 1907-10-15 |
| 39. | Mint Julep Politics. | 1908-02-08 |
| 40. | Kentucky Colonels. (Uniforms) | 1908-07-04 |
| 41. | Gives Up Entire Month. | 1908-08-25 |
| 42. | More About the Colonels. (4 Fingers) | 1909-10-19 |
| 43. | Just Pie for the Colonel. | 1909-10-31 |
| 44. | May the Colonels Be Happy. (Roosevelt) | 1910-03-28 |
| 45. | Colonel "Bill" Lampton | 1910-10-31 |
| 46. | Honorary Colonels. | 1911-02-02 |
| 47. | Many Aspire to Become Colonel. | 1911-10-13 |
| 48. | Sleuth Wheeler is Promoted. (Taft) | 1911-11-24 |
| 49. | Last Act of Gov. Willson | 1911-12-21 |
| 50. | Col. W. B. Haldeman Appointed. | 1912-01-19 |
| 51. | Col. S. T. Harris | 1912-05-21 |
| 52. | Short on Water But Long on Colonels… | 1912-08-10 |
| 53. | Colonels and More Colonels. | 1913-09-09 |
| 54. | Colonel Have One With Me. | 1916-01-06 |
| 55. | Kentucky Colonels. | 1916-03-14 |
| 56. | Colonels and Pseudo-Colonels | 1916-07-19 |
| 57. | Gold Braid Barred | 1916-12-13 |
| 58. | Sad News for Staff Members. | 1916-12-14 |
| 59. | No Title [Black Man Explains the Colonel] | 1917-06-26 |
| 60. | Kentucky to Lose Juleps and Colonels | 1920-02-01 |
| 61. | Kentucky Colonel at Columbia Today | 1921-02-20 |
| 62. | Prefers Kentucky Colonel. | 1921-07-07 |
| 63. | Free Tobacco Book (Advertisement) | 1922-01-23 |
| 64. | Col. Richard Stoll (Youngest Colonel) | 1922-05-05 |
| 65. | Last of the Real Colonels of the Blue Grass | 1922-08-08 |
| 66. | Annual Colonel Crop | 1922-11-24 |

| 67. | Fewer Virginia Colonels. | 1925-09-24 |
| 68. | [Colonels] Defending a Big Asset | 1926-02-03 |
| 69. | Honorary Cadet Colonel | 1927-11-20 |
| 70. | Kentucky Governor Names Baby, Two… | 1928-08-27 |
| 71. | Kentucky Colonel to Represent Illinois… | 1928-12-17 |
| 72. | Paul Whiteman Made Colonel by Laffoon | 1932-02-09 |
| 73. | Kentucky Has More Colonels Than… | 1933-06-09 |
| 74. | Named Colonel (Mammoth Cave) | 1935-01-15 |
| 75. | Cameragraphs | 1935-11-15 |
| 76. | Colonel at Three Months | 1935-12-10 |
| 77. | Passing Glories (Congress) | 1936-03-30 |

---

## D. List of Books and Publications

The following academic journals, books, and publications are self-evident historical facts tracing the origin and source of "Kentucky Colonels" as a class of people, capable of independently forming a social class, having represented a cultural and literary archetype since the 19th century. All of the materials were downloaded from publicly accessible sources and uploaded to the Appellant's Google Cloud Storage Account; they are marked public on the Internet in relation to this case and for use by historians and researchers.

1. A Brittle Sword: The Kentucky Militia 1776-1912

2. A History of the Mississippi Valley

3. A Kentucky Colonel, Opie Read © 1889 (1890 Book)

4. A Kentucky Sampler, Essays from The Filson Club

5. American Business Womens Association - Kentucky Colonel

6. American Legion Monthly, Volume 6, Number 6

7. American Revolutionary War Leaders

8. Annals of Augusta County, Virginia - Waddel

9.   Arthur Campbell and the Origins of Kentucky

10.  Augusta County, Kentucky Historical Society

11.  Bugle, Spring 2021, Col. Charles Todd (Myth)

12.  Called to Serve - Smiley Pete Publishing

13.  Colonel Patrick Henry Callahan

14.  Colonelette (February 1965)

15.  Colonial Laws, 59th Congress

16.  Colony of Transylvania, NC Supreme Court Justice

17.  Concerning the Forefathers; Col. Robert Patterson and Col. John Johnston

18.  Creation of a Confederate Kentucky

19.  Daniel Boone Fakelore

20.  Daniel Boone's Autobioghy

21.  Discovery of Kentucke

22.  Disorder at the Derby

23.  Divide and Dissent

24.  Dunmore Initial Land Acquisition

25.  Emergence of American English as a Discursive Variety

26.  Essay on Mission of Charles Todd to Columbia by Katharine Ruth Hudson 1933 UCLA

27.  Freedom Just Around the Corner

28.  Great Things Have Been Done by a Few Men

29.  Henry Durrett Collection - News 1914

30.  Henry Watterson and the 10,000 Kentuckians

31.  Historic Madison County

32.  Historical Notes on Vegetation - Collection Field Data

33.  Historical Register of the Officers of the Continental Army, Heitman

34.  History of the Daniel Boone National Forest 1770

35.  History of the First Kentucky Brigade

36.  Kentucky Ancestors Vol. 43, No. 3, 2008

37.  Kentucky Colonel—New Vintage © 1969

38.  Kentucky Colonels Exercising Honor by Sherry Crose

39.  Kentucky Constitution

40.  Kentucky Historical Register Contents 1903-2024

41.  Kentucky in American Letters (Forgotten Books)

42.  Kentucky in American Letters Vol2

43.  Kentucky Law

44.  Kentucky Tragedy in American Literature

45.  Kentucky Women their Lives and Times

46.  Kentucky's Governors

47.  Kentucky's Last Cavalier

48.  Kentuckys First Statesman - Col. George Nicholas

49.  Life and Times of Col. Richard M. Johnson

50.  Life and Times of Judge Caleb Wallace

51.  Lion of the West (Humanities)

52.  Miles Smith, PhD; The Kentucky Colonel

53.  Military History of Kentucky 1939

54.  News and Notes, The Kentucky Colonel

55.  Old Library of Transylvania College

56.  Oral Traditions of Kentucky (Book)

57.  Papers of Bert Combs

58.  Pioneer Linns of Kentucky

59.  Popular Ratification in Kentucky

60.  Prehistoric Men of Kentucky, Col. Bennett Young

61.  Question of the Month, CSG 2024

62.  Researching Revolutionary War Veterans that Came to Kentucky, Kandie Adkinson

63.  Restoring Law and Order (Black Patch War)

64.  Richard Henderson and the Occupation of Kentucky, 1775

65.  Rise of the New Elite the Evolution of Leadership in Kentucky

66.  Roads of Destiny

67.  Sagamore of the Wabash, Graf

68.  Thanks for Making Me a Kentucky Colonel WSJ

69.  That Kentucky Campaign

70.  The Colonel Rides Again (Time)

71.  The Colonel's Opera Cloak

72.  The Confederate South 1865-1910

73.  The Kentuckian in New York (Volume 2)

74.  The Kentucky Colonel - A Study of Semantics

75. The Kentucky Colonels Handbook

76. The Kentucky Regiment that Invaded Cuba in 1850

77. The Kentucky Resolutions of 1798

78. The Kentucky Spirit or Why the Kentucky Colonel

79. The Kentucky

80. The Pioneer Press of Kentucky

81. The Political Beginnings of Kentucky

82. The Union Cause in Kentucky, Thomas Speed

83. The Wilderness Road, Thomas Speed, Vol 1

84. The Works of Theodore Roosevelt Vol VII

85. Twelve Kentucky Colonel Stories

86. Two Incidents of Revolutionary Time

87. Virginia Chickasaw Treaty, Journal of Southern History 1942-11_ Vol 8 Iss 4

88. William Henry Harrison

89. William O'Connell Bradley

90. Year of Three Sevens

---

## E. List of Exhibit Components

The following files are parts or components of other exhibits (included), materials supporting other exhibits, or demonstrate additional information, and are subject to judicial notice:

1. Case 3-04-cv-00465-JGH Document-1 (Fraud)

2. Case 3-04-cv-00465-JGH Document-2.2 (Fraud)

3.    A Dead Game, the Kentucky Colonel Frontpage 1908

4.    A Kentucky Colonel Archetype Image

5.    America's Young Men (Oliver Vickery)

6.    Amicus Brief Historians

7.    Anna Bell Ward Olsen Obit

8.    Application 88800020-1

9.    Application 88800035-2

10.   Application 88800038-3

11.   Article Kentucky Colonels and Others.

12.   Articles of Incorporation 1992

13.   Ashland Plantation

14.   Assumed Name Corporation - Kentucky Colonels International

15.   Bert Combs June 5, 1953

16.   Big Jim Farley (Friend of Laffoon)

17.   Black and White Kentucky Colonel

18.   Blue Goose ByLaws (HOBGI)

19.   Blue Goose Colonels 33°

20.   Campaign for Reading

21.   Case 3-04-cv-00465-JGH Document 11 (HOKC v BDLG Champions)

22.   Certificate of Interested Parties

23.   Col. Bradley and the Kentucky Colonels

24.   Col. Davy Crockett (Painting)

25.   Col. George Squires

26.   Col. Nimrod Wildfire (Alexandria Gazette, April 19, 1833)

27.   Col. Nimrod Wildfire (Paper by Jarvis)

28.   Col. Richard M. Johnson (Newspapers)

29.   Colonel and the Mule

30.  Colonel Annie Poage P2

31.  Colonel Commissions 1932-1956

32.  Colonel Edwards (Youngest Colonel)

33.  Colonel Gutripah

34.  Colonel Harland Sanders Case

35.  Colonel Lindbergh

36.  Colonel Tom Buford in Anchorage

37.  Colonel Tom Buford's Death

38.  Colonels as Surveyors

39.  Colonels, Hillbillies and Fightin, Anthony Harkins

40.  Colony of Transylvania

41.  Commonweal 1931-06-03 Vol. 14 Issue 5

42.  Congressional Record 4761

43.  Danville Conventions 1784-1792

44.  Dr. AW Morton

45.  Ecology Crossroads files appeal in Kentucky Colonels Case

46.  Edison-Electric-Institute_1953-07_21

47.  From Alaska - To Prolong Life

48.  General J. Fred Miles

49.  Georgia Resolution 144379

50.  Gorham Kimmel Mark

51.  Governor's Letter (January 21, 2020)

52.  Grief Fills the Hearts of True Kentucky Colonels

53.  Gudgel Article 1900-1901

54.  Harper's Weekly 1910-05-14_ Vol 54 Iss 2786

55.  Heretic Rebel

56.  Historical Significance of a Kentucky Colonel named Harlan

57. History of the Mississippi Valley Pages 258 & 259

58. HOKC 1941 Banquet (Filed Under 103-3)

59. HOKC 2021 Press Release

60. HOKC Articles 1957

61. HOKC Chapter Guidelines, Myre

62. HOKC Correspondence

63. HOKC Dinner Program (Part 1)

64. HOKC Email to Member 2023

65. HOKC History

66. HOKC Introduction Letter

67. HOKC Kentucky Colonels Dinner

68. HOKC Letters 1939 & 1940

69. HOKC Letters 1940 & 1941

70. HOKC Reunion Barbecue (Folk) (Finding Aid)

71. HOKC Trademark Notice

72. How he became a colonel. 1894

73. Jack Chinn Knife

74. KCI Withrawl Certificate

75. KDLA Myth of 1813

76. Kentuckian

77. Kentucky Acts 36-110

78. Kentucky Colonel (Internet)

79. Kentucky Colonel and his Wife

80. Kentucky Colonel used in Ads 1940

81. Kentucky Colonels - (3rd Party)

82. Kentucky Colonels - SOS (Proposed)

83. Kentucky Colonels (Original SOS)

84.  Kentucky Colonels Annual Dinner and Burgoo (KDLA)

85.  Kentucky Colonels Registry and Honorarium

86.  Kentucky Colonels Selected for Pageant

87.  Kentucky Colonels TM 76499062

88.  Kentucky Colonels, by George Robinson

89.  Kentucky Encyclopedia

90.  Kunnel Herbert

91.  Laffoon and Farley at Derby

92.  Land of the Colonels

93.  Lexington, Thursday, March 19, 1903

94.  Life May 28, 1914

95.  Lion of the West

96.  Local Colors Finest Hour (Lit.)

97.  Los Angeles Times October 22, 1908

98.  Louis Howe

99.  Lowell Thomas

100.  Merger Agreement Jan 13, 2020 to HOKC

101.  Merger Cover Letter Jan 13, 2020 to HOKC

102.  Merger Executed HOKC Confidentiality Agreement

103.  Merger Proposal Jan 13, 2020 to HOKC

104.  Metry HOKC Affidavit 73299122

105.  Metry HOKC Application 73299122

106.  Metry HOKC Letter Supporting 73299122

107.  Minutes from 1931 (Fraud)

108.  Motion Picture Herald (Mar-Apr 1938)

109.  Mrs. Trollope and the Kentucky Colonel

110.  Nation's Business 1928

111. Nimrod Wildfire

112. Opie Read - A Kentucky Colonel

113. Origin of Marshall

114. Passport Col. David Wright

115. Plan to Tax Kentucky Colonels

116. Registration Form for Kentucky Colonels [colonel.org]

117. Reinstatement and Good Standing

118. Reply to Matt Williams Letter 2014

119. Rodrigo Gruger

120. SLAPP Suit Targets 2020

121. Something of Men I Have Known - A Kentucky Colonel

122. Something of Men I Have Known - The Colonels

123. Special Notice Posted on 1st Kentucky Colonels Website

124. State Records Retention (Kentucky Colonels)

125. Summary Legal Analysis of HOKC Trademarks

126. The Colonel (Kentucky of Course)

127. The Edison Electric Institute. EEI Bulletin 1953-07_ Vol 21 Iss 7

128. The Fall of Kentucky

129. The Kentucky Colonel (1920)

130. The Kentucky Colonel at the Grand Theater

131. The Kentucky Colonel

132. The Kentucky Colonels Handbook (FastWeb)

133. The Kentucky Colonels Handbook (Original)

134. The Kentucky Colonels Handbook (PDF for Print)

135. The Little Colonel

136. The Notre Dame Scholastic - Volume 50 Issue 33, 1916

137. The People's Law

138. [The Washington Times. July 24, 1935, Page 28](#)

139. [The Waterbury Democrat. November 15, 1933, Page 6](#)

140. [The Williams Record Vol 53a](#)

141. [Title by Merit](#)

142. [Too Far](#)

143. [Trollope and the Kentucky Colonel](#)

144. [Truth](#)

145. [Two Kentucky Colonels arriving by Train](#)

146. [UK 0203 Postcard](#)

147. [Vanishing Colonels](#)

148. [Variety, Volume 106 (April 1932)](#)

149. [Wichita Daily October 10, 1915](#)