# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

RECEIVED
05/27/2025
KELLY L. STEPHENS, Clerk

Case Nos. 23-5795 & 23-6108

**HONORABLE ORDER OF KENTUCKY COLONELS, INC.,**

Plaintiff-Appellee,

v.

**COL. DAVID J. WRIGHT,**

Individually and on behalf of all other similarly titled individuals.

**Defendant-Appellant**

---

# NOTICE REGARDING PRIMARY AND SUPPLEMENTAL EXHIBIT FILING AND EVIDENTIARY MATERIALS FOR JUDICIAL NOTICE

---

TO THE HONORABLE CLERK OF COURT AND THE PANEL ASSIGNED TO THIS APPEAL:

COMES NOW Appellant, Col. David J. Wright, appearing *pro se* and *in forma pauperis*, and respectfully provides notice to the Court concerning the filing and submission of evidentiary materials in support of his concurrently filed **Motion to Take Judicial Notice of Adjudicative Facts and Correct the Record**, as well as his **Declaration of Historical Fact** and **Memorandum of Law in Support of Judicial Notice**.

## I. VOLUME AND FORMAT OF EXHIBITS

The Appellant has compiled and prepared over **100 self-authenticating evidentiary exhibits**, comprising more than **500 pages**, including:

- **Primary Exhibits**: 20 principal documents central to the Motion;

- **Supplemental Supporting Exhibits**: 15 factual and governmental materials;
- **Exculpatory Evidence**: A categorized body of historical, legal, and cultural documentation;
- **Legal Memoranda**: At least five stand-alone memoranda addressing judicial notice, fraud on the court, generic and descriptive terms, First Amendment protections, and public domain legal status.

Due to the extraordinary volume of these materials, Appellant has not attached all of them to the present filing so as not to unduly burden the Clerk of Court or the reviewing panel.

## II. ACCESSIBILITY VIA APPENDICES AND VERIFIED PUBLICLY ACCESSIBLE REPOSITORY

All exhibits are:

- **Summarized and indexed** in **Appendix E – Exhibits Exposition**;
- **Linked and annotated** through the consolidated record found in **Appendices A through E**;
- **Publicly and securely accessible** via the Appellant's cloud-hosted repository at:
  https://www.kycolonelcy.us/kentucky-colonel-history-exhibits

Appellant certifies under penalty of perjury that each item listed in Appendix E is a true and correct copy of the original, or a certified or self-authenticating public record, consistent with *Fed. R. Evid.* 901, 902, and 1006.

## III. NOTICE OF IMPENDING STANDALONE FILINGS

Unless otherwise directed by the Court within seventy-two (72) hours of this filing, Appellant intends to submit:

- **Twenty (20) Standalone Exhibits**, labeled and formatted for separate docketing;
- **Five (5) Memoranda of Law**, in further support of judicial notice, record correction, and constitutional considerations under the Lanham Act and First Amendment.

These filings will be clearly marked as **primary materials** in support of the Motion to Take Judicial Notice filed on May 27, 2025. All other Exhibits that are Supplemental or Evidentiary should be considered submitted as they are part of Appendix E and subject to filing upon the request or direction of the Court.

## IV. CERTIFICATION

Appellant certifies that this Notice is submitted in good faith and consistent with the **Federal Rules of Appellate Procedure**, the **Federal Rules of Evidence**, and the inherent authority of the Court to ensure a full and fair appellate record.

Respectfully submitted this 27th day of May, 2025,

Puerto Carreño, Colombia.

/s/ Col. David J. Wright

**Col. David J. Wright**

Defendant-Appellant, *Pro Se*

# CERTIFICATE OF SERVICE

I hereby certify that on **May 27, 2025**, I **submitted** the foregoing "Notice Regarding Primary and Supplemental Exhibit Filing and Evidentiary Materials for Judicial Notice" via **email** to the Clerk of the Court, in accordance with the Court's procedures for pro se litigants. Upon docketing, the Court's **CM/ECF system** will automatically serve all registered ECF users, including counsel for Appellee.

Deborah S. Hunt, Clerk
Sixth Circuit Court of Appeals
501 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

/s/ Col. David J. Wright
David J. Wright, Pro-se Appellant
DATED: May 27, 2025