RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

# Exhibit — Colonel Nimrod Wildfire: The Original Literary Archetype of the Kentucky Colonel

## The Origin Point of the Term "Kentucky Colonel" in America — An Exonym Born on the London Stage in 1833

The earliest known **published instance** of the phrase *"Kentucky Colonel"* appears in **1833**, in **theatrical reviews and playbills** for the London debut of a farcical American melodrama originally titled *The Lion of the West*. Retitled for British audiences as *The Kentuckian; or, A Trip to New York*, the play premiered at **Covent Garden on March 9, 1833**, where it starred the raucous and boastful **Colonel Nimrod Wildfire**—a caricature of the American frontier spirit. Wildfire's outsized bravado, rustic dialect, and comedic patriotism enthralled English audiences, who quickly adopted the term *Kentucky Colonel* as an **exonym**—a culturally charged label applied from the outside to capture a new American character type.



Though initially a **fictional stage invention**, the phrase would soon be applied to real individuals, evolving into one of the most enduring and mythologized titles in American folklore.[1]

It was in **England**, not Kentucky, that audiences and critics first **labeled Wildfire "the Kentucky Colonel"**, applying the phrase in response to his on-stage identity. This makes **"Kentucky Colonel" an**

---

[1] **Colonel Nimrod Wildfire — The Kentuckian.** Theatrical caricature c. 1833 showing the dramatic, wide-stanced posture of the frontier character that defined early stage depictions of the Kentucky Colonel. This print accompanied performances of *The Lion of the West*, one of the earliest and most influential American comedies. **Collections European Circus Prints**: *Courtesy of the Ringling Museum eMuseum.* [emuseum.ringling.org/objects/53182/colonel-nimrod-wildfire-the-kentuckian]

**exonym**—a term **coined by outsiders** to describe a group, identity, or persona not originally named by that group themselves. In this case, it was an English coinage applied to a **fictitious American character**, later reabsorbed into U.S. cultural discourse via newspapers, magazines, and stage tours.

Though the title "Kentucky Colonel" would be formalized a half-century later as an honorary designation by gubernatorial commission, **neither the Commonwealth of Kentucky nor any executive office originated the term or the character it described when it was originated**. Instead, **the literary and theatrical public**—especially British reviewers—gave rise to the name through spontaneous public usage. This moment represents the **merger of language and archetype**, where **the only available phrase to describe a new cultural identity also became its enduring name**.

Under the **merger doctrine** in U.S. law, when an idea and its expression become functionally inseparable, **that expression cannot be monopolized**, trademarked, or claimed exclusively by any party. The identity of the Kentucky Colonel, born as a **performative, satirical archetype**, entered the public domain the moment Wildfire stepped onstage in London as one that was inherently descriptive of "The Kentuckian." That legacy remains **intellectually and culturally distinct** from any later ceremonial or institutional uses of the title by government.

This exhibit begins at that moment of public baptism—when **"Kentucky Colonel" became a name, a type, and a legend**—not in a government record or commission ledger, but **in the applause and headlines of Covent Garden**, where an English audience first gave a frontier character his name.

## Colonel Nimrod Wildfire — A Legend on the American Stage

Colonel **Nimrod Wildfire** is a loud, swaggering, and irresistibly patriotic frontiersman from Kentucky—a man of hyperbole, conviction, and comic bravado. Introduced by James Kirke Paulding in the 1831 play *The Lion of the West*, Wildfire was created as both a tribute and a satire of American expansionism, specifically the kind embodied by **Davy Crockett**, **Andrew Jackson**, and the frontier elite of the Ohio Valley. He is not a military colonel, but a **fictionalized civic type**, representing the

idealized man of action, honor, and defiant speech who rises to leadership by reputation and personality alone. Wildfire's monologues are filled with linguistic flourishes drawn from regional dialect, tall tales, and rustic confidence. His verbal identity is larger than life—part myth, part mockery, part admiration. As the *Humanities Sourcebook* observes:

> The Colonel is a man of immense physical energy, the embodiment of the frontier, and a verbal tornado… He is Jacksonian democracy personified on stage. *(Source: A Sourcebook of Interdisciplinary Materials in American Drama, ed. Vera M. Jiji, 1983)*

In one of his most famous boasts, Wildfire proclaims:

> I'm half-horse, half-alligator, with a little touch of airthquake; I can whip my weight in wildcats; I can out-run, out-jump, out-shoot, out-brag, out-drink, and out-fight, rough-and-tumble, no-holds-barred, any man on both sides of the river from Pittsburgh to New Orleans and back again. *(Excerpted from performance script and press reviews, 1833)*

| | |
|---|---|
| **Name** | *Nimrod Wildfire* – symbolic of primal force and frontier flame |
| **Rank** | "Colonel" – legendary, assumed by character and acknowledged on stage, not awarded by commission |
| **Speech** | Overflowing with idioms, hyperbole, brags, and frontier metaphors |
| **Values** | Loyalty, independence, honor, boldness, contempt for European airs |
| **Habits** | Drinks whisky, fondness for beautiful women |
| **Setting** | Kentucky backcountry; contrasted with urban elites and foreign visitors |
| **Foils** | Englishwoman Mrs. Luminary (parody of Frances Trollope); effete Yankees attending her school of amelioration |
| **Historical Parallels** | Davy Crockett, Mike Fink, Irvin S. Cobb, William "Buffalo Bill" Cody, Andrew Jackson, other real-life frontier notables |
| **Legacy** | Original iconic cultural prototype of the traditional Kentucky Colonel – satirical and sincere at once |

Wildfire represents a **Kentucky identity shaped by performance**, not politics. His manners and values—boisterous hospitality, fierce loyalty, and disdain for aristocracy—became the hallmarks of what the public began calling a **"Kentucky Colonel."** This image would long outlive Paulding's script, entering into novels, stage comedies, newspaper satire, and political cartoons across the 19th century.

## The Play's Origin and Theatrical Scope

The origins of the *Kentucky Colonel* as a cultural archetype can be traced not to military history or executive proclamation, but to the American stage—and more precisely, to the collaboration between actor **James H. Hackett** and author **James Kirke Paulding** in the early 1830s. Their creation, *Colonel Nimrod Wildfire*, debuted in 1831 at New York's Park Theatre in a play titled *The Lion of the West*. This play, later reworked and staged under the alternate title *The Kentuckian, or A Trip to New York* at Covent Garden in London in 1833, introduced one of the first and most enduring frontier caricatures to the American imagination.

What makes this collaboration especially significant is that it was deliberately conceived as a **melodramatic farce** intended to showcase Hackett's specialty in comic monologue and regional dialect. Hackett, already known for his humorous portrayals of "Yankee" types, *personally commissioned* Paulding to write the play. According to the sourcebook *The Lion of the West: A Text for National Identity*, Hackett suggested both the **title and the central character**. Paulding complied, inventing an exuberant figure patterned loosely on **Davy Crockett**, with influences drawn from **Daniel Boone**, Jacksonian democracy, and exaggerated backwoods bravado.

The *original scope of the play* was described by critics as comedic but infused with a distinct *nationalist agenda*. Nimrod Wildfire was not just comic relief—he was a **symbol of American defiance**, an orator of ridiculous tall tales, a frontiersman as much linguistic invention as political metaphor. Hackett's performance launched the role into popularity, sustaining long runs and even prompting **angry protests** from real Kentuckians offended by the outlandish portrayal of a man who claimed to be "half-horse, half-alligator and a touch of the earthquake".

## From Melodrama Play to a Two-Act Farce

After the initial version's success, the play was *restructured in London* by Bayle Bernard into a **two-act farce**—a form fashionable in England at the time. Though the structure changed, the lead role of Nimrod Wildfire remained intact, and his characterization intensified. In the English version (*The Kentuckian*), the name "Colonel" was affixed to Wildfire more explicitly and with comic exaggeration. In fact, **the first literary instance of the exonym "Kentucky Colonel" appears here**, in British playbills and theatrical reviews referring to Wildfire as such.

This reflects what we might today call a **merger doctrine scenario**—the convergence of a fictional character, public stereotype, and emerging cultural identity into one symbolic label. "Kentucky Colonel" was **never a Kentucky-born creation**, but rather an English reinterpretation and naming of a distinctly American caricature. In scholarly terms, the label functions as an **exonym**—a name given to a group by outsiders. It was the English stage, not Kentucky law, that first coined and distributed the term "Kentucky Colonel" in popular usage.

Despite initial British confusion over the play's lack of plot and theatrical polish, Hackett was praised for his energy and dialect. A *Times of London* review noted that while the farce itself was ineffective, Hackett "acquitted himself with great credit," and the *Kentuckian* was considered "irresistible" due to his dialect and tall tales.

## A National Type Emerges

From this point forward, *Colonel Wildfire*—and by extension the *Kentucky Colonel*—became a staple of American performance and storytelling. His characteristics became standard: a garrulous, proud, whisky-loving, honor-bound, tall-tale-spinning Southern gentleman, usually with a goatee, a penchant for dueling, and an exaggerated sense of state pride.

Thus, the *Kentucky Colonel* was born not as an official title of merit, but as a **performative identity**, codified in theater and literature. It was from these early plays and English critiques that the American

public adopted and repurposed the term, giving rise to a persona that would evolve through the **late 19th-century gentlemanly version** seen in *Opie Read's* 1890 novel *A Kentucky Colonel*, and later in **mid-20th-century advertising and commercial branding**.

This exhibit demonstrates that the cultural origins of the term "Kentucky Colonel" are theatrical, comedic, and internationally shaped—making it a shared cultural inheritance, *not* the intellectual property or historical prerogative of any organization or government office.

## The Wildfire Origins: 1831 – *The Lion of the West; or, A Trip to Washington*

In 1830, popular American stage actor **James H. Hackett**, known for portraying humorous "Yankee" types, sought to expand his repertoire to include a backwoods Southern character. He sponsored a **public contest**, offering $300 for a comedic play with a distinctly American lead role. The winning entry was penned by **James Kirke Paulding**, an established author, satirist, and nationalist. His play, *The Lion of the West; or, A Trip to Washington*, was selected by judges including literary giants **William Cullen Bryant** and **Fitz-Greene Halleck**.

The resulting production—**a melodrama**—was first presented in Boston in October of 1830 and appeared at the **Park Theatre in New York** on **April 25, 1831**. Its lead character, **Colonel Nimrod Wildfire**, was a **thinly veiled parody of Congressman David "Davy" Crockett**. Paulding denied this in letters to Crockett and the press, but the mimicry was undeniable: Wildfire wore a buckskin suit and wildcat-skin cap, spun absurd frontier yarns, and embodied the satirical spirit of what the press labeled the "Backwoods Statesman."

In plot, the play centered around **Cecilia Bramble**, daughter of a governor, who becomes entangled with a fraudulent French count. Her cousin, **Nimrod Wildfire from Kentucky**, unravels the deception through a blend of boastfulness, brawling, and backwoods logic, he agrees to help expose the Count because, after all, he, Nimrod, can "jump higher, squat lower, dive deeper, stay under longer and come

out drier" than just about anybody. When Wildfire challenges him to a duel, the Count bolts never to be seen again, and Cecelia regrets her impetuous behavior.

Though comedic, Paulding's work also had political undertones: it skewered social climbers, romantic idealism, and Washington elitism—while letting Wildfire's rustic morality prevail.

Wildfire's speech was laced with soon-to-be-legendary lines, such as:

> "I have the prettiest sister, fastest horse, and ugliest dog in the deestrict."

Wildfire's boasts of battling catfish the size of alligators as well as saying,

> "I can outrun, outjump, throw down, drag out, and whip any man in all Kaintuck!"

> > … all running exaggerations.

## Literary and Political Intentions

Paulding had a longstanding admiration for frontiersmen and had previously written *The Backwoodsman* (1818). But by 1830, he was no admirer of Crockett's political break with President Andrew Jackson, particularly over the Indian Removal Act. Satire allowed Paulding to lampoon the "anti-establishment" backwoods congressman without direct attack, using Wildfire as a composite of Crockett's eccentricities and the public's caricature of Southern frontier braggadocio.

Paulding even enlisted his friend **John Wesley Jarvis**, a painter fluent in Southern vernacular, to supply colorful "Kentucky and Tennessee phrases," many of which were likely invented for the stage. The goal was clear: to craft a **universal "Western" type** representing the expanding, chaotic frontier sensibility.

## Revised for Touring: Enter the Two-Act Farce (1832–1833)

As Hackett took the play on tour in late 1831, he found the original **melodramatic structure** unwieldy. Paulding declined to revise it, so playwright **Bayle Bernard** reworked it into a **two-act farce**, retaining Wildfire as the lead while adding characters and punchier pacing. This version formed the **basis of the 1833 British adaptation**, retitled:

>   **"The Kentuckian; or, A Trip to New York"**

It premiered at **Covent Garden** in London on March 9, 1833. Importantly, it was here—**in London**—that the press began using the phrase **"Kentucky Colonel"** to refer to the brash and entertaining Wildfire character. The phrase does **not appear in the original 1831 text**; it was in this revised, transatlantic version that the **first documented public use of the exonym "Kentucky Colonel"** appears in literary and theatrical reviews.[2]

Thus, the term "Kentucky Colonel" was not invented in Kentucky, nor by the American press or government. It was coined **by foreign audiences describing an American stage character**, solidifying its status as an **exonym**, not an endonym.

**First Use of the Term "Kentucky Colonel"**

- The phrase **"Kentucky Colonel"** appears in **reviewer commentary** and descriptions from:
    - **The Englishman** (March 10, 1833) – "Mr. Freeman… who is uncle to the Kentucky Colonel."
    - **Bell's Weekly Messenger** (March 17, 1833) – dialogue and satire-rich passages about "the Kentucky Colonel."
    - These constitute **primary public domain publication** of the term as a descriptive stage persona.

## Crockett Responds to His Alter Ego

The real Congressman Davy Crockett saw Hackett perform the play in Washington in **December 1831**. Though he immediately recognized the satire, he was not offended. Crockett stood and returned

---

[2] Created in London, printed in the public domain with a front page news article by one of the first national newspapers printed in Philadelphia "The National Gazette and Literary Register" on April 20, 1833 (Page 1). **"The scene is laid at New York, in the house of Mr. Freeman, a New York merchant, who is uncle to the Kentucky Colonel."** Source: https://www.newspapers.com/article/the-philadelphia-inquirer-first-appearan/114206186/

Hackett's theatrical bow, acknowledging the humor. In letters to Paulding, he even praised the writer's civility and artistic license:

> "The frankness of your letter…convince[s] me that you were incapable of wounding the feelings of a strainger [sic] and unlettered man who had never injured you."

This magnanimity by Crockett was instrumental in defusing any political backlash and reinforced the idea that Wildfire—though inspired by Crockett—had **become his own creation**, a theatrical persona symbolizing the braggadocious spirit of Kentucky and the frontier.

The play became the mainstay of Hackett's repertoire for more than twenty years and was played hundreds of times in more than 100 different theaters in America and Europe.

## Pre-Theatrical Reference to "Kentucky Colonels" in British Press (1817)

Before the character of Colonel Nimrod Wildfire was conceived by James Kirke Paulding or brought to life by James H. Hackett, the term *"Kentucky Colonel"* had already entered public circulation as a descriptor of social behavior—not as a military designation. In an 1817 letter from Washington City, published in *The Public Ledger and Daily Advertiser* (London) on April 4, the following was written:

> *"I am grieved to see our Gentlemen so much addicted to visiting taverns. They throng round the bar-room; loll in half a dozen chairs, smoke, chew, and brag of their horses, or swill wine, carouse all night, and swear like Kentucky Colonels."*
>
> *— Extract of a Letter from Washington, dated February 13, 1817.*

This is the **earliest known usage in print** of the term *"Kentucky Colonels"* as a **cultural archetype**. The characterization matches closely with the theatrical Wildfire persona that would emerge fourteen years later—brash, boastful, hard-drinking, hyper-masculine, and linked to tavern culture and

horse-racing bravado. The comparison in this letter is not to commissioned officers, but to an **established stereotype of Kentuckians recognized even in elite political circles.**

Importantly, this letter was printed in England, where the American political class was a subject of high interest and literary scrutiny. Given the newspaper (*Public Ledger and Daily Advertiser*) and the specificity of its transatlantic source (Washington to New York to London), it is **highly probable that playwright Bayle Bernard or his theatrical collaborators had direct or indirect awareness of this public characterization** of Kentucky gentlemen. It forms a **clear antecedent** to the 1833 Covent Garden staging of *The Kentuckian; or, A Trip to New York*, which fully dramatized the *Kentucky Colonel* archetype for English audiences.

This demonstrates that the theatrical Kentucky Colonel was not created in a vacuum; it was a dramatization of **existing American lore** already exported to—and confirmed by—the British press.

## From Stage to Society: Wildfire's Legacy and Emergence of Real-Life Kentucky Colonels Before the Civil War (1835-1860)

As the curtain fell on *The Kentuckian; or, A Trip to New York* at London's Covent Garden in 1833, the name **"Kentucky Colonel"** had entered both English theatrical criticism and American literary consciousness. **Colonel Nimrod Wildfire**, conceived by James Kirke Paulding and brought to life by American actor **James H. Hackett**, was no ordinary melodramatic creation—he was a *type*, a new American archetype: boastful, wild, courtly, unpredictable, and distinctly Southern. Hackett, who inspired the original script through a contest and later oversaw its adaptation into a two-act farce, didn't just play the part—he **became it**, touring widely for over two decades along the eastern seaboard. His portrayal of Wildfire was so popular that it remained a **mainstay of his theatrical repertoire for**

**twenty years**, firmly embedding the Kentucky Colonel in the cultural imagination of antebellum America.[3]

But the phrase "Kentucky Colonel" did not remain in fiction. Within just a few years, it began appearing in **political journalism** and **public satire**, revealing its rapid absorption into American public discourse.

## Political Metaphor in Presidential Commentary (1835)

In November 1835, a Pennsylvania political editorial warned voters of the risk of intermediary candidates splitting the anti–Van Buren vote. In a colorful metaphor, it cautioned:

> *"It would be well then narrowly to watch our preachers of disinterestedness, and see whether they have not a mystical symbol of the magician or a black flag of the Kentucky Colonel snugly concealed under their cloaks."*[4]

The reference, appearing in *The People's Press* (York, PA), alludes to both **Martin Van Buren (the "magician")** and a newly formed stereotype of the **Kentucky Colonel** as a flamboyant or politically suspect figure. The term is used **figuratively**, yet demonstrates early adoption of the *Kentucky Colonel* identity into political commentary.

## A Real-Life Kentucky Colonel in National Political Satire (1836)

In 1836, **Colonel Richard Mentor Johnson**, a decorated veteran of the War of 1812 and Van Buren's running mate, became one of the earliest historical figures publicly identified in print as a "Kentucky Colonel" in a satirical context.

---

[3] Sagala, Sandra K. *"Will the Real Frontiersman Please Stand Up?"* Points West Online, Buffalo Bill Center of the West, February 19, 2021. https://centerofthewest.org/2021/02/19/points-west-real-frontiersman/

[4] *"The Presidency."* Black Flag of the Kentucky Colonel. *The People's Press* (York, Pennsylvania), November 27, 1835. https://www.newspapers.com/article/the-peoples-press-black-flag-of-the-ken/114206666.

In a short column circulated during the campaign, Johnson's **romantic relationship with Julia Chinn**, a woman he had enslaved and openly lived with as his common-law wife, became fodder for political attacks. Though not always explicitly racist by 19th-century standards, the commentary often invoked the *Kentucky Colonel* title as a kind of **moral contradiction or irony**.[5]

This usage reflects a clear transition: the *Kentucky Colonel* had evolved into **a recognizable cultural identity** applied to real men—not just a fictional or theatrical construct.

## A Caricature in the Courtroom: 1859

By 1859, the Kentucky Colonel had become a **fully realized comedic figure** in American courtrooms and satire. In a New Orleans courtroom story reprinted in *The Adams Sentinel* (Gettysburg, PA), the Colonel appears as a gentleman cross-examining a stubborn witness:

> *"Our tall and handsome friend, the Kentucky Colonel,"*
> is met with an insult when the witness declares that he is *"too ugly to look at."*

The article offers no military context; instead, the Colonel is simply a **humorous character type**—recognized by appearance, manner, and speech. His identity was understood by readers **without explanation**, proving how widely embedded the figure had become in American culture.[6]

## Legal Relevance

By 1860, *Kentucky Colonel* was a widely recognized **public cultural identity**:

- **Not proprietary**;

---

[5] *"Col. Richard M. Johnson," York Gazette* (York, PA), October 4, 1836, This brief editorial satirically refers to Vice Presidential candidate Richard M. Johnson as a "Kentucky Colonel," marking one of the earliest known real-life applications of the term to a political figure—bridging the fictional Wildfire archetype with national political discourse. https://www.newspapers.com/article/york-gazette-col-richard-m-johnson/114207173/.

[6] *"Wouldn't Tell Her Age," The Adams Sentinel* (Gettysburg, PA), June 20, 1859. A satirical courtroom report in which a "Kentucky Colonel" appears as a humorous social type, signaling the cultural entrenchment of the figure as a known public character distinct from official military rank. https://newspapers.com/the-adams-sentinel-wouldnt-tell-her-age/114211024

- **Not created by any government entity**;
- **Not limited to real or actual military officers**.

Instead, it was **established and propagated by public usage**—in journalism, theater, satire, and political speech.

This confirms the **public domain status** of the term, and undermines any modern attempt to monopolize it based on **false claims of origin** or implied government exclusivity.

## Summary Table – Development of the Kentucky Colonel Archetype

| 1830 | Stage Commission | Hackett sponsors contest; Paulding writes Wildfire |
|---|---|---|
| 1831 | Melodrama Debut | *Lion of the West* staged in NY; frontier satire |
| 1832 | Two-Act Farce Revision | Bayle Bernard revises script; adds characters; strengthens Wildfire's Kentucky identity |
| 1833 | Exonym in Print | "Kentucky Colonel" appears from Covent Garden reviews attributed by the English audience |
| 1835 | Political Metaphor | Used symbolically in anti–Van Buren newspaper editorial |
| 1836 | Applied to Living Person | Satirical and discriminatory use of "Kentucky Colonel" for Col. Richard Mentor Johnson |
| 1859 | Humor and Court Satire | Kentucky Colonel appears as recognized comic archetype in an American courtroom |

## Legal and Historical Implications

1. **No institutional origin**: The character of the Kentucky Colonel originated through literary invention, not government authority.
2. **Cultural exonym**: The term was coined and popularized by the **public and the press**, not by the Governor of Kentucky.

3. **Public domain identity**: From 1833 forward, the "Kentucky Colonel" was understood as a **type of person**, not a government designation—used across media, satire, and politics.

## Conclusion: The Pre-War Colonel

By 1860, the term "Kentucky Colonel" had not only emerged from the realm of stagecraft but had become **a living stereotype**—one that would continue to evolve through **the Civil War**, **the Bourbon Age**, the Gilded Age, and into **the advertising boom of the early 20th century**.

It is this **19th-century evolution**, rooted in satire and public imagination, that demonstrates the **non-proprietary** and **public domain status** of the term. It also proves that the **Honorable Order of Kentucky Colonels**, founded nearly a century later, did not originate or define this title, and cannot claim exclusivity over its use.

- *"The Presidency."* The People's Press (York, PA), November 27, 1835.
  https://www.newspapers.com/article/the-peoples-press-black-flag-of-the-ken/114206666/

- *"Political Satire of Col. Richard M. Johnson."* York Gazette (York, PA), October 4, 1836.
  https://www.newspapers.com/article/york-gazette-col-richard-m-johnson/114207173/

- *"London Theatricals."* The Philadelphia Inquirer, April 27, 1833.
  https://www.newspapers.com/article/the-philadelphia-inquirer-london-theatri/115538881/

- *"First Appearance of Hackett as Nimrod Wildfire."* The Philadelphia Inquirer, April 20, 1833.
  https://www.newspapers.com/article/the-philadelphia-inquirer-first-appearan/114206186/

- *"Wouldn't Tell Her Age."* The Adams Sentinel (Gettysburg, PA), June 20, 1859.
  https://www.newspapers.com/article/the-adams-sentinel-wouldnt-tell-her-age/114211024/

- *"The Lion of the West"* Vermont Republican and Journal (Bellows Falls, VT), October 8, 1830.
  https://www.newspapers.com/article/vermont-republican-and-journal-windham/117874147

- *"The Colonel Rides Again."* TIME Magazine, April 21, 1941.
  https://time.com/archive/6795348/education-the-colonel-rides-again/

- **Sagala, Sandra K.** *"Will the Real Frontiersman Please Stand Up?"* Points West Online, Buffalo Bill Center of the West, February 19, 2021. https://centerofthewest.org/2021/02/19/points-west-real-frontiersman/

- **Arpad, Joseph J.** *"John Wesley Jarvis, James Kirke Paulding and Colonel Nimrod Wildfire."* New York Folklore Quarterly 21, no. 2 (1965): 92–103. https://www.jstor.org/stable/43020132

- *"The Lion of the West."* Folkways: American Archive of Public Broadcasting (WUKY, University of Kentucky), 1978. https://americanarchive.org/catalog/cpb-aacip_500-n8730c9s

- *"The Lion of the West."* Showcasing American Drama, U.S. Department of Education, 1983. https://files.eric.ed.gov/fulltext/ED236723.pdf

- **Adkins, Nelson F.** *"James K. Paulding's Lion of The West."* American Literature 3, no. 3 (1931): 249–58. https://doi.org/10.2307/2920180

- **The Englishman**, *"Covent-Garden Theatre,"* March 10, 1833, p. 3 — Full narrative review with character dialogue and plot summary.

- **The Sun (London)**, *"Covent-Garden Theatre,"* March 11, 1833, p. 2 — Evaluative review emphasizing Wildfire as a central character.

- **Bell's Weekly Messenger**, *"Theatre Royal, Covent Garden,"* March 17, 1833, p. 5 — Duel scene and Mrs. Luminary encounter described in dramatic detail.

- **Naval and Military Gazette**, March 16, 1833, p. 6 — Satirical contrast with *Mrs. Trollope's* criticisms of Americans.

- **Bell's Life in London**, March 10, 1833, p. 2 — Humorous idiomatic phrases and audience response.

- **Public Ledger and Daily Advertiser** (London), *"American Haut Ton,"* April 4, 1817, p. 2–3. Extract of a letter dated February 13, 1817, Washington City.