# Exhibit — 2001 Public Notice to Members Following Contact from Wyatt, Tarrant & Combs

This exhibit contains a notice published by **Col. David J. Wright** on the **original "First Website for Kentucky Colonels" (Colonel.org)** in 2001. The notice was prepared and posted following a cease-and-desist letter issued by an attorney at **Wyatt, Tarrant & Combs LLP**, acting on behalf of the Honorable Order of Kentucky Colonels (HOKC).

The website itself "Kentucky Colonels" offered membership and website services to other colonels and was established in 1998, three full years prior to the Plaintiff using the Internet.

The letter advised Defendant to discontinue certain aspects of his public Kentucky Colonels recognition program online, particularly the use of language that could be interpreted as implying formal association with HOKC, despite the fact that Defendant had a disclaimer posted.

Rather than contest the matter, Defendant:

- **Voluntarily allowed his domain to expire**,
- **Disbanded the original program**,
- And published this public notice to **explain the decision to all members** and **acknowledge HOKC's request**.

This evidence is introduced to show:

- **Plaintiff's prior knowledge of Defendant's activities**, dating back to at least 2001,
- **Wyatt, Tarrant & Combs' direct role** in monitoring and communicating with the Defendant,
- And the Defendant's **good-faith, non-litigious response**, which undermines the current allegations of surprise, bad faith, or willful infringement.

This record supports the conclusion that **Plaintiff and its counsel had actual knowledge of the Defendant's identity, nonprofit activity, and online presence for more than two decades**, but failed to act—or acted inconsistently—until initiating retaliatory litigation in 2020.

The Wayback Machine - https://web.archive.org/web/20010803132440/http://www.colo…

# colonel.org



colonel.org

colonel.org

# Special Notice to All Colonels

## Honorable Order of Kentucky Colonels in Louisville Launches Website

It took over three years to convince the Honorable Order of Kentucky Colonels to start a website, now finally they have given into the technological revolution.

They threatened us here at colonel.org with a trademark infringement suit and were unsuccessful, now to counteract our growing popularity as an ad hoc unofficial organization and the existence of the "first original website for Colonels" they started their own official website maintained from their offices in Louisville.

The purpose of this site has run its course and it has been very successful, if you are one of the 103,000 visitors we have had over the past 3 years, thank you for your support. Now that the Honorable Order of Kentucky Colonels has an official website we suggest to all our visitors to support and see their magnificent well designed site.

We further encourage that you visit their site because their webmaster and office staff are well prepared to answer any and all questions about Kentucky Colonels and address many situations that we could not. Visit their site by clicking the image in the top right corner of this page.

## The New Future of the colonel.org Website

We are proud to have maintained our colonel.org website for three years and to have served over 1,100 Kentucky Colonels from all over the world. As the Webmaster of this

site I wish to say to everyone that it has been a distinct pleasure communicating with so many interesting people, and that I look forward to continuing our relationship.

While we will be removing much of our featured content in light of the HOKC establishing their site, we do want to point out that colonel.org will remain as a site for Kentucky Colonels who are active as ambassadors in their communities and that use their honorary title in their daily lives.

I do wish to point out that the Mayalis Internet Group will be maintaining the following services through this website because we know our visitors have enjoyed receiving the services.

- vanity **colonel.org** email addresses
- searchable self-submission database and registry
- one page websites with hyperlinks

As of July 1, 2001 we will charge a nominal fee to new registrants seeking the above services of $10 per year and a $12 setup fee, or $125 for life.

Also beginning July 1, 2001 we will offer competitively priced website hosting services and solutions. All sites will be served off of Unix and Windows 2000 platforms. This offer will only be open to registered Kentucky Colonels.

- Basic - 50mb server space, 5 email addresses, with domain registration $120.00 per year
- Plus - 100mb server space, 25 email addresses, dns, with domain registration $320.00 per year
- Premium - 100mb server space, dns, multi-hosting, dedicated ip, root registration $600.00 per year

---

© 2000-2001 Mayalis Internet Group. All rights reserved.

webmaster@colonel.org

    

This site is not directly supported, sponsored, or funded by the Honorable Order of Kentucky Colonels.