RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

# Exhibit — Historical Markers at Boonesborough

This Exhibit contains the photos and **verbatim text** from two officially sanctioned **Kentucky Historical Markers** and one commemorative **granite monument**, all located at or near **Fort Boonesborough State Park** in Madison County, Kentucky. These publicly maintained markers are suitable for **judicial notice under Federal Rule of Evidence 201(b)(2)** as they are issued by **state and historical agencies**, physically present at the sites described, and publicly verifiable.

These markers and inscriptions **directly confirm the early legislative governance of Kentucky**, the **use of the title "Colonel" as a civic leadership designation**, and the cultural memory associated with Boonesborough as the **birthplace of Kentucky civic government**.

## 1. "Divine Elm" Historical Marker



**Erected by:** Kentucky Historical Society
**Marker Number:** 1582

**Side 1 – Civic Assembly Site**

"Near this site, close to the walls of the fort, stood the 'Divine Elm,' a majestic tree, under whose boughs 100 persons could be seated. The old tree served as both council chamber and church in the development of this state. On May 23, 1775, it was site of the first legislative session held in Kentucky, presided over by Colonel Richard Henderson."

**Side 2 – First Worship Service**

"Here, May 28, 1775, the first official Christian worship service in Kentucky was conducted by the Reverend John Lyth, representing the Church of England. To replace the original which fell in 1828, this elm tree was planted by the Boone Family Assn. on Sept. 2, 1927, near site of the 'Divine Elm.' At its roots was placed earth from thirty-seven historic American shrines."

## 2. "Fort Boonesborough" Historical Marker

**Erected by:** Kentucky Historical Society & Department of Highways  **Marker Number:** 1520

**Side 1 – Capital of Transylvania**



"Boonesborough, 'Capital of the Colony of Transylvania,' was settled April, 1775, by Daniel Boone as the first fortified settlement in Kentucky. Near the fort under the 'Divine Elm Tree' in May, 1775, Colonel Richard Henderson held the first legislative assembly of frontier settlers of Harrodsburg, St. Asaph, Boonesborough and Boiling Springs settlements."

**Side 2 – Town and Military Victories**

"Fort Boonesborough: In 1778, the Kentucky frontier was saved by two major military victories: The settlers withstood the Great Siege of Boonesborough and George Rogers Clark defeated British and Indians at Kaskaskia and Vincennes. This fort became the first town chartered in Kentucky, October, 1779, by the Virginia Assembly." Presented by Ky. Soc. Sons of the Revolution.

## 3. Fort Boonesborough Monument (1981)

**Erected by:** The DAR Society of Boonesborough

This large granite monument lists the names of hundreds of early settlers and families. Among those prominently engraved as civic and military leaders are:

- **Col. Richard Henderson**
- **Col. Daniel Boone**
- **Col. Edward Baxter**
- **Col. Ezekiel Fields**
- **Col. John Bowman**

- **Col. John Floyd**
- **Col. John Ladd**
- **Col. John Logan**
- **Col. John Luttrell**
- **Col. Nathaniel Hart**
- **Col. Richard Calloway**
- **Col. Richard Hines**
- **Col. Robert Rodes**
- **Col. Thomas Slaughter**
- **Col. William Irvine**



The monument begins with this dedication:

*"Dedicated to the sacred memory of the brave pioneers who, in 1775, made the first settlement in Kentucky and established Fort Boonesborough."*

The full list of names is transcribed on the website detailing them titled *Monument Inscription: Boonesborough Founding Families & Colonial Leaders*.

Source: hmdb.org/m.asp?m=239186

## Authentication

These materials are submitted as **adjudicative facts** suitable for **judicial notice under FRE 201(b)(2)**, as they are publicly displayed by state and historical authorities and contain official, commemorative content reflecting the **recognized civic history of the Commonwealth of Kentucky**.