# Exhibit — "Kentucky Colonel–New Vintage" © 1969

**Author**: J. Winston Coleman Jr., LL.D., Litt.D.

**Source**: *The Collected Writings of J. Winston Coleman Jr.*

**Publisher**: Winburn Press, Lexington, Kentucky, 1969

**Pages**: 73–78

RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

## Exhibit Summary and Judicial Description

This narrative portrait by noted Kentucky historian **J. Winston Coleman Jr.** presents a rich ethnographic sketch of the Bluegrass gentleman colloquially known as the "Kentucky Colonel" during the early 1940s. Set against the pastoral landscape of Winburn Farm, Coleman contrasts the **mythical stage version of the Colonel**—with Van Dyke beard, gold-headed cane, and theatrical flair—with a living embodiment of **rural intelligence, agrarian independence, and cultural refinement.**

Coleman's account dismantles stereotypes by presenting the Kentucky Colonel not as a caricature or gubernatorial appointee, but as a **living archetype**, a man rooted in land stewardship, historical literacy, and southern hospitality. His colonel is a *"dirt farmer"*, scholar, and wit, whose values of **leisure, learning, and civic companionship** form the true legacy of the title.

The piece is especially useful in the context of judicial historical notice because:

- It **rejects HOKC theatrical branding**, instead celebrating the authentic civic-cultural persona.

- It evidences continuity between **pre- and post-industrial Kentucky identity**, resisting any narrative of decline or privatization.

- It offers **cultural anthropology in real time**, describing the values, affiliations, and mannerisms of colonels known by neighbors and the local intelligentsia—not by ceremonial decree.

Coleman also references **generational continuity**, revealing a personal and local connection to colonelship dating back to 1810, and distinguishes the Kentucky Colonel from absentee elites, artificial titles, or trademark-based orders. His portrait is one of authentic, lived identity—not legal fiction.

## Legal Relevance

This exhibit refutes the notion that colonelship is the exclusive creation of a nonprofit (e.g., HOKC) or a modern state branding practice. It supports the argument that "Kentucky Colonel" is a **public domain civic identity**, well-known and popularly recognized **prior to the 1933 creation of the HOKC**. The Colonel described herein **owes no allegiance to institutional control**, but instead exemplifies a cultural legacy shaped by custom, honor, and historical memory.

As such, this Exhibit is submitted under:

- **FRE 201(b)** as evidence of cultural fact "not subject to reasonable dispute," and

- **FRE 1006** as part of a broader pattern of evidentiary summary concerning the nature and public ownership of the Kentucky Colonel title.

---

## Kentucky Colonel—New Vintage © 1969

ON A RECENT TRIP TO Kentucky I had the opportunity to observe the 1940-41 style of Kentucky Colonels. Driving south from Cincinnati, I approached the fertile limestone basin of Lexington and was immediately conscious of being in a "fency" country, with white rails to confine the spirited race horses and quaint stone fences that were unlike those of New England. As I approached the home of the Squire,! I was reminded of the childhood days of "The Little Colonel" who rode her pony, "Tar Baby" down a long avenue of locust trees.

The Squire of Winburn Farm was proud to announce that he was a "dirt farmer". There was nothing about him to suggest the stage version of the old Kentucky Colonel, with Van Dyke beard, frock coat, and gold-headed cane. Rather, he was a robust gentleman of early middle age, with a frank, sun-tanned countenance, and a hearty voice. His coat was off, his belt was loose, and his shirt open at the throat. He made his living by growing tobacco and raising hay and corn to feed the race horses in his vicinity. He informed me that before the Roosevelt agricultural policies were adopted, he had cultivated twenty-two acres of tobacco, but since the government had curtailed the production of the "sovereign weed" his quota has been fixed at sixteen acres.

The machine age has reached the Kentucky farms. The Squire uses tractors instead of horses to plough his land, and he plants his tobacco crop with an ingenious machine. He communicates with his tenants

by a private telephone system, and he rides into Lexington for his luxuries in a Pontiac car. In olden days the Kentucky Colonels had obtained their ice for their juleps from domestic ice houses sunk in the ground, with conical shaped roofs. Such relics of the past may still be seen in the rear of "Ashland", Henry Clay's home. But the modern Colonel has a General Electric refrigerator that provides him with ice cubes. His food is cooked on an electric stove and a washing machine lightens domestic service. In fact, the rural life of the well-to-do in the South has been revolutionized by electricity and gasoline.

Before the Civil War, the growing of hemp was the distinctive crop of Kentucky, the "money crop" of the old Colonels. After a long period of abandonment, hemp is being planted again in the rich loams of the Bluegrass as a supplement to tobacco, and Winburn Farm can boast of fourteen acres planted in this ante-bellum staple. Today, however, it is necessary to secure a permit from the Federal Government to grow hemp, since marihuana, the habit-forming narcotic, is made from the leaves and blossom of the plant. The Colonel's permit, therefore, describes him as a "Producer of Marihuana" for the year 1941.

Around his farm are the luxurious estates where the Kentucky thoroughbred horses and their long-legged colts graze. This Lexington limestone basin is not a country for the yeoman farmer. Land is too expensive. The Squire told me that the proprietor of a neighboring farm had been offered seven hundred and fifty dollars an acre for his land. Many of these lordly estates are owned by northern capitalists, such as "Dixiana" and "Faraway Farm", the home of Man o' War. They are the playthings of the rich absentee owners. The Colonel does not attempt to breed race horses, for he says it is the quickest way "to break" a gentleman of moderate means. Nevertheless, he delights in horseflesh and is proud of the Kentucky racers. He escorts his friends to these "show places" and jokes with the old Negroes who display the retired horses of the turf. Old Will [Harbut], who should be called the major-domo to his majesty, Man o' War, has a tremendous sense of his importance in caring for the famed racer, "that super hoss", who was defeated but once in his career of racing, and the jockey who rode him on that occasion, Will significantly remarks, received his walking papers.

The natives, I am told, made invidious remarks about the gadgets which the wealthy Yankees have imported into the horse country, such as highly polished brass hardware in the stables and air-conditioned rooms for the harness. But, doubtless, they are glad that the profits from automobiles, moving pictures, etc., are devoted to supporting the horse farms in a manner that "dirt farmers" and the old generation of Colonels could not begin to afford.

The Squire has attained a happy and tranquil philosophy of life on his Bluegrass farm, which has been owned by the family since 1810. In his earlier years he was a business man, but the worries and uncertainties of that mode of life caused him to abandon it and return to the soil. Now he enjoys the

independence and peace of mind of a country gentleman. No Southerner could be more hospitable than the Colonel. The food that he serves his guests is grown largely on his farm, the bread and pancakes are made from his own grain, the sausages and hams from his own hogs, the chickens and eggs are furnished by his tenants, the cream and strawberries are home products, and the flowers that adorn his table are gathered in his garden. When he makes a mint julep, he steps outside his door and pulls a sprig of mint from the bank of the stream by the spring house. He serves his delicious concoction from coin silver julep cups that his grandfather Coleman drank from, and he gleefully shows you how worn are the edges of the spoon, with which his "grandpappy'" stirred his juleps.

The focal room in the house of Winburn Farm is the library. Its shelves are filled with books on Kentuckiana, for the Squire is one of the non-professional historians of the South. Many of the dollars that were earned from the sale of tobacco and livestock have gone into buying rare books on southern history. The Colonel has written books on the romance of stage-coaching days and of the old taverns of Kentucky," such as Postlethwait's in Lexington. His magnum opus, however, is a mellow study of slavery times in Kentucky.* On the walls of his library hang the photographs of many eminent southern writers who have visited his home. They indicate that the proprietor has a gift for friendship and has carried on the old southern virtue of hospitality.

The Colonel belongs to a book club of the intelligentsia of Lexington called the "Book Thieves". The members meet for lunch at each other's homes at frequent intervals and discuss books and life. There is no formal program for these gatherings to restrain the spontaneous flow of wit and good conversation. The culture of the Blue Grass region is reflected in the membership of this club which includes gentlemen from various professions and walks of life. Perhaps the most outstanding personality in this group is a white-haired, aristocratic judge,* "the dean of Kentucky historians', who has the largest private library in the state. Other members are: an eye specialist? whose hobby is the collection of rare first editions; a loquacious and witty business man,° nicknamed "The General"; the dignified President' of the University of Kentucky; a physician who has written a book on the conquest of cholera; a lawyer who has devoted years of research on the life of Abraham Lincoln and has collected one of the most valuable libraries of Lincolniana in the world; a young professor? at the University of Kentucky who has published a number of volumes on southern history. In such a group the visitor feels that he may discuss many subjects, especially the history of the Old South in a free spirit, without the inhibition of partisanship.

I believe that the Colonel determines the tone of the club, and his influence is in the direction of informality and freedom. He makes fun of high-brows, stuffed shirts and bigwigs. Certain society folks of the Blue Grass region who follow the fox and hounds in fancy costumes are the butt of his wit and

mimicry. He is especially amused at "the blessing of the hounds" when a portly bishop! prays over the hounds in a deep voice that rumbles forth from the depths of his belly. The Colonel also jokes about his ancestors, making many flippant remarks as he shows you family portraits done by Jouett,!? and ancestral silver. He observes that the Blue Grass region contains some inhabitants that are "long on ancestors and short on cash". But one of the most appealing facets of his personality is his philosophy of enjoying life. He thoroughly believes in leisure. Hence he does most of his farming by telephone. Especially does he believe that every person should have a hobby. He is fond of contrasting his carefree and pleasant mode of existence with the prosaic life of some other farmers who work hard, fret and fume, and have little fun out of life.

It is this appreciation of leisure, to use for culture and the enjoyment of good companionship, that forms the connecting link between this splendid specimen of the Kentucky Colonel of 1941 and his prototype, the old Colonel with the Van Dyke beard and gold-headed cane.

**Coleman, J. Winston Jr.** *The Collected Writings of J. Winston Coleman Jr., LL.D., Litt.D.* Lexington, KY: Winburn Press, 1969.

Source: https://archive.org/details/collectedwriting0000jwin/page/73/mode/2up