RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

# Exhibit — Internet, Libraries, and Newspapers

## Selected Resources from Newspapers

Similar articles from US Newspapers are listed as the content of other exhibits. Due to the requirement to make these articles "easily available" some have been repaginated here and others have been added. All of these materials are evidence of the existence of Kentucky Colonels in American history notwithstanding the Appellee and will be used in the Appellant's book, Kentucky Colonels.

1. David Crockett and the Fall of the Alamo, The Sunday Star (Washington, D.C.), 2 pages, December 13, 1931 (A nonfiction story told 100 years later.)

2. A Kentucky Horror, (Kentucky Colonel Shoots a Judge) Chicago Daily Tribune, (Chicago), March 28, 1879

3. Acquittal of Buford, Anderson Intelligencer (Anderson Court House, S.C.), February 10, 1881

4. Judge Elliot's Slayer Returns to the Asylum, Salt Lake Herald (Salt Lake City, Utah), June 14, 1884

5. Death of a Noted Kentuckian, Alexandria Gazette (Alexandria, D.C.), February 18, 1885

6. A Kentucky Colonel, Chicago Daily Tribune, December 26, 1880

7. A Missing Decoration for the Prince of Bulgaria, San Antonio Light (San Antonio, Tex.), October 27, 1883 (*Shows it was known that Governors sent commissions using the mail.*)

8. Quinine Jim's Way, Daily Tobacco Leaf-Chronicle (Clarksville, Tenn.), December 23, 1892 (Defining)

9. Last Genuine Kentucky Colonel, Connecticut Western News (Salisbury, Conn.), April 6, 1893

10. Kentucky Colonels (Negroes), The National Tribune (Washington, D.C.), September 14, 1893.

11. As To Kentucky Colonels, Evening Star (Washington), April 11, 1894

12. Belligerent Kentucky Colonels, Santa Fe New Mexican (Santa Fe, N.M.), February 9, 1898

13. The Colonel's Daughter, Midland Journal (Rising Sun, Md.), February 17, 1893 (Bold Kentucky Colonel)

14. Why He Likes Honolulu, (The Fetching Feature To A Kentucky Colonel) The Hawaiian Star (Oahu), July 27, 1898

15. Famous Kentucky Colonels, Semi Weekly Interior Journal (Stanford, Ky.), August 31, 1900

16. Bluegrass Kentucky Colonel, Loved it More than Life, Blackfoot News (Blackfoot, Idaho), November 24, 1900

17. Military Spirit of Tucson, Arizona Daily Citizen (Tucson, Arizona Territory), May 20, 1901

18. Negro is a Real Asset Says a Southerner, The Colorado Statesman (Denver, Colorado), July 8, 1916

19. Summit of the Amendments, The Citizen (Berea), November 30, 1916

20. Col. John Wathen, Mountain Advocate (Barbourville, Ky.), June 3, 1921

21. Want Impressive Uniforms, The Bismarck Tribune (Bismarck, N.D.), May 25, 1931

22. Will Rogers Says, Imperial Valley press (El Centro, Cal.), September 30, 1933

23. Kentucky has a Negro Colonel, Jackson Advocate (Jackson, Miss.), April 23, 1955

24. $22.50 Kentucky Colonelcy, Portland Press Herald, Feb. 11, 1932, at 4

25. Ex-President Gets Promotion, Evening Star (D.C.), November 14, 1954

26. 40 Colonels Named by Johnson Include 21 Men Killed in War, The Courier-Journal, May 2, 1942, at 13

27. 589 Colonels (Part I), The Lexington Herald, May 24, 1931, at 1

28. 589 Colonels (Part II), The Lexington Herald, May 24, 1931, at 8

29. 600 Colonels Frolic At Pre-Derby Event, The Courier-Journal, May 5, 1956, at 17

30. A Compound Outrage on the American People, The News Journal, Jun. 2, 1874, at 2

31. A Dangerous Man, Western Mail, Apr. 14, 1874, at 8

32. A Dead Game Kentucky Colonel, Vintage of 1908, Albuquerque Citizen (Jan. 1908)

33. A Few Words Between Colonels, The Spokesman-Review, May 19, 1935

34. A Gross Outrage, The Brooklyn Daily Eagle, Apr. 3, 1936, at 26

35. A Kentucky Acres, Chicago Evening Post, Dec. 7, 1871, at 2

36. A Kentucky Colonel Advises Aging to Work at Staying Young, The New York Times (Nov. 1971)

37. A Kentucky Colonel Learns the Truth, Clarion-News, Dec. 14, 1939

38. A Knight, Not a Kentucky Colonel, The Cincinnati Post, Mar. 16, 1932

39. A Man in Kentucky, The Inter Ocean, Jan. 31, 1881, at 4

40. A Salute To 2 Beautiful, New Kentucky Colonels!, The Courier-Journal, Jan. 18, 1956, at 22

41. A Virgina Institution, The Courier-Journal, Aug. 24, 1916, at 4

42. About Kentucky Colonels, The Lexington Herald, Apr. 24, 1947, at 4

43. Adjutant General Nuckols, The Courier-Journal, Feb. 19, 1881, at 1

44. Almost Confidential, The Los Angeles Times, Oct. 18, 1939, at 21

45. An Alien Colonel, Evening Vanguard, Sep. 5, 1921, at 6

46. *An Honorary Secretaryship of State is All He Needs*, Independent-Record, Nov. 22, 1963, at 10

47. *Annie Poage Named Kentucky Colonel*, The Big Sandy News, Jan. 30, 1920, at 7

48. *Annual Colonel Crop*, The Bourbon News, Nov. 24, 1922, at 6

49. *Army of Ohio Organization*, The Inter Ocean, Aug. 26, 1900, at 38

50. *Army Titles*, Akron Daily Democrat, May 13, 1901, at 5

51. *Average Kentucky Colonel*, The Owensboro Messenger, May 4, 1935

52. *Barbecue's His Pride Suh!*, Fort Lauderdale News, Mar. 6, 1958, at 64

53. *Beauty and Brains Carried Her to Top*, The Courier-Journal, Jul. 7, 1940, at 61

54. *Been Coloneled Yet?*, The Lexington Herald, Aug. 21, 1932, at 16

55. *Big Odds Staked on Kentucky Colonelcy*, The Kentucky Post and Times-Star, Sep. 13, 1932, at 1

56. *Black Flag of the Kentucky Colonel, The Presidency*, The People's Press, Nov. 27, 1835, at 3

57. *Blue Grass Sod*, The Topeka State Journal, Mar. 17, 1896, at 1

58. *Boys and Girls Seek Colonelcies*, Asheville Citizen-Times, Jun. 16, 1933

59. *Branching Out to North Carolina*, Lexington Herald-Leader, Oct. 29, 1996, at 33

60. *Bruise Mint? No, Suh Here's Real Authority*, The San Francisco Examiner, Jun. 16, 1939, at 5

61. *Bumper Winter Crop of Kentucky Colonels Record*, Messenger-Inquirer, Mar. 29, 1934, at 1

62. *Burgoo King Reigns at Colonels Feast*, The Courier-Journal, May 5, 1980, at 5

63. *Cannon Would Half Title of Colonel to Actors and Others*, Wausau Daily Herald, Feb. 24, 1934, at 1

64. *Certain Kentucky Colonel*, The Atwood Patriot, Jan. 10, 1896, at 2

65. *Charlestown, July 07, 1779*, The Virginia Gazette, Aug. 14, 1779, at 2

66. *Chestnut Street Theatre*, The Philadelphia Inquirer, Sep. 17, 1895

67. *Claims Right to Title of Colonel*, The Gazette, Nov. 8, 1917, at 13

68. *Cleared the Court*, Evening star, Apr. 11, 1894, at 1

69. *Col. Jeems Taylor*, Courier-Journal, Aug. 20, 1871, at 1

70. *Col. Bacon, Aide-de-Camp*, The Times-Picayune, Aug. 3, 1877, at 1

71. *Col. Curtis Loran Davis*, Lexington Herald-Leader, Oct. 17, 2008, at 15

72. *Col. Edmund T. Duff*, The Weekly Herald, Sep. 24, 1875, at 8

73. *Col. McGoowin of Paducah*, Republican Banner, Sep. 9, 1859, at 3

74. \* *Col. Richard M. Johnson*, York Gazette, Mar. 15, 1836, at 3

75. *Col. Sumpter Anderson*, The Courier-Journal, May 9, 1861, at 2

76. Colonel Makers Stage Gay Race, The Spokesman-Review, Jun. 10, 1933

77. Colonel Staff Named in Kentucky, The Cincinnati Enquirer, Sep. 22, 1941, at 1

78. Colonel Tom Buford Acquitted, Lancaster Intelligencer, Feb. 2, 1881

79. Colonelling like Hudibras and Ralpho, The Morning Chronicle, Oct. 8, 1804

80. Colonels (Lexington Herald Leader 1989), Lexington Herald-Leader, May 5, 1989, at 35

81. Colonels Aplenty, Suh!, The Cincinnati Enquirer, Apr. 28, 1963

82. Colonels Eat Dessert, The Courier-Journal, May 1, 1948, at 11

83. Colonels of State to Meet on Saturday, The Paducah Sun-Democrat, May 18, 1931, at 3

84. Comment on News of the Day, The Pasadena Post, Aug. 18, 1931, at 4

85. Couple Looking for a Few Good Kentucky Colonels, Dayton Daily News, Feb. 8, 1984, at 27

86. Crockett and Hackett Colonels, Urbana Citizen and Gazette, Feb. 7, 1884, at 1

87. Cut in Commissioning of Colonels Won't Thin Ranks for Quite Awhile, New Yorkers Outnumbered, The Courier-Journal, Apr. 30, 1969, at 39

88. Dead Heat, The Cincinnati Enquirer, Aug. 27, 1895, at 6

89. Death of Jefferson Davis, The New York Herald, Sep. 5, 1861, Front Page

90. Demands for Title Increasing, Evansville Courier and Press, Jan. 30, 1975, at 1

91. Don't Be Fooled, Kentucky Colonel, Lexington Herald-Leader, Aug. 5, 1907, at 4

92. Editor to Command Kentucky Colonels, Albuquerque Morning Journal (Jan. 1912)

93. Ellie's a Worker: Selling the Kentucky Colonels, Messenger Inquirer, Sep. 28, 1973, at 12

94. Employment of Negro Troops, The New York Times, Aug. 22, 1862, at 1

95. English Sheep Dog Becomes a Kentucky Colonel, UPI, 1980, at

96. Excerpt: Col. Charles Todd on Colonelcy, Madisonian, Jun. 25, 1840, at 2

97. Excerpt: Stillman's Run, The Pantagraph, Mar. 21, 1857, at 2

98. Famous Case Opened, The Scranton Tribune, Mar. 9, 1894, at 1

99. Film Stars Get Kentucky Colonel Commissions, The Paducah Sun, Jun. 11, 1961, at 1

100. First Appearance of the Kentucky Colonel, London Theatricals, The Philadelphia Inquirer, Apr. 20, 1833

101. From Now On, You Can Call Me Col. Constable, Suh, News-Journal, Aug. 14, 1978, at 15

102. From Old Kaintuck, Republican Banner, Aug. 23, 1871, at 1

103. Geo. Rogers Clark, Kentucky Gazette, Jul. 9, 1805, at 3

104. Glimpses of Kentucky, Savannah Morning News, Sep. 12, 1882

105. Going ... A Genteel Kentucky Lifestyle, The Courier-Journal, Aug. 22, 1982, at 85

106. Good Example, Freedom's Champion, Dec. 13, 1862, at 2

107. Good Stories for All, The Boston Globe, Sep. 19, 1896, at 8

108. Good Will Kentucky Colonelcies, Hartford Courant, Jun. 20, 1933, at 8

109. Governor Bradley, The Herald-Palladium, Mar. 17, 1896, at 1

110. Hang Onto Your Mint Julep — Kentucky Wants a Colonel, The Courier-Journal, Oct. 12, 1952, at 41

111. Headquarters Kentucky Militia, The Courier-Journal, Sep. 10, 1862, at 3

112. Hearts of True Kentucky Colonels, St. Louis Post-Dispatch, Jan. 30, 1898, at 6

113. Honorable Colonel of the County, Dunlap and Claypoole's American Daily Advertiser, Feb. 17, 1781, at 3

114. How Ah Youall?, The Park City Daily News, May 1, 1955, at 21

115. How Colonels Get Titles, Columbia Missourian, Jan. 7, 1913, at 2

116. I Reckon So, The Tennessean, Aug. 28, 1938, at 37

117. In General, Colonelships No Major Honor, The Cincinnati Enquirer, May 4, 1979, at 65

118. Inaugural Fete Kentucky Colonels, The Courier-Journal, Nov. 15, 1913

119. Irving Cobb Slated for Kentucky Colonelcy, The News and Observer, Mar. 27, 1921, at 1

120. It's Honorable to Be a Kentucky Colonel, The Advocate-Messenger, Dec. 7, 2008, at 23

121. Judge Edward C O'Rear is Made Kentucky Colonel, The Courier-Journal, Feb. 3, 1955, at 17

122. Juleps to Cost Quarter Under New Code, Suhs!, The Miami News, May 5, 1934, at 1

123. Kentucky Admirals Stripped of All Outward Vestiges, The Anniston Star, Dec. 10, 1939, at 20

124. Kentucky Colonel Challenge, The Buffalo Commercial, Feb. 10, 1898

125. Kentucky Colonel Chapter Honors Two, The Park City Daily News, Jul. 7, 1980, at 5

126. Kentucky Colonel Commission Marks Its 163rd Year, The Journal News, Jan. 17, 1976, at 2

127. Kentucky Colonel Commissions Have Been Issued To Over 21,000 In All Walks Of Life, Messenger Inquirer, May 1, 1955, at 35

128. Kentucky Colonel Fried Chicken In Business, The Burlington Free Press, Jun. 30, 1969, at 22

129. Kentucky Colonel in Corvallis, Corvallis Gazette-Times, Mar. 28, 1999, at 4

130. Kentucky Colonel Life: Serving the Commonwealth, The Paducah Sun, Sep. 9, 2007, at 41

131. Kentucky Colonel Ventures on Water, The Courier-Journal, Mar. 20, 1896

132. Kentucky Colonel, 1933 Style, Nashville Banner, Nov. 8, 1933, at 20

133. Kentucky Colonel's Uniform Varies Except for a Quart of Whisky, The Courier-Journal, Nov. 24, 1939, at 15

134. Kentucky Colonelcies Tax Exemption, The Courier-Journal, Feb. 6, 1890, at 4

135. Kentucky Colonelcy Made Election Prize, The Baltimore Sun, Sep. 13, 1932, at 1

136. Kentucky Colonelcy Restored, Chattanooga Daily Times, Apr. 28, 1936, at 14

137. Kentucky Colonels, Wessington Springs Herald, Nov. 15, 1889, at 7

138. Kentucky Colonels, The Courier-Journal, Sep. 18, 1861, at 3

139. Kentucky Colonels, McCool Junction Record, Oct. 10, 1889, at 3

140. Kentucky Colonels, The Angola Record, Jan. 3, 1901, at 3

141. Kentucky Colonels, The Cincinnati Post, Oct. 6, 1934, at 6

142. Kentucky Colonels, The Park City Daily News, Jan. 29, 1975, at 6

143. Kentucky Colonels Are At It, The Waterbury Democrat, Apr. 6, 1933

144. Kentucky Colonels Are Going to Meet, Wilkes-Barre Times Leader, the Evening News, Apr. 30, 1937

145. Kentucky Colonels Barbecue is Perfect Derby-Ending Event, The Courier-Journal, May 5, 1986, at 5

146. Kentucky Colonels Colored Notes, The Lexington Herald, Sep. 16, 1941

147. Kentucky Colonels Comprise Veritable Army, Lexington Herald-Leader, May 5, 1989, at 31

148. Kentucky Colonels Crowded House, Daily Arkansas Gazette, Feb. 12, 1898, at 5

149. Kentucky Colonels Decide to Wear Long-Tailed Coat, Broad Brimmed Hat Rather Than Official Uniform, The Lexington Herald, May 25, 1931

150. Kentucky Colonels Exclusive Bunch, The Lexington Herald, Mar. 16, 1980

151. Kentucky Colonels Form Local Association, News-Press, Apr. 21, 1989, at 73

152. Kentucky Colonels Opera House, The Daily Notes, Jan. 23, 1901, at 1

153. Kentucky Colonels Parade', The Lexington Herald, Nov. 29, 1933, at 1

154. Kentucky Colonels Quartette, The Commercial Appeal, Feb. 14, 1898

155. Kentucky Colonels Sue Over Name, The Messenger, Aug. 13, 2004, at 4

156. Kentucky Colonels to Escort Mr. Bath, The Courier-Journal, Nov. 19, 1905

157. Kentucky Colonels to Mobilize At Governor's Call to Combat Threats to Outlaw Their Titles, Johnson City Staff-News, Apr. 27, 1934, at 12

158. Kentucky Colonels to Resort to the Duello, The San Francisco Examiner, Feb. 10, 1898, at 3

159. Kentucky Colonels Visit Chautauqua, The Atlanta Constitution, Jul. 2, 1898

160. Kentucky Colonels Will Please Shed Their Sidearms Before Reading This, The Courier-Journal, Jul. 13, 1947

161. Kentucky Colonels: What is Poetry? (Part 1), The Sun, Aug. 18, 1895, at 6

162. Kentucky Colonels: What is Poetry? (Part 2), The Sun, Aug. 18, 1895, at 6

163. Kentucky Colonels' Official Dies, The Courier-Journal, Jun. 22, 1981

164. Kentucky Demobilizes 17,000 Colonels, Sunday News, Mar. 29, 1936, at 10

165. Kentucky Demobilizes Colonels, Sunday News, Mar. 29, 1936, at 1

166. Kentucky Distilleries, Including Old Kentucky Colonel, The Wall Street Journal, Feb. 3, 1899, at 2

167. Kentucky Fried Chicken Colonel, Detroit Free Press, Dec. 17, 1980

168. Kentucky Governor Has Enough Colonels for Army of 14,688,000, The St. Louis Star and Times, Jan. 17, 1935, at 5

169. Kentucky Head Orders Colonels to Mobilize, The Knoxville Journal, Apr. 29, 1934, at 19

170. Kentucky Ku'nels Organize, The Cincinnati Enquirer, Sep. 27, 1933

171. Kentucky Tips Its Coon-Skin Hat, The Hugo Daily News, Apr. 26, 1962

172. Kentucky, Land of Colonels, To Have Even More Colonels, Fort Worth Star-Telegram, Jun. 9, 1933, at 11

173. Like Kentucky Colonels I, The Buffalo Times, Jan. 11, 1901, at 1

174. Like Kentucky Colonels I (Continued), The Buffalo Times, Jan. 11, 1901, at 1

175. Lion of the West, Vermont Republican and Journal, Oct. 8, 1830

176. Little Miss Bowling Green, The Park City Daily News, Mar. 7, 1972, at 2

177. London Theatricals, The Philadelphia Inquirer, Apr. 27, 1833, at 1

178. Lost Creek Youth Is Kentucky Colonel, Republican and Herald, May 31, 1960, at 9

179. Louisville Kentucky Colonel, Chicago Tribune, Oct. 1, 1889, at 4

180. M'LEMORE: Colonel's Opinions, The South Bend Tribune, Mar. 8, 1946, at 10

181. Miscellaneous Political Items from Various Quarters, Chicago Tribune, Aug. 26, 1872, at 1

182. Miss Pollard Weeps Again, The Philadelphia Times, Mar. 31, 1894, 1

183. More Colonels Than Privates in Kentucky, Pittsburgh Sun-Telegraph, Oct. 22, 1933, at 50

184. Negroes in Canada, The Cadiz Sentinel, Sep. 14, 1859, at 1

185. New Colonels Body is Formed, Messenger-Inquirer, Sep. 29, 1933

186. New Kentucky Colonels, The Kentucky Post and Times-Star, Mar. 28, 1908, at 2

187. Nine Months Recruits, The Courier-Journal, Nov. 10, 1862, at 3

188. No More Goatees, Dayton Daily News, May 5, 1934, at 11

189. No Use for the Water, Akron Daily Democrat, Nov. 10, 1900, at 7

190. Non-Colonels Also Dine, The Courier-Journal, May 8, 1972, at 6

191. Odd Ways of Making Money, The Sun, Mar. 17, 1907, at 11

192. Ohio To Miami, The Miami News, Feb. 5, 1925, at 27

193. Ohioans Kentucky Colonels; Cincinnati Woman Honored, The Cincinnati Enquirer, Dec. 19, 1929

194. Outside of Indiana, The Courier Journal, Aug. 23, 1908, at 4

195. Pair of Dimples Kentucky Colonelcy, Daily News, Aug. 12, 1933, at 223

196. Pantilly Moraros-Kentucky Colonel, Nashua Telegraph, Dec. 2, 1966

197. Paris Papers, The Morning Chronicle, May 21, 1814, at 2

198. Pass in Review: Kentucky Colonels, Fort Lauderdale News, Jan. 8, 1951

199. Passing of Kentucky Colonel, The Intermountain Catholic, Apr. 20, 1907, at 4

200. Perry Makes Wife Kentucky Colonel, The Courier-Journal, Jun. 21, 1924

201. Pistols Don't Go, The Pittsburgh Post, Mar. 14, 1894, at 1

202. Plea for Professors, Colonels and Honorable, The Baltimore Sun, Jun. 30, 1907, at 13

203. Poor Horace! Tired Greeley!, Urbana Citizen and Gazette, Sep. 26, 1872

204. Premium on Kentucky Colonelcy is Proposed, The Baltimore Sun, Feb. 10, 1932, at 2

205. Prominent Hoosier Was Kentucky Colonel, The Owensboro Messenger, Oct. 2, 1948, at 6

206. Rebellion Afoot, Detroit Free Press, Jan. 25, 1940, at 15

207. Restricted Kentucky Colonelcies, The Courier-Journal, Feb. 3, 1956, at 13

208. Restrictions on Kentucky Colonelcies, The Courier-Journal, Feb. 3, 1956, at 1

209. River Outing Planned by Kentucky Colonels, The Courier-Journal, Jul. 21, 1905, at 7

210. Sensible Language, The Portland Daily Press, Feb. 14, 1870, at 2

211. Slaves Graves At Old Kentucky Home Presented, The Courier-Journal, Jul. 5, 1945, at 13

212. Source of Colonelling 1752, The Virginia Gazette, Mar. 20, 1752, at 1

213. South America is Where the Colonels Go, Enquirer, Jan. 16, 1813, at 1

214. Sponsor To Be Made Colonel, The Kentucky Post and Times-Star, May 21, 1932, at 1

215. Sport: At Churchill Downs, Time, May 16, 1932

216. State Colonels Have Increased Under Laffoon, The Paducah Sun-Democrat, Mar. 29, 1934, at 4

217. Still No Guns, The Topeka State Journal, Mar. 13, 1896, at 1

218. Talk of the Town, The Cincinnati Enquirer, Apr. 13, 1936, at 22

219. Tennessee and the Kentucky Colonel, Emporia Weekly Republican, Dec. 23, 1886, at 2

220. Tennessee Colonel, Winfield Daily Courier, Aug. 13, 1897, at 2

221. Texas Centennial Ranger Same as Kentucky Colonel, The Whitewright Sun, Apr. 9, 1936, at 1

222. The Brighter Side, The San Francisco Examiner, Apr. 30, 1937, at 4

223. The Honorable Order of Kentucky Colonels Opens Headquarters in New York City and in Lexington, The Lexington Herald, Sep. 21, 1933, at 8

224. The Kentucky Colonel, The Courier-Journal, Nov. 24, 1896, at 4

225. The Kentucky Colonel and His Beautiful Wife, The Hazel Green Herald, Sep. 26, 1907, at 4

226. The Kentucky Colonel Crop, Montgomery Advertiser, Apr. 11, 1926, at 4

227. The Kentucky Colonels, Wheeling Daily Intelligencer, Jan. 18, 1900, at 4

228. The Kentucky Colonels, Randolph Enterprise, Jan. 23, 1890, at 8

229. The Kentucky Colonels, Austin American-Statesman, Jun. 7, 1895

230. The Louisville Exposition, Birmingham Iron Age, Jul. 19, 1883

231. The News, Colonels, New York Daily Herald, Oct. 20, 1861, at 4

232. The Only Woman Colonel, The Advocate-Messenger, Aug. 11, 1926

233. The Thorough-Bred Horse Ratler, The North-Carolina Journal, Jan. 4, 1804, at 6

234. The Two Colonels, The Courier-Journal, Aug. 23, 1902, at 9

235. Theatrical Necrosis, Sun-Journal, Sep. 2, 1892, at 7

236. Titles Pomona Progress, The Pomona Progress, Dec. 11, 1900, at 2

237. Today I Am a Colonel, The Des Moines Register, Mar. 24, 1940, at 36

238. Trees: Group Giving Seedlings to Fran Victims, Lexington Herald-Leader, Oct. 29, 1996, at 35

239. True South: Kentucky Colonels Just Ask, The Atlanta Constitution, Aug. 16, 1992, at 126

240. Try the "Kentucky Colonel, The Granite Enterprise, Jan. 4, 1901, at 5

241. Uncle Joe is a Kentucky Colonel, The Courier-Journal, Jan. 24, 1939, at 2

242. Vermont Student Kentucky Colonel, The Kentucky Post and Times-Star, Aug. 15, 1933, at 1

243. Virginian Kentucky Colonel, The Salt Lake Herald, Jan. 18, 1898, at 5

244. Voice of the People: Kentucky Colonels 1939, The Advocate Messenger, May 8, 1939, at 2

245. Wedding Sunday for Kentucky Colonels, St. Louis Post-Dispatch, May 5, 1955, at 69

246. West Tennessee, Memphis Daily Appeal (Aug. 1873)

247. What a Kentucky Colonel Says, The State, Jun. 7, 1904, at 3

248. What Does this Outback Cop Have in Common with Elvis, Muhammad Ali and Princess Anne?, ABC News 2022

249. Wilhoite C Barrickman, on Kentucky Colonels, The Advocate-Messenger, May 8, 1939, at 2

250. Wouldn't Tell Her Age, The Adams Sentinel, Jun. 20, 1859, at 1

251. You May Proceed, The York Dispatch, Apr. 10, 1964, at 2

## Selected Resources from the Internet (Exhibits)

1. Anthony Harkins, Colonels, Hillbillies And Fightin': Twentieth-Century Kentucky In The National Imagination, History Faculty Publications (Apr. 2015).

2. Thomas D. Clark, Agrarian Kentucky, UKnowledge (2003)

3. Hughes, Schafer, and Williams, That Kentucky Campaign; or, The Law, the Ballot, and the People (in the Goebel-Taylor Contest)

4. Blair M. Smith, The Rise of the New Elite: the Evolution of Leadership in Kentucky, c.1770-1800, Doctoral Thesis (U of Dundee 2013)

5. Kentucky Constitution (1792), Written by Kentucky Colonels

6. Hambleton Tapp and James C. Klotter, Kentucky: Decades of Discord, 1865-1900 (1977)

7. Honolulu Lodge F&AM, The Kentucky Colonels, (2012)

8. Oklahoma Masonic History, Kentucky Colonel Patent, A HOKC 1895 Claim (2021)

9. Bylaws of the Kentucky Colonel's Club of Ubar Grotto, (2013)

10. John Filson, Map of Kentucke 1784, Library of Congress (Detail)

11. James J. C. Davis, Early History Of The Honorable Order Of Kentucky Colonels (Jan. 2021).

12. Judge Darrell White, Historical Significance of a Kentucky Colonel Named Harlan (2007).

13. Lowell R Gano, The Interesting Mr. K-- And Kentucky Hospitality.

14. Col. Michael Masters, Hospitality: Kentucky Style (2001)

15. Mark D Weinstein, John Hart Named "Kentucky Colonel." (2014)

16. James Russell Harris, "A Great Deal More that Could be Done": Lowell H. Harrison on Statecraft, Scholars, and Kentucky History. KHS Register, Vol. 105, No. 1 (Winter 2007), pp. 33-92

17. Register of Kentucky State Historical Society, 1–3 Hathitrust (1913).

18. Register of Kentucky State Historical Society, 16 Hathitrust (1918).

19. News And Notes: Kentucky Colonels Register Of The Kentucky Historical Society, 67 (Kentucky Historical Society 1969).

20. Captain Thomas Speed, The Union Cause in Kentucky, (1907) Adjutant 12th Kentucky Infantry, Author of "The Wilderness Road,"

21. American Business Women's Association - Kentucky Colonel Chapter (MSS 693).

22. Kentucky Tradition, Hathitrust.

23. Motion Picture News Booking Guide (1922-1923).

24. Thomas D. Clark, The Kentucky (1992). UK, United States History.

25. Richard G. Stone Jr., A Brittle Sword: The Kentucky Militia, 1776-1912, Western Kentucky University (1977)

26. Edward Richardson, Cassius Marcellus Clay: Firebrand of Freedom (1976) UKnowledge

27. The Southern States, University of Michigan Law School Scholarship Repository

28. The Colonelette (December 1964).

29. The Colonelette (1964-1999).

30. The Colonelettes, Kentucky Cooking New and Old (1955-58)

31. Amy Harris, Wayne Newton Talks Becoming A Kentucky Colonel, The Travel Addict (Oct. 26, 2023),

32. Anne Elizabeth Marshall, A Strange Conclusion To A Triumphant War: Creation Of A Confederate Kentucky From 1865-1925. (2004)

33. Annie Fellows Johnston, The Little Colonel: Maid Of Honor (1905).

34. Benjamin Gies, Kentucky's First Statesman: George Nicholas and the Founding of the Commonwealth. (University Of Louisville 2016).

35. Billy O'Neil, Cry Baby Cry, Kentucky Colonels (1952)

36. Charity Blanton, McGangsters Co-Founders Named Kentucky Colonels, Times Leader,

37. Col Andrew Tangel, Thanks For Making Me A Kentucky Colonel. What Do I Do Now?, Wall Street Journal (Aug. 28, 2017).

38. Col. David J. Wright, Kentucky Colonel Home Page and Registry, "Kentucky Colonels ™ ? ", (1998).

39. Col. David J. Wright, 1st Kentucky Colonels Website: Special Notice To All Colonels, (2001).

40. Eric Grundhauser, You Can't Be Knighted In The U.S., But You Can Be Named A Sagamore Of The Wabash, Atlas Obscura, (2019).

41. H. A. Van Coenen Torchiana, California Gringos, Hathitrust, (Last Visited Dec. 14, 2023).

42. Heather Baird, Kentucky Colonel Candy, Sprinkle Bakes (2020),

43. Kentucky Hempsters, Henry Clay: The Hemp Farmer, Manufacturer, And Politician, KyHempsters, (Last Visited Jan. 15, 2024).

44. Jack Brammer, Contributing Colonels, Kentucky Monthly (2023).

45. Robert Hickey, How To Address A Kentucky Colonel - Greet, Email, Write Or Say Name, Honor & Respect, (Last Visited Dec. 15, 2023).

46. Jeff Anderman, Kentucky Colonel Cocktail, The Drunkard's Almanac (Sep. 5, 2023)

47. Jeffrey Ising, My Old Kentucky Home (Song). (1859)

48. Sarah Ladd, Kentucky Colonels Sue "Kentucky Colonels International" Over Copyright Infringement, The Courier-Journal, (2020).

49. Migdalis Pérez, Dr. Rafael Marrero Is Commissioned As Colonel By The Governor Of Kentucky, Presswire, (Last Visited Dec. 15, 2023).

50. Rick Childress, Colonel Conspiracy, ColumbiaMagazine.Com. (2020)

51. Siesta Sand, A Salute To The New Colonel, Siesta Sand (May 28, 2022).

52. Submitted, Mansfield's Rayburn Commissioned A Kentucky Colonel, Richland Source, (2023).

53. Taylor, Become A Kentucky Colonel, Richmond Register, (2021).

54. The Kentucky Colonels, I'm Goin' South (Vocalion 1923).

55. Tony Havelka, Is Being A Kentucky Colonel A Big Deal? (Jan. 9, 2023)

56. The Kentucky Colonel, Performing Arts Encyclopedia, Library of Congress (1920).

57. Bob Newman - The Kentucky Colonel (1959).

58. Cool Colonels - On Tour (1963).

59. Gov. Bevin Launches Portal For "Kentucky Colonel" Application, WKMS (Last Visited Mar. 13, 2024).

60. Kentucky Colonels, Sports Team History, (Last Visited Dec. 15, 2023).

61. Gene Watson Is Commissioned As Kentucky Colonel By Governor's Decree, Gene Watson (Oct. 30, 2019).

62. Various - Turnin' The Century With Colonel Sanders (Sep. 2022).

63. License Plate Kentucky Colonel, (Last Visited Mar. 13, 2024).

64. The Confederate Colonels Of Jazz - Tour The South (Mar. 2023).

65. Tribal Member Named A Kentucky Colonel, The Cherokee One Feather (Apr. 18, 2023),

66. Pete Wilson Surprised by Commission of Kentucky Colonel, The Telegram News. (2023)

67. Daniel Ricciardo Has Been Made A Colonel Of Kentucky, Reddit, R/Formula1 (Oct. 15, 2023)

68. Talisker Aged 30 Years | Malt - Whisky Reviews (Dec. 1, 2023),

69. Kentucky Colonels Trademark Application of HOKC, USPTO Serial 97126292 (Bourbon Whiskey) (2021).

70. 50 Famous Kentucky Colonels, The Courier-Journal (2023).

71. A New Kentucky Colonel, KPCW | Listen Like A Local, (Last Visited Mar. 13, 2024).

72. Assumed Name Corporation - Kentucky Colonels International. (Made January 30, 2020)

73. Barclay's English Dictionary, Hathitrust, (Last Visited Dec. 15, 2023).

74. Bonhams Cars : Old Kentucky Colonel Pure Whiskey 1917 (1 Quart Bottle) (Last Visited Feb. 14, 2024).

75. Tanzi Merritt, Called To Serve - Smiley Pete Publishing (2018).

76. Category: Kentucky Colonels (Wikitree), (2021).

77. Col. Nimrod Wildfire.

78. Colonel, N.S. Dictionary (1773) (Last Visited Jan. 7, 2024).

79. Daniel Boone Fakelore, Filson Historical Library (1988)

80. Drinks, By Jacques Straub, Hathitrust, (1914).

81. Ex-Kentucky Colonel Gacy, UPI, (Last Visited Mar. 13, 2024).

82. Four New Kentucky Colonels Served In WWII, (2020).

83. George Rogers Clark: Fort Harrods Pioneer Hero of the American Revolution, Hathitrust, (Last Visited Dec. 14, 2023).

84. Gymnocladus Dioicus "Kentucky Colonel" | Chicago Botanic Garden, (Last Visited Mar. 13, 2024).

85. HOKC Affiliate Chapter Guidelines.

86. HSI Special Agent, LMP Detective and Sergeant Commissioned As "Kentucky Colonels" | Ice, (Last Visited Dec. 15, 2023).

87. Initial Land Acquisition (Important)! KY Secretary of State WebServer

88. Col. Jimmy Russell Bio (October 2019) (Last Visited Mar. 13, 2024).

89. Kentucky Colonel and Kentucky Colonels, Etsy, Etsy (Last Visited Dec. 14, 2023). (Keywords)

90. Kentucky Colonel (DBpedia)

91. Kentucky Colonel Mint (Last Visited Mar. 13, 2024).

92. Kentucky Colonel: Col. Joe Nickell, (Last Visited Jan. 15, 2024).

93. Kentucky Colonel: Honorable & Official Title - Kentucky Colonel USNews (Visited Dec. 21, 2023).

94. Kentucky Colonels | Soundtrack, IMDb.

95. Kentucky Colonels Receiving Awards, FWS (Visited Dec. 15, 2023)

96. Kentucky Colonels: Aide De Camp (HOKC), Kentucky Colonels (Misappropriation)

97. Kentucky Colonels: History (HOKC), Kentucky Colonels

98. Kentucky Colonels: Our Trademark (HOKC), Kentucky Colonels.

99. Kentucky Progress Magazine Vol 4, No 9.(1932)

100. Kentucky Colonel License Plates | Personalized Plates, (Last Visited Mar. 13, 2024).

101. Pioneer Linns Of Kentucky.

102. List of Recipients of the Sagamore of the Wabash. (Wikipedia)

103. Jeffrey Graf, Sagamore of the Wabash (2017)

104. Arkansas Traveler (Arkansas Gov't)

105. Great Navy of the State of Nebraska Nebraska Admiral (History)

106. Informational Salary, For Kentucky Colonel, Salary.Com .

107. Virginia Senate Joint Resolution No. 203, (Last Visited Mar. 13, 2024).

108. The Colonel's Mandolin Band Discography | Discogs.

109. Was He Or Was He Not A Kentucky Colonel?, Minnetrista, (Last Visited Jan. 15, 2024).

110. West Virginia National Guard Aviators Honored As "Kentucky Colonels," Dvids, (Last Visited Dec. 15, 2023).

111. 100 Years Later: Young Is An Example Of Perseverance, (Last Visited Mar. 13, 2024).

112. Jackson, Carlton, 'Action at the Kentucky Historical Society, 1959–1973', Kentucky Maverick: The **Life and Adventures of Colonel George M. Chinn** (Lexington, KY, 2015 (Accessed 17 Mar. 2024).

113. Kentucky Colonel, Kentucky Historical Society (KHS)

114. Kenneth and Mary Clarke, Oral Traditions of Kentucky, Western Kentucky University

## Selected Resources from Libraries

1. JOHN WALKER, A CRITICAL PRONOUNCING DICTIONARY (1809)

2. SAMUEL JOHNSON, A DICTIONARY OF THE ENGLISH LANGUAGE (LONDON : J. F. AND C. RIVINGTON 1785)

3. E. POLK JOHNSON, A HISTORY OF KENTUCKY AND KENTUCKIANS (CHICAGO, LEWIS PUB. CO. 1912)

4. OPIE PERCIVAL READ, A KENTUCKY COLONEL (NOVEL) (CHICAGO : LAIRD & LEE 1890)

5. JOSIAH HENRY COMBS, ALL THAT'S KENTUCKY; AN ANTHOLOGY (LOUISVILLE, KY., J.P. MORTON 1915)

6. BOUTWELL DUNLAP, AUGUSTA COUNTY, VIRGINIA IN THE HISTORY OF THE UNITED STATES (THE KENTUCKY STATE HISTORICAL SOCIETY 1918)

7. WILLIAM EMMONS ET AL., AUTHENTIC BIOGRAPHY OF COLONEL RICHARD M. JOHNSON, OF KENTUCKY (NEW YORK : PRINTED BY H. MASON 1833)

8. BENJAMIN FRANKLIN, AUTOBIOGRAPHY OF BENJAMIN FRANKLIN (LONDON : GEORGE BELL & SONS 1884)

9. BROADCASTING (JULY - DEC 1944)

10. CECIL B. HARTLEY, COLONEL DANIEL BOONE (AUTOBIOGRAPHY)

11. LILLIE DU PUY VAN CULIN HARPER & DANIEL TRABUE, COLONIAL MEN AND TIMES (PHILADELPHIA, INNES 1916)

12. HUNTER S. THOMPSON, CONVERSATIONS WITH HUNTER S. THOMPSON (UNIV. PRESS OF MISSISSIPPI 2008)

13. THOMAS A. KNIGHT & NANCY LEWIS GREENE, COUNTRY ESTATES OF THE BLUE GRASS (LEXINGTON 1904)

14. JOHN STEVENS CABOT, DANIEL BOONE, PIONEER OF KENTUCKY (NEW YORK : DODD & MEAD 1872)

15. JOHN ED PEARCE, DIVIDE AND DISSENT: KENTUCKY POLITICS, 1930-1963

16. JONATHAN AND MAUD DORRIS, GLIMPSES OF HISTORIC MADISON COUNTY (1955)

17. MARGARET GWIN BASKETTE BUCHANAN, DUVALS OF KENTUCKY FROM VIRGINIA, 1794-1936. (LYNCHBURG, VA., J. P. BELL COMPANY, INC. 1937)

18. GEORGE ROGERS CLARK & JAMES ALTON JAMES, GEORGE ROGERS CLARK PAPERS, 1771- (SPRINGFIELD, ILL., TRUSTEES OF THE ILLINOIS STATE HISTORICAL LIBRARY 1912)

19. ROBERT HENDRICKSON, GOD BLESS AMERICA: THE ORIGINS OF OVER 1,500 PATRIOTIC WORDS AND PHRASES (SKYHORSE PUBLISHING INC. JUL. 2013)

20. Berry Craig, Hidden History of Kentucky in the Civil War (Arcadia Publishing Feb. 2010)

21. History of the Daniel Boone National Forest 1770-1970 (1975)

22. Joseph James Reisler, I Got the Horse Right Here: Damon Runyon on Horse Racing (Rowman & Littlefield Apr. 2020)

23. Doris D. Settles, Kentucky and the War of 1812: The Governor, the Farmers and the Pig (Arcadia Publishing Aug. 2023)

24. Charles K Wolfe, Kentucky Country: Folk and Country Music of Kentucky (1996)

25. John Wilson Townsend, Kentucky in American Letters 1784-1912

26. Lawrence Sidney Thompson, Kentucky Tradition (Shoe String Press 1956)

27. Peter J Sehlinger, Kentucky's Last Cavalier: General William Preston

28. Cecil B. Hartley, Life and Times of Colonel Daniel Boone, Comprising History of the Early Settlement of Kentucky (Philadelphia : G. G. Evans 1860)

29. Robert E. Spiller & Willard Thorpe, Literary History of the United States (Macmillan 1948)

30. F C Harrington et al., Military History of Kentucky (1939)

31. United States Civil Service Commission, Official Register of the United States .... (U.S. Govt. Print. Off. 1835)

32. Our Ancestors War of 1812 (Fredonia Valley 2000)

33. Kentucky Historical Society, Register of Kentucky State Historical Society (Frankfort, Ky. : The Society 1909)

34. Alison Lundergan Grimes, Researching Revolutionary War Veterans Who Settled in Kentucky

35. Will Rogers, Rogers-Isms, the Cowboy Philosopher on Prohibition

36. Robert L. Tonsetic, Special Operations in the American Revolution (Casemate Jul. 2013)

37. Robert Hendrickson, The Facts on File Dictionary of American Regionalisms (Infobase Publishing Oct. 2000)

38. Kenneth Clarke & Mary Clarke, The Harvest and the Reapers: Oral Traditions of Kentucky (2009)

39. Howard L. Hill, The Herbert Walters Story (Kingsport, Tenn., Kingsport Press 1963)

40. OLIVER VICKERY & JOHN E. GODDARD, THE KENTUCKY COLONELS HANDBOOK (KENTUCKY COLONELS DIRECTORY, BROWN HOTEL 1930)

41. JOHN E. KLEBER, THE KENTUCKY ENCYCLOPEDIA (UNIVERSITY PRESS OF KENTUCKY 1992)

42. THE LIFE AND TIMES OF COLONEL RICHARD M. JOHNSON OF KENTUCKY, BY LELAND WINFIELD MEYER, (1833)

43. ELIOT H. (ELIOT HARLOW) ROBINSON, THE MAN FROM SMILING PASS; OR: THE HONORABLE ABE BLOUNT, (BOSTON, L. C. PAGE & COMPANY 1924)

44. EDWARD MARBLE, THE MINSTREL SHOW, OR, BURNT CORK COMICALITIES: (SMITHSONIAN LIBRARIES 1893)

45. MOVING PICTURE EXHIBITORS' ASSOCIATION, THE MOVING PICTURE WORLD (NEW YORK : THE WORLD PHOTOGRAPHIC PUBLISHING 1907)

46. J. F. NORRIS, THE PEOPLE'S ADVOCATE (1899)

47. BENNETT HENDERSON YOUNG, THE PREHISTORIC MEN OF KENTUCKY (J.P. MORTON & CO., PRINTERS TO THE FILSON CLUB 1910)

48. WALTER BROWNE & E. DE ROY KOCH, WHO'S WHO ON THE STAGE 1908 (NEW YORK : DODGE 1908)

49. AMERICAN NOTES AND QUERIES, THE KENTUCKY COLONEL: A STUDY OF SEMANTICS (U OF KENTUCKY 1947)