RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

# Exhibit — Kentucky Colonels Handbook © 1930

## The Kentucky Colonels Handbook

### Editors

**Col. Oliver Vickery and Col. John E. Goddard**

### Description

This historical document provides a detailed account of the traditions, responsibilities, and historical recognition of Kentucky Colonels. It serves as **evidence that the terms "Kentucky Colonel" and "Kentucky Colonels" were widely known and publicly recognized prior to Plaintiff's unincorporated founding in 1933**, and incorporation in Kentucky in 1957, supporting Defendant's argument that Plaintiff's claims of exclusive ownership and trademark rights to the phrase "Kentucky Colonels" is **historically inaccurate and legally baseless. The Plaintiff is not a successor of this organization that wrote this book, despite several of this organization's members participating in the Honorable Order of Kentucky Colonels while it was unincorporated in Kentucky from 1933 through 1957.**

### Relevance to This Case

- Demonstrates the **longstanding public use and recognition of "Kentucky Colonel" and "Kentucky Colonels"** before Plaintiff's alleged trademark rights.

- Provides **historical context** to refute Plaintiff's claims of exclusive succession from this or any other earlier organization, which it has never claimed.

- Supports Defendant's **Motion for Judicial Notice** under FRE 201(b) by establishing **adjudicative facts regarding the public domain nature** of Kentucky Colonel traditions and the relative names, phrases and terms.

# *The*
# Kentucky Colonels
# Handbook .



*Compiled By*

### THE KENTUCKY COLONELS DIRECTORY
#### BROWN HOTEL

LOUISVILLE      -      -      KENTUCKY

**EDITORS**

**COL. OLIVER VICKERY**

**COL. JOHN E. GODDARD**

COPYRIGHT BY

COL. OLIVER VICKERY

1930

418074

*D*EDICATED to Honorable Flem D. Sampson, Governor of Kentucky, Statesman, Lawyer, Economist and Leader of Men; whose great work for the enlightenment and progress of Kentucky is an inspiring example of unselfish public service.

# In Memoriam

Ayres, Matt ................................................Fulton, Ky.

Chenault, Anderson ........................Lexington, Ky.

Corbin, Frank ................................Lexington, Ky.

Dorley, Edward ................................Ludlow, Ky.

Grinstead, Harry C. ........................Louisville, Ky.

Hart, Isaac ................................Cincinnati, Ohio

Hooting, Rudolph ........................Lexington, Ky.

Langford, William ........................Ludlow, Ky.

McCoy, James L. ........................Lexington, Ky.

McGraw, Benjamin D. ........................Ludlow, Ky.

McNab, John M. ........................Lexington, Ky.

Miner, William H. ........................Chazy, N. Y.

Minton, T. W. ........................Barbourville, Ky.

Mitchell, E. W. ........................Chicago, Ill.

Shearer, Logan ........................Lexington, Ky.

Sherman, E. A. ........................Ludlow, Ky.

Taylor, Marion E. ........................Louisville, Ky.

Tuney, William ........................Ludlow, Ky.

Van Meter, Joseph C. ........................Lexington, Ky.

Watterson, Henry ........................Louisville, Ky.

Wilson, Garrett R. ........................Lexington, Ky.

# Index

Page

Title Page .................................................................................................................. 1

Editors and Copyright ......................................................................................... 3

Dedication .............................................................................................................. 5

In Memoriam ......................................................................................................... 7

Index ........................................................................................................................ 9

Foreword ....................................................................................................... 11, 12

The Responsibilities of a Kentucky Colonel ........................... 13, 14

A Kentucky Colonel ........................................................... 15, 16, 17

In Old Kentucky (As Was) ................................................................... 18

In Old Kentucky (As Is) ........................................................................ 19

Sentiment ............................................................................................................. 20

Admirals—Names and Addresses ................................................... 21

Colonels—Names and Addresses ............................................... 22-54

Missing Addresses of Colonels ................................................... 55, 56

Governors of Kentucky ............................................................... 57

Members of The Senate, 1930 ................................................... 59, 60

Members of The House of Representatives, 1930 .....61, 62, 63, 64

# Foreword

EVERY Colonel in Kentucky, or outside the boundary lines of the state, is interested in a fellow-Kentuckian. He would like to know him personally, meet him and greet him and give him the glad hand. He would like to know his occupation and his business address, his faults, his weaknesses, and above all, his success. He would wish to extend help and encouragement when such are needed. He would like to boost him a round up the ladder of success. There is a feeling of kinship, comradeship and love among Kentuckians, one for the other, that can never die. There is within each of us, that love of native land, for old memories, for girlhood and boyhood days, that unites within us a divine feeling of sympathy and kindness, which remains with us no matter where we go.

The Kentucky Colonels Club is being formed to help you as a Kentucky Colonel to attain some of these ideals mentioned above. Only by united effort in organization can we hope to render the greatest amount of service. "United we stand" is the symbol of our great Commonwealth, the hope of a mighty nation, and the inspiration of the Kentucky Colonels Club.

Every Colonel is invited to affiliate with this Club, which has for its aim and purpose greater service. United we shall create an incentive, and foster a mutual interest in the welfare of Kentucky. This Club will provide the means of uniting all Colonels socially, and others eminent in the welfare of the State, and will co-operate in upholding and maintaining high professional standards in State, social and economic institutions. It will become an important factor for the discussion of reports, topics, and questions relative to a better government "of the people, by the people, and for the people."

## KENTUCKY COLONELS DIRECTORY

It is hoped, through the compilation of this book that these ideals may be more surely realized, and the latent powers of all Colonels united.

We are deeply indebted to Colonel T. W. Vinson, and Colonel Robert Dixon, Jr., and others, whose contributions and painstaking efforts have made the "Handbook" possible.

THE EDITORS.

*Louisville, Kentucky,*
*September* 3, 1930.

# The Responsibilities of a Kentucky Colonel

By Oliver Vickery

Today, our Colonel is in command of the forces of nature, fighting successfully in his battle with the elements, and bravely standing guard day and night on the positive side of scientific victory.   The modern Colonel has inherited the bugle call of "Progress", and proudly takes his post on the side of "Right" rather than on the side of "Might" in the great conquest of circumstances to which we are subject.

The modern Colonel is a man of intelligence, action, energy and alert to the needs of his time.  With his help and "Aides" "General Tradition" is shoved into the rear ranks, and the stalwart "General Progress" takes command and immediately relieves "General Disability" who has been the victim of "General Grouch" and hard put on the left wing.  "General Grouch" has been well trained from infancy in the old school, and is now on the defensive, but equipped with runners and ammunition from the camp of "General Nuisance."  His methods are putrid with slime, slinking around corners pouring poison into the minds of innocents with his "Couriers."  "General Grouch" is usually clothed in sheepskin, but "coming events cast their shadows before," and with the aid of "General Thought," who is advancing rapidly from the rear, the capture of "General Grouch" is inevitable.

The modern Colonel is holding high the torch of enlightenment in progress, education, agriculture, medicine, finance, commerce and political economy.  Our Colonel is also the Captain of his commands, the arbiter of his consciousness and the pilot

13

## KENTUCKY COLONELS DIRECTORY

of his soul. His regiments are scattered over the face of the earth. He accepts humbly and unconditionally his challenge and responsibilities. As a leader he proudly takes his place in the business of the world, with the thought always uppermost, that he will prove not only worthy of his commission, but an inspiration to other Kentuckians and a credit to his God.

# A Kentucky Colonel

By Mary Lee Jackson

Of Kentucky it might be truly said, "The age of romance has not ceased." One might associate Kentucky with romances equaling in splendor those of the Arabian Nights or compare her heroic men and their deeds of chivalry to those knights of the Court of King Arthur.

What child has not sat athrill, with shining eyes, listening to stories told of the beauties of the State—the fast horses, fine tobacco, beautiful women, gallant gentlemen, and, if they were older, of the delicious mint juleps—near-relics of a bygone day.

His eyes pictured the great houses in which these most fortunate beings lived, moved and had their being—the manor houses with their great, open fireplaces, crowds of negro servants, bounteous larders and general air of good living—hospitality that has ever been synonymous with the name, "KENTUCKY." Ever around the great houses were to be found the cabins of the negroes and strains of music always heard. There, too, were delightful odors of cooking things and, if one watched closely, one might even have seen a turbaned mammy. The lord of this high estate was the "Cunnel."

As the title, "Sir Knight," was so fittingly bestowed on those heroes who fought, bled and died for ideals of their own, born probably of some fancy of their king, so the honor has come through the ages to be given those of our own brave who have fought for their ideals in this great, new country of ours. From the time of the first commissioned Colonel by the first Governor of our Commonwealth, on to the present, our Colonel is a fighter, not now so much as in actual warfare as in a battle against those things of the unseen, which menace everyday living. Although there are today many men bearing this honorary title, each of them is hidden behind our romantic dream-Colonel of other days.

Usually attired in white duck from May till October, with perhaps a wide-brimmed black hat and flowing black tie—and carrying a cane—our Colonel of "ye olden time" is pictured as a man of stately carriage, bearing himself with military precision, from his straight shoulders to the cut of the little white goatee on his determined chin.   One, looking into the firm lines of his resolute face, could imagine him as never abandoning a purpose or being turned aside when once he formed an opinion. He was most courtly to the ladies, but the children were ever in awe of him, and the little darkies would shake in their shoes when he frowned.   Ever an important personage in the eyes of His Excellency, the Governor, this grand old man of our nobility was never absent from a function of State, being always seen in the full-dress uniform of the aide.

He possessed the prime essential in the morals of true Kentucky sons—courtesy.   His heart felt for the afflictions and distresses of everyone, and his hand gave in proportion to his purse, or more.   The true son of Kentucky, being a thoroughbred, he had those symbols of a high, generous spirit—fine eyes and erect bearing, taking all the blows of fate, never whining.   Keeping his troubles to himself, he was unashamed at the bar of his own soul.   His slogan was, "Live pure, speak truth, right wrong, follow the king, else—wherefore born?"

And so, the torch is thrown—from the shadowy past to the sons of the living present—as long as memory's lanes are open, the love of Kentucky soil will stay with her people—the "little cabin floors" are going—most of them gone—but even so—with bursting hearts and tear-dimmed eyes—to the sons and daughters of the Bluegrass, the Pennyrile, the Knobs and the Purchase will come with all the pathos of the beautiful past, the splendor of the living present and on into the unknown future the pictures brought to mind by this haunting strain, ever true.

16

"The sun shines bright in my old Kentucky Home"—The sun *is* bright in Old Kentucky—memory's sun—shining in the soul of those carrying on—from those gone into the Afterwhile —and so it is that we must keep before us the lives of those of nature's noblemen who are symbolic of that Kingdom of Peace— KENTUCKY.

# In Old Kentucky

## (As Was)

It's up in old Kentucky,
    Where they never have the blues;
Where the Captain kills the Colonel,
    And the Colonel kills the booze;
Where the horses they are pretty,
    And the women, they are, too!
Where they shoot you just for pastime,
    When there's nothing else to do.

Where the blood it flows like water,
    And the bullets fly like hail;
Where every pistol has a pocket,
    And every coat a tail;
Where they always hang the jury,
    But they never hang the man;
Where you call a man a liar—
    And then get home if you can.

Where you go out in the morning,
    Just to give your health a chance—
And they bring you home at nightfall
    With buckshot in your pants;
Where the owl's afraid to holler,
    And the birds don't dare to sing—
For it's hell in old Kentucky,
    Where they shoot 'em on the wing.

—Anonymous.

# In Old Kentucky

## (As Is)

It's up in old Kentucky
   Where once the bullets flew,
And the green and waving verdure
   Felt the fall of crimson dew.
The bullets have ceased their whizzing,
   And the pistol's hanging high,
For up in old Kentucky
   It is very, very "dry."

It's up in old Kentucky
   Where the clouds refuse to rain,
And the sun it shines the hottest,
   And the crops are on the wane;
Where the Captains and the Colonels
   And everybody swore—
It's "drier" in Kentucky
   Than it's ever been before.

It's up in old Kentucky
   Where once they "rolled 'em high,"
Now they meet and pray for "dampness"
   Beneath a cloudless sky;
Where the bluegrass it is withered,
   Likewise the corn and rye,
For it's hell in old Kentucky,
   Where everything's gone dry.

               —Judge J. B. Wyatt.

# Sentiment

I must admit—although it hurts—
  That I was born unlucky;
I've never, literally, had
  A home in old Kentucky.
And yet I feel, should wayward chance
  Direct my steps to roam there,
I'd meet you all and greet you all—
  And find myself at home there!

—Dr. James Ball Naylor.

# Admirals

Banks, Strother Addison, Ohio River ................Henderson, Ky.

Byrd, Richard E., Mississippi River ..................Richmond, Va.

Candwell, Virginia, Herrington Lakes................Danville, Ky.

Durrett, R. T., II, Ohio River, 510 W. Liberty

St. ................................................Louisville, Ky.

Fawcett, Freeland, Green River, 74 Nichols St.....Boston, Mass.

Gerhardt, Emil, Ohio River ..............................Ashland, Ky.

Gibson, Ernest W., Lake Champlain..................Battleboro, Vt.

Johnson, Ray, Licking River, 106 Sterret St......Covington, Ky.

Kennedy, Jane Brown, Puget Sound, 1701 Trevilian

Way ................................Louisville, Ky.

Osborne, B. R., Tiger River ................................Graham, Ky.

Richardson, Gail, Herrington Lakes ..................Danville, Ky.

Ripy, Marion W., Shrewsbury River and Flag Officer,

commanding the Mosquito Fleet,

10 E. 40th St. ................New York, N. Y.

Rose, David B. G., All waters adjacent to Rose Island,

Standard Printing Co.....Louisville, Ky.

Seaton, John A., Ohio River ..............................Ashland, Ky.

Stout, John B., Herrington Lakes ......................Danville, Ky.

Taylor, Edmund Watson, Kentucky River.............Frankfort, Ky.

White, Luther C., Colonel of Marines, 3574 Vin-

cennes Ave. ................................Chicago, Ill.

# Colonels

## A

Ackerman, Joseph N., Standard Bank Bldg.......Cleveland, Ohio
Ails, Roscoe, Artists' Aisle ........................Russell Point, Ohio
Albright, Horace M., 4920 Indian Lane,
                    N. W. ........................Washington, D. C.
Alexander, Younger ................................Lexington, Ky.
Alt, W. H., Jr. ..................................Louisville, Ky.
Allen, Frederick H., Bolton Priory, Pelham
                    Manor ........................New York, N. Y.
Allen, Mrs. Minerva, 563 Maryland Ave. ........Lexington, Ky.
Allias, Louis Herr ................................Chicago, Ill.
Allnutt, Allie, 306 Earl Ave. ....................Latonia, Ky.
Alshuler, Jerome ................................Aurora, Ill.
Ament, N. C., 2402 Boulevard Napoleon............Louisville, Ky.
Andre, Mrs. Clara ................................Waverly, Ohio
Andrews, Walter P., B. P. O. E. ................Atlanta, Ga.
Applegate, H. L. ................................Kosmosdale, Ky.
Archibald, James F. J., 1745½ Cherokee Ave...Los Angeles, Calif.
Arents, George, Jr., 511 Fifth Ave. ............New York, N. Y.
Armstrong, Augustus, 1306 Marion Park ........Cincinnati, Ohio
Armstrong, Rolla ................................Frankfort, Ky.
Armstrong, Newton ................................San Leandro, Calif.
Arnold, Katherine ................................Danville, Ky.
Aronberg, David ................................Ashland, Ky.
Atwater, A., 155 E. 47th St. ....................New York, N. Y.
Ayres, Arthur B. ................................Lexington, Ky.

## B

Bacon, Frederick W., 120 Broadway ............New York, N. Y.
Bahr, Charles Frederick, 1111 Burlingame St. .....Detroit, Mich.

## KENTUCKY COLONELS DIRECTORY

Bailey, Clay Wade ........................................................Frankfort, Ky.

Bain, George S., 107 Seminole Ct. ........................Louisville, Ky.

Bain, J. W., 3621 S. Hamilton Ave. ......................Chicago, Ill.

Ball, Mrs. Edward Burte ........................................Muncie, Ind.

Ball, Robert J., 1430 Fourth Ave. ........................Louisville, Ky.

Ballard, Chas. Edward ........................................West Baden, Ind.

Banks, Polan A. ........................................................New York, N. Y.

Barnes, C. W. ..........................................................La Grange, Ky.

Barr, Prof. Thomas J., Stone Ave. ......................Lexington, Ky.

Barrett, George B., 622 Cecil Ave. ......................Louisville, Ky.

Barrow, Dr. David, 2nd and Upper Sts. ..............Lexington, Ky.

Barton, Frank F. ....................................................Madisonville, Ky.

Basham, Thomas E., 2111 Rutherford Ave. ..........Louisville, Ky.

Bassett, George O..................................................Monticello, Ky.

Baumgartner, A. F., 6233 Aspen Coll. H. ..........Cincinnati, Ohio

Bear, James H., Three Notch Rd. ......................Indianapolis, Ind.

Beard, Harold J. ....................................................Youngstown, Ohio

Beck, Edward S., 219 Lake Shore Dr..................Chicago, Ill.

Becker, Mrs. Florence H. ....................................Louisville, Ky.

Becker, George E. ................................................Lexington, Ky.

Becker, Louis D. ..................................................Pasadena, Calif.

Becker, William E. ................................................Greenwich, N. Y.

Beckner, Lucien ......................................................Winchester, Ky.

Bell, John ..............................................................Shepherdsville, Ky.

Benham, Edward H., B. F. Keith Bldg. ..........Cincinnati, Ohio

Bennett, H. C., Curtis Airport ..........................Louisville, Ky.

Bennett, J. C., Curtis Airport ............................Louisville, Ky.

Bennett, Joseph J., 5427 W. Monroe St. ............Chicago, Ill.

Bensinger, Nathan, Commodore Apts. ..............Louisville, Ky.

Benton, Frank V., Newport Finance Bldg. ........Newport, Ky.

Berg, Harry R., 1263 Pratt Blvd. ......................Chicago, Ill.

Berman, Ben F., 3016 Fairfield Blvd. ............Cincinnati, Ohio
Bernhardt, Sam, 142½ S. Sycamore Ave. ........Los Angeles, Calif.
Bevan, J. Harold ............................................Ft. Worth, Tex.
Bidwell, Charles, 5520 Cornell Ave. ..................Chicago, Ill.
Bickers, Dr. E. E. ............................................Eminence, Ky.
Biggerstaff, George ............................................Lexington, Ky.
Bingham, Robert W., Upper River Rd. ............Louisville, Ky.
Binks, Harry D. ............................................Bowling Green, Ky.
Black, George H., 3907 Cleveland Ave. ............St. Louis, Mo.
Black, James ............................................Grayson, Ky.
Blackwell, Joseph E., Union Trust Bldg.........Cincinnati, Ohio
Blair, David H., Wardman Park Hotel ..........Washington, D. C.
Blake, Cincinnatus B., 512 Lincoln Bank Bldg. .....Louisville, Ky.
Blanton, Albert ............................................Frankfort, Ky.
Block, Rudolph ............................................New York, N. Y.
Board, Clayton H., 2438 Portland Ave. ............Louisville, Ky.
Bochman, Frank P. ............................................New York, N. Y.
Bolan, M. P., Jr. ............................................New York, N. Y.
Booher, William LeRoy ............................................Albany, Ky.
Born, Edgar R., 540 S. Wells Ave. ............Chicago, Ill.
Borries, Mrs. Fred, Lot No. 20, Indian Hill
                    Trail ............................................Louisville, Ky.
Boucher, Herman ............................................Lewisburg, W. Va.
Bowman, Alfred, 350 Madison Ave. ............New York, N. Y.
Bowman, A. A. ............................................Versailles, Ky.
Bowman, J. A., 2109 W. Market ............Louisville, Ky.
Boyce, Joe ............................................Murray, Ky.
Boyers, Albert S. ............................................Alexandria, Ky.
Bradley, E. R., Idle Hour Farm ............Lexington, Ky.
Bradley, Raymond J. ............................................Louisville, Ky.
Brashear, Peter C., 655 Park Avenue ............New York, N. Y.

Brawner, M. G. ..................................................................Frankfort, Ky.
Breckinridge, Hunt ...........................................................Oak Park, Ill.
Breith, Otto A. ..............................................................Fayetteville, N. C.
Briel, Herbert H. ..............................................................Louisville, Ky.
Briel, Stanley, Inter-Southern Bldg. ........................Louisville, Ky.
Bright, Newton D. ............................................................Frankfort, Ky.
Bright, William H., 603 Brookline Ave. ................Louisville, Ky.
Brizendine, W. H. ...............................................................Mayfield, Ky.
Bromley, Henry W. ..........................................................Cynthiana, Ky.
Brosseau, David., 2702 Grinstead Dr.......................Louisville, Ky.
Brown, Charles Joseph ...........................................Walford, England
Brown, Eli H., Jr., 1428 St. James Ct. ....................Louisville, Ky.
Brown, James B., National Bank of Kentucky .......Louisville, Ky.
Browning, Edmund L., 1026 16th St. N. W.... Washington, D. C.
Browning, Powell, 3307 Newark St. N. W......Washington, D. C.
Brunk, Clara M., 440 E. 156 Street .......................New York, N. Y.
Bryan, Wiley B., Westport Rd. .................................Louisville, Ky.
Bryson, A. E., Halsey Stuart & Co. ............................Chicago, Ill.
Buchanan, E. P. ...................................................................Somerset, Ky.
Buell, Edward W., 926 Highland Ave. ...................Ft. Thomas, Ky.
Bullock, T. W., 1600 Stephens Ave. ........................Louisville, Ky.
Burdin, William A. ...................................................................Joliet, Ill.
Burger, Stanley M., 2765 Grinstead Rd. ................Louisville, Ky.
Burton, Rhodes ....................................................................Carlisle, Ky.
Busath, Joseph Antone ...................................................Lexington, Ky.
Butler, Miss Garr ......................................................................Paris, Ky.
Butler, W. S. ..........................................................................Russell, Ky.

## C

Caldwell, Orin C. .......................................................Bowling Green, Ky.
Callahan, P. H., 2800 Lexington Rd. ........................Louisville, Ky.

25

## KENTUCKY COLONELS DIRECTORY

Calvert, Ben S. .................................................... Stamping Ground, Ky.
Calvin, Maurice .................................................... Covington, Ky.
Cammerer, Arno B., Lyon Hurst ....................... Clarendon, Va.
Campbell, Theodore L., 138 Ransome Ave. ......... Lexington, Ky.
Candler, Wade H. .................................................... Corbin, Ky.
Carr, Ophelia S. T., 163 W. Short St. ................. Lexington, Ky.
Carpenter, Rex G. .................................................... Louisville, Ky.
Carroll, James W., 819 W. High St. ..................... Lexington, Ky.
Carter, John N. .................................................... Linneus, Mo.
Casey, Virginia .................................................... Lancaster, Ky.
Cassidy, R. J. .................................................... Lancaster, Ky.
Chamberlin, Clarence ....................................... Teterboro, N. J.
Chandler, "Happy" .......................................... Versailles, Ky.
Chandler, John W., Equitable Life Bldg. .......... Louisville, Ky.
Clampitte, Lawrence S., 1517 Winter Ave. ......... Louisville, Ky.
Clark, Daniel W. .................................................... Louisville, Ky.
Clark, J. Ballard .................................................... La Grange, Ky.
Clark, Leonidas .................................................... Carlisle, Ky.
Clarke, Robert D., 1165 N. Hobart Ave. ........ Los Angeles, Calif.
Claxton, John .................................................... Butte, Mont.
Cleveland, Walter H. .......................................... Sagertown, Pa.
Cline, J. S. .................................................... Pikeville, Ky.
Cobb, Irvin S., 830 Park Ave. ......................... New York, N. Y.
Cohn, Herman V., 1228 E. Broadway ............. Louisville, Ky.
Coldiron, John F. .................................................... Ashland, Ky.
Collier, Nancy .................................................... Cynthiana, Ky.
Collins, George .................................................... Frankfort, Ky.
Colson, David .................................................... Manchester, Ky.
Combs, Earl, New York Yankees ..................... New York, N. Y.
Combs, James Horton, 418 W. Third St. ......... Lexington, Ky.

## KENTUCKY COLONELS DIRECTORY

Congleton, Ray T. .................................................................Covington, Ky.
Conley, Chloron ....................................................................Zebulon, Ky.
Connelly, W. S., 274 Senator Pl. ...........................Cincinnati, Ohio
Connolly, Frank A. ..............................................................Pikeville, Ky.
Connor, J. D. .....................................................Mt. Vernon, N. Y.
Converse, George D. ...........................................................Somerset, Ky.
Cook, Robert A. ..........................................................Hopkinsville, Ky.
Cooke, Levi, Union Trust Bldg.......................Washington, D. C.
Cooksey, Robert .......................................................................Hazard, Ky.
Cooper, Carlisle ...............................................................Henderson, Ky.
Cooper, H. D. .............................................Richmond Dale, Ohio
Cooper, R. E. ...............................................................Hopkinsville, Ky.
Cooper, Wade H., 14th & G Streets, N. W......Washington, D. C.
Coperton, John H. ...........................................................Frankfort, Ky.
Cornell, F. H., 137 S. La Salle ..................................Chicago, Ill.
Cornette, Robert W., 2614 Virginia Ave. ...............Louisville, Ky.
Cornwell, William C., J. S. Bache & Co. ...........New York, N. Y.
Costello, Charles L., 117 Wallace Ave. ......................Covington, Ky.
Cowles, John J., 1733 16th St. N. W. ...........Washington, D. C.
Cozad, Harry W. ...........................................................Rose Island, Ill.
Crabbe, J. G. .........................................................................Greeley, Colo.
Crawford, L. J. ...................................................................Frankfort, Ky.
Crittendon, Thomas ......................................................Kansas City, Mo.
Crockett, Louis V., 4209 Decoursey Ave. ................Covington, Ky.
Crockett, Mrs. Louis V., 4209 Decoursey Ave. .....Covington, Ky.
Cromwell, Thomas B., Phoenix Hotel .......................Lexington, Ky.
Crosley, Powel, Jr., Crosley Radio Co. ................Cincinnati, Ohio
Cross, A. V. ......................................................................Louisville, Ky.
Cross, Belle  Gold, 509 N. 39th St. .........................Louisville, Ky.
Crump, Edward B. ...........................................................Lexington, Ky.
Curtis, Henry E., 111 Waller St. ................................Lexington, Ky.

27

## D

Dailey, Eugene M., 3602 W. Broadway ............Louisville, Ky.
Dale, A. A. ...........................................................Carlisle, Ky.
Daley, M. H. .............................................................Paris, Ky.
Daly, Arthur J., 635 E. Third St. ...................Newport, Ky.
Daniel, Hugh C. ....................................................Chicago, Ill.
Daniels, Bebe, Hollywood, Calif. ..............Hollywood, Calif.
Davidson, Joe M. ..............................................Pikeville, Ky.
Davis, A. H., 1281 Parkway ......................Covington, Ky.
Davis, Arch B., 1532 Rosewood Ave. ...........Louisville, Ky.
Davis, Edward A., 1947 Third Ave. ..........New York, N. Y.
Davis, G. H. ..........................................................Glasgow, Ky.
Davis, W. H., 51 S. Wade St. ...................Washington, Pa.
Dawson, Richard M. ...........................................Frankfort, Ky.
Day, Nancy A. .........................................................Clinton, Ky.
Dean, J. Hale ........................................................Orlando, Fla.
Deas, A. Dwight ....................................................Augusta, Ga.
deFremery, Paul W., Russ Bldg. ............San Francisco, Calif.
Dehler, Charles P., 115 W. Burnett St. ..........Louisville, Ky.
De Lue, Nate, 3156 Sheridan Rd. ...............Chicago, Ill.
Demumbrum, J. H. ..........................................Horse Cave, Ky.
Deneen, W. J. .........................................................Ludlow, Ky.
Denunzio, E. Paul, Citizens Bldg. ..............Louisville, Ky.
Desberg, Fred, 11115 Wade Park Ave. ..........Cleveland, Ohio
Dick, Gladys ........................................................Chicago, Ill.
Dicken, Robert R. ..............................................Ashland, Ky.
Dickerson, N. K., 2708 Grinstead Dr. ...........Louisville, Ky.
Didrickson, Caleb Hoff. ......................................Detroit, Mich.
Dilley, W. O., 1475 S. Third St. ................Louisville, Ky.
Dixon, Robert, Sr. ...................................................Louisa, Ky.

28

Dixon, Robert, Jr., Assistant Secretary of State.....Frankfort, Ky.
Dixon, Thurman ....................................................Scottsville, Ky.
Doak, E. H., Georgetown Pike ........................Lexington, Ky.
Dolan, Francis R. ..............................Santa Barbara, Calif.
Donley, Aline .......................................................Frankfort, Ky.
Dorman, James R. ............................................High Bridge, Ky.
Dougherty, Price D. ...........................................Winchester, Ky.
Douglas, M. B., 1550 Balmoral St. ...................Detroit, Mich.
Dow, David E. .....................................................Louisville, Ky.
Drayden, John B. ................................................Frankfort, Ky.
Drescher, George, White House ...................Washington, D. C.
Dressman, Elmer H., 608 E. 21st St. ...............Covington, Ky.
Dudley, William S. ................................................Carlisle, Ky.
Dumesnil, E. R., 1711 Sulgrave Rd. .................Louisville, Ky.
Duncan, Edward ...................................................Frankfort, Ky.
Dunlap, Edward G. ............................................Lexington, Ky.
Dunn, Charles W. ...................................................Chicago, Ill.
Dunn, Dr. William Le Roy ..............................Asheville, N. C.
Durrett, R. T. III, 540 Madison Ave. ...............Covington, Ky.

## E

Earl, Chaffee, 1709 Ambassador Ave. ...........Beverly Hills, Calif.
Edelstein, Edwin S. .....................................................Elgin, Ill.
Edge, Mrs. J. A., McClelland Bldg. ...................Lexington, Ky.
Eilerson, L. A., Clifton & 46th St. ...................Covington, Ky.
Elston, J. B. ........................................................New Castle, Ky.
Embry, Susan H., The Riverview Apts. ...........Cincinnati, Ohio
Embry, U. G. .......................................................Okolona, Ky.
England, George E., 865 Main St. ...................Boston, Mass.
Englehart, William M. .......................................Cumberland, Md.

## KENTUCKY COLONELS DIRECTORY

English, Sam S., Puritan Apts. .................................................Louisville, Ky.
Epping, John G., 716 Logan Ave. .......................................Louisville, Ky.
Ernburg, Anna, Berea College ...................................................Berea, Ky.
Ernst, Richard P., 405 Garrard St. ...............................Covington, Ky.
Eskind, Ernest, Herman Straus & Co. ......................Louisville, Ky.
Eubank, Kent ...............................................................................Wichita, Kan.
Evans, Drew ....................................................................................Morehead, Ky.
Eversole, Green ...............................................................................Harlan, Ky.
Eversole, J. B., 440 Fayette Park ...............................Lexington, Ky.
Ewald, Henry P., Associated Press ...........................Louisville, Ky.

### F

Farmer, Henry Hughes, Jr. .......................................Henderson, Ky.
Farnham, William Foote, Herald-Post ......................Louisville, Ky.
Farnsworth, S. W., 120 Wall St. ...........................New York, N. Y.
Farrell, James F., Grand Central Bldg. ................New York, N. Y.
Farris, George T.......................................................................Frankfort, Ky.
Fawcett, Roscoe ...........................................................Minneapolis, Minn.
Fawcett, W. H. .............................................................Minneapolis, Minn.
Ferguson, T. C. ...........................................................................Brownville, Ky.
Finberg, Abe, Plaza Hotel ...................................................Louisville, Ky.
Finch, Chester J. ...........................................................Cincinnati, Ohio
Finger, Nicholas ........................................................................Louisville, Ky.
Finnell, H. R. ..............................................................................Richmond, Ky.
Finnernan, J. A. ......................................................................New York, N. Y.
Firth, John F., 909 Scott St. .......................................Covington, Ky.
Flannery, Mrs. Mary Elliott ...............................Catlettsburg, Ky.
Foley, James, 118 N. 40th St. ...................................Louisville, Ky.
Ford, E. T. .............................................................................Huntington, W. Va.
Ford, Julia Celest ...............................................................Catlettsburg, Ky.
Ford, W. J. ..................................................................................Glasgow, Ky.

## KENTUCKY COLONELS DIRECTORY

Forrest, C. J., Phoenix Hotel ........................Lexington, Ky.
Foster, C. L. ........................................Louisville, Ky.
Foster, Robert J., 33 W. 42nd St. ..............New York, N. Y.
Foster, Thomas G., 360 Woodland Ave. ........Lexington, Ky.
Fox, Herman H., 2127 S. First St. ..............Louisville, Ky.
Frank, Henry ........................................Anchorage, Ky.
Frankel, Phillip ....................................New York, N. Y.
Frazier, F. E., Western Union ..................Nashville, Tenn.
Freiberg, Leonard H. ..............................Louisville, Ky.
Fricke, Robert J. ..................................Chicago, Ill.
Friedman, Samuel S., Kentucky Hotel ..........Louisville, Ky.
Friesell, Dr. H. E., Schenley Apts. ............Pittsburgh, Pa.
Fuller, E. H., 608 Fayette Bank Bldg. ........Lexington, Ky.

### G

Gaines, Bowman S. ..................................Frankfort, Ky.
Galloway, F. E., Bowman Air Port ..............Louisville, Ky
Garber, Earl A. ....................................Olive Hill, Ky.
Gardiner, Alexander ................................Philadelphia, Pa.
Gardner, Frank ......................................Boulder, Colo.
Gardner, Thomas R., 128 E. High St. ..........Lexington, Ky.
Garrett, H. Green, 1208 Fontaine Rd. ..........Lexington, Ky.
Gast, Robert H., Bowman Air Port ..............Louisville, Ky.
Gaw, George D. ......................................Chicago, Ill.
Gentry, Richard ....................................Danville, Ky.
Gidding, H. A. ......................................Hartford, Conn.
Gilbert, John T., 685 N. Crescent Ave. ........Cincinnati, Ohio
Gillespie, A. G. ....................................Lexington, Ky.
Glass, James C. ....................................Central City, Ky.
Glenn, Martin P. ....................................Dawson Springs, Ky.
Goble, E. Ralph, 8 S. Michigan Blvd. ..........Chicago, Ill.

## KENTUCKY COLONELS DIRECTORY

Goddard, John E., Brown Hotel ........................Louisville, Ky.

Goebel, Justus, 1252 Paddock Hills ..................Cincinnati, Ohio

Gold, Harry ........................................New York, N. Y.

Goldberg, Louis, 515 E. Chestnut St. ...............Louisville, Ky.

Golden, John, 202 W. 58th St. .....................New York, N. Y.

Gooding, H. P., 305 Grosvenor Ave. .................Lexington, Ky.

Gordon, Dorothy, 607 West End Ave. ................New York, N. Y.

Goris, Henry F. ...................................Greensburg, Ky.

Goslar, Jack, 1765 E. 55th St. .....................Chicago, Ill.

Gottschalk, Edward, 1230 E. Broadway ..............Louisville, Ky.

Gourlay, John, Sumner County Land Co. ..........Gallatin, Tenn.

Gower, Joseph O., Hudson Ave. .....................Covington, Ky.

Graham, Robert Duke ...............................Bowling Green, Ky.

Graham, W. Pruett, 308 Whitney Ave. ...............Louisville, Ky.

Grattan, G. Best, 43 North Ave. ...................Washington, Pa.

Gratz, H. T., 1414 S. First St. ...................Louisville, Ky.

Gray, Henry O., Seelbach Hotel ....................Louisville, Ky.

Grayson, Charles, 42 E. Third St. .................Newport, Ky.

Greathouse, J. E., 2612 Kingshighway ..............Louisville, Ky.

Gregory, Chester .................................Frankfort, Ky.

Grider, Frank ....................................Birmingham, Ala.

Griffin, Daniel G., 17 E. 42nd St. ................New York, N. Y.

Griffin, Gerald, 146 Preston Ave. .................Lexington, Ky.

Griffin, John W., 27 William St. ..................New York, N. Y.

Griffith, David Wark., Movie Producer .............Hollywood, Calif.

Gross, I. D. .....................................Chicago, Ill.

Gross, Lillian ...................................Buckhorn, Ky.

Grossman, Louis, 507 E. Chestnut St. ..............Louisville, Ky.

Gunn, Robert T. ..................................Lexington, Ky.

Guthrie, A. B., Jr. ..............................Lexington, Ky.

Guthrie, Dr. William A., Sou. Ky. Sanatorium .....Franklin, Ky.

## H

Haase, Paul E., 2432 Portland Ave. ................Louisville, Ky.

Haddad, George A. ................................Shreveport, La.

Hager, L. W. ....................................Owensboro, Ky.

Hager, Milton ...................................Beattyville, Ky.

Haggard, M. H. .................................Georgetown, Ky.

Haise, Douglas C., 805 Melrose Ave. ...........Lexington, Ky.

Haley, O. A. ......................................Ludlow, Ky.

Hall, William L., 121 E. Gray St. ...............Louisville, Ky.

Halpren, Jack M., 2000 Spring Drive ...........Louisville, Ky.

Hamilton, Arch., Tates Creek Pk. ..............Lexington, Ky.

Hamilton, Guy H. ................................Pikeville, Ky.

Hamleton, J. M. .................................Shawnee, Ky.

Hamp, Johnnie ....................................Greenup, Ky.

Hancock, Isabell .................................Lynchburg, Ky.

Haney, J. E. .....................................Ludlow, Ky.

Hanger, Harry B., Jr., ...........................Richmond, Ky.

Hanger, W. Arnold, 52 Vanderbilt Ave. ........New York, N. Y.

Hansbrough, Harry ...............................Horse Cave, Ky.

Hanses, George P. ...............................Ashland, Ky.

Hansford, William B., Jr. .......................West Milton, Ohio

Hardesty, Thomas W., 504 Highland Ave. ........Ft. Thomas, Ky.

Harpendinger, E. L. .............................Marion, Ky.

Harreld, Gene F. ................................Ardmore, Okla.

Harris, Charles M. ..............................Versailles, Ky.

Harris, John F. .................................Leitchfield, Ky.

Harrison, Harry P., 25 E. Jackson Blvd. ........Chicago, Ill.

Harrison, R. L., Near Alexandria, Va. ..........Floris, Va.

Harrison, William B., Mayor ....................Louisville, Ky.

Hastings, J. R. .................................Cincinnati, Ohio

Hatch, Arthur S. ................................Detroit, Mich.

## KENTUCKY COLONELS DIRECTORY

Hatcher, James .................................................. Pikeville, Ky.

Hatfield, James T., 400 Wallace Ave. ................ Covington, Ky.

Hawson, George M. .......................................... Burgin, Ky.

Hay, Charles Walter ........................................ Frankfort, Ky.

Hay, E. H. Taylor ............................................ Frankfort, Ky.

Hay, Jacob Dwight .......................................... Frankfort, Ky.

Haydon, J. D. ................................................... Ravenna, Ky.

Hays, J. Smith ................................................ Winchester, Ky.

Head, C. Bruce ............................................... Chicago, Ill.

Held, Jules ..................................................... Covington, Ky.

Henderick, J. Buford ....................................... Frankfort, Ky.

Henderson, Hebbert ........................................ Irvine, Ky.

Henderson, J. Howard ..................................... Frankfort, Ky.

Henderson, Theodore S., 3418 Reading Pl. ........ Cincinnati, Ohio

Hendricks, Jesse ............................................. Flemingsburg, Ky.

Henneberger, W. R. ......................................... Paducah, Ky.

Henry, Thomas P., 41 Burroughs St. ................. Detroit, Mich.

Herk, I. H., 723 Seventh St. ............................. New York, N. Y.

Hettel, Richard J., Coppin Bldg. ...................... Covington, Ky.

Heuser, William A., 2011 Eastern Parkway ........ Louisville, Ky.

Hexter, Stephen, 202 S. State St. ...................... Chicago, Ill.

Higgins, D. W. ................................................ Princeton, Ky.

Higgins, Julia ................................................. Frankfort, Ky.

Hightower, Henderson G., 3115 Latonia St. ....... Latonia, Ky.

Hill, Edward G., 521 Court Pl. ......................... Louisville, Ky.

Hill, Stacy J. ................................................... Cincinnati, Ohio

Hill, Thomas E., 1228 Cherokee Rd. ................. Louisville, Ky.

Hill, T. Russ ................................................... Middlesboro, Ky.

Hines, William H. ........................................... Somerset, Ky.

Hirsch, David, Brown Hotel ............................. Louisville, Ky.

Hoffman, George L., 1296 Willow St. ............... Louisville, Ky.

## KENTUCKY COLONELS DIRECTORY

Hoffman, H. G. .................................................................Mt. Sterling, Ky.
Holloway, J. H., 431½ E. Broadway ........................Louisville, Ky.
Holt, George R. ...........................................................Campbellsville, Ky.
Holstein, Otto ...........................................................Mexico City, Mex.
Horgan, John L. ...........................................................Cincinnati, Ohio
Horton, Travis M. ...........................................................Frankfort, Ky.
Howard, Clay H. ...........................................................Paris, Ky.
Howerton, Davis, Jr. ...........................................................Ashland, Ky.
Howerton, R. F. ...........................................................Frankfort, Ky.
Howington, James T., 1971 Bardstown Rd. ..........Louisville, Ky.
Hoyt, Alfred ...........................................................New York, N. Y.
Hudiburg, S. A. ...........................................................Frankfort, Ky.
Hughes, H. M., 329 Camp St. ...........................Louisville, Ky.
Hughes, John T. ...........................................................Lexington, Ky.
Huguelet, Guy A., Consolidated Coach Corp. ........Lexington, Ky.
Huhlein, Margaret E., 1390 S. First St. ................Louisville, Ky.
Hulette, Ira ...........................................................Frankfort, Ky.
Hulette, Arnum, Peoples Bank, ...........................Frankfort, Ky.
Humbert, Frank J., 2316 Date St. ...........................Louisville, Ky.
Humble, A. R. ...........................................................Somerset, Ky.
Humble, T. L. ...........................................................Glasgow, Ky.
Hume, Edgar E. ...........................................................Frankfort, Ky.
Hume, Leland, Southern Bell Telephone Co. .....Nashville, Tenn.
Hummel, Fred J., 2011 Bonnycastle Ave. ...........Louisville, Ky.
Humphrey, Charles ...........................................................Prestonburg, Ky.
Hunt, Emma, Hunt Hotel ...........................................Frankfort, Ky.
Hunter, Thomas C. ...........................................................Louisville, Ky.
Huntley, Eleanor ...........................................................Ashland, Ky.
Huntsberger, Russell ...........................................................Ashland, Ky.
Huntsman, Mrs. Roscoe C. ...........................................Scottsville, Ky.
Hurley, Thomas E., 1801 Spring Drive ................Louisville, Ky.

Hurst, Sam H. .......................................................................Wilhurst, Ky.
Hurt, Lucien B. ......................................................................Columbia, Ky.
Husser, Henry, 4207½ W. Broadway ....................Louisville, Ky.
Hutchison, John J., 408 W. Third St. .....................Lexington, Ky.
Hutchison, J. W., 2201 Osage St. ............................Louisville, Ky.
Hutton, Clark H. ...................................................................Louisville, Ky.
Hyman, Harry, 2066 Douglass Blvd. .....................Louisville, Ky.

### I

Ide, Roy B. ..............................................................................Springfield, Ill.
Ingels, Howard P., 44 Wall Street ..........................New York, N. Y.
Ingram, William Malcolm, Hanover Apts. ..............Lexington, Ky.
Innes, Charles H., 53 State Street ...........................Boston, Mass.

### J

Jackson, Edward, 5001 E. 86th St. ...........................Indianapolis, Ind.
Jackson, La Fayette Andrew, 2258 Illinois St. Indianapolis, Ind.
Jacobstein, Myer ...................................................................Louisville, Ky.
Jacoby, H. Murray, 1165 Fifth Ave. ........................New York, N. Y.
James, Charles ......................................................................Ashland, Ky.
Jaynes, Ira W. ........................................................................Detroit, Mich.
Jenkins, Elmer, Broadmoor Apts. ...........................Washington, D. C.
Jillson, Frederick F. ............................................................Syracuse, N. Y.
Jillson, W. R., Sr. ..................................................................Syracuse, N. Y.
Johnson, Andrew ..................................................................Wilmore, Ky.
Johnson, Lon T. .....................................................................San Pedro, Calif.
Johnson, Keens .....................................................................Richmond, Ky.
Johnson, Ray, 106 Sterret St. ...................................Covington, Ky.
Jones, Sam P., 1886 Douglass Blvd. .......................Louisville, Ky.
Jones, W. H. ............................................................................Prestonsburg, Ky.
Joplin, George A. ..................................................................Somerset, Ky.
Juett, Dr. J. W. ......................................................................Eminence, Ky.

## KENTUCKY COLONELS DIRECTORY

### K

Kash, Jesse D. ............................................................................Winchester, Ky.

Kaufman, Sol, 606 E. Fourth St. ............................................Newport, Ky.

Kavanaugh, Joseph ....................................................................Outwood, Ky.

Keens, R. P. ..............................................................................Owensboro, Ky.

Keller, J. W. ............................................................................Georgetown, Ky.

Kelley, Robert J., Kelley, Kelt & Ray Co. ................Covington, Ky.

Kelly, I. Austin ........................................................................Ashland, Ky.

Kelly, W. P., 2223 Boulevard Napoleon ................Louisville, Ky.

Kendall, R. M., 951 Barret Ave. ............................Louisville, Ky.

Kennard, Young E. ..............................................................Olive Hill, Ky.

Kent, A. Atwater, Atwater Kent Radio ................Philadelphia, Pa.

Kephart, Mrs. Mattie ........................................................Pleasureville, Ky.

Kernan, Charles H. ..............................................................Tiffin, Ohio

Kerr, Richard ..........................................................................Campbellsville, Ky.

Kesselring, Frank R., Service Optical Co.................Louisville, Ky.

Kilpatrick, N. J., 20 Oak Ridge Ave. ................Ft. Thomas, Ky.

King, J. Campbell, 2728 Virginia Ave. ................Louisville, Ky.

Kinnarney, James W., 618 E. Broadway ................Louisville, Ky.

Kipping, Oscar G. ..................................................................Carrollton, Ky.

Kirksey, J. F. ..........................................................................Mayfield, Ky.

Kitchen, Catherine ..............................................................Ashland, Ky.

Kitchen, J. B. ..........................................................................Ashland, Ky.

Klaw, Marc. ..............................................................................New York, N. Y.

Klein, Harry J., Springdale Apts. ............................Louisville, Ky.

Klein, Sidney, 2013 Eastern Parkway ................Louisville, Ky.

Klines, Frank Eugene, 2117 N. Kilpatrick Ave. ........Chicago, Ill.

Klingler, H. J. ........................................................................Detroit, Mich.

Knight, Thomas D. ..............................................................Chicago, Ill.

## KENTUCKY COLONELS DIRECTORY

Kohler, Charles C., 590 Third Ave. ........................New York, N. Y.
Koper, Clifford ........................................................Covington, Ky.
Krumpnick, Ira ...........................................................Chicago, Ill.
Kunz, John J., Security Apts. ..............................Louisville, Ky.

### L

La Bree, Ben ......................................................Bardstown, Ky.
Lacy, J. H. ..........................................................Winchester, Ky.
Ladd, J. Frank ..............................................................Cadiz, Ky.
Lampkin, Clifton W. ..................................Bowling Green, Ky.
Lampkin, J. B., 1507½ W. Broadway ................Louisville, Ky.
Langford, George W., General Contractor ................Miami, Fla.
Lanier, Ike T. ......................................................Danville, Ky.
Larmouth, Albert ..........................................Madisonville, Ky.
Larner, Angamar W., 420 Lexington Ave. ......New York, N. Y.
Latz, Harry, 593 Fifth Ave. ..............................New York, N. Y.
Laurent, Susan, 613 Marion E. Taylor Bldg. ........Louisville, Ky.
La Von, Robert L. ..............................................La Grange, Ky.
Laws, Gilbert ......................................................Covington, Ky.
Lee, Arthur M. ..................................................Louisville, Ky.
Lee, Addison W., Jr., 50 Eastover Park ..............Louisville, Ky.
Lee, S. D., 107 Water St. ..................................Lexington, Ky.
Lee, Joseph, 3064 Albany Cres. ......................New York, N. Y.
Leet, Claud E. ....................................................La Grange, Ky.
Leith, William, 408 W. Marquette Rd.....................Chicago, Ill.
Letchfield, Paul W. ......................................San Diego, Calif.
Leslie, Guy W. ................................................Cannel City, Ky.
Levy, Stuart G., 1427 Rosewood Ave. ................Louisville, Ky.
Lewellyn, Fred ........................................................Miami, Fla.
Lewis, Randall M., 818 E. Joppa Rd. ..................Towson, Md.
Lewis, S. E. ............................................................Ludlow, Ky.

## KENTUCKY COLONELS DIRECTORY

Lindsey, Joe S. .................................................................Winchester, Ky.
Lipper, Arthur, Wall Street ...............................New York, N. Y.
Lipscomb, W. S. ...........................................................Hazard, Ky.
Lisle, Harvey T. ....................................................Winchester, Ky.
Livingston, Julian, 310 S. Michigan Blvd. ........Chicago, Ill.
Long, Harry Ernest, Brown Hotel ................Louisville, Ky.
Lotz, George C., 4400 W. Market St. ................Louisville, Ky.
Louis, Felix ..................................................................Harlan, Ky.
Lowe, W. M., 2043 Douglas Blvd. ......................Louisville, Ky.
Lowry, Wade H. ..................................................Frankfort, Ky.
Loyall, J. M. .....................................................................Ludlow, Ky.
Lucas, Robert H., Republican Natl. Hdqtrs......Washington, D. C.
Lukeman, Augustus, 160 West 86th St. ................New York, N. Y.
Lukens, W. E., 2229 Slane St. ............................Cincinnati, Ohio
Lundee, David ..................................................Minneapolis, Minn.
Lutes, Frank ..................................................................Durant, Okla.
Lynn, John T., Route A., Box 176 ......................Louisville, Ky.
Lyons, Maurice F., 200 Rockdale Ave. ................Cincinnati, Ohio

## M

Mac Lean, W. Stewart ........................................Louisville, Ky.
Madden, John E., Winchester Pike ................Lexington, Ky.
Maddock, Aubrey L. ..........................................Hartford, Conn.
Mahan, A. B. ....................................................Winchester, Ky.
Mallet, Leon A. E., Commodore Hotel ................New York, N. Y.
Malone, Albert H., The Manor ......................Asheville, N. C.
Maret, Col. "Jim", Automobile Club ................Lexington, Ky.
Manion, James ....................................................Henderson, Ky.
Markolf, William S., 1909 Richmond Dr. ................Louisville, Ky.
Marshall, Dr. Lillard, 514 Fayette Bank Bldg. ......Lexington, Ky.
Martin, A. D. ....................................................Frankfort, Ky.

Martin, C. B., 1867 Frankfort Ave. ................Louisville, Ky.
Martin George B. ............................................Catlettsburg, Ky.
Martin, George H. ............................................Frankfort, Ky.
Martin, Lorenzo W., National Press Bldg. ......Washington, D. C.
Martin, Marjorie ............................................Frankfort, Ky.
Marx, Milton, 918 Marion St. ........................Newport, Ky.
Mason, A. J. ............................................Central City, Ky.
Mason, Silas B., 428 Hernando Bldg. ............Lexington, Ky.
Massee, Bert., 209 Lake Shore Blvd. ............Chicago, Ill.
Mather, Elmer J. ............................................New York, N. Y.
Matlack, David T. ............................................Winchester, Ky.
May, B. L. C. ............................................Alphoretta, Ky.
May, Charles W., 388 S. Broadway ............Lexington, Ky.
May, M. T. ............................................Winchester, Ky.
May, Robert V. ............................................Prestonsburg, Ky.
May, Walter H., 389 S. Broadway ............Lexington, Ky.
Mayor, David M. ............................................Hazard, Ky.
McAtee, William T., 526 West Oak St ............Louisville, Ky.
McCall, John E. ............................................Catlettsburg, Ky.
McCarthy, M. F. ............................................Ludlow, Ky.
McCleary, John Hill ............................................Ashland, Ky.
McClelland, Duncan, Bowman Air Port ............Louisville, Ky.
McClure, James. S. ............................................Paris, Ky.
McConnell, Allan C. ............................................Cincinnati, Ohio
McConnell, James Harvey, McConnell Bros. ......Asheville, N. C.
McCormack, John T. ............................................Winchester, Ky.
McCormick, Mrs. Ruth Hanna, 360 Michigan Blvd. Chicago, Ill.
McCullough, John W. ............................................Louisa, Ky.
McDevitt, Charles J., 210 W. Ninth St. ............Cincinnati, Ohio

## KENTUCKY COLONELS DIRECTORY

McDowell, Walter D., 2617 W. Madison St. ............Louisville, Ky.
McEldowney, M. T. ...................................................Winchester, Ky.
McGuire, Henry ......................................................Winchester, Ky.
McKee, James H., 5501 Greene St. .........................Philadelphia, Ky.
McLain, W. D. ..................................................................Dallas, Tex.
McLean, L. A., No. 1 Normandie Village ................Louisville, Ky.
McManus, Thomas J., 38 S. Dearborn St., ................Chicago, Ill.
McMillan, "Bo" ....................................................Manhattan, Kan.
McNamee, Graham, Natl. Broadcasting Co......New York, N. Y.
McQuady, Claude D., 4420 Park Blvd. ........................Louisville, Ky.
Meade, Kenneth ...........................................................Frankfort, Ky.
Meier, Harry, 228 Crescent Ave. ...............................Wyoming, Ohio
Meinhart, Val. ...................................................................Ashland, Ky.
Mengel, C. C., 2405 Village Dr. ..............................Louisville, Ky.
Mengel, C. R., 1303 Eastern Parkway ....................Louisville, Ky.
Mengel, F. T., 423 Lightfoot Rd. ..............................Louisville, Ky.
Mercer, Claud ........................................................Hardinsburg, Ky.
Merriweather, William, Price Chemical Co. ...........Louisville, Ky.
Metcalfe, John G. ..................................................Cincinnati, Ohio
Meyers, Sidney Johnson, Jr., 1601 Spring Drive .....Louisville, Ky.
Michael, Dr. Luther ..............................................San Leandro, Calif.
Michael, Paul ........................................................San Leandro, Calif.
Middleton, Austin Randolph, 1329 S. Floyd St......Louisville, Ky.
Middleton, Thomas P. ..................................................Eminence, Ky.
Miller, Allan, 72 Washington St. .............................New York, N. Y.
Miller, Claire J. ..............................................................Ashland, Ky.
Miller, Fred J. ...............................................................Covington, Ky.
Miller, John Robert ......................................................Covington, Ky.
Miller, Milton C., 1101 Cardinal St. ........................Louisville, Ky.
Milstead, J. M. .............................................................Princeton, Ky.
Mocabee, W. H. ................................................................Normal, Ky.

KENTUCKY COLONELS DIRECTORY

Moffat, James A., 3110 Oakland Ave. ............Catlettsburg, Ky.
Moffett, James A., 820 Park Ave. ............New York, N. Y.
Mollet, Leon A. E., Commodore Hotel ............New York, N. Y.
Monarch, Martine ............Frankfort, Ky.
Monld, Hal A. ............Pineville, Ky.
Moore, Blair ............Frankfort, Ky.
Moore, Herbert H., Equitable Life Bldg. ............Louisville, Ky.
Moore, John F., Jr., 37 Robroy Ave. ............Ft. Thomas, Ky.
Moore, Oscar L., 208 S. La Salle St. ............Chicago, Ill.
Moore, Wickliffe B., 2111 Eastern Parkway ............Louisville, Ky.
Moran, Charles B. ............Horse Cave, Ky.
Morancy, H. P. ............Versailles, Ky.
Mordica, W. A. ............Pikeville, Ky.
Morley, John ............Youngstown, Ohio
Morgan, Archie Stark ............Russell, Ky.
Moriarty, C. R., 211 Garrard St. ............Covington, Ky.
Moriarty, Walter, New York Telegraph ............New York, N. Y.
Morris, Elmer R. ............Louisville, Ky.
Morris, Mervin L. ............New Castle, Ky.
Morris, Robert H., 105 W. Adams St. ............Chicago, Ill.
Morrison, Wendell, Newtown Pike ............Lexington, Ky.
Morton, Harry T. ............Henderson, Ky.
Moses, Thomas, Carnegie Bldg. ............Pittsburgh, Pa.
Moss, Mildred ............Frankfort, Ky.
Mott, Charles Stewart, General Motors Corp ............Detroit, Mich.
Muir, H., 112 Western Parkway ............Louisville, Ky.
Muir, G. W., 135 E. Maxwell St. ............Lexington, Ky.
Murphy, John T., 106 E. Third St. ............Covington, Ky.

## N

Nash, Fred G. .................................................Auburn, N. Y.
Neal, George F. ..............................................Winchester, Ky.
Neal, William, Weis-Gaul Apts. ...............Louisville, Ky.
Nelson, Maurice ...........................................Covington, Ky.
Nestor, A. S., 630 S. Ashland Blvd. ........Chicago, Ill.
Nevins, Parker, 605 E. 134th Street ........New York, N. Y.
Newman, George A., Jr., Commodore Apts. ..........Louisville, Ky.
Newman, J. L. ...............................................Frankfort, Ky.
Newton, George W., Herald-Post ...........Louisville, Ky.
Nichols, Charles T. ......................................Owensboro, Ky.
Nolan, J. W. ..................................................Harlan, Ky.
Norris, Mattie ..............................................Frankfort, Ky.
Nuchols, Robert, J. Davis Store ..............Frankfort, Ky.
Numann, Harry W., 4511 S. Second St. ........Louisville, Ky.
Nunnelley, Brent G., 1524 S. Fourth St. ........Louisville, Ky.
Nunnelley, Doris ........................................Georgetown, Ky.

## O

O'Brien, David P., 1028 Garvin Pl. ........Louisville, Ky.
O'Brien, Edward .........................................Bardstown, Ky.
O'Brien, John J., 1338 S. Sixth St. ........Louisville, Ky.
Ogden, Frank Johnson ...............................Winchester, Ky.
Ogden, W. T. ...............................................Winchester, Ky.
Oldfield, Hugh M. .......................................Barbourville, Ky.
O'Neil, Isaac D. ...........................................Catlettsburg, Ky.
Orndorf, A. H. .............................................Bowling Green, Ky.
Osborne, Thomas B., 35 Zumstern Ave. ........Cincinnati, Ohio
Ottley, Tanner .............................................Burkesville, Ky.
Overstreet, Beckham, Inter-Southern Bldg. ........Louisville, Ky.

Overstreet, Ralph, Jr. .................................................Henderson, Ky.
Owen, William Thomas .........................................Henderson, Ky.
Owsley, Thomas M., 121 Forest Ave.....................Lexington, Ky.

### P

Palmer, Dr. B. J., Palmer School .........................Davenport, Ia.
Park, R. B. .........................................................Elizabethtown, Ky.
Parker, Donald E., McDowell Bldg. ......................Louisville, Ky.
Parker, Edward, 420 E. Atwood St. ......................Louisville, Ky.
Parker, Harry, Jr. ...............................................Vanceburg, Ky.
Parsons, Dr. C. H. ..............................................Ashland, Ky.
Parsons, L. G. ....................................................Detroit, Mich.
Pascoe, Samuel .................................................Whitesburg, Ky.
Pasha, Mahmoud Samy, Diplomatic Corps. ......Washington, D. C.
Patterson, Carl P. ...............................................Greenup, Ky.
Patterson, James H. ............................................Eminence, Ky.
Patterson, N. Reed .............................................Pineville, Ky.
Patton, E. D. .....................................................Soldier, Ky.
Payne, Mason H. P. .............................................Frankfort, Ky.
Peabody, Stuyvesant, 1525 N. State Parkway .........Chicago, Ill.
Pearlman, Frank, 4606 S. Sixth St. .......................Louisville, Ky.
Pearlman, George P. ............................................Ashland, Ky.
Peffer, Emma C., 1269 Eastern Parkway ...............Louisville, Ky.
Perrin, Robert Lee ..............................................Louisville, Ky.
Perrin, Samuel, 5737 Beacon St. .........................Pittsburgh, Pa.
Perry, John, 527 E. 117th St. ..............................New York, N. Y.
Petty, Hubbard R., Weis-Gaul Apts. .....................Louisville, Ky.
Pfeffer, Davis .....................................................Ashland, Ky.
Pfening, Henry, Jr., ............................................Middlesboro, Ky.
Pfeister, Henry J., 2941 Observatory Rd. ...........Cincinnati, Ohio
Phillips, Azilee, The Billboard ............................New York, N. Y.

44

## KENTUCKY COLONELS DIRECTORY

Phillips, Mrs. C. Gordon ...................................................Frankfort, Ky.
Phillips, H. D. ...................................................................Paducah, Ky.
Phillips, Howard V., 27 E. 39th Street ..............New York, N. Y.
Phillips, S. S. ..............................................................Crab Orchard, Ky.
Piers, Albert, 224 S. 44th St. ..............................Louisville, Ky.
Pike, Eugene R., 6 N. Michigan Blvd. ........................Chicago, Ill.
Pitchford, Harry C. ...............................................................Irvine, Ky.
Pitt, Lunsford ...............................................................Haldeman, Ky.
Platt, Livingston, Commodore Hotel ...................New York, N. Y.
Porter, J. R. ...................................................................Frankfort, Ky.
Porter, J. Sherman, 676 Headley Ave. ....................Lexington, Ky.
Porter, Layon ...............................................................Glasgow, Ky.
Potter, John Wesley ...............................................Kokomo, Ind.
Pound, J. Miles, 1000 S. Fourth St. ...................Louisville, Ky.
Powell, Peter G., Jr., 256 S. Limestone St. ..........Lexington, Ky.
Powers, Caleb, 5100 Chevy Chase Parkway .....Washington, D. C.
Powers, L. S. ...............................................................Hawesville, Ky.
Price, Arthur C. ...............................................Minneapolis, Minn.
Prinz, Charles C., 2311 Village Dr. ......................Louisville, Ky.

### Q

Quarles, Edward W., 3615 W. Broadway ..............Louisville, Ky.
Quast, Carl F., Lincoln Apts. ..............................Louisville, Ky.
Quinlin, Thomas ...............................................................Ludlow, Ky.
Quinn, Ralph, Post Square ..............................Cincinnati, Ohio

### R

Ramey, James Finus, 1607 Howard St. ....................Chicago, Ill.
Ratcliffe, George M., 2736 Shippen St. ..............Louisville, Ky.
Ratterman, Mrs. Ray, 320 Pleasant View Ave......Louisville, Ky.
Raymond, Harry, Pres. Harry Raymond, Inc...High Point, N. C.

## KENTUCKY COLONELS DIRECTORY

Read, Jesse G. ................................................................Oklahoma City, Okla.
Rectanus, S. R. ................................................................Middletown, Ohio
Reed, Avery H. ................................................................Marion, Ky.
Rees, James T. ................................................................Cynthiana, Ky.
Reeside, Howard S., Roosevelt Hotel ................Washington, D. C.
Regan, Clifford C., 3920 Tracy Ave. ................Covington, Ky.
Reilly, Frank A. ................................................................New York, N. Y.
Reiss, Paul, 231 S. La Salle St. ................................Chicago, Ill.
Rendon, William, 211 W. Jefferson St................Louisville, Ky.
Renshaw, Edgar ................................................................Hopkinsville, Ky.
Respess, Baldwin, 201 W. Short St. ................Lexington, Ky.
Reville, Rankin R. ................................................................Lexington, Ky.
Reynolds, Howard G., 15 Grove Hill Park ................Boston, Mass.
Reynolds, W. R. ................................................................Tyner, Ky.
Rhoads, Eleanor ................................................................Frankfort, Ky.
Rhoads, W. A. ................................................................Russellville, Ky.
Rhodes, Charles W. ................................................................Middlesboro, Ky.
Rhodes, G. W. ................................................................Newton, Ia.
Rice, Mercer M., White House ................................Washington, D. C.
Richards, Calvin ................................................................Morganfield, Ky.
Richards, C. E. ................................................................Lexington, Ky.
Richards, Joseph ................................................................Winchester, Ky.
Richardson, Basil ................................................................Glasgow, Ky.
Richardson, Charles H., Syracuse University.....Syracuse, N. Y.
Richardson, Dudley P. ................................................................Frankfort, Ky.
Richardson, Gail ................................................................Danville, Ky.
Richmond, Charles Blair ................................................................London, Ky.
Ripy, Marion W., 10 E. 40th St. ................................New York, N. Y.
Robb, William W. ................................................................Winchester, Ky.
Roberts, Arthur E., 3685 Kendall Ave. ................Cincinnati, Ohio
Roberts, Effie Schwartz ................................................................Paintsville, Ky.

Robbins, C. C. ........................................................................Winchester, Ky.
Robinson, John B. ..............................................................Outwood, Ky.
Robinson, Joseph M., 2020 Edgeland Ave.............Louisville, Ky.
Rodgers, H. P. ....................................................................Elizabethtown, Ky.
Rogers, Will, Mayor ..........................................Beverly Hills, Calif.
Rohan, M. ...........................................................................Ludlow, Ky.
Rohan, Thomas ...................................................................Ludlow, Ky.
Root, Lewis A., 1139 S. 28th St. .............................Louisville, Ky.
Rose, Andrew B., 640 Park Ave. ............................New York, N. Y.
Rose, David B. G., Standard Printing Co. ...........Louisville, Ky.
Rosenberg, Manuel, 224 E. Fifth St. .....................Cincinnati, Ohio
Rosenfield, Isaac, 30 N. Michigan Blvd. ....................Chicago, Ill.
Rosenfield, Joseph S., 30 N. Michigan Blvd. ...............Chicago, Ill.
Rosenfield, Morris, 30 N. Michigan Blvd. ...................Chicago, Ill.
Roser, Charles, 125 Northwestern Parkway...............Louisville, Ky.
Ross, C. I. .......................................................................Somerset, Ky.
Ross, J. H. ........................................................................Ashland, Ky.
Rothafel, S. L., Roxy Theatre .................................New York, N. Y.
Rothwell, Thomas A. ........................................................Ft. Thomas, Ky.
Rudolph, Julius, 118 Strathmore Ave. ....................Ft. Thomas, Ky.
Ryan, C. H. .......................................................................Russellville, Ky.
Ryans, Lewis B., 4909 S. Third St. ..........................Louisville, Ky.
Ryans, Thomas, 1206 W. Jefferson St. ...................Louisville, Ky.
Ryans, William, 4626 Southern Parkway ...............Louisville, Ky.
Ryley, C. L., 1412 Fayette Bank Bldg. ...................Lexington, Ky.


## S

Sales, John T., Southern Hotel ................................Frankfort, Ky.
Sapiro, Aaron, 11 W. 42nd St. ................................New York, N. Y.
Scales, Herbert K., 1864 Harvard Dr. ....................Louisville, Ky.
Scalf, Jesse E., 2908 Taylor Blvd. ..........................Louisville, Ky.

## KENTUCKY COLONELS DIRECTORY

Schaefer, E. G. .................................................. Middlesboro, Ky.
Schaefer, Jacob, Jr. ............................................ Brooklyn, N. Y.
Schevlin, Joseph F., 433 Third St., N. W. ...... Washington, D. C.
Schoemer, Charles E., 2883 Harrison Ave. ........... Cincinnati, Ohio
Schuff, T. K. ................................................... Georgetown, Ky.
Schumann, John J., Jr., 1775 Broadway ............... New York, N. Y.
Schwab, Peter W., Ford Motor Co. ..................... Louisville, Ky.
Schwartzbach, Louis, 2111 Boulevard Napoleon ... Louisville, Ky.
Schweitzer, Margaret M., 1833 Stevens Ave. ......... Louisville, Ky.
Searcy, Chester H., Inter-Southern Bldg. ............. Louisville, Ky.
Seaton, John M. ............................................... Ashland, Ky.
Seeger, Louis F. ............................................. Bardstown, Ky.
Segner, Charles A., 1642 Estes Ave. ..................... Chicago, Ill.
Seitz, William J., 1022 Chaffee St. ................... Catlettsburg, Ky.
Selth, John W. ............................................... La Grange, Ky.
Shanks, W. Carroll ........................................... Stanford, Ky.
Shaw, Frederick H. ........................................... Lexington, Ky.
Sheridan, Leo J., 1 N. La Salle St. ..................... Chicago, Ill.
Shuff, John, Burnett Ridge Ave. ...................... Ft. Thomas, Ky.
Shuff, T. K. ................................................... Georgetown, Ky.
Sibbrell, Jola, 325 S. Ashland Ave. ..................... Lexington, Ky.
Simmons, Thomas W., 515 S. Olive St. ........... Los Angeles, Calif.
Simon, B. T. .................................................... Ludlow, Ky.
Simpson, William B. ........................................ Nicholasville, Ky.
Sinclair, D. H., 4238 Vermont St. ..................... Louisville, Ky.
Slater, Leonard, 316 S. 41st St. ......................... Louisville, Ky.
Slaughter, Joseph C., 2 Rector St. ..................... New York, N. Y.
Slemp, C. Bascom, Southern Bldg. ............... Washington, D. C.
Slobodien, Michael, A. ................................... Perth Amboy, N. J.
Smathers, William A. ...................................... Asheville, N. C.
Smith, Andrew W. .......................................... Birmingham, Ala.

KENTUCKY COLONELS DIRECTORY

Smith, Charles E., N. Y., N. H. & Hartford
R. R. .............................New Haven, Conn.
Smith, Ernest N., Mills Bldg. .............................Washington, D. C.
Smith, George W., 2023 Cherokee Parkway..........Louisville, Ky.
Smith, John A., 531 W. Ormsby St. .............................Louisville, Ky.
Smith, Lorenzo Oscar, Mayor .............................Harlan, Ky.
Smith, Noah .............................Elys, Ky.
Smith, Russell .............................Ashland, Ky.
Smith, William, Pure Oil Co. .............................Chicago, Ill.
Snite, Fred B., 27 W. Washington St. .............................Chicago, Ill.
Snowden, Effie Brewer .............................Richmond, Ky.
Snyder, Carl M., 13145 Griggs St. .............................Detroit, Mich.
Snyder, Cleo, 1559 Floyd St. .............................Louisville, Ky.
Snyder, Roy C., 2105 Alta Ave. .............................Louisville, Ky.
Sohan, Richard, F. & C. R. R. .............................Frankfort, Ky.
Sower, John Peter .............................Frankfort, Ky.
Sphar, Asa .............................Winchester, Ky.
Spillard, William J., 9349 Laflin St. .............................Chicago, Ill.
Spivey, Albert T. .............................East St. Louis, Ill.
Spradlin, Alex. .............................Prestonburg, Ky.
Springate, Grover C. .............................Lawrenceburg, Ky.
Stanfield, J. H., 4639 Cliff Ave. .............................Louisville, Ky.
Stanley, O. W. .............................Bardstown, Ky.
Start, Isaac .............................Hopkinsville, Ky.
Stearns, J. S., Stearns Coal & Lumber Co..........Ludington, Mich.
Stege, George W., 4203 W. Broadway.............Louisville, Ky.
Stein, L. M., 426 S. Clinton St. .............................Chicago, Ill.
Stephens, George E. .............................Frankfort, Ky.
Steuber, William G., .............................Rochester, N. Y.
Stevenson, Dr. J. W. .............................Ashland, Ky.
Stevenson, Walker W. .............................Ashland, Ky.

## KENTUCKY COLONELS DIRECTORY

Stockhoff, Henry W., 2109 Rutherford Ave...........Louisville, Ky.
Stoll, Richard P., Jr., 252 N. Broadway...............Lexington, Ky.
Stone, Louis H., 1808 Jefferson Ave....................Covington, Ky.
Stovall, Dr. J. Watt ...........................................Grayson, Ky.
Stradling, James G. ...................................Philadelphia, Pa.
Strahm, Victor H. ...............................Bowling Green, Ky.
Stratton, E. B., Weis.-Gaul. Apts. ...............Louisville, Ky.
Stratton, T. B. ...............................................Pikeville, Ky.
Straus, Robert E., 306 S. Michigan Blvd................Chicago, Ill.
Strong, Walter, 4139 N. Harding St. ...................Chicago, Ill.
Stubbs, Omer C., First National Bank .............Covington, Ky.
Stucker, L. D. ..............................................Frankfort, Ky.
Sturgill, W. M. ............................................Pikeville, Ky.
Sullivan, John C. B. ...................................Mayfield, Ky.
Sullivan, Joseph P., 2301 Seventh St. Rd. .............Louisville, Ky.
Sweitzer, Robert M., 3522 W. Jackson Blvd.........Chicago, Ill.
Swope, King, 247 S. Hanover St. ...................Lexington, Ky.

### T

Tarshes, David, 475 Fifth Ave. ......................Brooklyn, N. Y.
Taylor, Dabney S., 215 S. Birchwood Ave. .............Louisville, Ky.
Taylor, Edmond W. ....................................Frankfort, Ky.
Taylor, Mrs. Esta Mae Williams....................Pikeville, Ky.
Taylor, Kenner .............................................Frankfort, Ky.
Taylor, Phillip P., 311 Grayson Ave. ...............Norfolk, Va.
Taylor, Sumner W. ....................................New York, N. Y.
Taylor, W. C. ...............................................Lexington, Ky.
Taylor, William S., 6312 Cambridge Ave. .....Cincinnati, Ohio
Taylor, Willis R., Army Air Field ...................Belleville, Ill.
Tefft, Grant J. ..........................................Greenwich, N. Y.

## KENTUCKY COLONELS DIRECTORY

Templin, Jacob Daniel ............................................Middlesboro, Ky.
Terhune, Prof. Thornton, Centre College ................Danville, Ky.
Thomas, John D., 1537 Bland St. ...........................Louisville, Ky.
Thomas, Otis G. .....................................................Liberty, Ky.
Thomason, W. A. ....................................................Paris, Ky.
Thommason, E. Forrest ..........................................Calhoun, Ky.
Thompson, James H. ..............................................Paris, Ky.
Thompson, James ...................................................Frankfort, Ky.
Thompson, Norman C. ...........................................Danville, Ky.
Thompson, Prof. Thornton, 3701 River Park
                    Drive ............................................Louisville, Ky.
Thompson, William A., Sr., 127 E. Kentucky St...Louisville, Ky.
Throckmorton, John W., 155 Woodland Ave......Lexington, Ky.
Thurmon, C. P. ......................................................Elizabethtown, Ky.
Tilton, J. W., 324 E. Maxwell Ave. ......................Lexington, Ky.
Titus, Percy Hobart, Manthorne Rd. ....................Boston, Mass.
Tobin, Henry .........................................................Atlantic City, N. J.
Todd, Alexander McEwan ......................................Wheeling, W. Va.
Todd, McKenzie R. .................................................Frankfort, Ky.
Towneley, Louis J., 138 E. 57th St. ......................New York, N. Y.
Traylor, Melvin A., First National Bank...............Chicago, Ill.
Treadway, R. R., Box 7733 ...................................Atlanta, Ga.
Trigg, Lansing .......................................................Glasgow, Ky.
Truesdale, Calvin, 20 Pine St. ...............................New York, N. Y.
Tuggle, Dr. Allen Davis ........................................Barbourville, Ky.
Turley, R. E. .........................................................Richmond, Ky.

### U

Ulrich, Lew, Mayors Office ...................................Louisville, Ky.
Underwood, Thomas R., Lexington Herald............Lexington, Ky.
Unmussig, J. A. ......................................................Augusta, Ky.

## KENTUCKY COLONELS DIRECTORY

Upchurch, Frank ...........................................................Susie, Ky.
Upton, Andrew, Phoenix Hotel ...................Lexington, Ky.

### V

VanArsdale, Samuel Owens ...................Harrodsburg, Ky.
Vansant, Rufus ...................................................Ashland, Ky.
Vaughan, Lawrence M. ...........................Middlesboro, Ky.
Vaughn, Frank G. ............................................Lexington, Ky.
Vaughn, George A., 142 Preston Ave...........Lexington, Ky.
Via, J. D. .................................................................Clinton, Ky.
Vickery, Oliver, Graybar Building ...........New York, N. Y.
                     Legal residence ...................Monticello, Ky.
Vinson, Thomas W., Brown Hotel ...............Louisville, Ky.

### W

Wade, Lucille ................................................Henderson, Ky.
Wahking, A. H., 4135 W. Broadway ...........Louisville, Ky.
Walden, Bettie Lee.....................................Williamsburg, Ky.
Walker, Mary Hoge ......................................Frankfort, Ky.
Walker, Richard E. .........................................Frankfort, Ky.
Waller, Judith C., 150 E. Superior Ave...........Chicago, Ill.
Waller, Thomas, Jr. ....................................Morganfield, Ky.
Wallis, Frederick A. ...............................................Paris, Ky.
Ware, Henry B. ...............................................Frankfort, Ky.
Warner, Harry M., Warner Bros. Pictures...........New York, N. Y.
Warner, Jack, Warner Bros. Pictures...............Hollywood, Calif.
Warnock, D. B. ...................................................Greenup, Ky.
Wash, Marvin P. .............................................Detroit, Mich.
Waters, Barrett ...............................................Louisville, Ky.
Wathen, Richard A., 1374 S. Third St. ...........Louisville, Ky.

## KENTUCKY COLONELS DIRECTORY

Watkins, Mark A. ........................................................London, Ky.
Webber, Charles, Phoenix Hotel ........................Lexington, Ky.
Weed, George, 4201 W. Washington Blvd......................Chicago, Ill.
Weintz, Clement A. ........................................Sioux City, Ia.
Weir, Miller ........................................................Jacksonville, Ill.
Weitzel, John J., 620 Evanswood Cliff......................Cincinnati, Ohio
Wells, Mitchel C., 805 Taylor St. ........................Ft. Thomas, Ky.
Welton, E. W., 402 Starks Bldg. ........................Louisville, Ky.
Wheeldon, A. E. ........................................................Stearns, Ky.
White, Harvey, Inter-Southern Bldg......................Louisville, Ky.
Whitehead, George C. ........................................Columbus, Ohio
Whitley, L. E. ........................................................Owensboro, Ky.
Whitney, A. F., 820 Superior Ave., N. W..........Cleveland, Ohio
Wiborg, Frank B., 3420 Cornell Place......................Cincinnati, Ohio
Wiggins, Horace Leland, Benj. Franklin Hotel...Philadelphia, Pa.
Wiley, Louis, 730 Park Ave. ........................New York, N. Y.
Wilkinson, Harvey, 2505 13th St., N. W......Washington, D. C.
Willett, Mrs. Margaret, 8019 S. Green St. ................Chicago, Ill.
Williams, Cecil ........................................................Somerset, Ky.
Williams, Haurce, 481 Ft. Washington Ave......New York, N. Y.
Williams, Isaac ........................................................Henderson, Ky.
Williamson, Tom ........................................................Pikeville, Ky.
Wills, John A. ........................................................Bryn Athyn, Pa.
Wilson, Burton C. ........................................Frankfort, Ky.
Wilson, Robert Wayne ........................................Lebanon, Ky.
Winn, Matt T. ........................................................Lexington, Ky.
Wood, Arthur, Salem Park Heights......................Cincinnati, Ohio
Woolery, S. B. ........................................................Hazard, Ky.
Word, Herbert ........................................................Paintsville, Ky.
Wright, W. M., Versailles Pike ........................Lexington, Ky.
Wyckoff, C. G., 42 Broadway ........................New York, N. Y.

## KENTUCKY COLONELS DIRECTORY

### Y

York, Charles .................................................................Dayton, Ky.

York, G. M. ...........................................................Central City, Ky.

Young, Austin F., Belvedere Bldg. .......................Cincinnati, Ohio

Young, C. T., Miami Ave., Cleves. .......................Cincinnati, Ohio

Young, Milton, Hanover Apts. ..............................Lexington, Ky.

Youngworth, Leo V., Baldwin Hills ...................Culver City, Calif.

### Z

Ziehm, R. H., Colorado College ...............Colorado Springs, Col.

Zoellner, Carl ..........................................................Portsmouth, Ohio