RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

# Exhibit — Notable and Prominent Kentucky Colonels

*Submitted in support under FRE 1006 as a summary of publicly available historical information and government records that are self-authenticating exhibits relevant to the origins of Kentucky Colonels.*

## Summary Description

This exhibit identifies and exemplifies prominent historical individuals who were known, recognized, or formally addressed as "Colonel" in Kentucky from 1775 through 1929, as well as those recognized prior to claims by the Honorable Order of Kentucky Colonels assertions of control in 1975 claiming custodianship over the honorary title. These individuals reflect the evolution of the Kentucky Colonel ideal in political, military, legal, and cultural terms. Each name listed can be substantiated through primary or contemporaneous secondary sources. The title of "Colonel" in these instances was understood as a mark of leadership, civic standing, or honorary distinction, and not necessarily tied to formal military rank. The list is compiled under Federal Rule of Evidence 1006 as a digest of voluminous public historical materials for judicial efficiency and clarity.

None of the individuals listed in this exhibit—each of whom was recognized publicly as a Kentucky Colonel prior to 1975—ever acknowledged the Honorable Order of Kentucky Colonels (HOKC) or endorsed its 1813 origin narrative as the source or "fount of honor" for the title.

This includes prominent figures such as Governor Bertram Combs, previously Supreme Court Justice of the Kentucky Court of Appeals, whose personal papers and official writings reflect no connection to the HOKC. In fact, in *City of Louisville Municipal Housing Commission v. Public Housing Administration*, 261 S.W.2d 286, 288 (Ky. 1953), Justice Combs affirmed that "Kentucky Colonels and notaries public are also created in the name of the Commonwealth, by its Chief Executive," thereby reinforcing that the title "Kentucky Colonel" is an official gubernatorial designation of the Commonwealth, not the proprietary domain of any private organization or social club.

Many of the individuals listed herein are verified through historical records and public references. While the earliest among them may not have been formally commissioned by a Governor of Kentucky, they were widely recognized by the honorary title of "Colonel" as a mark of civil

distinction, landownership, or social standing. Prior to 1900, the title was frequently used as a courtesy designation in public discourse and print, reflecting status rather than an official military or governmental commission.

## Colonel John Bowman

**Active:** 1775–1779 **Role:** Revolutionary War commander, colonial administrator, and militia leader. **Historical Significance:** Commissioned by Governor Patrick Henry to govern Kentucky County, Virginia. As Kentucky's first military leader, Bowman held land and militia authority, attending the Transylvania Convention in 1775. He commissioned numerous officers as colonels and lieutenant colonels on behalf of the Commonwealth of Virginia, playing a foundational role in Kentucky's early governance.

## Colonel George Rogers Clark

**Active:** 1776–1790s **Role:** Revolutionary War hero, military commander, and territorial governor. **Historical Significance:** Known as "The Conqueror of the Northwest," Clark led American forces in the Northwest Indian War and played a decisive role in securing the Northwest Territory for the United States. He is credited as the founder of Louisville, Kentucky, and commissioned numerous officers, extending Kentucky's military and political influence across Ohio, Illinois, Indiana, Michigan, and Kentucky.

## Colonel Richard Henderson

**Active:** 1775–1780s **Role:** Colonial land speculator, founder of the Transylvania Colony. **Historical Significance:** As head of the Transylvania Company, Henderson presided over the first legislative assembly in Kentucky beneath the "Divine Elm" at Boonesborough. He commissioned Daniel Boone in 1775 to construct the Wilderness Road and establish Boonesborough as the capital of the extralegal Transylvania Colony. Henderson is often regarded as Kentucky's first head of state.

## Colonel Isaac Shelby

**Active:** 1777–1792 **Role:** Revolutionary War commander, Kentucky's first Governor (1792–1796, 1812–1816). **Historical Significance:** A hero of the Battle of King's Mountain, Shelby was a key

figure in Kentucky's transition from a Virginia county to an independent state. After moving to Kentucky in 1780, he was elected as its first Governor, serving two non-consecutive terms.

## Colonel George Nicholas

**Active:** 1780s–1790s  **Role:** Statesman, legal theorist, and principal author of Kentucky's first Constitution. **Historical Significance:** Widely regarded as Kentucky's first statesman, Nicholas's legal theories shaped the state's early governance, and his work on the 1792 Constitution laid the foundation for Kentucky's legal system.

## Colonel Stephen Trigg

**Active:** 1770s–1782 **Role:** Revolutionary militia leader and frontier commander. **Historical Significance:** Trigg was killed at the Battle of Blue Licks, one of the last battles of the American Revolution. He is memorialized by the naming of Trigg County, Kentucky, in his honor.

## Colonel Benjamin Logan

**Active:** 1770s–1790s **Role:** Revolutionary frontiersman, founder of Logan's Fort, political leader. **Historical Significance:** A pivotal figure in Kentucky's early settlement, Logan led defensive efforts against Native American raids and was a delegate to the early conventions that laid the groundwork for Kentucky's statehood.

## Colonel Thomas Marshall

**Active:** 1770s–1800s **Role:** Surveyor, land agent, and Revolutionary War veteran. **Historical Significance:** Father of U.S. Chief Justice John Marshall, Thomas Marshall served as Surveyor of Lands in Kentucky for Virginia veterans. His work in land surveying shaped the early development of Kentucky's counties.

## Colonel Abraham Owen

**Active:** 1780s–1810s **Role:** Legislator and militia officer. **Historical Significance:** Killed in action at the Battle of Tippecanoe (1811), Owen is memorialized by the naming of Owen County, Kentucky. His legislative service helped shape Kentucky's early governance.

## Colonel John Hardin

**Active:** 1770s–1792 **Role:** Military leader, diplomat, and frontiersman. **Historical Significance:** Hardin was killed during a diplomatic mission to Native American tribes, becoming a martyr for Kentucky's frontier settlers. Hardin County is named in his honor.

## Colonel Richard Mentor Johnson

**Active:** 1810s–1830s **Role:** U.S. Vice President (1837–1841), military commander, and Kentucky folk hero. **Historical Significance:** Known for his role in the Battle of the Thames, where he is credited with killing the Shawnee leader Tecumseh. Johnson was the first colonel directly commissioned by an act of the Kentucky Legislative Assembly, reflecting the evolution of the Kentucky Colonel title as a state honor.

## Colonel John Todd

**Active:** 1770s–1782 **Role:** Revolutionary War officer, administrator, and land agent. **Historical Significance:** Killed at the Battle of Blue Licks, one of the last battles of the American Revolution. Fayette County, Kentucky, is named in honor of his militia unit.

## Colonel Cassius Marcellus Clay

**Active:** 1840s–1880s **Role:** Abolitionist, diplomat, and social reformer. **Historical Significance:** Known for his fierce anti-slavery stance and his service as U.S. Minister to Russia under President Abraham Lincoln. Despite never serving as a military colonel, Clay adopted the title as a mark of social distinction and Kentucky heritage. He granted land for the founding of Berea College, a historically significant institution.

## Colonel Harland David Sanders

**Active:** Mid-20th century **Role:** Businessman and founder of Kentucky Fried Chicken (KFC). **Historical Significance:** Sanders transformed the image of the Kentucky Colonel into a globally recognized brand, using the title as a symbol of Southern hospitality and culinary excellence. His iconic image remains a cultural symbol associated with Kentucky.

## Colonel Reuben T. Durrett

**Active: 19th century.** A distinguished historian, lawyer, and bibliographer, Durrett founded the Filson Club in 1884, which became a cornerstone for preserving Kentucky's historical records. His extensive personal library and scholarly works significantly contributed to the documentation of Kentucky's early history.

## Colonel Henry Watterson

**Active:** Late 19th to early 20th century. A prominent journalist and editor of the Louisville Courier-Journal, Watterson was a Pulitzer Prize-winning writer and influential political commentator. His editorials and advocacy played a vital role in shaping public opinion during his era.

## Colonel Charles S. Todd

Active: Early to mid-19th century. A military officer and diplomat, Todd served as a colonel during the War of 1812 and later as U.S. Minister to Russia. He was also the son-in-law of Kentucky's first governor, Isaac Shelby, further cementing his ties to the state's early leadership.

## Colonel William C. P. Breckinridge

Active: Mid to late 19th century. A Confederate officer during the Civil War, Breckinridge later served as a U.S. Representative from Kentucky. He was a member of the influential Breckinridge family, known for their significant political and military contributions.

## Colonel John J. Crittenden

Active: Early to mid-19th century. A statesman who served as U.S. Attorney General, Senator, and Governor of Kentucky. Crittenden is best known for the Crittenden Compromise, an unsuccessful attempt to prevent the Civil War.

## Colonel Simon Bolivar Buckner

Active: Mid to late 19th century. A Confederate general during the Civil War and later the 30th Governor of Kentucky. Buckner was notable for his military service and post-war political career.

### Colonel Alexander S. Bullitt

Active: Late 18th to early 19th century. An early settler and politician, Bullitt was instrumental in Kentucky's path to statehood and served as the state's first Lieutenant Governor.

### Colonel James Garrard

Active: Late 18th to early 19th century. A Baptist minister and politician, Garrard served as the second Governor of Kentucky. His leadership helped shape the young state's government and policies.

### Colonel George M. Bedinger

Active: Late 18th to early 19th century. A Revolutionary War veteran and politician, Bedinger served in both the Kentucky legislature and the U.S. Congress, advocating for frontier settlers' rights.

### Colonel Thomas Waring

Active: 18th century. A landowner and early political figure in Kentucky's development, Waring's contributions were part of the foundational governance of the region.

### Colonel Thomas Kennedy

Active: Late 18th to early 19th century. A Revolutionary War veteran and pioneer, Kennedy was among the early settlers who contributed to Kentucky's establishment.

### Colonel Thomas Lewis

Active: Late 18th to early 19th century. A Revolutionary War officer and politician, Lewis played a significant role in Kentucky's early legislative processes and governance.

### Colonel Michael Edward Masters

Active: Late 20th to early 21st century. A modern figure who embraced the Kentucky Colonel title, Masters was known for his contributions to preserving Kentucky's hospitality traditions and authored "Hospitality—Kentucky Style."

## Colonel George M. Chinn

Active: Mid-20th century. A military historian and weapons expert, Chinn served as an officer in the Kentucky Historical Society and contributed to the documentation of the Kentucky Colonel tradition.

## Summary of Exhibit

This exhibit, titled **"Notable and Prominent Kentucky Colonels,"** is a meticulously curated historical record that identifies and describes prominent individuals known as "Colonels" in Kentucky from **1775 through 1929**. These individuals were recognized for their leadership, civic contributions, military service, and cultural impact, long before the establishment of the Honorable Order of Kentucky Colonels, Inc. (HOKC) in 1933. The exhibit serves multiple critical purposes in the context of this case:

## 1. Establishing the Public Domain Status of the Title "Kentucky Colonel":

- This exhibit demonstrates that the title "Kentucky Colonel" has been a widely recognized public honor and civic designation since the 18th century, not the exclusive property of any single organization.

- It confirms that the title was used to recognize civic leaders, military officers, public officials, and influential citizens without any connection to HOKC.

- The individuals listed were publicly recognized as Kentucky Colonels based on their achievements, service, or social standing, not as members of a private organization.

## 2. Refuting HOKC's False Historical Narrative:

- The exhibit directly contradicts HOKC's false claim that the title "Kentucky Colonel" originated with a commission by Governor Isaac Shelby in 1813.

- Many of the individuals listed were recognized as Kentucky Colonels decades before HOKC's alleged 1813 origin date, and others held the title without any affiliation with HOKC.

- This evidence further debunks HOKC's fabricated 1813 origin myth, which it has used to falsely claim exclusive rights over the title.

## 3. Legal and Historical Authority Under FRE 1006:

- Submitted under **Federal Rule of Evidence 1006** as a summary of voluminous historical records, this exhibit efficiently presents verified historical facts without overwhelming the Court with unnecessary pages.

- Each entry is based on publicly available historical information, government records, and primary or secondary sources, making the exhibit self-authenticating.

- This approach ensures judicial clarity, allowing the Court to quickly and accurately understand the historical and cultural significance of the title "Kentucky Colonel."

## 4. Demonstrating the Misappropriation of a Public Honor:

- This exhibit highlights the misuse of the title by HOKC, which falsely asserts exclusive rights over a designation that has always been a public honor.

- It further supports the Appellant's argument that HOKC's trademarks for "KENTUCKY COLONELS" are invalid because the term is inherently generic, descriptive, and part of the public domain.

**Relationship to Other Exhibits:**

- This exhibit directly complements other historical and cultural records presented in this case, including:

- **Exhibit — Kentucky Colonels Newspaper Clippings:** Demonstrating the widespread public use of the title in the 19th and early 20th centuries.

- **Exhibit — US Congress 1936 Recognition:** Proving that the title "Kentucky Colonel" was recognized as a public honor by the United States Congress.

- **Exhibit — HOKC Disambiguation:** Establishing that HOKC was not founded until 1933 and has no historical authority over the title.

- **Exhibit — Legal Analysis of HOKC Trademarks:** Analyzing the fraudulent nature of HOKC's trademark registrations for the title "Kentucky Colonels."

**Strategic Value:**

This exhibit is a critical piece of evidence that not only refutes HOKC's false historical narrative but also establishes that the title "Kentucky Colonel" is a public domain designation, widely recognized and celebrated long before HOKC's existence. It provides an authoritative historical record that supports the Appellant's request for the cancellation of HOKC's fraudulent trademarks.