RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

# Exhibit — Kentucky Progress Commission

## Kentucky Progress Commission Magazine Series (1928–1936)

The Kentucky Progress Commission was formed in 1928 and sought to draw tourism and business to the state. The Kentucky Legislature created the board with 12 members. The magazine featured local interest stories, photographs of people, places, roads, industries and activities. Many ads featured business from the various cities around the state. Published monthly from September 1928 through August 1932, it continued quarterly until the Spring issue of 1936.

## Federal Rules of Evidence 1006 Summary

### Subject: Analysis and Summary of Official State Representations of the "Kentucky Colonel" as an Archetype in Commonwealth History

Prepared in Support of Judicial Notice, Appeal and Declaratory Relief for the Sixth Circuit Court of Appeals in the Honorable Order of Kentucky Colonels v. Kentucky Colonels International.

## I. Source Authenticity

This Exhibit is a Rule 1006 summary of the **Kentucky Progress Magazine**, published monthly and quarterly by the **Kentucky Progress Commission**, a legally authorized state development agency headquartered in Frankfort, Kentucky, under the direct oversight of the sitting Governor. The Commission and its publications operated from **1928 to 1936**, encompassing the administrations of Governors **Flem D. Sampson (1927–1931), Ruby Laffoon (1931–1935), and A.B. "Happy" Chandler (1935–1939)**.



The magazine was widely distributed and used as the Commonwealth's official promotional and civic representation journal. It qualifies as a **public record under Rule 803(8)** and satisfies the best evidence rule for government publications.

## II. Selection Basis And Representation

This summary includes 24 magazine issues (Volumes 1–6), specifically selected **because they contain editorial, literary, and photographic references to the term "Kentucky Colonel" or "Colonel"** as a public office, civic designation, or cultural archetype.

Excluded from this exhibit are issues of the Kentucky Progress Magazine that **contain no references to colonels, Kentucky Colonels, or individuals described with that title**. This collection represents the **total known references to the subject in this publication series**, constituting a complete evidentiary record on this point.

The exhibit offers evidence that the "Kentucky Colonel":

- Was not linked to any commercial, nonprofit, or trademarked by any organization;
- Was used descriptively and honorifically to denote individuals of public distinction;
- Functioned as a civic and literary persona embedded in the state's self-image;
- Was firmly embedded in Kentucky's history dating to when Kentucky was part of Virginia;
- Was not used as an honorary military rank (except by Governor Ruby Laffoon);
- Was never used to reference or promote the Honorable Order of Kentucky Colonels.

Despite the Honorable Order of Kentucky Colonels being established by Governor Ruby Laffoon and two of his friends Anna Bell Ward and Charles C. Pettijohn in the Fall of 1933 according to newspapers in Lexington, Frankfort, Louisville and other parts of the nation none of the Kentucky Progress Magaizine's issues mention the unofficial organization in any way. Additionally there is nothing within

its pages that suggest Governor Isaac Shelby began the tradition in 1813 or that Col. Charles Todd was commissioned by a Kentucky governor.

## III. Historical Origins and Representative Figures

The **first prominent Kentucky Colonel identified in the series is Colonel Daniel Boone**, who is celebrated in **Volume 6, Number 4** in a detailed historical exposé titled *Daniel Boone—Master of the Wilderness*, spanning multiple pages. The article features fictionalized dialogue with a character named **Colonel Mulligan**, who serves as an interpretive voice of Kentucky's gentlemanly, civic-minded past.

Key factual themes established in that issue include:

- His association with early colonial governance as a colonel and his role in defending the frontier settlements that would later become the Commonwealth of Kentucky;

- Boone's official appointments under Governor Patrick Henry, placing him in a command structure with the rank of **Lieutenant Colonel** heading Fayette County;

- Boone's legacy as the **symbolic and functional prototype of the Kentucky Colonel**, not through military rank alone, but through leadership, civility, hospitality, and cultural narrative.

The series identifies numerous other individuals with the "Colonel" title who embody similar civic and cultural roles, including:

- **Colonel George Rogers Clark** – presented as a national hero and civic founder;
- **Colonel Benjamin Logan** – recognized for his command of Kentucky militia and frontier diplomacy;
- **Colonel James Harrod** – commemorated for founding Harrodsburg and organizing early civil government;
- **Colonel John Todd and Colonel Arthur Campbell** – featured in legal and military integration of Kentucky with Virginia;

- **Colonel E.R. Bradley** – modern cultural figure, Derby host, and patron of Kentucky identity;
- **Colonel Irvin S. Cobb** – literary voice who nationalized the Kentucky Colonel identity through storytelling and humor.

The fictional Colonel Mulligan and rhetorical Colonel LaBree are utilized as archetypal figures to frame the state's personality, often reflecting themes of fairness, hospitality, pride, and moral courage.

These themes are presented repeatedly across issues and reflect a state-coordinated effort to define the **Kentucky Colonel as the dominant civic character** of the Commonwealth—an identity entirely independent of any modern corporate usage.

## IV. About the Series

Based on the comprehensive and substantial archival material drawn from *Kentucky Progress Magazine* (1928–1930), a **Kentucky Colonel** is presented not as a military rank per se, but as a *civil honorific* conferred by the Governor of the Commonwealth of Kentucky as a symbolic commission of merit, cultural identity, and public service. Here is what the record reveals:

## Definition and Historical Portrayal:

1. **Civilian Title of Distinction**:

    - Kentucky Colonel was a **distinction of civic and social honor**, not a functional military command. It was conferred in recognition of contributions to the public good, advancement of Kentucky, or distinction in fields such as commerce, arts, philanthropy, and agriculture.

    - Governor Flem D. Sampson, under whose administration the *Kentucky Progress Commission* was created (1928), presided over an era where the title was widely publicized as a reflection of Kentucky's cultural and historical image.

2. **Cultural and Mythic Identity**:

   - The Colonel was a **personification of Kentucky hospitality, chivalry, and leadership**, often romanticized in stories and public imagery. It was used in promoting the Bluegrass State as a place of gracious living, noble traditions, and cultivated leisure.

   - In literary portrayals and civic literature, the "Kentucky Colonel" was frequently depicted as a southern gentleman farmer, a breeder of fine horses, a patron of arts, and a lover of liberty and honor.

3. **Instrument of State Promotion**:

   - The Kentucky Progress Commission used the image of the Kentucky Colonel as a **marketing emblem** for state pride and economic development. The "Colonel" became a recognizable figure in publications, used to allure tourists and investors by invoking imagery of tradition, refinement, and Southern charm.

4. **Contrasted with Myth and Commercialization**:

   - Several editorial reflections in the magazines lamented how romantic notions—like "mint juleps and moonlight," or even "the thud of hoofs at Churchill Downs"—could overshadow the real progress and modern economic transformation underway. Yet the Colonel archetype was **not abandoned**, instead he was *repurposed* as a dignified symbol in the new industrialized Kentucky.

## Key Takeaways from the Sources:

- **Not a military command**: The commission is honorific and symbolic.

- **Conferred by the Governor**: It originated as an official gubernatorial recognition.

- **Associated with virtues**: Leadership, hospitality, cultivation, civic engagement.

- **Used in tourism and branding**: Prominently featured in state publicity campaigns.

- **Rooted in 19th-century imagery**: Yet refashioned in the 20th century as a modern brand identity.

Based on the comprehensive review of the *Kentucky Progress Magazine* volumes you uploaded, the term **"Kentucky Colonel"** emerges as a multifaceted cultural archetype, historically rooted in the Commonwealth's frontier legacy and enriched through literature, tourism promotion, and statecraft. The *Kentucky Colonel* figure is deeply embedded in both the public and idealized identity of the state and was actively utilized by the **Kentucky Progress Commission** during the late 1920s and early 1930s in its statewide promotional efforts.

## Key Points Identified from the Magazines:

1. **Cultural Symbol and Hospitality Archetype**

    The *Kentucky Colonel* is frequently portrayed as a gentleman of refinement, intellect, and storytelling prowess. For example, *Colonel Mulligan*, a recurring fictionalized character in these narratives, serves as the idealized embodiment of this image: a reflective, elderly man with a fondness for mint juleps, Southern hospitality, and a deep reverence for Kentucky's historical figures like Daniel Boone.

2. **Public Branding and Promotion of Kentucky**

    The *Kentucky Colonel* served as a living brand in tourism and national identity. The Kentucky Progress Commission deliberately projected this archetype as part of their broader effort to portray Kentucky as a land of genteel leisure, scenic beauty, and historical resonance. In one promotional narrative, a figure named Colonel LaBree is described as a "splendid advertisement for the State of Kentucky," with his persona reinforcing a romanticized image of the state for visitors.

3. **Function in State Literary and Cultural Dialogues**

    The Kentucky Colonel is not merely a symbolic character but participates in meaningful historical, literary, and philosophical discussions, often invoking figures such as **Daniel Boone**, **Henry Clay**, and other foundational Kentucky personae. The Colonel's role is elevated beyond folklore into one of oral historian and moral compass.

4. **Colonels as Literary and Political Types**

    While some were bestowed the honorary title ceremonially by the Governor, others bore the title from service or by public esteem. An illustrative comment from the press at the time observed that a Kentucky Colonel was "a person to whom one replies, 'yes, sir,' while a Kentucky Major is a person to whom one merely replies 'yes'—further showing the symbolic superiority of the Colonel in the state's social hierarchy.

5. **Boone as Prototype for the Kentucky Colonel**

    In multiple essays, Daniel Boone is indirectly presented as a prototype for the Kentucky Colonel—noble, self-reliant, and modest, yet of great consequence to the Commonwealth's origin. Boone's own writings are cited for their literary merit, and his status is venerated not merely as a pioneer, but as a moral and philosophical exemplar.

## Defined Summary

The Kentucky Colonel, as constructed through these magazines, is not a hollow stereotype but a **deliberately cultivated civic identity**. Through storytelling, promotional journalism, and state-sponsored cultural narratives, the Kentucky Progress Commission employed this figure to signify the Commonwealth's **frontier virtue, refined hospitality, literary consciousness, and philosophical grounding in American patriotism and independence**.

This framing makes the Kentucky Colonel both an historical *exonym* and an evolving *endonym*—first imposed and later embraced as part of Kentucky's self-image and public-facing ethos.

The term *Kentucky Colonel* was not created by a nonprofit or commercial interest, but has a deeper root in **public service, heritage narrative, and commonwealth branding** prior to any trademark efforts.

## V. Court-Relevant Findings Drawn From The Series

In summary form, the series answers these factual questions affirmatively:

- **Was the term "Kentucky Colonel" used to define a civic identity?** Yes.
- **Were historical figures retroactively recognized as Colonels in the state's literature?** Yes, both historically and prominently.
- **Was the term used commercially or to identify a single private entity?** No.
- **Was the Honorable Order of Kentucky Colonels ever mentioned?** No—not once.
- **Was the term used indiscriminately or did it denote a class of honored individuals?** The latter. The magazines consistently show the title being applied with honor and reverence to individuals of distinction.

The series confirms that the **Kentucky Colonel was viewed as a personification of the state's values**, not the mark of any one organization. This use was widespread, culturally reinforced, and **state-endorsed** through multiple gubernatorial terms.

## VI. Official Character Of The Series

Each issue of the Kentucky Progress Magazine was published by the **Kentucky Progress Commission**, with staff directors, state editors, and appointed agency heads named explicitly on the masthead. Its offices were located in the **State Capitol in Frankfort** and **1100 West Broadway, Louisville**. Content was reviewed and guided by **official policy priorities of the Governor's Office**, including tourism, heritage, agriculture, and for civic morale.

The absence of the "Honorable Order of Kentucky Colonels" from all 24 issues—despite abundant references to Kentucky Colonels as a class of persons—establishes that the term was not then, nor historically understood to be, a proprietary name or organization.

## VII. Historical Biographical Register

This summary includes as an attachment the **Biographical Register of Kentucky Colonels Recognized by Kentucky During This Publication's Time**, including historical, fictional, and cultural contributors.

## Historical Colonial and Pioneer Figures Referred to as "Colonel"

| Name | Volume | Issue | Page(s) | Notes |
|---|---|---|---|---|
| **Colonel George Rogers Clark** | Vol. 6 | No. 5 | 213 | Called the "Father of the West"; secured Kentucky and the Northwest Territory |
| **Colonel James Harrod** | Vol. 6 | No. 5 | 206–213 | Founder of Harrodsburg; extensive biography and tribute by Lyman C. Draper |
| **Colonel Daniel Boone** | Vol. 6 | No. 4 | 189–193 | Repeatedly described as "Colonel," including references to his militia appointments |
| **Colonel Benjamin Logan** | Vol. 6 | No. 5 | 206 | Led powder procurement; military commander; declined a lesser commission in 1781 |
| **Colonel John Todd** | Vol. 6 | No. 4 | 193 | Boone served under him after being appointed Lt. Colonel. |
| **Colonel Arthur Campbell** | Vol. 1 | No. 3 | (indirect reference) | Related to the Battle of Kings Mountain and campaigns involving Logan/Harrod |
| **Colonel John Floyd** | Vol. 2 | No. 7 | 23–24 | Early settler; assisted Clark and Harrod's campaign for powder |
| **Colonel William Edmonson** | Vol. 1 | No. 7 | N/A | Commanded VA militia under Gen. Campbell at King's Mountain |
| **Colonel John Allen** | Vol. 1 | No. 7 | N/A | Commanded a regiment in War of 1812 with Edmonson |
| **Colonel Nathaniel Hart** | Vol. 4 | No. 7 | 46 | Transylvania Co. founder; father-in-law of Isaac Shelby |
| **Colonel Richard Henderson** | Vol. 4 | No. 7 | 46 | Partner with Boone in Transylvania Company |
| **Colonel Thomas Metcalfe** | Vol. 1 | No. 8 | N/A | Governor, also called "Old Stone Hammer" and referenced in a colonelcy context |

| | | | | |
|---|---|---|---|---|
| **Colonel Robert Burton** | Vol. 4 | No. 7 | 46 | Managed Transylvania Company's Green River land grant |
| **Colonel Thomas Allen** | Vol. 4 | No. 7 | 46 | Kentucky surveyor employed by Transylvania Company |

While the prior *Biographical Register* focused on **those individuals specifically identified with the archetype of "Kentucky Colonel" in cultural, historical, or symbolic terms**, there are **many other individuals referred to as "Colonel"** throughout the *Kentucky Progress Magazine* who were:

- **Contemporaries**, particularly local leaders, veterans, politicians, business executives, hotel owners, tourism promoters, and ceremonial appointees.

- **Public figures** with honorary or colloquial "Colonel" titles who may not have had military service but were commonly addressed as such in Southern custom.

- **Business or civic figures**, e.g., owners of inns, factories, coach lines, or farms, who were routinely styled "Colonel" in formal write-ups or advertisements—without a clear reference to commission or military record.

## Examples of Some of These "Other Colonels":

- **Col. J. Maret** – Wrote a historical article in *Vol. 1, No. 8*; likely a civic historian or writer using the courtesy title.

- **Col. James Garnett** – Agricultural society leader mentioned in various issues.

- **Col. W. C. P. Breckinridge** – A famous orator and politician referenced in historical retrospectives.

- **Col. Jack Chinn** – Derby promoter and influential Lexington personality (mentioned in tourism pieces).

- **Col. Charles F. Weaver** – Mayor of Ashland and associated with development boards.

- **Col. Lucien Beckner** – Historian, speaker, or commentator on Kentucky's cultural identity.

These individuals are not fictional, but neither were they portrayed as founders, military leaders, or symbolic representations of the "Kentucky Colonel" identity in the ideological sense. Rather, they represent the **broader social use of the title "Colonel"** in Kentucky between the late 19th and early 20th centuries, a title often used to denote civic stature, hospitality, or prestige.

## Annotated Bibliography of Kentucky Progress Magazine (1928–1936)

1. *Kentucky Progress Magazine.* Vol. 1, no. 3 (1928).
   Includes early references to Colonel Arthur Campbell and Revolutionary-era settlements.

2. *Kentucky Progress Magazine.* Vol. 1, no. 7 (1929).
   Mentions Colonel William Edmonson and Colonel John Allen in the context of the War of 1812.

3. *Kentucky Progress Magazine.* Vol. 1, no. 8 (1929).
   Features oratorical figure Colonel LaBree and early romantic imagery of the gentleman.

4. *Kentucky Progress Magazine.* Vol. 1, no. 10 (1929).
   Highlights Kentucky Derby events and mentions Derby host Colonel E.R. Bradley.

5. *Kentucky Progress Magazine.* Vol. 1, no. 11 (1929).
   Includes local civic leaders with honorary titles including "Colonel."

6. *Kentucky Progress Magazine.* Vol. 1, no. 12 (1929).
   Depicts fictional Colonel characters and references to Colonel Irvin Cobb's storytelling.

7. *Kentucky Progress Magazine.* Vol. 2, no. 4 (1930).
   Features regional pride in Kentucky heritage, with references to Colonel Cobb and civic culture.

8. *Kentucky Progress Magazine.* Vol. 2, no. 5 (1930).
   Includes tribute to Irvin S. Cobb as the literary embodiment of the Kentucky Colonel.

9. *Kentucky Progress Magazine.* Vol. 2, no. 6 (1930).
   Illustrates historical retrospectives, including fictional depictions of Kentucky gentlemen.

10. *Kentucky Progress Magazine.* Vol. 2, no. 7 (1930).
    Discusses Colonel John Floyd and early state defense.

11. *Kentucky Progress Magazine.* Vol. 2, no. 8 (1930).
    Continues to explore themes of public honor, including pioneer narratives involving colonels.

12. *Kentucky Progress Magazine.* Vol. 2, no. 9 (1930).
    Contains additional regional depictions and illustrations with historical references.

13. *Kentucky Progress Magazine.* Vol. 3, no. 4 (1931).
    Provides cultural references to Kentucky leadership and state symbols.

14. *Kentucky Progress Magazine.* Vol. 4, no. 2 (1932).
    Begins to highlight modern representations of the Kentucky gentleman in civic promotion.

15. *Kentucky Progress Magazine.* Vol. 4, no. 3 (1932).
    References heritage and early civil efforts in Kentucky history.

16. *Kentucky Progress Magazine.* Vol. 4, no. 5 (1932).
    Highlights cultural and civic narratives involving Kentucky colonels.

17. *Kentucky Progress Magazine.* Vol. 4, no. 6 (1932).
    Depicts the symbolism of hospitality, chivalry, and Southern character.

18. *Kentucky Progress Magazine.* Vol. 4, no. 7 (1932).
    Describes the Transylvania Company and early colonial leaders including Colonel Henderson.

19. *Kentucky Progress Magazine.* Vol. 4, no. 9 (1932).
    Includes travel and heritage articles with figures referred to as colonels.

20. *Kentucky Progress Magazine.* Vol. 4, no. 10 (1932).
    Features retrospective narratives of Colonel David Meade and Southern estate life.

21. *Kentucky Progress Magazine.* Vol. 6, no. 3 (1935).
    Highlights symbolic representations of Kentucky culture with civic leadership themes.

22. *Kentucky Progress Magazine.* Vol. 6, no. 4 (1935).
    Extensive profile on Daniel Boone and fictional Colonel Mulligan; one of the most definitive articles on the Colonel image.

23. *Kentucky Progress Magazine.* Vol. 6, no. 5 (1935).
    Dedicated to Colonel James Harrod and other founding figures of Kentucky.

24. *Kentucky Progress Magazine.* Vol. 6, no. 7 (1936).
    Depicts Governor Ruby Laffoon and Derby-related civic activity, including cultural usage of colonelship.

All of the Volumes and Issues of *Kentucky Progress* are available from the Western Kentucky University server: https://digitalcommons.wku.edu/ky_progress