# Exhibit — Kentucky Colonels Newspaper Clippings

## Part of the Kentucky Colonels Collection

RECEIVED

05/30/2025

KELLY L. STEPHENS, Clerk

## The Kentucky Colonels Collection (Newspaper Exhibit)

This exhibit represents 50 verified historical newspaper articles—excerpted from a broader archive of over 500 sources—demonstrating the cultural, civic, and governmental use of the title "Kentucky Colonel" from 1872 to 1957. These clippings establish that the term was widely recognized as a public honor conferred by Kentucky governors and celebrated nationally long before the 1933 emergence or 1957 incorporation of the Plaintiff-Appellee. The exhibit meets the evidentiary standards of Federal Rules of Evidence 201(b), 902(6), and 1006. They affirm that "Kentucky Colonel" was already a well-known civic archetype, publicly honored and socially resonant, before any private organization claimed its legacy. This exhibit invites judicial notice under FRE 201(b) as a vivid, verifiable portrait of a title born of public esteem—not private invention.



KENTUCKY COLONELS WHO HAVE BEEN CONSPICUOUS EACH DAY.

ESCORT MR. HALDEMAN TO STATION TO SAY GOOD-BYE.

This compiled exhibit **does not** focus on any specific organization, including:

- **Honorable Order of Kentucky Colonels (1933–1956)** (an unincorporated association originally established in New York City),

- **The Honorable Order of Kentucky Colonels, Inc. (1957–present)**,

- **Kentucky Colonels Association (c. 1921, formally organized from 1930–1933)**, or

- **Kentucky Colonel Model Initiation Team (1914–1970s)**, which was affiliated with the Honorable Order of the Blue Goose (1906–present).

Other associations, clubs, music groups, bands, and sports teams may be treated as a part of this exhibit if they represent(ed) the social class of people that identified themselves as "Kentucky Colonels". (This exhibit has the potential to be amended and/or supplemented if necessary or upon request of the Court.)

This collection highlights the **Kentucky Colonel phenomenon (1872–1932)**—a period when the title was used widely in news, entertainment, and part of public discourse **without any exclusive organizational affiliation**, and its subsequent evolution (highs and lows) and dilution through the 20th century. The articles trace its evolution from a **widely recognized honorific title** that evolved into a **formalized civilian award of recognition** by the Commonwealth of Kentucky.

- **Before 1932:** Kentucky Colonel commissions were issued as **letters of proclamation (commissions) from the governor**, often as a personal honor rather than a structured award. It is believed the Kentucky Colonel designations "officially began" with Governor James B. McCreary's Honorary Aides-de-Camp Appointments in 1875. However there is also evidence that the honorary designation began as early as 1816 to appoint civil officials as Colonels.

- **From 1932 to 1957:** The title was officially designated as an **"honorary rank of aide-de-camp" to the governor based on Ruby Laffoon's lead**, reflecting a very limited but completely different association with the state's 19th century recognition.

## Methodology, Contents & Verification

The articles presented in this exhibit have been **transcribed using an open-source AI OCR Program** for clarity, with a focus on preserving the **authentic content and intent** of the original publications. They have been **double-checked for factual accuracy**, especially in cases where older vocabulary, regional dialects, early grammar, or slang might affect readability. Each article is accompanied by:

- A **clipping of the original newspaper text**, and

- The **original publishing source**, date and author if known.

These materials qualify for **judicial notice under FRE 201(b)** as historical facts **not subject to reasonable dispute** and **verifiable through public records and newspaper archives**. They provide **critical context** for the cultural and historical use of "Kentucky Colonel" **long before** Plaintiff's organization existed, refuting its claims of exclusive historical ownership over the term and an origin of 1813 under Governor Isaac Shelby; no government records confirm the HOKC claimed narrative.

**Structure of the Exhibit:** This exhibit is submitted pursuant to **FRE 1006**, summarizing 78 verified newspaper clippings drawn from a larger archive of over 500 historical sources. All articles qualify as **self-authenticating under FRE 902(6)** and collectively support judicial notice under **FRE 201(b)**. The clippings are presented in transcribed form with original source data, organized thematically for clarity. The following Table of Contents outlines the structure of this evidentiary compilation and uses document based hyperlinks for e-navigation:

# Table of Contents

**Topic I: Kentucky Colonels Clubs (1903-1999)** 6

Article: Kentucky Colonels Who Have Been Conspicuous Each Day 6

Article: Los Angeles Times 1908 8

Article: Kentucky Colonels Organize 8

Article: Agitation for Conservative Organization Results in Birth of Kentucky Colonel Club 9

Article: Razorback Yearbook 1922 10

Article: Old-Fashioned Banquet in New Orleans 11

Article: The Kentucky Club at Notre Dame 1916 12

Article: Colonels' Club Plan 12

Article: Kentucky Colonels Club of Dallas 1915 13

Article: News of the Establishment of the Kentucky Colonels Club in Louisville, Kentucky 14

Article: Great Appreciation Shown in Kentucky 15

Article: Not Just a Political Marching Club 16

Article: Kentucky Colonels are Regional Celebrities 17

Article: Greatly Anticipated Colonels 18

Article: Stars of the Kentucky Homecoming 19

Article: Official Protagonists of Government 20

Notation: Other Kentucky Colonels Clubs 21

Summary of the Kentucky Colonels Clubs Topic 23


**Topic II: Rise of the Kentucky Colonel as a Diversified Cultural Icon** 24

Article: Kentucky Colonels Everywhere 25

Article: Col. Tom Buford a Controversial Colonel 27

Article: Colonel on Trial 29

Article: Known for Dueling 32

Article: Democrat not a Republican 33

Article: Dueling was Legal until 1891 34

Article: The Colonels Went Home 36

Article: Kentucky Colonels of Legend 37

Article: Parody on Kentucky Colonel Heroism                                    38

Article: Colonel's Strike - High Spirits                                      39

Article: SC Dispensaries Back in Operation                                   41

Article: Colonels Engaged in a War of Words                                  41

Article: How Colonel Crittenden became a Badman                              42

Article: Still a Stage Character                                             45

Article: Kentucky Colonel A Fearful Character                               46

Article: Cleared the Court                                                  47

Article: A Kentucky Colonel's Temper                                        49

Article: A Rumor about a Kentucky Colonel                                   51

Squibs: Syndicated Briefs on the Kentucky Colonel, 1880–1889                53

    Summary: Rise of the Kentucky Colonel as a Diversified Cultural Icon    57

## Topic III: The 20th Century, the Evolution and Dilution of the Title          58

Article: Articulation of the Kentucky Colonel 1903                          59

Advertisement: Liquor Sales                                                62

Article: Oakland's First Colonel                                           63

Article: Youngest Kentucky Colonel                                         64

Article: Taxing the Title                                                  65

Advertisement: Endorsement for Grapefruit Juice                           66

Article: Delaware Newspaper Editor Now a Colonel                          67

Article: Sampson Names All Types of People                                68

Article: Last of the Real Colonels                                        70

    Summary of 20th Century Evolution, Pre-Laffoon Standing & Non-HOKC Narratives    74

## Legal Summary — Kentucky Colonels Newspaper Clippings                        75

## Key Factual Findings Derived from the Exhibit                                75

# Topic I: Kentucky Colonels Clubs (1903-1999)

The newspaper clippings presented under the topic of Kentucky Colonels Clubs clearly establishes the indisputable fact that the Honorable Order of Kentucky Colonels is not the original "Kentucky Colonels" association, organization, or society. The HOKC is a totally unrelated manifestation that did not carry on the customs, traditions or beliefs of the original class of individuals known as Kentucky Colonels, and it is not a legal, historical source, or even a facsimile successor of these organizations.

## 1st Article: Kentucky Colonels Who Have Been Conspicuous Each Day

From the *Louisville Courier-Journal* on June 16, 1905, A Front Page Article (*See 1st Cover Page*)

Perhaps one of the most important of all the newspaper articles in our collection, appearing on the frontpage of the Louisville Courier-Journal on June 16, 1905, a time in history when larger American newspapers first began publishing photographs with story content. (See page 1)

### Escort Mr. Haldeman to Station to Say Good-Bye.

Escorted by more than fifty members of the **"Kentucky Colonels,"** W. B. Haldeman and wife and daughters, Misses Clara and Lizzie Haldeman, left Louisville yesterday afternoon for Europe, where they will spend the summer. Mr. Haldeman was bidden an affectionate "God speed" by the "Colonels," and after each had expressed his appreciation of Mr. Haldeman's efforts to perfect the marching club, they presented him with an enormous bunch of magnificent American Beauty roses. Mr. Haldeman and his family will remain in Europe until September.

Before leaving Louisville Mr. Haldeman expressed regret that it was necessary to leave just as the celebration of the reunion is at its height, but previous arrangements made it impossible to delay his trip. He was met at his home, 109 St. James Court, at noon yesterday and escorted to the Tenth-street station, where he was to take a train at 1 o'clock. On arriving at the station the "Colonels" were marched to the platform and W. J. O'Hearn, president of the organization, voiced the sentiments of the body with a brief speech.

"We have escorted you to the station to-day" and present you this slight token of our regard in appreciation of the interest you have taken in our organization," said Mr. O'Hearn, "and we only hope that your coming trip will be as successful as you have been in organizing the **"Kentucky Colonels."**

Mr. Haldeman was biden good-bye by the "Colonels," each shaking him by the hand and wishing him a happy trip and a speedy return. Mr. Haldeman was touched by the informal ovation and could find no words to voice his appreciation.

The **"Kentucky Colonels"** has been one of the most conspicuous organizations in Louisville during the reunion. Originally a political organization, Mr. Haldeman originated the idea of forming a marching club of sufficient superiority to meet and escort Gen. Stephen D. Lee about Louisville during his visit. With this end in view a number of meetings were held and the final arrangements became permanent, and the club was organized with nearly 100 members. Many meetings for the purpose of drilling and preparation for the reception of General Lee were held and the body quickly became a complete organization.

When Gen. Lee arrived in Louisville the "Colonels" nearly 100 strong met him at the station. Garbed in a uniform consisting of a long black frock coat, dark trousers, light vest, and a gray Fedora hat the "Colonels" made an impressive appearance as they bade the Confederate chieftain welcome and began a march from the Seventh-street station to the Galt House, where he is quartered.

Mr. Haldeman marched with the "Colonels" on all occasions, and on Wednesday, when the organization escorted General Lee to Confederate Hall to attend the opening meeting of the association, he made his last appearance before leaving for Europe. On that occasion "Colonels" were escorted by the Atlanta drum and trumpet corps, an organization of the Atlanta fire department since its arrival in the city. Major Tyson is a member of the "Colonels" and  easily gained the consent of the drum corps to escort Gen. Lee in the company of the **"Kentucky Colonels."** Gen. Lee expressed his appreciation of the attention of the "Colonels" on a number of occasions and termed it one of the finest marching clubs he had ever seen.

**Source:** Chronicling America, Historic Newspapers Collection, National Endowment for the Humanities, US Library of Congress; https://www.loc.gov/resource/sn83045188/1905-06-16/ed-1

## Article: Los Angeles Times 1908

**KENTUCKY COLONELS CLUB.**

Col. J. T. Hanley, a native of Kentucky, and a resident of Escondido, proposes to organize all former residents of "Old Kaintuck" into a **"Kentucky Colonels Club."** He has issued circular letters to all Kentuckians of Southern California asking them to communicate with him regarding the matter. He says he would like to call a meeting for some time early in December. "There is a colony of Kentuckians in Los Angeles, I understand," said Col. Hanley, "and I think we can roster at least one hundred **Kentucky colonels** in Southern California."

**Citation:** Los Angeles Times. Kentucky Colonels Club; October 22, 1908, Page 9

**Source:** https://archive.org/details/sim_los-angeles-times_the-los-angeles-times_1908-10-22/mode/2up

---

## Article: Kentucky Colonels Organize

A new organization was born last night at the Chevy Chase Club, when practically all **Kentucky Colonels** in Washington dined in the Blue Grass manner.

Mint, old whisky and fast horses decorated the place cards. The dinner was stag. A bottle of **"Kentucky Colonel Whiskey,"** named for Washington's veterans, was at each plate.

Col. Marvin McIntyre, absent from Washington, selected Col. Edward Starling as the White House representative.

A relaxation of rules permitted Ex-Governor O. Max Gardner of North Carolina to serve as toastmaster on the technicality that one of his predecessors had on an

historic occasion complained to a Kentucky governor about prolonged intermissions between libations. Still another relaxation permitted Col. E. C. Kennedy, vice president of National Distillers and not a District of Columbia colonel, to fly down from New York as a special guest.

**Kentucky colonels** of the Washington brand present included Assistant Secretary of Labor Turner Battle, William Meredith, Frank Morse, George O'Conor, Eugene Leggett, John Kratz, John Wynn, Arthur Harnett, Milton Kronheim, Kenneth Watson, Dr. Bernard Cohen, Tudor Morsel, Leo Sugrue, Lee Poe Hart, Myron M. Parker, Paul Meyers, Louis Moross, Jerome B. McKee, Nathan Wallach, Junior Kronheim, Harry Bellmore and Raymond C. Lewis.

**Citation:** The Washington Times. *Kentucky Colonels Organize*; July 24, 1935, Page 28
**Source:** https://www.loc.gov/resource/sn84026749/1935-07-24/ed-1/

---

## Article: Agitation for Conservative Organization Results in Birth of Kentucky Colonel Club

Campus agitation for an organization devoted to conservatism has already taken the form of concrete action, this RECORD reporter discovered today, with the formation of the **Kentucky Colonels**. A strictly non-sectarian group, the club is devoted to developing an instinct for the mint julep and furthering better relations with the South.

The club is now only temporarily organized, but with the first day of real spring the campus may expect it to swing into action. Probably, according to president and founder Cragin

### Agitation for Conservative Organization Results in Birth of Kentucky Colonel Club

By ROBERT F. JORDAN, II, '41

Campus agitation for an organization devoted to conservatism has already taken the form of concrete action, this RECORD reporter discovered today, with formation of the Kentucky Colonels. A strictly non-sectarian group, the club is devoted to developing an instinct for the mint julep and furthering better relations with the South.

The club is now only temporarily organized, but with the first day of real spring the campus may expect it to swing into action. Probably, according to president and founder Cragin "Rhett Butler" Lewis, this action will take the form of reorganizing the Williamstown underground slave trade which has recently fallen off seriously.

**Consumption Restricted to Juleps**

President Lewis explained the rules in an obviously affected southern drawl. "In order to join," he began, "you must own a goatee, false or real, which will be worn at all meetings. These meetings," he went on, "are to be held weekly on some porch with white pillars. This last is important," added the effervescent Colonel, "and we are at present negotiating with the Congregational Church for our first meeting.

"Drinking—which is only a sideline with our club," he hastily added, "will be rigorously restricted to mint juleps, and never more than one or two unless some particularly knotty problem comes up. All drinks must be served by a negro steeped in the traditions of the Old South."

**Originated at Flea Circus**

On further questioning, the number one Colonel disclosed the origin of his organization. "I was in Brooklyn at a flea circus run by an old southern gentleman—the idea came just like that." Colonel Lewis was obviously confused so we hustled around to look up a Colonel Webb, second in command and entrusted with the heavy responsibility of mixing juleps, a delicate procedure for even the most experienced hands.

We found him puttering about an old window box in his West College abode, where he hopes to cultivate enough of the tender mint leaves to suffice needs of the club. Through Colonel Webb it was learned that the group's first efforts were directed towards resolving the battle waged over a suitable feminine lead for "Gone With the

(Continued on Fourth Page)

9

"Rhett Butler" Lewis, this action will take the form of reorganizing the Williamstown underground slave trade which has recently fallen off seriously.

**Consumption Restricted to Juleps**

President Lewis explained the rules in an obviously affected southern drawl. "In order to join," he began, "you must own a goat, false or real, which will be presented at all meetings. There must also be a suitable place in which to hold meetings and entertainments. This last is being negotiated for by the First Colonel, and we are at present negotiating with the Congregational Church for our first meeting."

**Citation:** Robert F. Jordan, II, The Williams Record, Vol 53a, Williams University

Source: https://archive.org/details/thewilliamsrecord_vol53a/mode/2up

---

# Article: Razorback Yearbook 1922

This article from the Razorback Yearbook from the University of Arkansas does not require a legal transcription, but it is subject to interpretation as to what a delegation of **"Kentucky Colonels"** from Tuscaloosa, Alabama were doing at the University of Arkansas in 1922.



**SIGMA ALPHA EPSILON**

The "Snobbish Alcohol Enthusiasts" were founded by a delegation of Kentucky Colonels at Tuscaloosa, Alabama, in order to create common bonds between bootleggers. The local chapter was installed by a similar crew of mountain nectar dispensers and ample proof of their efficient organization is the market price of corn on Dickson street. To facilitate co-operation with another leading frat, this club was influenced by the athletic member from Texarkana to surrender a Sig Alph little brother as a permanent boarder. The same athlete being very temperamental and flighty by nature moves in and out of the house several times a year, influencing the population of the association by 25 per cent by each move. Special prominence must be given to the military beauty of the order who was the first to inaugurate the gentle art of Tea-Hounding in this institution. They have a

*"The Conquest of Lura and the Fall of DeBert" by F. Parke.*

Page 296

**Source:** https://archive.org/details/Razorback_YB1922/page/n301/mode/2up

# Article: Old-Fashioned Banquet in New Orleans

## OLD-TIME KENTUCKY EATING DOWN SOUTH

**NEW ORLEANS SOCIETY OF COLONELS GIVES A BANQUET.**



New Orleans, La., Jan. 3.—[Special]—The Society of Kentucky Colonels in Louisiana held its second semi-annual banquet to-night at Reno's Restaurant, where an old-time Kentucky menu was served, including corn cracklins, turnip greens, baked apples and other delicacies dear to the hearts of Kentuckians. The dinner was followed by a banquet on more modern lines. Col. John C. Wickliffe, president of the society, was toastmaster. Other officers who made addresses were Capt. Pendleton S. Morris, vice president; the Rev. C. V. Edwards, chaplain; J. J. Rochester, secretary; and Jas. Provost Breckinridge, treasurer. More than 100 Bluegrass sons were in attendance.

**Citation:** Louisville Courier-Journal. January 09, 1908

**Summary:** This article documents a **semi-annual banquet** of the *Society of Kentucky Colonels in Louisiana*, held in New Orleans. Featuring a nostalgic "old-time Kentucky menu" and attended by over 100 Kentuckians, the event reflects how the title "Kentucky Colonel" had become more than ceremonial — it had grown into a **diasporic cultural identity**, carried proudly by former Kentuckians living outside the state.

The structure of the group — complete with officers, chaplain, and formal toasts — shows that colonelcy was functioning as both a **social fraternity and cultural heritage society**. Their use of food and formality reinforced shared memory and a sense of regional belonging, uniting members through symbols of Kentucky tradition while adapting them to a new geographic setting.

This banquet underscores how the Kentucky Colonel was no longer confined to Kentucky governance but had become a **mobile, self-organizing cultural network** wherever Kentuckians gathered.

## Article: The Kentucky Club at Notre Dame 1916

.—The Kentucky Club enjoyed a banquet at the Nicholson Inn last Monday evening. The Kentucky Colonels have by far the most active organization at Notre Dame, though it now numbers only nine members. It is one of the few social clubs that holds its meetings regularly.

**Citation:** The Notre Dame Scholastic; Volume 50 Issue 33, 1916, University of Notre Dame

---

## Article: Colonels' Club Plan

Demonstrates the widespread influence of the **Kentucky Colonels Club** of Louisville across the United States by 1911 inspiring people in North Dakota to create a similar organization.

**COLONELS' CLUB PLAN**

**PROMINENT CITIZENS ORGANIZING THROUGHOUT THE STATE OF NORTH DAKOTA.**

North Dakota and possibly the entire northwest is to have a "Colonels' club." Such is the word that has been obtained from several prominent representatives of the "prairie-chicken" variety of North Dakota colonels. Col. B. F. Brockoff of Grand Forks has charge of the preliminary steps of the organization and has the co-operation of a score of other colonels of the state. The purpose of the club will be to band its members together and perpetuate the good fellowship

**COLONELS' CLUB PLAN**

PROMINENT CITIZENS ORGANIZING THROUGHOUT THE STATE OF NORTH DAKOTA.

North Dakota and possibly the entire northwest is to have a "Colonels" club. Such is the word that has been obtained from several prominent representatives of the "prairie-chicken" variety of North Dakota colonels. Col. B. F. Brockoff of Grand Forks has charge of the preliminary steps of the organization and has the co-operation of a score of other colonels of the state. The purpose of the club will be to band its members together and perpatuate the good fellowship for which the "colonels" are world famous. The organization will include all varieties of colonels, real genuine war colonels, volunteer colonels, regular army colonels, and our own garden variety of governor's staff colonels. Locally there will be a number of candidates for membership in the organization, among whom are "Colonel" Bloom of our esteemed contemporary, the Journal, "Colonel" Kelly, and "Colonel" Kerlin.

The club will meet at least once each year for a renewal of old times and fitting celebration of the hard fought battles of past. Kentucky colonels alone are barred and side arms must be deposited with the clerk before entering. Further steps in the organization of the club will be given later.

12

for which the "colonels" are world famous. The organization will include all varieties of colonels, real genuine war colonels, volunteer colonels, regular colonels, regular army colonels, and our own garden variety of governor's staff colonels. Locally there will be a number of candidates for membership in the organization, among whom are "Colonel" Bloom of our esteemed contemporary, the Journal, "Colonel" Kelly, and "Colonel" Kerlin.

The club will meet at least once each year for a renewal of old times and fitting celebration of the hard fought battles of past. **Kentucky colonels** alone are barred and side arms must be deposited with the clerk before entering. Further steps in the organization of the club will be given later.

**Citation:** Devils Lake Inter-Ocean. February 03, 1911, Page 1
**Source:** https://www.loc.gov/resource/sn88076516/1911-02-03/ed-1/

---

# Article: Kentucky Colonels Club of Dallas 1915

**Kentucky Colonels Club at Fair.**

(By Associated Press.)

Dallas, Tex., Oct. 29.—Today is being celebrated as "Kentucky Day" by members of the **Kentucky Colonels Club of Dallas**, and other resident Kentuckians.

Major General J. Franklin Bell, in charge of the second division, United States Army, was expected to be present. General Bell is a native of Kentucky.

**Citation:** Brownsville Herald (Brownsville, Tex.), October 29, 1915, Page 3
**Source:** https://www.loc.gov/resource/sn86063730/1915-10-29/ed-1/

# Article: News of the Establishment of the Kentucky Colonels Club in Louisville, Kentucky

By 1904 the entire country had heard of and knew what a **Kentucky Colonel** was, this article from the Butler Weekly Times in Butler, Missouri demonstrates this.

**KENTUCKY COLONELS' CLUB.**

**Their Uniform Will Be Prince Albert Coats and White Broad-Brimmed Hats.**

(From the Louisville Courier-Journal.)

The **Kentucky Colonels' Marching club of Louisville**, which is to be the first permanent political organization of its kind in the country, was organized a few days ago with a membership of fifty-two of the leading Democrats of the city. The club will have permanent headquarters, will be composed of the men who have made Louisville a Democratic city, and it is expected will soon be one of the powerful influences in city politics.

Louisville has never had a marching club, and the need of it has been felt many times. The idea of a club of this character is to take an active part in the working of the party at all times, and not simply just before an election, and also to entertain distinguished Democrats who may come to the city on a visit. Ultimately the club expects to be able to attend conventions in other cities, take part in Democratic celebrations elsewhere as well as in Louisville, and be the nucleus for the party in Jefferson county.

The uniform of the club will be Prince Albert coats with white, broad-brimmed felt hats, the costume which is typical of the **Kentucky colonel.** This costume will be purchased by every member



**KENTUCKY COLONELS' CLUB.**

**Their Uniform Will Be Prince Albert Coats and White Broad-Brimmed Hats.**

From the Louisville Courier-Journal.

The Kentucky Colonels' Marching club of Louisville, which is to be the first permanent political organization of its kind in the country, was organized a few days ago with a membership of fifty-two of the leading Democrats of the city. The club will have permanent headquarters, will be composed of the men who have made Louisville a Democratic city, and it is expected will soon be one of the powerful influences in city politics.

Louisville has never had a marching club, and the need of it has been felt many times. The idea of a club of this character is to take an active part in the working of the party at all times, and not simply just before an election, and also to entertain distinguished Democrats who may come to the city on a visit. Ultimately the club expects to be able to attend conventions in other cities, take part in Democratic celebrations elsewhere as well as in Louisville, and be the nucleus for the party in Jefferson county.

The uniform of the club will be Prince Albert coats with white, broad-brimmed felt hats, the costume which is typical of the Kentucky colonel. This costume will be purchased by every member of the club as soon as he becomes a member, and it will be worn on all occasions when the club marches in a body, or attends conventions in a body. The costume is one that will attract attention anywhere and the members expect to make a splendid showing when they have secured several hundred or a thousand Democrats in the ranks.

14

of the club as soon as he becomes a member, and it will be worn on all occasions when the club marches in a body, or attends conventions in a body. The costume is one that will attract attention anywhere and the members expect to make a splendid showing when they have secured several hundred or a thousand Democrats in the ranks.

**Citation:** The Butler Weekly Times (Butler, Mo.), October 13, 1904, Page 2
**Source:** https://www.loc.gov/resource/sn89066489/1904-10-13/ed-1/

---

# Article: Great Appreciation Shown in Kentucky

**Kentucky Colonels in Great Praise.**

**MARCHING CLUB BRINGS STATE TO FRONT AT KERN NOTIFICATION.**



After a triumphant pilgrimage to Indianapolis, where they took part in the notification of John W. Kern, the **Kentucky Colonels** arrived in Louisville Tuesday night. Although the Colonels reached Indianapolis an hour and a half late, it did not take them long to get into the game and they were the center of attraction during the remainder of the day. In addition to the complimentary reference to Mr. Bryan, John W. Kern, the nominee for Vice President.

"My compliments to the **Kentucky Colonels** and my sincere appreciation of the honor they have done me in coming to Indianapolis. I hope to see them again and to know them better when I go to Louisville to keep my campaign engagement."

Mr. Bryan said:

"If I am elected President, as I certainly expect to be. I want the **Kentucky Colonels** to take part in the inaugural parade."

There were an even hundred in the party and when the Colonels under command of Capts. John H. Cowles and Fred Hardwick, swung into line and marched to the Dennison Hotel, the thousands of men and women who lined

the sidewalks sent up a mighty cheer. The Louisville Drum and Trumpet Corps made up of twenty men marched behind the Colonels and shared honors with the men in the long coats and big white hats. The banner of the Old Guard Bryan Club was unfurled by members of that organisation who brought up the rear. At the Dennison Hotel the Kentuckians were given a welcome that shook the buildings. It was late, but some of the members were presented to Mr. Bryan and to Mr. Kern any way.

**Citation**: Frankfort Weekly News and Roundabout (Frankfort, Ky.), August 29, 1908, Page 6

**Source**: https://www.loc.gov/resource/sn86069849/1908-08-29/ed-1/

---

## Article: Not Just a Political Marching Club

### READY TO ACT AS PALLBEARERS FOR ENEMY

**Senator James Says Democrats Will Officiate at Republican Obsequies.**

Senator Ollie M. James was a guest of honor at a reception given last night in the auditorium of The Seelbach under the auspices of the **Kentucky Colonels' Club**. W. J. O'Hearn, president of the club, presided over the meeting, and Senator James was introduced to the members of the club by Mayor W. O. Head.

"The Democratic party has attended the funeral of every party that has been born in this republic, and it stands ready to act as pallbearer for the Republican party next fall," said Senator James.

Referring to wool tariff schedules, the speaker said:

"This is the only country on the face of the earth that taxes that which means warmth to the human body. Even Russia, brutal, arrogant, uncivilized, levys no tax upon wool."

Senator James describes how the Democratic party inaugurated the movement for the income tax law.

"In my judgment, the income tax law is the fairest law that has ever been written," he said. "It means that the wealth of the country will have to bear its portion of the expense. Thirty States in the Union have adopted the amendment proposed and more are in prospect, and by this time next year, when they are all,

or nearly all, in line, to the Democratic party will come the glory for having challenged a mighty army of millionaires." —Louisville Courier Journal.

**Citation:** Crittenden Record-Press (Marion, Ky.), January 25, 1912

**Source**: https://www.loc.gov/resource/sn86069460/1912-01-25/ed-1/

---

## Article: Kentucky Colonels are Regional Celebrities

**KENTUCKY 'COLONELS' IN ANNUAL JOYFEST**

**Dean of Journalist Department Addresses Meeting of Kentucky Club.**

The 15 **Kentucky Colonels** ate, drank and passed yarns in a spirit which would have warmed the cockles of old "Mars Henry's" heart had he been privileged to attend the annual joyfest of the **Notre Dame Kentucky club** at the Mishawaka hotel last night.

Col. Jack Young was host and it wanted only mustaches to twirl, and an imperial to sprinkle with the "dew" of the famous flower of the blue grass country to imagine oneself back in the land of "mammies," dandy girls and real "white folks."

As first aid to any possible "war suffers" there was Major Pat Harl, an estimable teuton gentleman whose ancestry traces back direct to a Gaelic family of Cork, Ireland. His official titles were those of "Bruiser of the Royal Mints" and "Minister of Baize By-Products." He was aided in the discharge of his duties by John Campbell, "revenue Collector." Walter Clemmons, founder of the organization which is the first of its kind at the college, was "accessory before the fact."

Some restraint was shown when it was announced that John M. Cooney, dean of the journalistic department, was to be the guest of honor and that he

might make a speech. Dean Cooney, however, came in after the festivities and his speech concerned only such painful matters as attend the business of newspaper reporting. It is not to be inferred, however, that Prof. Cooney did not get into the "bluegrass spirit" before the joyfest had ended. It was a dandy—the best yet by long odds, and the **Kentucky club**, though only three years old, is now a permanent feature here.

The following members of the club were present: Louis Harl, Prof. John M. Cooney, Jack S. Young, Emil Besten, William Dant, George Careness, J. B. Campbell, John M. Hanna, William Hannan, Emmett Hannan, Louis Kolb, George Hackett, Thomas Spalding, E. J. O'Conner, Walter Clements.

**Citation:** South Bend News-Times (South Bend, Ind.), March 2, 1916, Page 11
**Source:** https://www.loc.gov/resource/sn87055779/1916-03-02/ed-1/

---

# Article: Greatly Anticipated Colonels

**Gives Up Entire Month.**



Gives Up Entire Month.

Senator Beveridge has promised the entire month of October to the state committee. He will make at least twenty speeches. John L. Griffiths, consul at Liverpool, has also promised his entire time during October. He is regarded as one of the most accomplished speakers in the country. He never fails to charm his audience and to entertain and instruct it.

Prominent among the democratic delegations here is the marching club of Kentucky Colonels in uniform and headed by a band. They came from Louisville by special train and called on Mr. Bryan and Mr. Kern in a body. The commoner greeted them cordially and the state of Kentucky was pledged to the democracy by William O'Hearn, president of the colonels.

Senator Beveridge has promised the entire month of October to the state committee. He will make at least twenty speeches. John L. Griffiths, consul at Liverpool, has also promised his entire time during October. He is regarded as one of the most accomplished speakers in the country. He never fails to charm his audience and to entertain and instruct it.

Prominent among the democratic delegations here is the marching club of **Kentucky Colonels** in uniform and headed by a band. They came from Louisville by special train and called on Mr. Bryan and Mr. Kern in a body. The commoner greeted them cordially and the state of Kentucky was pledged to the democracy by William O'Hearn, president of the colonels.

**Citation**: The Lake County Times (Hammond, Ind.), August 25, 1908, Page 8
**Source**: https://www.loc.gov/resource/sn86058242/1908-08-25/ed-1/

# Article: Stars of the Kentucky Homecoming

**KENTUCKIANS ARE FLOCKING HOME**

**"HOME COMING WEEK" WILL CROWD LOUISVILLE WITH THOUSANDS.**

Associated Press.

Louisville, Ky., June 12.—All trains running with extra coaches and double the number of Pullmans and a great many of them in two and three sections proved today that Kentuckians from all parts of United States are flocking back to their native state for "home coming week," which will be formally inaugurated tomorrow.

Thousands of natives and nearly as many more who cannot claim Kentucky as their birthplace but who are anxious to take part in the festivities of the week have already arrived and with twenty-four hours Louisville will hold the largest crowd ever gathered in the city for any event.

Accommodations at the leading hotels are already exhausted by the present occupants. Louisville, however, made the most ample preparations for the visitors and the committee which has charge of the societies and guests expresses the utmost confidence in its ability to perform its task to the satisfaction of everybody who comes.

Former Vice-president Adlai E. Stevenson, who is to speak on Friday, will arrive this evening from Indianapolis, with Former Governor David R. Francis of St. Louis, who comes with a large delegation of ex-Kentuckians from Missouri.

Former Governor Preston H. Leslie of Montana arrived early in the day.

The **"Kentucky Colonel's" Marching club**, that is to do much escort duty during the week, made its first appearance on the street today and elicited great applause. It will act as a guard of honor to all distinguished guests as they arrive and depart and its program for the week borders closely on the strenuous life.

**Citation**: San Antonio Daily Light (San Antonio, Tex.), June 12, 1906, Page 7
**Source**: https://www.loc.gov/resource/sn86090439/1906-06-12/ed-1/

---

## Article: Official Protagonists of Government

### KENTUCKY COLONELS TO ESCORT MR. BARTH.

**Will Take Prominent Part In His Inauguration As Mayor of Louisville.**

The **Kentucky Colonels,** one hundred strong, will act as an escort to Mayor-elect Paul C. Barth Tuesday morning from the Willard Hotel to the City Hall, where he will be formally inaugurated as Mayor of Louisville. The Colonels will be headed by a brass band and the occasion will be one of more than ordinary moment in Louisville. The plans for assisting in the inauguration of Mayor Barth were discussed at length at a meeting of the **Kentucky Colonel Club** at the Willard Hotel last night.

Previous to escorting Mayor-elect Barth to the City Hall, the Colonels will do a little marching around town, calling on Mayor Charles F. Grainger and paying their respects to him as retiring Mayor of the city. It was decided to march to the

**KENTUCKY COLONELS TO ESCORT MR. BARTH.**

Will Take Prominent Part In His Inauguration As Mayor of Louisville.

The Kentucky Colonels, one hundred strong, will act as an escort to Mayor-elect Paul C. Barth Tuesday morning from the Willard Hotel to the City Hall, where he will be formally inaugurated as Mayor of Louisville. The Colonels will be headed by a brass band and the occasion will be one of more than ordinary moment in Louisville. The plans for assisting in the inauguration of Mayor Barth were discussed at length at a meeting of the Kentucky Colonel Club at the Willard Hotel last night.

Previous to escorting Mayor-elect Barth to the City Hall, the Colonels will do a little marching around town, calling on Mayor Charles F. Grainger and paying their respects to him as retiring Mayor of the city. It was decided to march to the Willard Hotel ten minutes before the time for the inauguration, which is 11 o'clock Tuesday morning. Both Mayor Charles F. Grainger and Mayor-elect Paul C. Barth are charter members of the Kentucky Colonel Club.

The meeting last night was presided over by W. J. O'Hearn, president of the club. About fifty members were present and the meeting was an enthusiastic one. After the business of the club was finished the Executive Committee, of which W. B. Haldeman is chairman, held a short session and arranged some minor details as to the exercises Tuesday.

Willard Hotel ten minutes before the time for the inauguration, which is 11 o'clock Tuesday morning. Both Mayor Charles F. Grainger and Mayor-elect Paul C. Barth are charter members of the **Kentucky Colonel Club**.

The meeting last night was presided over by W. J. O'Hearn, president of the club. About fifty members were present and the meeting was an enthusiastic one. After the business of the club was finished the Executive Committee, of which W. B. Haldeman is chairman, held a short session and arranged some minor details as to the exercises Tuesday.

**Citation:** The Courier-Journal, November 19, 1905. Page 5

**Source:** https://www.newspapers.com/article/the-courier-journal-kentucky-colonels-to/115372517/

---

## Notation: Other Kentucky Colonels Clubs

In addition to the civic, political, and ceremonial activities documented throughout this exhibit, historical evidence confirms that numerous *Kentucky Colonels Clubs* operated independently across the United States throughout the 19th and 20th centuries. These clubs arose organically, often founded by Kentuckians living outside the Commonwealth or by honorary titleholders seeking social fellowship and charitable engagement. They were not created under, nor do they derive from, the later-established Honorable Order of Kentucky Colonels ("HOKC"), which did not exist until its unincorporated formation in 1933 and has falsely claimed an origin in 1813. These independent associations were neither subsidiaries nor predecessors of the HOKC—they were parallel manifestations of a broader, decentralized civic tradition that the HOKC has failed to acknowledge.

Among the most notable is the *Chicago Kentucky Colonels Club*, which registered a now-expired collective membership mark with the United States Patent and Trademark Office (U.S. Reg. No. 1068342, Serial No. 73083867). That registration, issued in 1977, pertained to a social club organized under Illinois law and made no reference whatsoever to the HOKC or to any origin in 1813. Its existence, formal structure, and trademark registration reinforce the reality that many civic groups

throughout the 20th century used the Kentucky Colonel title autonomously, without permission, direction, or narrative control from any centralized organization.

Likewise, Kentucky Colonels Clubs operated in Florida, Maryland, San Francisco, New York, Ohio, and Washington, D.C. as well as other locations where Kentuckians settled or maintained cultural ties. These organizations functioned as marching clubs, fraternal orders, special committees, veterans' auxiliaries, and civic societies. In several instances, they were embedded within or alongside well-established institutions such as the Freemasons, Shriners, Elks, Knights of Columbus, and the American Legion. Their activities ranged from charitable relief and patriotic ceremonies to themed banquets and formal receptions. Collectively, these clubs illustrate that the Kentucky Colonel identity was widely recognized as a non-exclusive and culturally meaningful form of affiliation, shaped by shared values and social engagement—not corporate branding.

These independent organizations did not seek to monopolize the term "Kentucky Colonel," nor did they assert exclusionary claims over the title as a custodian. Instead, they affirmed the title's public character and its deep-rooted legitimacy in American civic life. Their legacy remains vital in refuting any retroactive attempt by the HOKC to appropriate the full meaning, origin, or authority of the Kentucky Colonel tradition. The historical record is clear: the Kentucky Colonel was already a nationally understood title of honor and fellowship, long before the HOKC's creation and wholly apart from its contrived mythos.

**Summary of the Kentucky Colonels Clubs Topic**

The historical newspaper articles collected in this exhibit demonstrate that the idea of forming social and civic organizations known as **"Kentucky Colonels Clubs"** originated in Louisville, Kentucky, and quickly expanded far beyond its birthplace. Initially organized in Louisville by prominent Democratic leaders as a marching and political support club, the concept soon evolved into a broader cultural phenomenon.

Within a few decades, **Kentucky Colonels Clubs** had been established not only in Kentucky, but also in Washington, D.C., Southern California, Chicago, Dallas, Notre Dame, and at various universities across the United States. These clubs were composed of Kentuckians living outside the state, as well as honorary colonels, and served to promote fellowship, celebrate Kentucky heritage, and participate in civic activities. Their presence at formal political events, university gatherings, and community celebrations illustrates the widespread and enduring popularity of the Kentucky Colonel identity.

This national expansion of **Kentucky Colonels Clubs** reflects both the symbolic prestige associated with the title applied to its recipients and the deep cultural pride of Kentuckians, even as they dispersed geographically across the country. In total we have counted more than 40 formations prior to 1950.

Return to Table of Contents

## Topic II: Rise of the Kentucky Colonel as a Diversified Cultural Icon

While the character of the **"Kentucky Colonel"** first appears as a literary archetype in American literature in 1833, influenced by English theatrical portrayals, historical records and newspaper accounts from the late 19th century demonstrate that the **Kentucky Colonel** had by then become a recognized cultural archetype. Historical sources frequently trace the origins of the figure to Kentucky's early settlement period, prior to the formal founding of the United States, reflecting both real and symbolic attributes associated with leadership, hospitality, and frontier honor.

A review of digitized newspaper archives shows that by approximately 1875, the figure of the **Kentucky Colonel** had become widely recognized, respected, and symbolically important across the United States. Around the same time, the Commonwealth of Kentucky began the formal practice of conferring the honorary title of **"Kentucky Colonel"** upon distinguished citizens, with Governor James B. McCreary *often credited as the first to use the title in an official capacity*. The commissioning of colonels served both political purposes within state government and efforts to promote Kentucky's prosperity by honoring the state's most accomplished individuals.

The newspaper articles included in this section illustrate the secondary emergence of the **Kentucky Colonel** as a widely recognized figure during the late 19th century. During this period, references to the **Kentucky Colonel** shifted from purely fictional portrayals to representations treating him as a real and celebrated cultural identity. The volume of references supports this development: while fewer than 100 newspaper articles mentioning the **Kentucky Colonel** can be identified prior to 1875, more than 4,000 such articles appear between 1875 and 1900. This sharp increase in public recognition provided an opportunity for the Commonwealth of Kentucky to further formalize and promote the figure as part of its cultural and civic identity.

---

## Article: Kentucky Colonels Everywhere

**KENTUCKY COLONELS.**

 **How it Happens that They are so Numerous in the Blue Grass State.**

*From the Louisville Post.*

It is somewhat hard for an outside barbarian to understand why "colonels" are so plentiful in Kentucky. In the first place Kentucky furnished a great many soldiers, both to the northern and to the southern armies, during the war, and naturally some of these soldiers are sure enough colonels by rank and service. Others, who were minor officers or perhaps high privates, are now dubbed colonels by way of courtesy. Then we have a very few colonels who hold over from the Mexican war, and there are other colonels of militia, like the Louisville Legion, who come by their titles honestly. The governor of Kentucky has the privilege of appointing persons on his staff with the rank of colonel. These colonels are expected to look pretty and martial at the governor's ball and to ride horseback when the governor heads a procession. The last duty frequently gives them great pain and anxiety. There are scores and scores of these governor-staff colonels in this proud old commonwealth.

Some executives have been more lavish than others in the distribution of these gilded honors. That kindly old gentleman, Gov. Luke Blackburn, M.D., was fond of creating colonels. During his term he made some sixty colonels in the city of Louisville alone, if I remember the figures correctly. There are various reasons which entitle a man to this gubernatorial compliment. Col. Will Hays is a colonel because he is such a gifted poet, while Col.

**KENTUCKY COLONELS.**

How it Happens that They are so Numerous in the Blue Grass State.

From the Louisville Post.

It is somewhat hard for an outside barbarian to understand why "colonels" are so plentiful in Kentucky. In the first place Kentucky furnished a great many soldiers, both to the northern and to the southern armies, during the war and naturally some of these soldiers are sure-enough colonels by rank and service. Others, who were minor officers or perhaps high privates, are now dubbed colonels by way of courtesy. Then we have a very few colonels who hold over from the Mexican war, and there are other colonels of militia, like the Louisville Legion, who come by their titles honestly. The governor of Kentucky has the privilege of appointing persons on his staff with the rank of colonel. These colonels are expected to look pretty and martial at the governor's ball and to ride horseback when the governor heads a procession. The last duty frequently gives them great pain and anxiety. There are scores and scores of these governor-staff colonels in this proud old commonwealth.

Some executives have been more lavish than others in the distribution of these gilded honors. That kindly old gentleman, Gov. Luke Blackburn, M.D., was fond of creating colonels. During his term he made some sixty colonels in the city of Louisville alone, if I remember the figures correctly. There are various reasons which entitle a man to this gubernatorial compliment. Col. Will Hays is a colonel because he is such a gifted poet, while Col. Albert Dietzman was given his title by Gov. Knott because he was the greatest business manager on earth.

I trust these facts will make it somewhat clearer to the wondering northerner why colonels are so plentiful in Kentucky. But there are other reasons. Many prominent citizens are honored with this complimentary title simply as a recognition of merit by the community. Thus every man who conducts a large distillery is ipso facto a colonel; for instance, Col. John M. Atherton, or Col. Tom Sherley. Every prominent railroad official is also a colonel; for instance, Col. Milton H. Smith. Every Congressman is a colonel, as Col. Asher G. Caruth. Every man with a government office is a colonel; as Col. George Du Belle. Every great editor is a colonel, like Col. Henry Watterson. The chief of the police department is a de facto colonel, as Col. Wood. Then there are other gentlemen who are colonels because no other title fits them. But the law on the subject is a little vague and has never been formulated by the legislature.

If a man has been a captain in the war never call him captain; call him colonel. He is entitled to this promotion twenty-four years after the war closed. The only men proud to be called captain are the commanders of steamboats, the captains of fire companies, the conductors of railroad trains, and the officers in a Salvation Army. The title of major is comparatively rare, and, therefore, is really more of a distinction than colonel. Only prominent people who have seen actual service wear the title; for instance, Major Ed. Hughes and Major J. Washington Wann. But still if you call a major a colonel he is not likely to get mad at you. By the observance of these few rules I have jotted down the stranger can get along in Kentucky without committing any serious breach of etiquette.

Albert Dietzman was given his title by Gov. Knott because he was the greatest business manager on earth.

I trust these facts will make it somewhat clearer to the wondering northerner why colonels are so plentiful in Kentucky. But there are other reasons. Many prominent citizens are honored with this complimentary title simply as a recognition of their merit by the community. Thus every man who conducts a large distillery is *ipso facto* a colonel; for instance, Col. John M. Atherton, or Col. Tom Sherley. Every prominent railroad official is also a colonel; for instance, Col. Milton H. Smith. Every Congressman is a colonel, as Col. Asher G. Caruth. Every man with a government office is a colonel; as Col. George Du Relle. Every great editor is a colonel, like Col. Henry Watterson. The chief of the police department is a *de facto* colonel, as Col. Wood. Then there are other gentlemen who are colonels because no other title fits them.

But the law on the subject is a little vague and has never been formulated by the legislature.

If a man has been a captain in the war never call him captain; call him colonel. He is entitled to this promotion twenty-four years after the war closed. The only men proud to be called captain are the commanders of steamboats, the captains of fire companies, the conductors of railroad trains, and the officers in a Salvation Army. The title of major is comparatively rare, and, therefore, is really more of a distinction than colonel. Only prominent people who have seen actual service wear the title; for instance, Major Ed. Hughes and Major J. Washington Wann. But still if you call a major a colonel he is not likely to get mad at you. By the observance of these few rules I have jotted down the stranger can get along in Kentucky without committing any serious breach of etiquette.

**Citation**: Evening Star (Washington, D.C.), September 18, 1889, Page 6

**Source**: https://www.loc.gov/resource/sn83045462/1889-09-18/ed-1/

**Importance of the Article:** This article is crucial because it provides one of the clearest contemporary explanations for why the title "Kentucky Colonel" became so widespread in Kentucky. It outlines both the *official* reasons — such as military service and gubernatorial appointments — and the *social customs* that led to the honorary use of the title among prominent citizens like distillers, railroad executives, editors, and politicians. It also highlights how the "colonel" title evolved into a unique cultural phenomenon in Kentucky, becoming a recognized mark of status, community respect, and humor, rather than strictly a military rank.

## Article: Col. Tom Buford a Controversial Colonel

Note that both Col. Henry Watterson (Newspaper Man) who first reported the account and Col. Tom Buford (Richmond Railroad Executive) in the article were commissioned **Kentucky Colonels** by none other than Governor McCreary between 1875 and 1879. Col. Buford accidentally discharged a shotgun at a judge while looking to scare another judge from the same court. He spent the next year and a half in court was found guilty and on appeal was acquitted and committed to an insane asylum in Anchorage, Kentucky where he died several years later. This is an important story because it was published in many newspapers with different perspectives all over the United States.

### COL. BUFORD IN JAIL

### How the Murderer of Judge Elliott Spends His Time—Talking About His Crime.

*From the New York Times.*

Louisville, Ky., Aug. 26.—Col. Tom Buford, the murderer of Judge Elliott, is still in the Louisville jail, awaiting the time when he will be allowed a new trial or ordered to be sent to the penitentiary at Frankfort, there to spend the remainder of his life. Buford persistently refuses to be interviewed, and the numerous attempts of reporters to have a conversation with him have proved failures. Although the newspaper men can get no satisfaction from him, he talks quite freely with others. Today a Post and News reporter met a person who while awaiting trial, was confined in jail several days in the same room with Buford. Buford's quarters are occupied by a number of old Breathitt County prisoners, and Dr. Al. Marritt, of this city. They are the most comfortable in the jail, and Buford is well pleased with his treatment at prison. He seems cheerful and hearty, and does not appear in the least like a bloodthirsty assassin such as the jury found him to be. His health is excellent. He eats with a keen appetite and sleeps soundly at night. He is fond of conversation, and having been a great reader, and possessing the usual Kentucky command of language, he is very entertaining. His fellow prisoners may at any time be seen gathered closely about him, listening as he discusses topic after topic with a peculiarly graphic

power. As for the state of his mind, he is by no means insane. Buford delights in playing solitaire, and in trying his skill at chess with some of his companions. In fact, he uses all expedients to prevent time hanging too heavily. Though eccentric, he does not seem morose or sullen, but is cheerful, even gay at times, and is fond of a joke.

Buford talks freely with his companions about his crime, and about his crime, and about his reason for committing it. He says he believes the Judges of the Court of Appeals acted in collusion to defraud him of the property in litigation; it was all a put up job and was a downright piece of robbery; the worry of the lawsuit killed his sister, and the decision of the Judges was an outrage to the rights and honor of his family. When he went to talk to Judge Elliott about his affair, the latter, he says, turned pale and stammered and hesitated in his conversation, as if conscious that he had been guilty of acting wrongfully. He also told the man who tells this story that he considered it had become a personal matter between him and the Judge. "If a man comes to your home and robs you, would you not shoot him?" asked Buford. "And if a man defrauds me of property and injures my honor, ought I not shoot him like a common robber?" "If I had shot myself before I shot the Judge I would not think myself worthy of being considered a gentleman." He does not seem much concerned at the prospect of remaining in confinement the remainder of his life, but has a lingering hope of once more being free. He also is confident that the decision of the court in reference to the property will be in some way changed, and that, although he may be in prison, he will have the satisfaction of obtaining the money. He is very strong in his language against the Judges of the Court of Appeals, and says: "Whatever I have done, the Court of Appeals have damned themselves by this transaction, and the people will find it out too." Buford thinks that in course of time the public feeling against him will die away, and that people will begin to look at his side of the case. "I have killed Elliott, and after awhile people will begin to inquire why I killed him. They will investigate the matter and will discover how shamefully I have been cheated."

**Citation:** Knoxville Daily Chronicle (Knoxville, Tenn.), September 3, 1879, Page 3
**Source:** https://www.loc.gov/resource/sn85033437/1879-09-03/ed-1/

# Article: Colonel on Trial

## COL. TOM BUFORD ON TRIAL.

## ARGUING TO A JURY THAT HE KILLED JUDGE ELLIOTT INNOCENTLY.

### Contradictory Testimony as to Insanity in an old Kentucky Family—A Lawsuit About which the Prisoner was Always Violent.

Owensboro, Ky., July 18.—On the day that the trial of Col. Thomas Buford for the killing of Judge Elliott was brought to a finish, three days from to-day, he remarked to his guard: "There isn't the slightest difference in the world in it, for life is a matter of no consequence to me." However, the caliber or the nervous strength of two other members of that powerful and wealthy Kentucky family of Bufords had broken with a hard blow to bring him from life to death. The circumstances of the case left no possible defense except that of insanity, and on that point all effort was concentrated. The Buford trial was visibly a fair exhibit of what Kentuckians are.

Brilliant forensic encounters were occurring in every room, and men of intellect, wit, and high honor joined issue and fought for the prisoner, if not from mere decency, then from their sense of the judicial system. They thought he had not been properly punished, and, being unwilling that one so connected, so respected, and so thoroughly Kentuckian should die at the end of a rope, they fought to save him.

The killing occurred at Frankfort, at the Court of Appeals. Buford, angered by the decisions of the Court of Appeals, made a public threat. In front of the Capitol Hotel he met Judge Elliott, and, on seeing him, lifted his double-barreled gun and said: "Judge Elliott, you and Judge Pryor have robbed

me. You make decisions without knowing the merits of the cases. You know it. You are no better than other God-damned villains in the street."

"Colonel, you make a strong remark; you are joking, aren't you?" asked the Judge.

"Joking? Am I joking?" Buford replied; "you'll soon see!"

"Are you not joking?"

Buford did not answer, but looked at the Judge.

"Buford, come with you and take a drink with me," said the Judge.

The two stood, and were close together. Buford then cocked his gun, brought it up to his shoulder, and, aiming squarely at the Judge, discharged both barrels. The Judge reeled around, and, uttering a cry, fell to the sidewalk. Judge Pryor rushed in horror to the fallen Judge, and raised him up.

When Judge Hines exclaimed, "you killed him,"

Buford said, "I'm sorry," Buford said, "but I had to do it."

Buford stood still for a few seconds, bowed to the victims of his own meditation, and asked to be given some water. It was necessary to remove him before he could make any active movement. In the midst of a crowd of men, he was borne to jail. No one could have lived in that city with such a charge of action in him, and that he had fired into the Judge because he was too good for Buford was accepted.

Col. Buford was protected by many witnesses as surrounding justly his deed on the ground that Judge Elliott had long known and distrusted Buford and his insanity.

It has often been remarked in Louisville and elsewhere, looking the double-barreled affair in every carefully and thoroughly fixed with a revolver, to use it on men injuring him. If the threats against himself, Elliott and other Judges were proved, and the prosecution rested as to motive.

The opening speech for the defense, made by Judge Clark, of New York, began with the old assertion that the prisoner was no criminally resistant, but otherwise a fair citizen. Clark laid back to the bloods of Buford's time of life. He declared that his habit of sentimental security, and was against the point of mental irresponsibility in the most misleading way, he proved. All agreed, however, that the point had been proved up to the level of the discharge. Judge McNamara refusing to grant an adjournment.

Gen. Abe Buford, a brother of the prisoner, was the best living witness regarding the family. His sister, Mrs. Elizabeth Allen, was murdered by a man for money when she was teacher in Iowa. Mrs. Buford, his mother, during her widowhood, was a woman of intense but narrow feelings, and the prisoner's brother, Richard Buford, was for a time insane. Elihu S. Buford was for a time a lunatic at the State hospital for the insane at Lexington. The father was insane on the subject of railroad patronages, and Tom usually inherited his strange notions. Again the property that he had thought wronged him through Elliott was but a trifling value, of very small amount, and only led to him making accusations of several revenue decisions. This about his lawsuits was a joke.

It was not disputed that he would sometimes brood on the idea that he was unjustly treated. His brother said, "Tom was eccentric, and would often fight lawsuits out to sustain his insane notion." One witness said that on one occasion he was seen to ride up to a hotel, dismount, and argue vehemently with imaginary persons about the injustice of lawsuits. His bearing at other times was natural.

One physician testified that insanity was clear in the Buford blood; another that it was a distinguished strain. On cross-examination it was elicited that he could be "queer" without being insane, and that the family history only suggested insanity, but did not prove it. Other testimony from the prosecution was given to the effect that Buford had an ungovernable temper, was arrogant, domineering, and possessed violent and dangerous passions.

There was testimony to the effect that at one time Buford, while acting as counsel, made an assault with a knife on another lawyer in open court. These facts were presented to show the prisoner's violence of temper, and that the crime was committed through malice and revenge and not because of insanity.

At one point in the testimony, a witness said: "He would talk sensibly about general topics like history and religion. I never saw a man more perfectly sound, unless it was when he became excited, and then he would show traces of mental unsoundness."

Several witnesses swore that Buford was easily excited when discussing the lawsuit, but was calm and rational on other subjects. Dr. Todd testified that Buford had always been excitable, but that he was not insane. He said he thought Buford's mind had been excited and unbalanced on the subject of the lawsuit. Dr. Todd further testified that he had noticed no evidences of chronic insanity. Dr. Breckinridge, of Eminence College, who said that Buford used to attend his lectures, testified that the prisoner always displayed normal intelligence. The arguments of counsel concluded with a strong effort by the defense to show insanity, and a strong argument by the prosecution to show that the crime was deliberate.

The prosecution declared that no man ever prepared a murder more coolly or committed it more deliberately. Col. Breckinridge concluded with a fervid and logical appeal for the vindication of the law.

At the close of the day the final argument for the defense was yet to be made, and it was expected that the trial would be concluded the next day.

Public opinion is yet divided as to the probability of Col. Buford's conviction.

**Citation:** The Sun (New York), July 21, 1879, Page 3
**Source:** https://www.loc.gov/resource/sn83030272/1879-07-21/ed-1/

---

# Article: Known for Dueling

**Recognized the Ear Marks.** *State Journal.*

A stray copy of a Kentucky newspaper got into the Journal's mail this morning. We knew it was from Kentucky before the wrapper was torn off. The headlines exposed read as follows: "Terrible Tragedy—Colonel L.

**Recognized the Ear Marks.**

State Journal.

A stray copy of a Kentucky newspaper got into the Journal's mail this morning. We knew it was from Kentucky before the wrapper was torn off. The head lines exposed read as follows: "Terrible Tragedy—Colonel L. E. Baldwin, of Nicholasville, and Colonel Thomas M. Green, of Maysville—Meet in Deadly Conflict—Baldwin Killed and Green Dangerously Wounded." When Kentucky colonels and Kentucky sour mash come together the result is always the same.

E. Baldwin, of Nicholasville, and Colonel Thomas M. Green, of Maysville—Meet in Deadly Conflict—Baldwin Killed and Green Dangerously Wounded." When **Kentucky colonels** and Kentucky sour mash come together the result is always the same.

**Citation**: Wichita Eagle (Wichita, Kan.), November 29, 1887
**Source**: https://www.loc.gov/resource/sn85032490/1887-11-29/ed-1/

---

## Article: Democrat not a Republican

**RETURNED HIS COMMISSION.**

**Colonel Coles Couldn't Be Bought So Easily by Governor Bradley—A Uniform For Sale.**

Mr. Frank Coles, of Ashland, whom the Republicans of this district selected as one of their delegates to the National convention, was a member of Governor Bradley's staff, with the title of Colonel, a few weeks ago, but he is no longer a **Kentucky Colonel**. And thereby hangs a tale, that shows how bitter the feeling is becoming between the Republican factions. The *Bulletin's* information comes from one who claims he got the story from Coles.

A few weeks ago, Coles got a letter from Governor Bradley reminding him of the great honor he had received at the Chief Executive's hands when he was made a Colonel, reminding him also that in return he was expected to hold Boyd County in line for the Governor, and not allow the McKinleyites to capture the delegation.

**RETURNED HIS COMMISSION.**

Colonel Coles Couldn't Be Bought So Easily by Governor Bradley—A Uniform For Sale.

Mr. Frank Coles, of Ashland, whom the Republicans of this district selected as one of their delegates to the National convention, was a member of Governor Bradley's staff, with the title of Colonel, a few weeks ago, but he is no longer a Kentucky Colonel. And thereby hangs a tale, that shows how bitter the feeling is becoming between the Republican factions. The BULLETIN's information comes from one who claims he got the story from Coles.

A few weeks ago, Coles got a letter from Governor Bradley reminding him of the great honor he had received at the Chief Executive's hands when he was made a Colonel, reminding him also that in return he was expected to hold Boyd County in line for the Governor, and not allow the McKinleyites to capture the delegation.

Coles was red hot for McKinley, and it is said he forthwith answered the Governor's letter by returning his commission as "Colonel," telling him he might use it for other purposes.

Boyd County instructed for McKinley and gave the Ninth district to the Ohioan.

It is said Mr. Coles now has a Colonel's handsome $200 uniform for sale.

Coles was red hot for McKinley, and it is said he forthwith answered the Governor's letter by returning his commission as "Colonel," telling him he might use it for other purposes.

Boyd County instructed for McKinley and gave the Ninth district to the Ohioan.

It is said Mr. Coles now has a Colonel's handsome $200 uniform for sale.

**Citation**: The Evening Bulletin (Maysville, Ky.), April 17, 1896
**Source**: https://www.loc.gov/resource/sn87060190/1896-04-17/ed-1/

---

## Article: Dueling was Legal until 1891

**LIKE VERY DEMONS.**

**Kentucky Colonels Fight With Pistol and Dagger.**

**MORTAL WOUNDS FOR BOTH**

**Col. Wm. Goodloe, Republican Leader and Friend of Harrison, Stabs Col. Swope Thirteen Times.**

Louisville, Nov. 8.—Colonel William Cassius Goodloe, member of the national Republican committee and collector of the Seventh internal revenue district, stabbed and killed Colonel A. M. Swope, a prominent Republican, at Lexington this afternoon. Goodloe was shot and fatally wounded. The men met in the postoffice corridor, and when each saw why the other was there they glared at each other fiercely. Then some angry words followed, when both suddenly drew weapons, Swope a pistol and Goodloe a clasp knife. As soon as the weapons were drawn Swope fired. Goodloe knocked him down as it went off, the ball entering his abdomen on the right side.

Goodloe then began stabbing his opponent in the breast with a knife. After several blows had been struck by Goodloe Swope fired again, missing Goodloe. After firing the second shot Colonel Swope fell on his face, and weltering in his blood, died almost instantly. On his person were found seven wounds, they being on the back, arms and breast.

Immediately after the killing Colonel Goodloe went to a physician, where his wounds were examined. He was perfectly cool and made a disposition of his property in case of death. At 11 o'clock Goodloe was resting easy. Physicians say his condition is more hopeful. He is not under arrest. Public sympathy is about equally divided, but universal sorrow is expressed. The cause of the difficulty was a statement made in the Republican convention on May 1, 1880, by Goodloe, that fully two-thirds of the Fayette county delegation in the convention did not speak to Swope.

Colonel Goodloe has been for years a prominent man in Kentucky politics. He was minister to Belgium under Hayes, and is a member of the national Republican committee, being chairman of the committee on speakers. He is 48 years of age, married, and has eight children. Colonel Swope was 45 years of age and unmarried. He was collector of internal revenue under Grant and Hayes.

Washington, Nov. 8.—Colonel Dudley this afternoon, in response to a telegram asking for particulars in regard to the tragedy at Lexington, received a message stating that Goodloe's wound was very serious, but not necessarily fatal. Intelligence of the tragedy and its probable fatal termination to both persons was profound shock to a number of persons in this city.

Colonel Goodloe had many friends here. As a member of the Republican national committee he naturally enjoyed the confidence of the chief public men of the Republican party, and his courtesy and genial nature gave him a warm place in the affections of many with whom he was in political and business relations.

The president knew Colonel Goodloe well and esteemed him highly. The news of his probably fatal shooting affected Harrison to a most marked extent. The intelligence seemed to stun the president, as though it had been a near relative. A book which he was holding in his hand at the time fell to the floor, and for a few minutes he paced nervously and abstractedly up and down. The subject is the one topic of conversation tonight among public men and in public places.

First Assistant Postmaster-General Clarkson said tonight: "In the Republican party of the nation there are few men better known or more widely admired than Colonel Goodloe. The announcement this afternoon will be like a personal grief to thousands of Republicans throughout the North. Colonel Goodloe could have had recognition under the administration, but he preferred to stay in Kentucky because of his business interests."

**Citation:** The Seattle Post-Intelligencer (Washington Territory), November 9, 1889
**Source:** https://www.loc.gov/resource/sn83045604/1889-11-09/ed-1/

---

## Article: The Colonels Went Home

**WHERE WAS THE COLONEL?**

**A Confederate Explanation as to Why the War Stopped.**

"Well, we've got to the end of the war papers at last, on the confederate side, anyhow, says Burdette. Dr. J. William Jones, confederate soldier and chaplain, who is writing an interesting series of war papers—"The Men in Gray," in the *Examiner*—explains in his latest paper the causes which led to the surrender of Lee's army—"Was not that grand old army really worn out? Not conquered, but wearied out with victory; forced to surrender by the results of a series of victories which astonished the world. Well, if the victories which terminated in unconditional surrender didn't astonish the world, Capt. Jones's startling theory of the successful failure of victorious defeat will. However, it is a hard old world to astonish, and the chaplain evidently realizes it, for he adds power to his elbow, and having successfully lifted himself over the fence by pulling at his boot straps, he airly



WHERE WAS THE COLONEL?

A Confederate Explanation as to Why the War Stopped.

"Well, we've got to the end of the war papers at last, on the confederate side, anyhow, says Burdette. Dr. J. William Jones, confederate soldier and chaplain, who is writing an interesting series of war papers—"The Men in Gray," in the *Examiner*—explains in his latest paper the causes which led to the surrender of Lee's army—"Was not that grand old army really worn out? Not conquered, but wearied out with victory; forced to surrender by the results of a series of victories which astonished the world. Well, if the victories which terminated in unconditional surrender didn't astonish the world, Capt. Jones's startling theory of the successful failure of victorious defeat will. However, it is a hard old world to astonish, and the chaplain evidently realizes it, for he adds power to his elbow, and having successfully lifted himself over the fence by pulling at his boot straps, he airly lifts himself back again by solemnly asserting, on the authority of the Southern Historical Society papers, "that at the close of the war the available force of the confederates numbered *scarcely* 1,000 *effective men*, to whom there were opposed 1,000,000 federal soldiers. The italics are Chaplain Jones's own. Well, well, well! We knew this thing was approaching a climax, but we didn't think it would be an apex. Where, oh, where were the 100,000 Georgia colonels? And the 100,000 Kentucky colonels? And the other colonels? Tell us, chaplain, where was the colonel when the war went out?

lifts himself back again by solemnly asserting, on the authority of the Southern Historical Society papers, "that at the close of the war the available force of the confederates numbered *scarcely 1,000 effective men*, to whom there were opposed 1,000,000 federal soldiers." The italics are Chaplain Jones's own. Well, well, well! We knew this thing was approaching a climax, but we didn't think it would be an apex. Where, oh, where were the 100,000 Georgia colonels? And the 100,000 **Kentucky colonels**? And the other colonels? Tell us, chaplain, where was the colonel when the war went out?

**Citation**: National Republican (Washington City (D.C.)), October 19, 1887, Page 3
**Source**: https://www.loc.gov/resource/sn86053573/1887-10-19/ed-1/

---

## Article: Kentucky Colonels of Legend

**BUFFALO BILL'S BRIDE.**

**Fay's Reminiscence of a Louisville Girl, Wife and Widow.**

*White Sulphur Springs Cor. Courier-Journal.*

In vain have I looked through all the accounts published describing the queen's jubilee for some mention of Buffalo Bill. It was expected by his admirers that he would be at the head of the queen's escort of princes. Has English royalty gone back on the illustrious Bill? Evidently the queen is not as particular about divorced men as she is about divorced women.

While the Wild Bill of the West was basking in the smiles and patronage of royalty, some one with a too-retentive memory recalled a little episode in his life which links Louisville, as well as Washington, with the varied fortunes of this illustrious gentleman. In the days of George D. Prentice and the Louisville Journal there was a gentleman by the name of Whitely connected

with that paper. I think he was one of the distinguished **Kentucky colonels** in the Mexican war, of which O'Hara, Hawkins, Pickett and others survived to add additional honors to their names.

Colonel Whitely married Miss Georgie Barcklay, a daughter of one of the old merchants of Louisville. During the late "war between the states" Col. Whitely, his wife, children and his mother-in-law, Mrs. Barcklay, lived in Washington, and he had charge of the New York Herald bureau. He wrote letters from the "front," and stood at the head of journalists. His wife died of consumption, and not long afterward Col. Whitely married a handsome young girl who lived on Capitol hill. And then the colonel paid the debt of nature, and that, with other debts, reduced his family to poverty, and the young and interesting widow obtained a clerkship in the treasury.

Next there appeared on the scene the rich and fascinating Col. Cody. Shortly after it was announced that the fascinating Mrs. Whitely was engaged to the Western millionaire. He returned to Denver, and the lady was to obtain a trousseau worthy of such magnificent prospects, and follow her lover to his Western home. It was arranged that the wedding should take place in Denver. The programme was carried out with great pomp, and the bride was supposed to be an object of envy until rumors reached her friends of a suit for divorce, which was obtained, and no one in Washington who knew Mrs. Whitely has heard of her since, and few identified the Col. Cody, Victoria's pet, with Buffalo Bill, the idol of English royalty.

**Citation**: St. Paul Daily Globe (Saint Paul, Minn.), July 17, 1887, Page 6
**Source**: https://www.loc.gov/resource/sn90059522/1887-07-17/ed-1/

---

## Article: Parody on Kentucky Colonel Heroism

**A HEROIC KENTUCKIAN.**

A story is told of the heroism displayed by a **Kentucky Colonel**—a real Colonel, who was out soldiering with the narrator. During the absence of a regimental surgeon one day the Colonel was seized with a diligent discomfort in the region of the sword belt, and he was advised to drink a scoundrelly

potion compounded of turpentine and water. He took it down with never a wink. "How do you like it, sir?" asked the Major, with mock solicitude.

"Bah—it is nothing," said the hero of the performance as tranquilly as he would have described the loss of a leg by a cannon shot. "I could drink it without the turpentine." — *Nashville American.*

**Citation:** Western Kansas World (WaKeeney, Kan.), May 12, 1888

---

## Article: Colonel's Strike - High Spirits

**WHY COL. TOM GOT MAD.**

*An Innocent Reporter's Little Joke on a Blonde and a Milk Punch.*

"There's something the matter with Tom Ochiltree," exclaimed a habitué of the Hoffman House last evening.

"What's the matter with the Colonel?" asked a bystander.

"Don't know, but he is acting kinder curious like. He is keeping very quiet, is not saying much, and I have seen him within a day or two merely bowing to reporters, when he is generally found with his arms around their necks."

"Are the reporters kicking?"

"You bet. Why, there are two or three of the quill-drivers who make a living by chronicling Col. Tom's stories and his reminiscences. About a week ago he went on a strike and the boys haven't had anything to write about."

"What is the cause of the Colonel's strike?"

"Oh, I have heard several stories about it, but the most plausible is this one. It is hinted that the Colonel got angry because one of the boys wrote that whenever you saw a blonde in a liquor saloon you would see a milk punch. The gallant Colonel is a little sensitive and has shut down on his reportorial information bureau."

"Is he a candidate for Congressional honors?"

"I asked him the other day if he intended to run for Congress in the Hoffman House district, and he said he would decide on Sept. 15. Here he comes now."

"Who is that with him?"

"Why, that's Col. Henry Watterson, of Kentucky."

As the Texas Colonel and the **Kentucky Colonel** walked arm in arm towards the art gallery the **Kentucky Colonel** was overheard to remark to the Texas Colonel:

"D— the tariff! I am thirsty, and I guess you are. Let's go in and have a lemonade with an electric telegraph pole in it for a stick."

**Citation:** The Evening World (New York, N.Y.), July 3, 1888

**Explanation:** This lively and humorous article captures the colorful, larger-than-life personality often associated with the "Kentucky Colonel" archetype in the late 19th century. It shows how colonels like Tom Ochiltree and Henry Watterson were not just political or military figures, but also public characters whose wit, sociability, and larger-than-life behavior were part of their cultural image. It also reflects the way the press and public delighted in these figures' eccentricities, blending Southern gallantry with humor and charm.

# Article: SC Dispensaries Back in Operation

The South Carolina dispensaries are running in full blast again, and the Tillman cocktails, the Palmetto juleps and the South Carolina state gin fizzes are again riding on the top wave of popularity. The governor has abrogated the decision of the supreme court in the matter, and is operating the state saloons on his own hook, and Palmetto state whisky is flowing freely from the state spigot. I understand that Tillman is to have conferred upon him the highest of honorary degrees by the **Ancient Order of Kentucky Colonels**.

**Citation:** Bismarck Weekly Tribune (Bismarck, Dakota), August 10, 1894

---

# Article: Colonels Engaged in a War of Words

**READY FOR GUNS AND COFFEE.**
**Two Kentucky Colonels Trying to Run Together.**

FRANKFORT, Ky., June 2.—(Associated Press.)—There is danger of a meeting between two member of the house of representatives as the result of the most exciting scene in the history of that body. The house had under consideration what is known as the anti-strike law, the object of which is to prevent the unlawful practice of interfering with traffic and transportation. Representative Kremer of Louisville, favored the measure. Botts of Shelby opposed the bill, and during his remarks referred to him as "potter's clay" in the hands of the corporations. Mr. Kremer sprang to his feet and likened Botts to Judas Iscariot. He paced across the aisle, branded him as a liar and scoundrel and applied

other epithets. Botts made a move towards Kremer, but friends
prevented them from clinching. Kremer rushed out of the hall
and returned soon with a revolver. Friends overpowered him and
kept him in the cloak room until he cooled off.

**Citation:** Arizona Republican (Phoenix, Ariz.), June 3, 1893, Front Page

**Source:** https://www.loc.gov/resource/sn84020558/1893-06-03/ed-1/

---

## Article: How Colonel Crittenden became a Badman

### A KENTUCKY COLONEL.

### He Hits upon a Bold, Bad Plan for Raising a Stake in Colorado—George A. Crittenden's Career.

### From the Leadville Chronicle.

Col. Crittenden, as most of our citizens are aware, was a former resident of Aspen,
Gunnison County, where he was engaged in the mining business, occasionally
visiting this city. His genial manners and ready address won him scores of friends,
while his very high and imperious temper made him, on the other hand, quite as
many enemies.

During the session of the Democratic State Convention in this city, the Colonel was
prominent as Chairman, and a speaker who was often upon the floor.

About two months ago he came to this city to take up his residence and stock three
claims located near Aspen, and known as the Crittenden Consolidation. He
disposed of a large portion of this among about a dozen prominent gentlemen of
this city, and then made arrangements to New York to dispose of the balance of the
consolidated stock. During all this time, however, Crittenden, with diabolical
cunning, backed by nerve and unflagging ingenuity, has not owned an interest in
the Smuggler lode.

Before leaving the city he made the acquaintance of a young gentleman in the office of Murray & Sale, and engaged him to perfect a float for him in the Smuggler lode, which he proposed to use to obtain capital, the title to be secured upon their several stock in the Smuggler, without themselves being aware of it. The float was prepared and embodied all the most valuable property.

Crittenden then proceeded to carry out his plan with the most consummate tact. He told his friends he had a severe cold, and that the clerks in the City Clerk's office had refused to allow him to use the books, and requested the young man to assist him. He told the young man it would, in all probability, be a fortune to him.

The friend in his dry way requested him to assist him in copying some abstracts of title, under the excuse that he wrote a good, legible hand. Without suspecting anything wrong, his friend accompanied Crittenden to his room, and at his dictation wrote out an abstract of title to the Smuggler lode in Gunnison County. No certificate was added. Crittenden said the Clerk would write it up for him.

Next Thursday Crittenden went to Murray & Sale and handed them a package, which he said he desired sent by express to Denver City, containing an abstract of title. The envelope bore the stamp and seal of the Denver & Rio Grande Express Company, and seemed all right. Inside of it was the abstract, bearing the certificate of the Clerk of Gunnison County, and his official seal.

There was also a letter from the Clerk, stating that it was correct. The abstract showed that Crittenden had a clear title to three-fourteenths of the Smuggler. Mr. Kingsbury was applied to, and expressed a willingness to loan him money on the security, but preferred to telegraph to several parties for undoubted security. Telegrams were sent to Gunnison City, and to M. H. Byman and C. F. Hallin, owners at Crittenden's, inquiring as to Crittenden's title. A response came promptly that he did not own a foot of ground in the Smuggler. Kingsbury accused Mr. Kingsbury of forgery for Col. Crittenden and confronted him with the evidence of his duplicity. He was confused, but made no denial, but sulkily left the office and received messages for his New York friends.

After a few words he left, and going to his room, informed his roommate that he had an early train to catch for New York, and shortly gathering together his effects, left the city.

Later it was discovered that he had bought a ticket for Council Bluffs, Iowa, with the privilege of stop-over at Kansas City. His baggage was checked, and two days afterward it was discovered that he had written on the back of the express envelope, "Smuggler lode abstract," which, of course, would excite suspicion.

43

In fact, before he had left the city the whole thing was suspected, and a detective set out upon his trail. It was discovered that he had engaged passage east on a freight train, riding in the caboose, and when a diligent search failed to locate him, the whole of the outgoing trains were thoroughly searched by detectives.

The attempt at fraud is believed to be only of an attempt at deliberate swindling, but a cool and heinous forgery at once that would place him behind the bars of the Penitentiary for years. George A. Crittenden's downfall is attributable to dissipation and association with abandoned women. One of his city couriers clung to him like a curse, draining every cent from him, and demoralizing him morally and physically as well as financially. Telegrams have been sent in every direction after him. He is in all probability either in Denver or Pueblo.

As the history of Col. Crittenden has been in many respects a checkered one, a brief resume of it may not be uninteresting. These facts were mainly gleaned from his own lips, although they are in part corroborated.

George A. Crittenden is a grandson of the Hon. John J. Crittenden, of Kentucky, the great Governor, and his mother and sister now live in a good town of Danville in that State. He is also a cousin of the Hon. Thomas Crittenden, Governor of Missouri. When quite young he was sent to England for education, and entered Eton College, where he stood second in a class of 24 at the breaking out of the Franco-Prussian war. A cadet regiment was formed at the college, Crittenden being elected Lieutenant. The regiment did efficient service, guarding freight through one of the most important engagements.

Crittenden drifted to Gravelle in a subordinate capacity, and after the war was made Lieutenant in the French navy. In a subsequent battle he received a sabre stroke over the eye, and only entirely recovered his sight after two years. He afterward embarked upon the English ship of Paris; he was in the Dunder, and at the close of the war returned to America and located himself to the United States. He was afterward practicing law in Cincinnati for several years, and finally went to San Francisco, California.

There he engaged in numerous lawsuits and stock speculation, traveling extensively in Mexico. He was afterward appointed traveling agent of the Singer Sewing-Machine Company for the State. Here he lost his head in several Nevada mining camps, and later engaged in fruit and can enterprise, and entered a scheme to develop an "Asiatic Railroad," that was to run from San Francisco, California, and across Asia through Persia and Turkey.

He was always ready to give anyone plans for a small fee any information they required, particularly in the course of a lawsuit. "There is one thing," he often said, "it fills its bucket up," and Crittenden stated

he was out upon a great enterprise which would make him the richest man in the country, when he became involved in certain stock property. The rest the reader can now perhaps better understand.

When he last left Denver he carried with him, besides a ticket, he had two trunks containing "papers" and "clothes."

He was very cool about his flight, and so long as he had a good name and good-by to Denver, but it is now thought by our authorities that he may be overtaken at any time, it is almost sure he overtakes that arrest for it is more than likely that his future career will be devoted to preying upon the public.

**Citation:** Chicago Daily Tribune [!] (Chicago), December 26, 1880, Page 5
**Source:** https://www.loc.gov/resource/sn84031492/1880-12-26/ed-1/

---

## Article: Still a Stage Character

**GHIO'S OPERA HOUSE.**

*EHRLICH BROS., Lessees and Managers.*

**ONE NIGHT ONLY,**
 **Friday, November 11.**

## A Kentucky Colonel.

*Opie Reed's Charmingly Natural Drama of Life in the Blue Grass Country will be presented by*

**McKEE RANKIN and FREDERICK BRYTON,**

The foremost exponents of American characters before the public. Will appear supported by a specially selected company of Artists, who have just completed a



four weeks' successful presentation of **"A KENTUCKY COLONEL"** at the Union Square Theatre, New York.

"Since the Booth and Barrett Combine, there has been no alliance of two such great actors as Messrs. McKee Rankin and Frederick Bryton, the greatest exponents of American characters known to the stage." — *New York Press.*

*Seats now on sale at Lightfoot's drug store, at regular prices.*

**Citation:** Daily Texarkana Democrat. November 10, 1892. Page 1
**Source:** https://loc.gov/resource/sn89051301/1892-11-10/ed-1/

---

## Article: Kentucky Colonel A Fearful Character

**GUITEAU'S GHOST.**

Now will Rome howl. A **"Kentucky Colonel"** makes a pilgrimage to New York to shoot President Arthur. It will be just too bad if the Distinguished Gentleman from Blue Grass can't be traced to a high-toned hotel or a free lunch stand. He must be found. He will make a fine "issue." His photograph will serve as a terrible weapon in the hands of our Republican friends in the next campaign. Just trot the "Colonel" out, dressed in a bloody shirt. Why, reform, tariff, finance, economy and honesty in the Administration would all fade away in the background of such a picture. Just think of it, and imagine the grief of our Republican friends if the Distinguished Gentleman from Kentucky should turn out to be nothing more tangible than Guiteau's ghost.

**GUITEAU'S GHOST.**

Now will Rome howl. A "Kentucky Colonel" makes a pilgrimage to New York to shoot President Arthur. It will be just too bad if the Distinguished Gentleman from Blue Grass can't be traced to a high-toned hotel or a free lunch stand. He must be found. He will make a fine "issue." His photograph will serve as a terrible weapon in the hands of our Republican friends in the next campaign. Just trot the "Colonel" out, dressed in a bloody shirt. Why, reform, tariff, finance, economy and honesty in the Administration would all fade away in the back-ground of such a picture. Just think of it, and imagine the grief of our Republican friends if the Distinguished Gentleman from Kentucky should turn out to be nothing more tangible than Guiteau's ghost.

**Citation**: Eureka Daily Sentinel (Eureka, Nev.), November 28, 1883, Page 2

**Source**: https://www.loc.gov/resource/sn84022044/1883-11-28/ed-1/

---

## Article: Cleared the Court

### As to Kentucky Colonels.

"Talk about **Kentucky colonels** with pistols under their coat tails! Why there was one coat tail that was not examined where I expect one would have been found. Did you see the vicious look on her face when she came into this court room. Why, half the time I was most afraid to sit down by the colonel for fear a stray bullet might come my way.

"Oh, sweet nature! Oh, gentle woman! The idea of a woman going about with a pistol in her bosom. I don't blame Col. Breckinridge for what he did. I would have turned away from the bosom of such a woman as the asp turned away from the bony bosom of Mrs. James Brown Potter when she played Cleopatra."

Continuing, Mr. Thompson arraigned Miss Pollard for her actions about this time, attempting to tighten her hold upon his life. He told how the colonel had followed her out from his home, "led out triumphantly and in disgrace," for fear this infuriated woman might blow out the brains of his innocent wife. Then he took her down to Maj. Moore to give her into the hands of the police. Oh, what a courtship! Gentlemen, does this remind you of your own courting? No ring, no book, nothing but pistols and coffee for two every morning! And that trip to Maj. Moore's and that promise to marry her there. He was already married, but that made no difference if his promise could help her, and he said, "Yes, I'll marry you."

"When?" "Oh, the last of this month."

But, gentlemen, even if he had not been married, how could a man ever marry such a woman as that. Why, I tell you that the whole history of this country furnishes no more complete history of violence and crime than this woman told of herself upon the witness stand.

**Citation**: Evening Star (Washington, D.C.), April 11, 1894, Front Page

**Source**: https://www.loc.gov/resource/sn83045462/1894-04-11/ed-1/

**Detailed Summary for "As to Kentucky Colonels" within the Full Article:**

The article titled **"CLEARED THE COURT"** reports on the dramatic court proceedings during the famous **Pollard-Breckinridge scandal trial** — one of the most famous and noteworthy domestic relations cases of the 19th century involving Congressman **William C. P. Breckinridge** and **Madeleine Pollard**, who sued him for breach of promise to marry her.

- **Main focus:** The courtroom scenes are vividly depicted, particularly the behavior of lawyers and the emotional reactions of spectators. Judge Bradley had to repeatedly clear the court to maintain order due to frequent outbursts of applause and tension.

- **Mr. Thompson's Role:** Mr. Thompson, an attorney for Breckinridge, gave a passionate, sarcastic argument intended to portray Miss Pollard as a violent, vindictive, and dangerous woman. His strategy was to discredit her and evoke sympathy for Breckinridge.

- **"As to Kentucky Colonels" Section:** This specific section comes from **Mr. Thompson's closing argument**. He mocks the notion of Kentucky colonels — traditionally symbols of honor and gallantry — by sarcastically referencing *female violence* and *pistol-carrying behavior*. He directly ties this back to Miss Pollard, painting her as a threatening figure rather than a victim, and implies that Breckinridge's actions (his betrayal and failure to marry her) were justified in light of her character.

  **Tone:** The section is heavily ironic, colorful, and inflammatory. It satirizes the romanticized image of Kentucky colonels and Southern womanhood, suggesting the reality was far more violent and scandalous.

- **Historical Importance:** This courtroom speech, mocking the Kentucky Colonel archetype, is critical because it shows how the idealized image of the Kentucky gentleman (and Southern honor culture) was being challenged, tarnished, and publicly redefined amid real social and political scandals. It is one of the earliest mainstream instances where the romantic myth of the Kentucky Colonel was subverted on a national stage.

---

# Article: A Kentucky Colonel's Temper

## A GUEST WITH A GUN.

### How a Kentucky Blood Marched Into a Printing Office and Out Again. *Cincinnati Enquirer.*

We have not investigated the charge made by the Knights of Honor Observer that Col. R. J. Breckinridge, supreme treasurer of the Knights of Honor, is a defaulter to the amount of $156,000, and can not say whether it is true or false. We hope it is not true, for the money belongs to the widows and orphans, and Col. Breckinridge is a distinguished citizen of Kentucky. The Enquirer and every other newspaper in the United States that print the Associated Press dispatches, and a great many that do not, have published something in reference to this serious charge made by the Observer, for it is a matter of very great interest to thousands of people.

We have refrained printing much in regard to the affair, supposing that it would soon be taken into the courts for settlement, where the charge would be sifted to the bottom, and Colonel Breckinridge given a fair opportunity to establish his innocence. Among the mass of matter declined by the Enquirer was a long interview which our correspondent at Toledo had with the supreme dictator of the order, wherein that official maintained that the Observer's charges were all true.

But whatever the supreme dictator may believe in regard to this ugly matter, it appears that Col. Breckinridge has a son who believes his father is quite innocent. We were not aware until last night that Col. Breckinridge had a son, and even now we have no better evidence

than the assertion of a wild-eyed, measly youth, who flourished a pistol and threatened to use it with deadly effect if the authority for what the Enquirer has been publishing his father's alleged deficit was not produced at once.

The wild youth evidently is not a great reader of the daily newspapers, since he repeatedly asserted that the Enquirer was the first newspaper to print the scandal from which one other newspaper copied it. The fact is that the matter was sent out by the Associated Press and printed by several hundred newspapers. Having come to town, apparently to murder somebody, the son of Col. Breckinridge would listen to no explanation, but demanded, with great vehemence, "Your authority, sah! your authority, sah!" The authority was not produced with that promptitude which the son of a **Kentucky colonel** naturally expects in a case of this kind, and his pistol-barrel was quickly flashing in the soft electric light. [Sensation!]

The son of Col. Breckinridge was accompanied by a friend, presumably also from Kentucky, who at this interesting juncture announced that the astounding gentleman with wild eyes was indeed the son of Col. Breckinridge.

This was no doubt for the purpose of terrorizing the man at the muzzle, as it goes without saying that the son of a **Kentucky colonel** will shoot at the drop of a hat. It happens that we are quite accustomed to pistols and other playthings of that character in Cincinnati, and no one was particularly terrorized, except the son of Col. Breckinridge and his gallant friend. The touch of an electric knob labeled "Patrol Wagon" carried holy terror to the hearts of the son of the colonel and his friend, and they fell over each other getting down stairs. At the bottom the son of the colonel picked himself up and exclaimed, violently: "If you follow me, sah, I'll shoot you." Going out of the front door, which he did with great celerity, he made the same dreadful threat, but neglected to carry it out—owing, doubtless, to his haste to get away to preserve the peace.

The son of Col. Breckinridge is a bad man. We warn the school children against him.

**Citation:** Fort Worth Daily Gazette (Fort Worth, Tex.), December 8, 1884, Page 5
**Source:** https://www.loc.gov/resource/sn86064205/1884-12-08/ed-1/

## Article: A Rumor about a Kentucky Colonel

**PACIFIC COAST ADVICES.**

[SPECIAL TO THE SENTINEL.]

**Threatens to Shoot the President.**

**SAN FRANCISCO, Nov. 27.** — A *Chronicle* New York special states that the *World* published an account of the threatened attack on President Arthur by a man representing himself from Kentucky, but who gave no name. Detective Pryor of the Fifth Avenue Hotel, observing something peculiar in the actions of the man, accosted him. He replied: "I am a Colonel from Kentucky, and have made a trip East for the express purpose of shooting President Arthur." As he uttered these words he tapped his pocket, and without waiting hurried from the hotel. He called a carriage and drove off. When it became known about the hotel that the life of the President had been threatened, great excitement prevailed. One gentleman from Louisville sent a message with the names of every man from Kentucky known to be stopping at the prominent hotels in the city, and a close watch was kept in the vicinity of Delmonico's, where the President sat at dinner in the evening.

**Citation:** Eureka Daily Sentinel (Eureka, Nev.), November 28, 1883, Page 3

**Source:** https://www.loc.gov/resource/sn84022044/1883-11-28/ed-1/

# A KENTUCKY COLONEL.

**He Wants to Shoot the President and Comes
Near Sampling Ben Butler.**

One day last week a man 60 years of age entered the Fifth Avenue Hotel. He took up his position near the entrance to the sample room. It was evident that he was a stranger waiting for someone. He acted very nervously. When Gov. Butler stepped into the corridor the old man stepped forward and gazed cautiously at him. The Gen. glared at him and moved towards the front entrance.

"Who is that?" whispered the stranger to a by-stander.
 "Gen. Butler," was the response.
 "He is not the president," he said with a sigh. "Is he a republican?" "No, he used to be."

The old man not finding the object of his search moved upstairs. He opened the doors and made use of the key-holes to see what was going on. Mr. Prior, on going to the second floor, found the old man. He was clutching something beneath his coat.

"What do you want prowling about here?" asked Prior sharply.  "I have a duty to perform. I am a Colonel from Kentucky, and have made this trip east for the purpose of shooting President Arthur."

As he uttered these words he tapped the pocket of his coat significantly. He hurried to the sidewalk, called a carriage, and was driven off.

Detective Prior believes that the stranger would have shot the president had he seen him.

Last evening, it is said, a stranger was seen in conversation with two men near Delmonico's, and hurriedly drove off in a carriage.

**Citation:** Herald and Tribune (Jonesborough, Tenn.), December 6, 1883, Front Page

**Source:** https://www.loc.gov/resource/sn85033429/1883-12-06/ed-1/

**Summary:** The two articles describe the same event, published about 10 days apart — the first being an earlier report, the second a more dramatic retelling. An unidentified elderly man at the Fifth Avenue Hotel in New York claimed to be "a Colonel from Kentucky" and declared he had come East intending to shoot President Chester A. Arthur. Acting suspiciously, he tapped his coat pocket and fled by carriage before he could be detained.

There was no evidence he was armed, and many newspapers, especially outside the East Coast, treated the story as a possibly unsubstantiated rumor fueled by political tension. Nevertheless, it gained widespread attention, appearing in over 100 newspapers and prompting heightened security around President Arthur.

The incident irrationally linked the "Kentucky Colonel" image to lawlessness and extremism, eroding the once-idealized vision of Kentucky honor and showing how rumors, amplified by national media, could rapidly reshape cultural stereotypes.

---

## Squibs: Syndicated Briefs on the Kentucky Colonel, 1880–1889

Squibs or snippets are often used as space fillers in newspapers, they are usually based on fact, suggestion, or used in comical parody of people involved in current events. There are **alot of them about Kentucky Colonels** that began to appear frequently in American newspapers starting in 1880. Most often they were syndicated freely and were very popular, especially the jokes.

They are **important primary sources** though, because they:

- Show how **widespread and casual** references to "Kentucky Colonel" had become.

- Reflect the **changing popular image** of the title applied to a person: blending honor, humor, mockery, and occasional satire.

- Prove that the "Kentucky Colonel" was **widely recognizable, well-known,** and frequently discussed nationally reaching every corner of what would become the America we know today.

## Squibs about the Kentucky Colonel

### 1. Frank Clements Appointment 1884

FRANK CLEMENTS, the leading heavy actor of the Modjeska troupe, has just received from Gov. J. Proctor Knott, of Kentucky, a commission appointing him "Colonel and Aide-de-Camp" on the staff of the Governor. Col. Clements, who is now a full-fledged Kentucky Colonel, is naturally quite proud of the honor conferred upon him.

---

### 2. Russian Czar vs. Kentucky Colonel 1883

THE CZAR draws pay as a Russian Colonel. The Kentucky Colonel serves for nothing. Such is the difference between a despot and a patriot. — *Louisville Courier-Journal.*

---

### 3. The Gay Kentucky Colonel 1882

Kentucky Colonel—Waiter, something to drink.

Waiter—Yes, sah; watah, sah?

Kentucky Colonel—Young man, I said something to drink; I don't want to take a bath.

---

### 4. Prince of Wales Water Joke 1885

THE Prince of Wales distinguished himself not long ago by drinking fourteen glasses of water before breakfast. The impression that the prince is a Kentucky colonel is subject to revision.

### 5. "Horrid Man" Appointed Governor 1886

REGARDLESS of the fact that the President has appointed a horrid man, and a Kentucky colonel at that, to be Governor of Utah, the Philadelphia Press continues to urge Miss Kate Field for the position. The plain truth is that Miss Field has been snubbed by the administration. It is the duty of the Press, as her champion, to demand an apology from the rude person in the White House or to have r-r-revenge.

### 6. Prince of Bulgaria - Missing Decoration 1883

A Missing Decoration.

From the *Courier-Journal.*

The Prince of Bulgaria never commanded a regiment in a field, yet possesses 37 decorations. He is still unhappy, however. His commission as a Kentucky Colonel has been delayed somewhere in the mails.

## 7. Tennyson and the Colonelcy 1883

GOV. PROCTOR KNOTT, of Kentucky, who was a great admirer of TENNYSON has appointed the Poet an aid on his staff. This elevates him to the rank of Kentucky Colonel, three grades above an English peer.

## 8. Kentucky Colonel at the Dime Museum

An Interesting Freak.  *New York Sun.*
Visitor (at a dime museum)—I see nothing remarkable about that man. Is he on exhibition? Showman—He is. Stand up, please, Colonel. I next introduce to you, ladies and gents, a Kentucky Colonel, born and brought up in the Blue Grass region, who never drank a drop of whisky in his life. Keep movin', please, so that each and every one may have a chance to view the wonderful curiosity.

## 9. Exchange Shots — Their Name is Legion 1889

**EXCHANGE SHOTS.**
Their Name is Legion.
*Louisville Courier-Journal.*

The colonels of Kentucky in 1792 were comparatively a small band of warriors. The Kentucky colonels who will celebrate the 100th anniversary of the state's admission to the union, will be a formidable array.

**Squibs Summary:** These syndicated news briefs from 1880–1889 reveal the cultural saturation of the Kentucky Colonel figure in American humor, politics, and public life. They present a mixture of respect, gentle satire, and outright mockery, reflecting a broader transition in public perception — from admiration for gallant gentlemen to playful caricature of vanity, drink, and title inflation. By the end of the 1880s, the Kentucky Colonel had become an instantly recognizable and flexible symbol, used nationwide for jokes, commentary, and cultural shorthand.

This widespread popularization set the stage for a fuller and more realistic definition of the Kentucky Colonel ideal. In 1889, Opie Read began serializing his novel *A Kentucky Colonel*, which was published as a book in 1890 and adapted into a successful play by 1892 as shown above. Although fictional, Read's portrayal was grounded in real social types and class structures, giving lasting shape to the idea of the Colonel as both an individual character and a distinct social class. His work solidified the Kentucky Colonel in American cultural memory as a vivid, multidimensional figure, blending nostalgia, humor, and a specific regional identity.

## Summary: Rise of the Kentucky Colonel as a Diversified Cultural Icon

The evidence presented in this section establishes that, by the latter half of the 19th century, the term *Kentucky Colonel* had evolved beyond any military or gubernatorial context to become a pervasive and multidimensional cultural archetype. The selected articles—spanning from approximately 1875 through the early 20th century—demonstrate that the Kentucky Colonel was widely understood across the United States as a figure of distinctive honor, eccentric charm, Southern hospitality, and occasionally satirical exaggeration. Newspaper clippings portray the title being attributed to editors, poets, politicians, distillers, and social figures—regardless of military rank—illustrating its broad symbolic utility and societal recognition. These references preceded the formation of any single private organization purporting to define or monopolize the title.

Notably, the cultural image of the Kentucky Colonel became a fixture in both popular humor and serious civic discourse. Articles document colonels engaged in public affairs, delivering toasts, leading parades, participating in duels, giving political endorsements, founding clubs, and even becoming fictionalized stage characters. The frequency and national distribution of these articles reinforce that the term had entered the public domain as a vernacular title reflecting an entire social identity. By the early 20th

century, the Kentucky Colonel stood not only as a ceremonial title issued by the Commonwealth, but as a living symbol of American regional character—**a role rooted in broad cultural usage rather than ownership by any single organization.**.    Return to Table of Contents

---

# Topic III: The 20th Century, the Evolution and Dilution of the Title

As the 20th century unfolded, the title of *Kentucky Colonel* underwent significant cultural, civic, and commercial transformation. This section of the exhibit begins with the 1903 article from the *Lexington Leader*, a major work of public oratory that framed the Kentucky Colonel not merely as a ceremonial appointee, but as an enduring emblem of Southern honor, hospitality, humor, and rhetorical distinction. Throughout the following decades, the Kentucky Colonel identity would be carried forward—sometimes satirized, sometimes celebrated—through a shifting American landscape, where mass media, economic upheaval, and evolving civic institutions shaped new meanings around this unique designation.

The articles presented in this section trace the public use of the title from 1903 through 1996, culminating in the commission of Col. David J. Wright by Governor Paul E. Patton and the founding of the first Kentucky Colonel website in 1998. During this period, the title was conferred upon thousands of individuals—political leaders, veterans, entertainers, entrepreneurs, and civic benefactors—across a broadening spectrum of merit and purpose. Some individuals, such as Col. Harland Sanders, elevated the title to global recognition by intertwining it with commercial identity, thereby strengthening its symbolism in the public imagination. Others adopted the title more casually or symbolically, contributing to its democratization and, at times, to its dilution.

It is important to note that while the influence and activities of the *Honorable Order of Kentucky Colonels* were present during this era, that organization's history, legal posture, and narrative claims are treated separately in a distinct exhibit. The purpose of this section is to present the broader societal context in which the title was interpreted, utilized, and adapted by a wide range of individuals and communities—often without formal coordination or organizational constraint. The resulting portrait is one of cultural resilience: a title simultaneously mythologized and commercialized, yet consistently anchored in public esteem and recognized as a symbol of goodwill, dignity, and Kentucky identity.

58

# Article: Articulation of the Kentucky Colonel 1903

**KENTUCKY COLONE**

**MR. ROBERT ALLEN'S BRILLIANT TOAST IN CINCINNATI.**

**Responds to Popular Theme and Adds New Laurels to His Fast Growing Fame as an Orator.**

At a swell banquet of college men held at the St. Nicholas Hotel, Cincinnati, Friday evening, Robert McDowell of State College, responded to the toast entitled "The **Kentucky Colonel.**"

Mr. Allen is a gifted speaker. He was "the hit of the college platform" and has since exceeded the brilliant reputation gained in college days.

The President of Miami University, the Ohio State, Judge Swing of Cincinnati and many other prominent men responded to toasts.

In response to the toast assigned him, Mr. Allen said:

**THE KENTUCKY COLONEL.**

The Kentucky Colonel is no dry subject. It is said that the only thing he believes in keeping dry is his powder. Every humorist tells their funniest jokes about him. The cartoonist has invested that broadest-brimmed hats, deepest dyes and longest spurs upon him. The comedian believes that he



cannot get a laugh over funny until he tells a story about the **Kentucky Colonel**, and the "special" column in the newspapers is never so rich in fun as when it describes the "Colonel" in the horse trade or driving a dejected mule to the county fair. The novelist has clothed the Colonel with all the grandeur of chivalry, and the orator has idealized him as the flower of the bluegrass field and the grandest type of manhood the world has produced.

The **Kentucky Colonel** has done many other things, but perhaps his crowning achievement is his toast at the banquet. He is expected to make the best speech, tell the best story, and drink the most wine. When he "makes the riffle" and empties the last bottle, he flourishes his glass in the air and says: "Gentlemen, I have a little business to attend to." He pulls a long envelope from his pocket, reads the figures, and after paying the bill calls for a barrel of liquor for some feet up the branch for some settlement and taught the Missourian to make a mail judge. Several years passed and the Colonel was riding over the same road and stopped at the farmhouse he always approached in the yard to wheedle the fence before the window affords the delightful diversion of his elder trip. In answer to his "Who lives here?" an old Negro comes out:

"Who lives here?" the Colonel called to him.
 "Mars Tom use to lib here sah."
 "Where is your master now?"
 "Mars Tom am dead sah."
 "What Tom am dead with him?"
 "Yes sah."
 "Mars Tom's father he gone too."
 "Mars Tom's father built this house."
 "Yes sah, but he burn deadly gone."
 "Where is Mars Tom's mother?"
 "She am in de heavens sah. God took her from de drink while de drink was in her."

The **Kentucky Colonel** is an inventive genius. He invented the first mint julep, and it made so much noise that he sent it adrift upon the tide of time to live after the maker. It took a hundred years for the final caper, but it did live until it had reached the highest pinnacle of fame and stood at the very head of the best things of the world.

With the east are the mountains which shed their streams across its fields to the great grain markets north from the Ohio, and with the west are the most beautiful lowlands between the Ohio and the Mississippi rivers. Here thrived the "Blue Grass" and here the stoutest and bravest stock of settlers and states-builders, whose blood is the richest.

The State of Kentucky is not a recent bloom or Western town conceived in a boom and grown by charts and fakes. The pioneers who first entered the Union in order that they might vote for Thomas Jefferson and states' rights were formed in Kentucky long before there was a nation. It is not an isolated effort of scattered settlers, but a rolling tide of advance, bringing in its flood the wealth, honor, culture, and chivalry that Kentucky alone could give to the nation. The State was founded by heroes, statesmen, and warriors, and it has never lost the blood of its fathers.

Down the southeast are the mountains, with rich veins of coal in seams thick and deep. The streams running north from the Ohio are rich with bottom lands, and west to the mouth of the Cumberland and

Tennessee Rivers are some of the most fertile fields of the world. Kentucky is a little empire in itself. The western counties are of vast extent. Their public roads cross through broad and fertile farms, and at the river are found the wealthiest cities of the State—Covington, Newport, Paducah. The "Blue Grass region" is the richest district known to American agriculture.

In the midst of this Blue Grass region rises the city of Lexington. Noble pike roads diverge from it. A few miles of forest, then blue limestone and deep green grass. On either side are herds of blue blooded horses or tired up blue limestone fences and the solid homes of the most cultured people the state has produced. Lexington is the oldest settled city west of the Alleghenies. Along the Kentucky River the old-fashioned court houses and homesteads speak of a race who knew how to build and how to live.

The **Kentucky Colonel** is known not only for his blood and blue grass, but for his hospitality. He has kept open house not in the cold pride of a Newport drawing room but in the generous warmth of a log cabin. And today he will meet you with the broadest smile and the warmest clasp, whether you are from New York, Boston or San Francisco.

Kentucky has bred many of the world's greatest orators and statesmen, and sent them out to lead the nation. Henry Clay, the immortal, was the incarnation of Kentucky genius. Then came John J. Crittenden, the great peacemaker, and with them were associated a long line of men whose names are the jewels in Kentucky's crown.

Her beautiful women are as famous as her men, and the melody of "My Old Kentucky Home" will ever be associated with the land where the grass is blue, the sky is clear, and the soul is free.

**Citation:** Lexington Leader (Lexington, Kentucky), March 19, 1903, Page 8

**Source:** https://www.newspapers.com/image/685644389

**Summary:** This article, centered on The **Kentucky Colonel,** serves as a major cultural and historical exposition rather than a mere anecdote. It celebrates the Kentucky Colonel as a lasting symbol of Southern honor, hospitality, chivalry, and wit. Moving beyond caricature, the piece ties the Colonel's image to the broader identity of Kentucky itself — a state depicted as ancient, noble, agriculturally rich, and foundational to American ideals. Through storytelling, humor, and rich geographical detail, the article frames the Kentucky Colonel not only as a beloved social figure but as a living embodiment of American resilience, leadership, and hospitality. It draws connections to historical icons like Col. Henry Clay and Col. John J. Crittenden, underlining Kentucky's deep-rooted influence on national politics and culture. In all, the article reads as a proud and persuasive affirmation of a way of life, giving the figure of the Kentucky Colonel enduring gravitas and symbolism.

It is unknown if the misspelling of Kentucky Colonel was intentional or a newspaper typo.

## Advertisement: Liquor Sales

**A KENTUCKY COLONEL**

says: "There's lickers and lickers, but some's better than others." He was thinking of ours when he spoke. It's the best liquor made, and in purity and flavor stands unrivalled. For this time of year we suggest for your palate and digestion our "Samuels" or "Oscar Pepper" whiskies. You have "Uncle Sam's" guarantee of purity when you buy our "Samuels" or "Oscar Pepper" whiskies.

**SOLOMON & LEVI**,

 Bell and People's 'Phones No. 1012.

Appeared in more than 30 national newspapers in 1901 and 1902. Colonel Pepper was a well-known Kentuckian famous at the track and in the whiskey industry.



**Contextual Summary:**

This is a **commercial advertisement** leveraging the **Kentucky Colonel archetype** to sell whiskey, specifically "Samuels" and "Oscar Pepper" brands. The Colonel is presented as a trusted voice of discernment, using his folksy charm and supposed connoisseurship to endorse the product's quality and authenticity. The illustration further cements the stereotypical image of a Kentucky Colonel: **mustached, bow-tied, genteel yet indulgent**, pouring whiskey with authority.

This ad is significant as **commercial evidence** of how entrenched and recognizable the Kentucky Colonel had become by the late 19th or early 20th century. By this time, the figure was not only used in literature, humor, and politics — but also as a **powerful marketing persona**, reinforcing the association between the Kentucky Colonel and **bourbon culture**, masculinity, and Southern identity.

# Article: Oakland's First Colonel

**OAKLAND POSSESSES A KENTUCKY COLONEL**

**Governor Beckham Keeps Promise and Makes Dr. Crawford a Staff Officer.**

DR. A. K. CRAWFORD OF OAKLAND, WHO IS NOW A COLONEL UPON THE STAFF OF GOVERNOR J. C. W. BECKHAM, THE YOUNG CHIEF EXECUTIVE OF KENTUCKY. Photo by Dorsaz.



OAKLAND, Dec. 25.—Governor J. C. W. Beckham, the newly elected Governor of Kentucky, and the man who became Governor when Goebel was shot a year ago, kept a promise that was made many years ago, and to do it he had to send the appointment of colonel upon the staff of the Governor of the Commonwealth of Kentucky all the way to Oakland. That appointment was bestowed upon Dr. A. K. Crawford of this city, and on January 1 he will have the right to assume that title, and will be an official of Kentucky, though a resident of California.

The appointment was received a few days since from Governor Beckham with a note from the "Boy Governor," recalling an incident that happened several years ago. At that time Dr. A. K. Crawford was in Chicago and attended a banquet at which J. C. W. Beckham responded to a toast and expressed the hope that some day he would be Governor of Kentucky. When Dr. Crawford was called upon he replied that he hoped that Mr. Beckham would achieve his desires, and if he did he wanted the title of colonel and a position upon his staff.

That was many years ago, before J. C. W. Beckham was even a very prominent feature in politics.

When Mr. Beckham did become Governor he remembered the banquet of years ago and Dr. Crawford received his commission, which will take effect upon the first of the year.

And so Oakland has a Kentucky colonel within its bounds.

**Citation:** The San Francisco Call. December 26, 1900, Page 9

**Source:** https://www.loc.gov/resource/sn85066387/1900-12-26/ed-1/

**Summary:** This article documents a **ceremonial appointment** of Dr. A. K. Crawford of Oakland, California, to the title of **Kentucky Colonel**, issued by Governor J. C. W. Beckham in 1900. The colonelcy fulfilled a **personal promise** made years earlier when both men attended a banquet in Chicago, long before Beckham's rise to political prominence.

The story illustrates how the Kentucky Colonel title had become a symbol not only of honor but also of **friendship, loyalty, and informal political reward**, extended even across state lines. Dr. Crawford's title, though symbolic, carried enough social prestige to warrant local press coverage, affirming the colonelcy's growing status as a cultural institution that extended well beyond Kentucky itself.

---

## Article: Youngest Kentucky Colonel

**Youngest Kentucky Colonel.**



This is a picture of the youngest Kentucky colonel. He is Austin Nelson Edwards, son of Mr. and Mrs. Nelson J. Edwards of Newport, Ky. Little Colonel Edwards was born Jan. 3, 1898, so you see he is only a little over 3 years old, quite young to bear so proud a title. However, he bears his honors handsomely. He was appointed colonel by Governor W. S. Taylor of Kentucky.

**Citation:** Freeland Tribune. June 17, 1901,

**Source:** https://www.loc.gov/resource/sn87080287/1901-06-17/ed-1/

**Summary:** This article features **Austin Nelson Edwards**, a three-year-old boy from Newport, Kentucky, who was ceremonially commissioned a **Kentucky Colonel** by Governor W. S. Taylor. His

appointment exemplifies the increasingly symbolic and honorary use of the colonelcy by the turn of the 20th century—extending not just beyond military service, but even beyond adulthood.

The **illustration** shows the child with long hair and a delicate outfit, which to modern viewers may resemble a young girl. However, this was a **common practice among affluent families in the late 19th and early 20th centuries**, particularly in the United States and Europe. Boys often wore dresses and had longer hair until the age of four or five. In some cases, this custom was not only a fashion norm but also thought to offer **a layer of protection against kidnapping**—blending in boys with girls to make them harder to target. The article thus highlights not only the **ceremonial elasticity** of the Kentucky Colonel title but also reflects broader social customs related to **child-rearing, status, and symbolic honors** during the Gilded Age.

---

## Article: Taxing the Title

**Kentucky Colonels May Be Taxed Soon To Pay For Titles**

**FRANKFORT, Ky., Feb. 9 (AP) —**
 A thousand or more men and women in Kentucky and around the country generally who bear the complimentary title of "Kentucky colonel" would have to pay $100 a year to continue to use it under a joint resolution introduced in the house and senate today.

The resolution pointed out Kentucky is in sore need of raising funds. Nothing was said by the authors as to how Kentucky would collect from the "colonels" in other states. The two preceding governors appointed more than a thousand colonels, a majority non-residents.

**Citation:** Douglas Daily Dispatch February 10, 1932, Page 1
**Source:** https://www.loc.gov/resource/sn84020064/1932-02-10/ed-1/?sp=1

**Summary:** In 20th-century Kentucky, legislators (based on the governor's suggestion) proposed charging a $100 annual fee to Kentucky Colonels, reflecting the title's growing prestige, widespread distribution—especially to non-residents—and the state's interest in monetizing its symbolic value.

## Advertisement: Endorsement for Grapefruit Juice

**THE GREETER**

*A Guide—What's What*

**OFFICIAL CIVIC WEEKLY**

Week Ending October 14, 1933

Vol. 4, No. 11





**TAKE MY WORD FOR IT!**

Yes Sir—it's pure grapefruit juice and thank me for telling you of this new discovery—life has believe me you will been sweeter since Doc insisted that I down a glass of *pure* grapefruit juice at least 3 times each day—no more acid stomach now.

This old Kentucky colonel long famed as a good judge of fair women, fast horses and bonded bourbon has found a real winner in pure Florida Citrus juice and now shares with you the good news and a promise of better health.

*This citrus advertisement presenting a logical reason for the consumption of Florida Grapefruit was prepared in its entirety by the A. P. Phillips Co., Advertising Headquarters, Atlanta, Orlando, Jacksonville.*

**Summary:** This 1933 advertisement uses the familiar image of a Kentucky Colonel to promote Florida grapefruit juice, portraying him as a charming authority on taste and health. Once linked to bourbon and indulgence, the Colonel is rebranded here as a wholesome figure endorsing modern wellness, reflecting the evolving commercial use of the title in post-Prohibition America.

## Article: Delaware Newspaper Editor Now a Colonel

### J. C. WICKES "REAL" COLONEL
### Kentucky Governor Names Dover Publisher on His Staff

James C. Wickes, publisher of the *Delaware State News*, who for many years has been known as "Colonel" Wickes as a mark of esteem by his friends in Delaware, has again had this distinction conferred upon him by Governor Ruby Laffoon, of Kentucky, who has appointed him as an aide-de-camp on his staff with the rank of colonel with the power to discharge his duties of such office under the laws of Kentucky.

This honor comes to Colonel Wickes not only as a recognition of his long service as publisher and editor and the fact that he is one of the oldest newspaper publishers in the State and country, from point of service, but also because he has published three southern newspapers, two in Alabama and one in Georgia. The Dover publisher has been engaged in newspaper work for more than half a century, thirty-three years as publisher of the *Dover State News*.

**Citation:** Smyrna Times. Smyrna, June 06, 1935, Page 1

**Summary:** This article announces that veteran newspaper publisher **James C. Wickes** of Delaware was officially appointed a **Kentucky Colonel** by Governor Ruby Laffoon. Although Wickes had long been known informally as "Colonel" among peers, this gubernatorial commission made the title official under Kentucky law.

Notably, despite the **Honorable Order of Kentucky Colonels (HOKC)** having been established two years earlier (in 1931), there is **no mention** of the organization in this article. Like many personal accounts from the era, this piece treats the title purely as a **gubernatorial honor**, not as membership in any private group. The emphasis remains on **public service, press leadership, and recognition by the Commonwealth**, not on any organizational affiliation.

# Article: Sampson Names All Types of People

## GOV. SAMPSON NAMES KENTUCKY COLONELS FROM ALL QUARTERS

### Women, Girls, Residents Other States and Nations Extended Title Originally Bestowed Upon Aristocracy of Ol' Kaintuck

## BREATHITT ALSO TAKES HAND

Kentucky's titled aristocracy, known the wide world over, has increased in number by leaps and bounds during the last two years, since Flem D. Sampson has been governor.

It has grown numerically, and geographically, and the peerage list has been extended to take in new classifications.

Originally, as everyone knows, there were only "Kentucky colonels." There are still plenty of them, but there now are also nine or ten admirals and a poet laureate, all duly commissioned as "aides de camp" to the governor.



Formerly, only Kentuckians were colonels, but now there are Kentucky colonels in Chicago, Washington, Kansas City, New York, Milwaukee, Cincinnati and a dozen other places.

### Young Girl Is "Honored"

One person has the distinction of being an admiral and at least two colonels. Yes, this is an "equal rights affair"—is Gail Richardson, 12-year-old Washington, D.C., girl. She was named a colonel by a previous administration.

One day when Governor Sampson was out of the state, James Breathitt, lieutenant-governor, made her a vice admiral. When the governor got back home, he named her a colonel. She is vice admiral of Herrington lake, a body of water forty-two miles long near Danville, Ky.

Virginia Caldwell, of Danville, is another vice admiral of the lake, of which John B. Stout, Danville, is admiral.

**Breathitt Takes Hand**

All in all, Governor Sampson has named 309 colonels and five admirals, while Lieutenant Governor Breathitt has added thirty colonels and four admirals.

Ernest W. Gibson, of Brattleboro, Vt., is duly appointed admiral of Lake Champlain; Robert H. Morris, of Chicago, is an admiral without assignment, and Freeland Jewett, of Boston, is admiral of Green River, Kentucky. Mr. Morris can admiral around anywhere he wants, except places where other Kentucky admirals are functioning.

Prominent among the honored is Mahoud Samy, Pasha, Egyptian minister to the United States, who was named a colonel. The minister has been an enthusiastic derby visitor.

Edward G. Hill, of Louisville, was named poet laureate.

**All Titles Stick**

The question has come up as to whether the titles are good beyond the administration during which they were granted and while no test has arisen, the old custom, "once a colonel always a colonel," is recalled. And the same probably would apply to admirals. Formerly, the title colonel was bestowed on twenty-five or thirty outstanding Kentucky citizens.

They once wore uniforms and plumed hats, but no colonel or admiral in Kentucky admits ownership of a uniform, although the uniforms are worn by the governor's colonels in many another southern state.

**Citation:** The Anderson News (Lawrenceburg, Ky.), May 23, 1929, Page 3
**Source:** https://www.loc.gov/resource/sn86069242/1929-05-23/ed-1/

# Article: Last of the Real Colonels

LAST OF THE REAL COLONELS OF THE BLUE GRASS

The Story of the Only Man With the Degree of Master of Hospitality

Henry De Queyster in The Dearborn Independent.

Profound respect is the real natural right of women, believes Colonel Edmund H. Taylor, Jr., of Frankfort, Kentucky. Believing thus, the Colonel makes it as plain as day. But when he particularly wants to do honor to a woman—flapper, matron of middle age, or an old lady—he sends to her by a young negro boy a solid silver salver that is heaped with rare fruits nestling among flowers and trimmings. The salver is never brought back. Colonel Taylor includes his gift, along with the fruits and flowers, for once touched by a woman, the Colonel will not permit their return.

Also, Colonel Taylor is host par excellence. He has entertained so well that at a meeting of the association of collegiate registrars of 18 leading universities, held at his Hereford Farm, under the auspices of the American Association of Collegiate Registrars, he was given a degree. For a day the Colonel entertained members of the association at his Hereford Farm, in Woodford county, between Lexington and Frankfort. Before the session closed a degree like the standard certificate for graduation was embossed and signed by all the registrars, because they "found convincing demonstration of his proficiency as a lavish host, a genial leader, and a cordial friend, and thus received a signal experience of Southern hospitality."

Furthermore, "the man who excels as a host in Kentucky must excel as host the world over" said United States Senator Stanley, then governor of Kentucky, when at the time the principal address at the time the degree was presented to Colonel Taylor. And the Colonel is Kentucky. He is said to be the last of his titled reputation by living up to the standards of

his Blue-Grass kind—the standards of Blue-Grass hospitality, and because he always is in it. He is a rare occasion when the Colonel is not doing things in his home. About the only thing he does that is gaudy—looking for someone to entertain. Licking the part of the Bluegrass tradition is the Colonel's entertainment. He lavishes and entertains this sort, and of that sort, meeting in Louisville or Lexington, he has been guests in Frankfort through so many years that the trip is on the programs as a matter of course. Frankfort, by the way, is about half the distance between the two cities. A hundred, and even twice that number at luncheon or dinner is not unusual in the Colonel's home.

Colonel Taylor is well over 80 years old. But he is still going strong. His mind is alert. He is as straight, as erect, as many a young blade—he hasn't reached the age of slippers, baggy pants, and an easy chair before the fire. On the contrary he is known as "the best-dressed man in the South." Colonel Taylor in New York and Chicago fit the clothes he wears.

A young man was admitted to the Colonel's office. "Well, sir?" said the Colonel, "what can I do for you?" "Colonel," was the reply, "I'm just starting in the dry cleaning and pressing business in Frankfort, and I'd like to have your work. They tell me you have a lot of nice things and keep them in shape." "All right," said the Colonel, "I'll give you some things to see how you get along." He did. The next morning three overcoats were delivered to the cleaner.

Gossip credits the colonel with not having less than 100 suits, and each is in style. But the colonel is far from being a sap. He is the last of the pattern colonels of the Blue Grass—sole survivor of the sumptuous colonels who made the state famous for romance and chivalry. The pattern colonel has put himself forward in dress as in all other things and Colonel Taylor never got away from the custom.

Col. Taylor practices traditions of the genuine Blue-Grass philosophy of life. As a distinct type, the Blue-Grass type emerged from the wind-up of the eighteenth century. Kentucky was in a ticklish situation. British and Indians were fighting on the Ohio River. Spaniards were off to the west. Men who ran route from the Blue-Grass to the market was by barge to New Orleans—Barges were loaded at Lexington or upstream and towed as was then the channel; often got over-ridden into confusion if lost sight of in the forks. From Lexington the barges floated to the Kentucky river, thence to the Ohio, and to the Mississippi. An interesting chapter in the history of New Orleans describes the "Kaintucks," who brought what they had to sell there. While these "Kaintucks" were uncouth, they picked up and brought home bits of colonial French and Spanish culture each time—perhaps an aggregate that was very small, yet it went into the making of the real Colonel of the Blue Grass.

What Kentucky needed most it got—two sets of leaders. One set fought Indians, and the other took care of the statesman's job. Neither set slighted the ladies in the diet, and they finally got wise and did not sacrifice either. A while, an ideal springboard of more efficient work is in a genteel life. When the gentlemen came back from their job of fighting up and down the Ohio river, sharply fringing their lives with gentility and laying off business in its western margin, they decided to mix some of the oriental

graces into the Blue-Grass way—took place where brothers-in-law and neighbors said, "Another good reason to mix aristocratic blood and better table fare," under the ermine blanket.

Kentucky's tangle gained leisure, they got together and followed a Blue-Grass philosophy of life. Here is how it worked out: The old families lived in simple grandeur, made up mainly of gentility, and plenty to eat. There was an uncommon amount of brains in the country. Villages were important, and the ruling element was distributed over the land. Power was rural. The city was an appendage—a convenient place to make purchases. In short, it was a life of thrift, plenty, utility, freedom, enjoyment, intelligent. There was plenty of time for all-day visiting, driving parties, lullabies, and the bird in the cage. These were the characteristics of life among the pioneers and their sons. The performance flowered among the women of an unduplicated situation. This is the reason upstairs here can gracefully pose as colonels of the Blue Grass, unless they pick another romance. Men are not literally again born. No man of distinction for understanding, marked distinction for understanding, has not tried his wings in that environment, not proven the seed and come to recognition of self. This is true, because there is less of it—more to be picturesque.

In his boyhood, Colonel Taylor was trained in the Blue Grass. His experiences not only reached far back of his day, but whose experiences then were being used as the foundation for the Blue-Grass philosophy. What he was born too late to pick up by experience the Colonel gained by direct contact. For instance, Henry Clay taught him thrift in a practical manner. When the verbal lessons were out of the way, he autographed and gave to the Colonel one of the first books published containing interest tables for the use of bankers.

Colonel Taylor as a boy went to school in New Orleans. Later, he spent a great deal of his time with the Zachary Taylor branch of the family in Lower Louisiana. His companion was General Richard Taylor, his uncle, a famous and genial gentleman of the old and the new South. New Orleans remained one of the "good ol' days," as it is still spoken of. There he was, in full blast, and it. Virginia chivalry was absorbed when he lived with the family of his uncle, Edmund H. Taylor. That is the way the name was passed, the distinction was placed in the disposition he got from his uncle, and the Colonel never dropped it. Blue-Grass philosophy of life after Edmund H. Taylor helped spread it: He keeps it up.

Colonel Taylor lives in "simple grandeur" at "Thistleton." It is a typical Blue-Grass estate of 1,000 acres, out Louisville way from Frankfort, and on a hill that is 400 feet above the Kentucky river. The actual farm of 2,000 acres is in an annex and is known as "Hereford Farms." But "Thistleton" is not just a show place. It is a farm that must return a profit. Yet no matter how all operations are out of sight. Against this background the flag flies from sunrise to sunset. The flagstaff is at the head of the walk leading from the house to the Louisville pike.

Utility makes the beauty sum up: out-of-doors "Thistleton" is a poem. The kitchen garden, for instance, lies at one end of the rear hall. A man named Dana was reporter on decisions in the court of appeals at

Frankfort. Dana and the host of owner of "Thistleton" were close friends. When Dana died he was buried on the estate of his friend, inside the grave carefully as grave before.

Stepping across the threshold of Colonel Taylor's home is an experience no one is likely ever to forget. The reason is complex: The moment the reason "Thistleton" gives you a definite experience. Old-fashioned romance of the three types that made the entire South famous—Virginia, Blue Grass, and Louisiana—is without boundaries. Yet none of these evidences read to the average man who beholds. You have to feel the aroma which floats out from the library, as an instance, is lined with black walnut to the ceiling. That is why the Colonel never grows old. That is why he wears a boutonniere in his buttonhole. That is why his ring fits the finger of familiarity—the mind that set foot upon Colonel Taylor reads, writes, speaks, knows, dreams.

And because he is the last of the real colonels, Colonel Taylor practices his creed wherever he goes. On that account, especially on Fifth avenue in New York, and on La Salle street in Chicago, the coming of Colonel Taylor is an event. There he is known as "the man who has realized DeSoto's dream.

**Citation:** The Herald and News. August 08, 1922, Page 6
**Source:** https://www.loc.gov/resource/sn86063758/1922-08-08/ed-1/

**Summary: "Last of the Real Colonels of the Blue Grass"** is a tribute to **Colonel Edmund H. Taylor Jr.**, a prominent Kentucky distiller and hospitality icon, portraying him as the last living embodiment of the **traditional Bluegrass aristocrat**. The article emphasizes Taylor's mastery of Southern hospitality, his reputation for charm, precision, and gentlemanly conduct, and his symbolic role in preserving the values of Kentucky's golden era — honor, generosity, civility, and rural grandeur.

Written in a nostalgic tone, the article contrasts modern life with the **philosophy of the old colonels**: a rural, refined lifestyle where power was quiet, status was earned through hospitality, and pride was matched with humility. Taylor's hosting of the American Association of Collegiate Registrars is highlighted as a living "degree" in hospitality, reinforcing his status as the standard-bearer of Bluegrass culture.

His farm, *Thistleton*, is presented as the physical and spiritual seat of this fading ideal — a place of quiet dignity, attention to detail, and living history. The article situates Colonel Taylor's character in lineage with the likes of Henry Clay and the traditions of Southern chivalry, describing him as a man who **never left the customs of the Bluegrass** behind — even as Kentucky modernized around him.

At nearly 84 years old, still active and widely respected, Taylor is held up as the final representative of a **gentler, more deliberate Kentucky**, making him in the eyes of the writer "the only man with the degree of Master of Hospitality."

## Summary: 20th Century Evolution, Pre-Laffoon Standing & Non-HOKC Narratives

The articles included in this portion of the exhibit—spanning from 1903 to the early 1950s—demonstrate that the cultural meaning of the Kentucky Colonel was rich, varied, and frequently contested long before the formation of the Honorable Order of Kentucky Colonels. In these pre-Laffoon years, newspaper editorials, advertisements, and political commentary reveal that the colonelship was already nationally recognized as a symbol of Southern character, genteel hospitality, and humorous bravado—but also a target of satire, civic pride, and at times, ridicule.

The 1903 oration from the *Lexington Leader* positioned the Kentucky Colonel as a rhetorical archetype—a living symbol of Kentucky values and civility. This romantic vision was echoed and refracted through the decades that followed, as the colonel was featured in marketing campaigns, society columns, fictional sketches, and political appointments. By the 1910s and 1920s, the use of the title had expanded significantly, often humorously exaggerated in advertisements (e.g., whiskey promotions) and challenged in editorials like *An Alien Colonel*—a piece mocking the gubernatorial appointment of an out-of-state political figure. These tensions speak to the evolving but also regionally guarded nature of the title.

Articles such as those profiling Colonel Taylor as the "last real colonel," or lampooning "architectural colonels" and Kentucky's surplus of ceremonial titles, reflect a longstanding public dialogue about the legitimacy, decorum, and purpose of the designation. This pre-Laffoon discourse also underscores the perception that the commission, while honorary, still carried moral and cultural weight. Despite the absence of any binding legal framework, the public held clear expectations about who deserved the title, how it should be used, and what it represented about Kentucky.

Collectively, these sources confirm that the identity of the Kentucky Colonel was deeply embedded in public consciousness well before the mass commissions and organizational movements of the 1930s. The cultural foundations that Governor Ruby Laffoon would later dramatically expand upon were already well-established—celebrated in poetry, politics, and popular culture, yet often vulnerable to parody and misuse. This historical context is crucial to understanding how the colonelcy evolved under pressure from shifting public values, gubernatorial discretion, and increasing commodification. Supporting exhibits already in the court record, such as the 1921 *Marse Henry* article and the 1920 silent film *The Kentucky Colonel*, further substantiate these findings by offering independent confirmation of the title's cultural significance and public familiarity well before any formal organization sought to define or manage its identity

Return to Table of Contents

# Legal Summary — Kentucky Colonels Newspaper Clippings

This exhibit is a curated collection of 50 representative historical newspaper clippings, excerpted from a larger archive of over 500 articles spanning the period **1872–1957**. The clippings are drawn from a diverse range of publications across the United States and serve to document the preexistence, cultural ubiquity, and civic meaning of the title "Kentucky Colonel" before the formation of the Plaintiff-Appellee, **The Honorable Order of Kentucky Colonels, Inc.** (HOKC).

The exhibit refutes HOKC's claim of exclusive ownership over the term "Kentucky Colonel" and the trademark "Kentucky Colonels" because the Appellee is not the origin or represent it legally by:

- Demonstrating that the title was a **public domain designation**, historically issued by Kentucky governors, well-known in press and popular culture, and used socially by various organizations prior to 1933.

- Showing that the **HOKC was not founded until September 1933**, with no corporate formation in Kentucky until 1957.

- Presenting verified and transcribed newspaper accounts that affirm the public's recognition of the title as a civilian honor, not tied to any exclusive organization.

The exhibit qualifies as a **self-authenticating document under FRE 902(6)** and a **summary of voluminous records under FRE 1006**, and it is composed entirely of sources suitable for judicial notice under FRE 201(b).

---

# Key Factual Findings Derived from the Exhibit

1. **Historical Use and Recognition**

   ○ The title "Kentucky Colonel" was a widely recognized and culturally significant honorific by at least **1875**, if not as early as **1816**, used independently of any formal organization.

   ○ Multiple governors, including **Flem D. Sampson (1927–1931)** and **Ruby Laffoon (1931–1935)**, issued thousands of colonel commissions, including to children, women, and out-of-state residents.

2. **Existence of Other Kentucky Colonels Clubs**

   ○ Organizations under the "Kentucky Colonels" name existed **prior to and independently of the HOKC**, including marching clubs, fraternal societies, and civic associations from **1903 to 1999**, with no affiliation to the Plaintiff.

   ○ The **Chicago Kentucky Colonels Club** was formally trademarked in 1977, independently of HOKC.

3. **Cultural Significance**

   ○ The Kentucky Colonel became a popular cultural icon by the early 20th century, featured in political commentary, entertainment, and advertising. It symbolized **Southern hospitality, gentlemanly virtue, and civic pride**, often humorously or satirically.

4. **Disassociation from HOKC**

   ○ Articles from the 1930s, such as the 1935 **Smyrna Times** article on Col. James Wickes, demonstrate that gubernatorial commissions were recognized honors with no mention or affiliation to HOKC—even after its 1933 formation.

   ○ HOKC's claim of a founding date in **1813 or 1931** is contradicted by the historical record and preemptive other claims; it formally was created in 1933, incorporated only in **1957**, restated its Articles of Incorporation in 1992, and first appeared online in **2001**.

5. **Public Domain and Misrepresentation**

   ○ The clippings reveal that the Plaintiff's narrative—claiming uninterrupted historic continuity and ownership—is **historically inaccurate** and unsupported by government records.

   ○ The phrase "Kentucky Colonel" and its related cultural context were in **public use and public domain** long before the Plaintiff's emergence.