RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk

# Exhibit — Myth of the Kentucky Colonel 1813 Origin

**Compiled for Review Under FRE 1006 and FRE 201(b)**

**Exhibit Description: Honorable Order of Kentucky Colonels Derby Eve Dinner, False Historical Claims, and the 1813 Origin Narrative**

This is a multi-part exhibit consisting of internal and public-facing communications by the **Honorable Order of Kentucky Colonels (HOKC)**, including promotional literature, member circulars, and commemorative program materials dating from **1941 through 1985 (until present day)**, beginning with the **1941 Derby Eve Dinner**. This event was held in Louisville, Kentucky in the presence of **Governor Keen Johnson**, several **entertainers**, **celebrities**, and members of the **unincorporated HOKC association**, which had been originally organized in 1933 by Anna Bell Ward and Charles Pettijohn. The event occurred **after the passing of Governor Ruby Laffoon (1939)**, the figure often credited with first popularizing the mass commissioning of Kentucky Colonels to raise state revenue and for political gain.

Included in this exhibit are:

- The **1941 Derby Eve Dinner Program**, which is the **earliest known source** of the claim that the Kentucky Colonel title originated in **1813**, allegedly when **Governor Isaac Shelby** commissioned **Charles S. Todd** as the first Kentucky Colonel;

- A **1975 HOKC member letter** declaring the upcoming **163rd anniversary** of the Kentucky Colonel Commission (i.e., 1813–1976), used to solicit support and donations ahead of the U.S. Bicentennial;

- A **1976 newspaper article** from *The Journal News* (Hamilton, OH), citing HOKC's claim of historical continuity based on the 1813 origin narrative;

- **Correspondence and internal member communications** from the period **1975–1985** repeating and promoting the 1813 story as if it were verified fact.

- **2020 Secretary of State Website Publication**: Repeated the HOKC's 1813 origin myth, falsely stating that Governor Isaac Shelby commissioned Charles S. Todd as the first Kentucky Colonel. The claim, lifted from the HOKC's 1941 Derby Eve Program, appeared in official state materials until its removal in 2021 following an internal review under Secretary Michael G. Adams, who determined it to be **unsubstantiated and unverifiable**.

## Purpose and Legal Relevance

This Exhibit is offered under **Federal Rule of Evidence 1006** as a summarized presentation of voluminous communications, programs, and materials produced by the HOKC asserting a **false origin claim** regarding the Kentucky Colonel title. These materials are publicly distributed or member-circulated documents and thus qualify for **judicial notice under FRE 201(b)** as statements attributable to the organization.

They are submitted to:

- Demonstrate a pattern of **historical revisionism** promoted by the HOKC;

- Establish the **intentional use of a mythical 1813 origin** to associate their brand with a fictitious foundational event;

- Show **public deception and false designation of origin**, relevant to claims under **15 U.S.C. §§ 1119 and 1125(a)**.

This exhibit helps establish that the HOKC, beginning in 1941 and continuing into the 1980s (and present day), has **consistently presented itself as the false source and originator** of the Kentucky Colonel tradition — an unsupported claim contradicted by public records, historical evidence, academic knowledge, and cultural fact.

## Authentication

The materials referenced and presented herein were obtained from authoritative and verifiable public sources, including: the **United States Patent and Trademark Office (USPTO)**; the **Gerald R. Ford Presidential Library**; the **Kentucky Secretary of State's official website**; the **Statewide Writers' Project (University of Kentucky, 1941)** archived via the **KORA digital repository at the University of Michigan**; historical newspapers archived at **Newspapers.com**; and the **Chronicling America Project of the United States Library of Congress**. Each source is publicly accessible and its authenticity is supported by institutional custodianship and archival integrity.

## Kentucky Colonel Commission Marks Its 163rd Year (News)

They're usually framed in a simple, black frame and they're usually placed in a prominent position on the office wall … the den wall or the living room wall.

The Kentucky Colonel commission.

It has been said that more people have them than do not … nevertheless they are prized possessions to their owners.

Since 1976 is rapidly becoming the "year of birthdays" perhaps it would be good to take a look back at the beginning of the Kentucky Colonels. The 163 year old group is an international order and has been around for some time.



It all began, as the saying goes, with Isaac Shelby who was twice governor of Kentucky. The first governor of the state had a lot of experience behind him when he issued colonel commissions to all his men who enlisted in his regiment and fought with him during the War of 1812.

Don't say he couldn't do that. Of course he could, Shelby helped get Kentucky away from Virginia back there in the beginning and he was a commissioner with Andrew Jackson when Tennessee and Kentucky bought the land from the Chickasaw Indians in 1818.

He could do whatever he wanted … so he headed the Americans who fought with him and formed the first nucleus of the first company of Kentucky Colonels.

Colonel Anna Bell Ward, first secretary and keeper of the great seal of the Order has quoted from the first recorded history of the Kentucky Colonels:

"Mr. Charles Pettijohn of Rye, New York, chief counsel of the Motion Picture Producers and Distributor of America was with me in December 1932 in Gov. Ruby Laffoon's office in Frankfort. Mr. Pettijohn asked the Governor in the course of our visit to relate the story of the origin of the Kentucky Colonels. Telling the story of Governor Shelby, he explained that only the bravest and sometimes someone from afar who had brought honor to the State were commissioned. Once a year for many years succeeding governors of the state would entertain Colonels with a dinner at the governor's mansion.

"The tradition was carried on with pomp and ceremony until there got to be so many Kentucky Colonels the dining room at the mansion would not hold them any longer. So naturally, the tradition died.

"Why don't you resurrect the tradition?" Pettijohn asked. "Why not call the colonels together and organize and you become their Commander-in-Chief?"

The upshot of the conversation was that Pettijohn became the first appointed General of the Honorable Order of Kentucky Colonels and Anna Bell Olsen was appointed secretary and given the task of "organizing" the Kentucky Colonels. The by-laws were written that afternoon in the governor's office. Pettijohn was appointed as National Commanding General to hold office until his successor was appointed. The Order was to be nonpartisan, nonpolitical and nonprofitable.

"Because I could not give 100 percent of my time." Anna Bell said, "because of my business activities, Colonel Anna Friedman pitched in and made the organization what it was until the war started. During the weazy years of the war in the name of the Kentucky Colonels she worked even harder for our boys in the services. Our boys in uniform will never forget Col Anna Friedman nor the succeeding generals of the order under whom she served. May the traditions for which the Honorable Order of Kentucky Colonels stands be kept alive and glowing for as long as our proud Kentucky remains a Commonwealth."

Contributions from Colonels all over the world go into the order's good works programs … in 1975 the number of charitable organizations the organization helped rose to 64.

In 1976 high on the priority list for assistance from the Colonels is a new wing at the Cardinal Hill Convalescent Hospital in Lexington. Other contributions have gone to child care organizations, scouting programs, the Salvation Army, colleges, nursing programs, senior citizens, deaf schools, schools for the blind, mental health care, technical school programs, Big Brothers and Sisters, and many others.

---

"Kentucky Colonel Commission Marks Its 163rd Year" Newspapers.com,

The Journal News, January 17, 1976,

https://www.newspapers.com/article/the-journal-news-kentucky-colonel-commis/115563592/

**Researcher's Note:** This article is relevant because the reporter interviewed Anna Bell Ward, one of the founders of the Honorable Order of Kentucky Colonels and personal friend of Governor Ruby Laffoon. However scrutiny should be applied because the by-laws mentioned in the article and the date of 1932 cannot be confirmed in government records or the papers of Ruby Laffoon. Other articles written at the time account for the idea being created by Laffoon and putting Anna Bell Ward and Charles Pettijohn in charge of setting up the organization in New York and Lexington beginning in September 1933.

Leading article by Kentucky Heritage Reporter confirms (origin of 1813 pseudohistory) the false origin of the Honorable Order of Kentucky Colonels. This article and the corporate actor (HOKC) is in violation of 15 U.S. Code § 1125 - False designations of origin, false descriptions, and dilution forbidden; because it is the affirmation of a mythical or folklore event being passed off as factual, an event that never occurred.

ANNUAL DINNER OF THE HONORABLE ORDER OF
KENTUCKY COLONELS

When Col. Anna Friedman, Secretary and Keeper of
the Great Seal of The Honorable Order of Kentucky Colonels, issued
issued the invitations for the annual dinner held at the Kentucky
Hotel, Louisville, Kentucky, May 2nd, 1941, she included in the
general orders the following:

> Due to broadcasting arrangements at the dinner, the
> following order of events must be strictly followed,
> and remember..."A Colonel is never late for his
> own command".

And these Kentucky Colonels, coming from every
state in the Union, Canada and Hawaii, are seldom, if ever, late
for this annual event. One Colonel, head of one of the largest
industrial corporations in the United States, reserved an entire
suite at the hotel, then returned home without waiting to witness
the running of the Derby. But the running of the Kentucky Colonels'
Handicap, the feature attraction of the day before the Derby - that
is a different matter. It is a duty of all Kentucky Colonels in
the city to witness the running of this event.

Almost 150 years have elapsed since Issac Shelby,
the first elected Governor of the Commonwealth of Kentucky, who
issued the first Colonel's commission in Kentucky. This was
granted to the Hon. Charles S. Todd, who married Letitia Shelby,
the beautiful and gifted daughter of the Governor. Later Governor
Shelby issued commissions to all the men who enlisted in his regi-
ment and fought with him during the War of 1812. Thus began The
Honorable Order of Kentucky Colonels.

17

OFFICIAL STARTERS

Salute to the flag

      Gen. J. Fred Miles, Presiding

      Gen. Robert Barry, Toastmaster

The Ceremony of the mint julep

A toast to the President of the United States and the Governor of Kentucky

The Kentucky Colonel Toast (see below)

      Lieut. Gov. Rodes K. Myers

Mayor Joseph D. Scholtz

The Governor of Kentucky

Announcements of the Commissions as Kentucky

      Colonels awarded for distinguished service

      rendered the Commonwealth of Kentucky

      during the past year

Presentation to Generals

"My Old Kentucky Home," led by Senator and

      Mrs. Albert Benjamin Chandler

Col. Stephen Collins Foster Tableau

Presentation of tray to my Old Kentucky Home

      by Gen. J. Fred Miles, accepted by Gov. Keen

      Johnson.

Broadcasting

      Columbia Broadcasting System — Coast to Coast

Songs of the Old South

      The Jordanaires

"The Kentucky Derby Darby"
      Written and sung by Miss Grace Lee Cornelius

Dancing will follow the Program

      Music by Robert Hutsell and the WHAS

      Orchestra: Vocalist, Miss Glorita McHugh

16

## THE KENTUCKY COLONELS' ANNUAL DINNER

The eighth annual dinner of the Kentucky Colonels was held at the Kentucky Hotel on Friday, May 2, 1941. As usual the feast is a part of the Derby Eve celebrations. The first Kentucky Colonels were commissioned by Gov. Isaac Shelby in 1792, when Kentucky became a sovereign state. Then and onward until the third constitution became operative a colonel was commissioned by the Governor for each regiment of the State Militia. The county was then the regimental district, so each county always had one active colonel and several who retained the title after the commission establishing it had expired. After a few decades it was a pretty safe bet that the head of any household occupying a dwelling with at least two chimneys was a colonel.

Kentucky's State Guard was organized by Gen. Simon B. Buckner in the late 1850's. This reorganization reduced the number of new colonels commissioned for actual regimental duty. The old titles survived by courtesy, and with the new commissions to State Guard commanders the title of colonel remained about stationary until 1915. In that year A. O. Stanley, then Governor, commissioned 110 honorary colonels. Gov. E. P. Morrow added 243; Gov. William Fields, 183; Gov. Flem D. Sampson, 677; Gov. Ruby Laffoon, 10,450; and Gov. A. B. Chandler 85. In 1934, at a meeting of Kentucky Colonels a social organization of the colonels was effected. Then on Mar. 28, 1936, the Attorney General of Kentucky voided all of these commissions, but a month later they were revived by the Acting Governor, James E. Wise.

Kentucky's colonels have always been devotees of her racing. The public mind seems to have associated the Kentucky Derby with the Kentucky Colonel and the mint julep. In recent years the association has become actual, taking the form of a banquet in Louisville on the eve of Derby Day. The program of the evening and the menu reflect the atmosphere of the occasion:

Although history gives us this information as
to the origin of this organization, the question is always brought
up for discussion at the annual dinners and many are the reasons
given for : "Why is a Kentucky Colonel?"  Perhaps the best
answer to this question, in all seriousness, is that definition
given by Hon. Keen Johnson, the present Governor of Kentucky.
Governor Johnson, in an address given at My Old Kentucky Home,
Bardstown, Kentucky, in 1940, said: "The title, 'Kentucky
Colonel' is a unique distinction.  Those upon whom it has been
conferred have received this coveted commission because of
noteworthy service in Kentucky or friendship for our State."

The late Ruby Laffoon, who issued more Kentucky
Colonel commissions than any other Governor, had this to say:
"The folks that are Colonels are the ones who make presidents
and governors."  Doubtless Governor Laffoon meant this in all
sincerity and certainly the more than 10,000 Kentucky Colohels
throughout the country include many who have played an important
part in state and national politics, there are also names on
this long list who would be surprised to find themselves placed
in this category.  For instance, Col. Mae West of Hollywood.
Col. Charles C. Pettijohn of New York, and a former commanding
general of the Kentucky Colonels, was quite frank in his defi-
nition of the why of a Kentucky Colonel.  He said: "The only
purpose of this organization is to have a party on Derby eve."
Admiral Cary Grayson offered an explanation given him by an
ex-slave.  This aged Negro said: "Some was in de war.  Some was
born Cuhnels.  But most of them get to be Cuhnels by givin'
dollahs to cullud fellows like me."

the number of new colonels commissioned for actual regimental
duty.  The old titles survived by courtesy, and with the new
commissions to State Guard commanders the title of colonel
remained about stationary until 1915.  In that year Governor
A. O. Stanley commissioned 110 honorary colonels.  Governor
Edwin P. Morrow added 243; Gov. William Fields, 183; Gov.
Sampson, 677; Gov. Laffoon, 10,450, and Gov. Chandler, 85.
In 1936, the Attorney General of Kentucky voided all honorary
Kentucky Colonel commissions, which at that time probably were
in excess of 10,000, but a month later these were all restored
by Acting Governor James E. Wise.

        The annual dinner of the Honorable Order of
Kentucky Colonels is a gala occasion and the attendance roster
might well be likened to a few pages from Who's Who.  Stage,
screen and radio are represented in large numbers.  Governors,
congressmen, cabinet members, and other lesser political lights
are found exchanging views with horse owners and industrial
leaders, and the most of these views have to tdo with the probable
winner of the Derby classic of the morrow, or perhaps with the
grave problem of whether the mint should be crushed for a julep.
Guests at this dinner are not permitted to forget that it is
Derby eve and but a matter of hours before the greatest race in
America will be settled at historic Churchill Downs.  Even the
items on the menu bear names of past Derby winners, and far into
the night the Kentucky Colonels fortified with the traditional mint
juleps discuss a traditional race - the Kentucky Derby.  The toast,
offered at each dinner, the program, the menu, all these extoll
"an epicure...a patriot...a man - the Kentucky Colonel.

From time to time the Kentucky Colonels pass
rules and regulations regarding their members, but judging from
the nature of these it is doubtful if they are taken seriously.
They passed a rule that no Colonel should pay more than 25¢ for
a mint julep, and that no person could be eligible to be a Colonel
unless he or she had witnessed at least one "hoss race".  At
another time it was decreed that a Kentucky Colonel should be
designated as such only for five days of a week.  The other two
days he was to be plain "mister".  And the absence of goatees
on the Colonels is explained by a resolution abolishing them
to "increase employment for barbers".

Seriously, though, there is a historical develop-
ment which has resulted in the present day organization of The
Honorable Order of Kentucky Colonels.  As stated before, the
first commission as Colonel was issued in the same year that
Kentucky attained statehood.  Continuing for almost a century
a colonel was commissioned by the Governor for each regiment of
the State Militia.  The county, during this period,was the regi-
mental district, therefore each county always had one active
colonel and several others who retained their titles after the
commission establishing them had expired.  In the days following
the War Between the States it was often said that some colonels
had obtained their commissions through "architectural laws"; that
is, every man owning a house with two chimneys rated being a
colonel.

Kentucky's State Guard was organized by Gen.
Simon B. Buckner in the late 1850's.  This reorganization reduced

The Honorable Order of

# KENTUCKY COLONELS

Governor Keen Johnson
Commander-in-Chief
Lt. Gov. Rodes K. Myers
Mayor Joseph D. Scholtz

•

THE GOVERNOR'S COMMITTEE
Gen. J. Fred Miles, Ky.
    Chairman
Gen. C. S. MacLean, Ky.
    Vice-Chairman
Col. Robert Barry, N. Y.
    Adjutant
Gen. George E. Allen, D. C.
Col. M. Lawrence Aronson, Ky.
Col. Howard Chandler Christy, N. Y.
Col. Bing Crosby, Calif.
Col. James A. Farley, D. C.
Col. Bryan Field, N. Y.
Col. Robert L. Kennett, Ky.
Col. Wm. E. Merrow, Ky.
Col. Wm. A. Quigley, Calif.
Col. Joseph Schenck, Calif.
Col. Henri J. Steuss, Ky.
Col. Paul White, N. Y.
Col. Matt J. Winn, Ky.
Col. Anna Friedman, Ky.
    Secretary and Keeper of the
    Great Seal

•

GENERAL STAFF FOR 1940
Gen. Jack Alicoate, N. Y.
Gen. Sidney R. Buer, Mo.
Gen. Jack S. Connolly, N. Y.
Gen. Frank G. Menke, N. Y.
Gen. J. J. Pelley, D. C.
Gen. Charles C. Pettijohn, N. Y.
Col. Don Ameche, Calif.
Col. Dick Andrade, Tex.
Col. Bill Corum, N. Y.
Col. Bernard J. Dickman, Mo.
Col. Samuel Foxon, N. Y.
Col. Clark Gable, Calif.
Col. Charles F. Garman, N. Y.
Col. Credo Fitch Harris, Ky.
Col. Joseph Hartfield, N. Y.
Col. Howard Hawks, Calif.
Col. James Henning, Ky.
Col. George Hunt, Ky.
Col. W. L. Lyons, Ky.
Col. Glenn McCarthy, N. Y.
Col. Robert S. Miller, Ky.
Col. Andrew Morris, Ky.
Col. H. H. Neel, Ky.
Col. George L. Schein, N. Y.
Col. Vernon Shallcross, Ky.
Col. Harry Switow, Ky.
Col. John Theobald, Ky.
Col. Tom Underwood, Ky.
Col. W. Palmer Van Arsdale, Ky.

NATIONAL HEADQUARTERS
KENTUCKY HOTEL
LOUISVILLE

My Dear Colonel:

The seventh annual dinner of the Honorable Order of Kentucky Colonels will be held on Friday, May third, 1940, at 7:30 o'clock at the Kentucky Hotel, Louisville---the Eve of the Kentucky Derby.

Governor Keen Johnson has named a special committee on arrangements which hopes to surpass the high standard of the 1939 party. So many advance reservations have been made, including a number from national celebrities, the Governor's Committee regrets that only a very limited number of additional requests for places may be granted and has decided to allocate them in the order of their receipt. The price per plate remains at $7.50.

*J. Fred Miles*

Gen. J. Fred Miles, Ky.,
Chairman,
The Governor's Committee.

*C. Stuart MacLean*

Gen. C. Stuart MacLean, Ky.,
Vice-Chairman.



*The Honorable Order of*

# Kentucky Colonels

Gov. A. B. CHANDLER
    Commander-in-Chief
Lt. Gov. KEEN JOHNSON
Mayor Jos. D. SCHOLTZ
Gen. GEO. E. ALLEN
    Commanding General
Gen. J. FRED MILES
    Gen. of State of Ky.
Col. ROXEY BARRY, Adjutant

**General Staff for 1939**

Gen. JACK ALDCOATE. N. Y.
Gen. SIDNEY R. BAER, Mo.
Gen. JACK S. CONNELLY, N. Y.
Gen. J. J. PELLEY, D. C.
Gen. CHARLES C. PETTIJOHN, N. Y.

Col. LAWRENCE ABOSOSE, Ky.
Col. RAYMOND ELL, N. Y.
Col. JOE E. BROWN, Calif.
Col. EDDIE CANTOR, Calif.
Col. WILL T. CHEEK, Tenn.
Col. FRANK W. CLARK, Canada
Col. BING CROSBY, Calif.
Col. HUGH DANIEL, Calif.
Col. EDWARD J. DOERRLAN, Mo.
Col. JAMES A. FARLEY, D. C.
Col. BRYAN FIELD, N. Y.
Col. SAMUEL D. FUSON, N. J.
Col. CLARK GABLE, Calif.
Col. CHARLES F. GANSON, N. Y.
Col. CREDO FISCE HARRIS, Ky.
Col. RALPH HITT, N. Y.
Col. ALFRED E. HODGSON, Conn.
Col. GEORGE HUNT, Ky.
Col. TED HUSING, N. Y.
Col. EDWARD C. JOHNSTON, N. Y.
Col. LEO KEELER, Ky.
Col. ROBERT L. KENNEDY, Ky.
Col. SCHUYLER R. KOEHLER, N. Y.
Col. FRANK H. LEE, JR., Conn.
Col. W. L. LYONS, Ky.
Col. GENE MARKEY, Calif.
Col. CLEM McCARTHY, N. Y.
Col. MARCUS H. McINTYRE, D. C.
Col. FRANK G. MENKE, Conn.
Col. K. L. MILES, Ky.
Col. ROGER S. MILLER, Ky.
Col. IRVING MILLS, N. Y.
Col. G. ARLINGTON MOORE, Ky.
Col. ANDREW MORRIS, Ky.
Col. JOHN MUEHLBRONK, Ky.
Col. JOHN NAGLER, Mo.
Col. H. H. NEIL, Ky.
Col. G. M. PEDLEY, Ky.
Col. ROBEY PULLIAM, Ind.
Col. RALPH H. QUINN, Ohio
Col. FRANK READY, N. Y.
Col. QUENTIN REYNOLDS, N. Y.
Col. HARRY RICHMAN, N. Y.
Col. D. B. G. ROSE, Ky.
Col. GEORGE L. SIMON, N. Y.
Col. JOHN SEATON, Ky.
Col. A. E. SLEBSMAN, Ohio
Col. AL SUMMERY, Miss.
Col. HENRY STOUSE, Ky.
Col. DAN THOMPSON, Ky.
Col. LEW ULLMER, Ky.
Col. TOM UNDERWOOD, Ky.
Col. JACK WARNER, Calif.
Col. PAUL WHITE, N. Y.
Col. MATT J. WINN, Ky.
Col. DAVID P. WOHL, Mo.
Col. ANNA FRIEDMAN, Secretary
    and Keeper of the Great Seal
    of Kentucky Colonels

My dear Colonel:

One of the gala events in the all-time history of the Blue Grass state will be on Derby Eve — May 5th — when the Kentucky Colonels and their ladies will hold their 1939 annual reunion, celebration and dinner at the Kentucky Hotel in Louisville, Kentucky.

His Excellency the Governor, A. B. Chandler and Mrs. Chandler, will be our guests of honor. Also present will be Lieutenant Governor Keen Johnson and Mrs. Johnson, Joseph D. Scholtz, the Mayor of Louisville, and Mrs. Scholtz.

We have received numerous reservations from California, Washington, New York, Chicago, Boston and several places. It is most important that you get your reservation in very early. The reservation list will be closed April 25.

All requests for reservations should be sent to Colonel Anna Friedman, at Headquarters, Kentucky Hotel, Louisville. Tickets $7.50 per person. The program of events will be sent to you upon receipt of your reservation.

Sincerely,

*Geo. E. Allen*

**Commanding General.**

State-wide Writers' Project
430 Library Building
University of Kentucky
Lexington, Kentucky

October 16, 1941

Mr. William R. Breyer, State Supervisor
State-wide Writers' Project
Community Service Division
307 South Fifth Street
Louisville, Kentucky

Dear Mr. Breyer:

The Article Burgoomaster) by Roger Bourland  was taken from
May 1936 issue of Esquire magazine.

Respectfully,

Ruth S. Smith.

Secretary
Kentucky Writers' Project
(Fayette County)

State-wide Writers' Project
430 Library Building
University of Kentucky
Lexington, Kentucky

October 17, 1941

Mr. William R. Breyer, State Supervisor
State-wide Writers' Project
Community Service Division
307 South Fifth Street
Louisville, Kentucky

Dear Mr. Breyer:

We have been able to gather very little material in addition to that which we gave you when you were here last. Miss Snedegar has interviewed several people in regard to the Hunt Club breakfast but has found no one able to give her the exact menu, which seems to vary from year to year. On such an occasion one might expect to find some or all of the following: Old Kentucky ham, smoked country sausage, eggs, bran muffins, hot rolls, corn cakes, coffee.

"Old ham" appears to be the pride and joy of this section as far as meats are concerned, and is usually served on occasions when an excellent dinner is indicated. With beaten biscuits it is an espeical treat. You already have material on Burgoo, which is always mentioned in a discussion of food in this section. It is distinctly a Blue Grass product, having originated here, and is widely known. It is not served in homes (except the canned varieties), but it comprises the main course for large gatherings at picnics, the Trots, the races, etc. The story from Esquire is evidently authoritative, since Mr. Looney refers to it in a letter to Phil S. Crutcher, Jr., Louisville, Ky., April 13, 1936, saying, "If interested in references, there is an article in the May issue of the Esquire Magazine." Mr. Looney has served his Burgoo to crowds in Atlanta, Ga. (1932), and in Manchester, Vt., (1939), as well as many communities in Kentucky and neighboring states. We will have photostatic copis of the pictures he loaned us made as soon as possible.

Enclosed you will find some notes contributed by Mrs. Smith on food in the mountains.

I hope the information we have given you will prove satisfactory. If you desire more material on any specific subject we will be glad to try to supply it. In addition, if we obtain more information which we think valuable, we will forward it to you.

With best regards, I am,

Yours truly,

James F. Hopkins

P.S.

KENTUCKY COLONELS' ANNUAL DINNER

Since 1934, the gala event of Derby Week-end in Louisville (aside from the actual running of the Derby itself) has been the Annual Dinner of the Honorable Order of Kentucky Colonels, held at the Kentucky Hotel on Derby Eve.

To it come Kentucky Colonels from every State in the Union, Canada, and, occasionally, Hawaii. One Colonel, head of one of the largest industrial enterprises in the United States, reserved an entire suite at the hotel, attended the dinner, then returned home without waiting to witness the running of the Derby. But the running of the Kentucky Colonels' Handicap, the featured race of the day before the Derby-- that is another matter. It is the duty of all Kentucky Colonels in the city to see that event.

The Colonels' Dinner exalts the mint julep and the menu is built around it. One Colonel, at the conclusion of the function, declared, "Finest meal I ever drunk." Conversation revolves chiefly around the merits of this or that entry in the morrow's big race and the guests analyze the chances of the various contenders. Or, perhaps, "furrin" visitors from other parts of the country may obtain, from native celebrants, the correct way of making a Kentucky mint julep-- one of the three or eight correct ways. Or the particular mint julep then being drunk may be praised in tones increasingly enthusiastic but diminishingly clear as the evening wears on.

An attendance roster at the Colonels' Dinner reads like a Who's Who of politics, sport, business, screen, stage and radio. A cross-section of those who have attended may be seen from the following list: Graham McNamee, Anna Bell Ward, James A. Farley, J. Edgar Hoover, Don Ameche, Clem McCarthy, George McManus, George Ade, Eddie Cantor, Bryan Field, Warren Wright, Clark Gable, Will Rogers, William Powell, Mae West, Fred Astaire, Bing Crosby, Irene Dunne, Joseph M. Schenck, Marjorie Weaver,

E. R. Bradley, Matt J. Winn, Vincent Astor, Howard Chandler Christy, Bill Corum, Jack Dempsey, Byran Field, William Randolph Hearst, Jr., John Kieran, Grantland Rice, Babe Ruth, Gene Tunney, Rudy Vallee, Alfred G. Vanderbilt, Walter Winchell, Pat O'Brien, Sen. Albert B. Chandler, Joseph D. Scholtz.

The 1941 dinner began with the salute to the flag. Then followed the ceremony of the mint julep, a toast to the President of the United States and the governor of Kentucky. This was followed by the traditional Toast to the Kentucky Colonel, given each year at the dinner by the lieutenant-governor of Kentucky. The incumbent lieutenant-governor is Rodes K. Myers of Bowling Green. The toast is as follows:

I give you a man dedicated to the good things of life, to the gentle, the heartfelt things, to good living, and to the kindly rites with which it is surrounded. In all the clash of a plangent world he holds firm to his ideal-- a gracious existence in that country of content "where slower clocks strike happier hours." He stands in spirit on a tall-columned veranda, a hospitable glass in his hand, and he looks over the good and fertile earth, over ripening fields, over meadows of rippling blue grass. The rounded note of a horn floats through the fragrant stillness. Afar, the sleek and shining flanks of a thoroughbred catch the bright sun. The broad door, open wide with welcome ... the slow, soft-spoken word ... the familiar step of friendship ... all this is his life and it is good. He brings fair judgment to sterner things. He is proud in the traditions of his country, in ways that are settled and true. In a trying world darkened by hate and misunderstanding, he is symbol of those virtues in which men find gallant faith and of the good men might distill from life. Here he stands, then. In the finest sense, an epicure ... a patriot ... a man. Gentlemen, I give you, the Kentucky Colonel.

After the ceremonial mint julep, 1941's dinner opened with Manhattan cocktails. The menu thereafter, under the title of "Feed-box Information," was as follows:

  CASE: 23-5795    Document: 74    Filed: 05/30/2025    Page: 18

Hors d'oeuvres Gallahadion
Mint Julep
***
Celery    Ripe and Green Olives    Salted Nuts
***
Essence of Tomato-Cheese Straws
***
Mint Julep
***
Filet of Sole, ala Marguery Johnstown
***
Prize Sirloin Beef Steak, Lawrin Style,
Bordelaise Sauce
Fresh Mushrooms
Parisienne Potatoes
Jumbo Green Asparagus
***
Stuffed Dates and Fresh Fruit Salad
Kentucky Bibb Lettuce Cavalcade
***
Ice Phantasy of Derby Favorites
***
Mocha War Admiral
***

The program included addresses of welcome by Gov. Keen Johnson and Mayor
Joseph D. Scholtz of Louisville; announcements of commissions as Kentucky Colonels;
a "Colonel Stephen Collins Foster Tableau", the presentation by Fred J. Miles, com-
manding general for the year, of a tray to the Old Kentucky Home, State shrine at
Bardstown, and its acceptance by Governor Johnson. Dancing followed the program.

Almost 150 years have elapsed since Isaac Shelby, first elected governor of
the Commonwealth of Kentucky, issued the first Colonel's commission in the State—
to his son-in-law, Charles S. Todd. In his second administration (1812-16) Governor
Shelby issued commissions to all the men who enlisted in his regiment and fought
under him at the Battle of the Thames in the War of 1812.

For almost a century a colonel was commissioned by the governor for each
regiment of the State militia. Until the late 1850's the county was the regimental
district; therefore, each county always had one active colonel and several others
who retained their titles by courtesy after the commission establishing them had
expired. In the days after the War between the States, it was often declared that

- 4 -

some colonels had obtained their commissions through "architectural laws": that is, every man owning a house with two chimneys was entitled to be called "Colonel." The reorganization of the State Guard in the late 1850's reduced the number of new colonels commissioned for actual regimental duty. The old titles survived by courtesy, and with the new commissions to State Guard commanders, the number of colonels remained about stationary until 1915.

In that year Gov. A. O. Stanley commissioned 110 honorary Colonels. Gov. Edwin P. Morrow added 243; Gov. William Fields, 183; Gov. Flem D. Sampson, 677; Gov. A. B. Chandler, 85. Chandler's immediate predecessor, Gov. Ruby Laffoon, though, created the bumper crop of 10,650 colonels during his term of office. In 1936 the Attorney General of Kentucky voided all honorary Kentucky Colonel commissions, then well in excess of 10,000; but a month later they were all restored by Acting Governor James E. Wise.

Regardless of all this historical information, the question is always brought up at the annual dinners, "Why is a Kentucky Colonel?" and many are the reasons given therefor. Governor Johnson's serious explanation, given in an address at Bardstown in 1940, was: "The title 'Kentucky Colonel' is an unique distinction. Those upon whom it has been conferred have received this coveted commission because of noteworthy service in Kentucky or friendship for our State."

Col. Charles C. Pettijohn of New York, a former commanding general of the Kentucky Colonels, put it more succinctly and prosaically. "The only purpose of this organization," he said, "is to have a party on Derby Eve." Governor Laffoon once had this to say: "The folks that are Colonels are the ones who make presidents and governors." Certainly the Kentucky Colonels throughout the country include many who have played important parts in local and national politics. But there are also many others in the long list who would be surprised to find themselves in this category. Col. Mae West of Hollywood, for instance.

Rear-Admiral Cary T. Grayson once offered this explanation, given him by a former slave. This venerable Negro said: "Some was in de wah. Some was bohn Cuhnels. But most of them get to be Cuhnels by givin' dollahs to oullud fellows like me."

From time to time the Kentucky Colonels pass rules and regulations for their members but not many such rules are taken seriously. One was that no Colonel should pay more than 25 cents for a mint julep. Another, that no person could be eligible for a Coloneley unless he or she had witnessed at least one "hoss race." At another time, it was decreed that a Kentucky Colonel should be designated as such only for five days a week. On the other two he was to be plain "mister." The absence of goatees on the contemporary crop of Colonels is explained by a resolution abolishing them to "increase employment for barbers."

## KENTUCKY BURGOO

Burgoo, Burgou or Burgout, is defined as a thick gruel or porridge used by French seamen in the eighteenth century. In Kentucky it is an entirely different dish that traces its development from the War between the States. According to tradition the command of Gen. John Hunt Morgan included a Frenchman who had a reputation with Morgan's men for being able to prepare a palatable meal from most incongruous articles. During the latter months of the war, when food was almost unobtainable, a foraging party was detailed to bring in anything that would appease hunger. In due time the detachment returned with potatoes, tomatoes, onions, some cabbage, twenty-nine blackbirds, three crows, a goose, several hens and a shoat. The entire booty was cooked in a giant powder kettle under the Frenchman's supervision.

Ravenous appetites brought shouts of applause and commendation when the men tasted the contents of the kettle. Meanwhile the Frenchman, half-apogetically, recounted the ingredients he should have had to be able to prepare a really good burgoo. One of Morgan's men made a memorandum of the formula, and brought it back home after the war. In time various versions of the recipe were used in the Bluegrass country, and the burgoo party slowly encroached on the barbecue as a popular mass-feeding commodity. However, it was not until a decade after the World War that Kentucky Burgoo forged to the front to gain nation-wide publicity.

In November, 1929, at the second of Col. E. R. Bradley's one-day charity race meetings at Idle Hour Farm, the Colonel, well-nigh frozen, as everybody else was, walked over to the burgoo booth.

"Is this tuff hot?" he asked.

"Yes sir," said James T. Looney, a groceryman of Lexington, who had prepared it.

The Colonel ate.

"This is fine," he said. "To whom am I indebted?"

"To me," Mr. Looney answered.

"Glad to meet you, Mr. Looney," said the Colonel as he shook hands. This Burgoo hits the spot. You, I think, are the Burgoo King. I'll name a horse after you. Maybe he'll win the Derby."

The fame of Looney's burgoo grew. At each of the succeeding Idle Hour race meetings he was on hand to serve his steaming Burgoo, for usually the weather was damp and cold. In 1931 forty coke-burning stoves were located over the grounds and each of these was hugged by its quota of the Colonel's guests. At this "chumming party," as it was called, Mr. Looney served 900 gallons of burgoo to "a never diminishing line of customers."

Colonel Bradley kept his promise to name a colt for Mr. Looney. He chose the bay son of Bubbling Over, dam Minnawand, foaled in 1930, to bear the name Burgoo King. Mr. Looney was fortunate enough to have $50 on him in the winter book at 40 to 1 to win the Kentucky Derby in 1932 and a week after he cashed that bet he won another on his namesake when Burgoo King won the Preakness.

Mr. Looney has made public his recipe, showing quantities sufficient for 5,000 people. He withheld the identities and amounts of certain condiments he uses as seasoning:

> 800 pounds of soup meat
> 4 doz. squirrels, if in season
> 24 gallons of canned corn
> 4 bushels of onions
> 240 pounds of fat hens or roosters
> 15 bushels of Irish potatoes
> 60 gallons of canned tomatoes
> 6 gallons of tomato puree
> 200 pounds of cabbage
> 4 gallons of canned carrots or 2 bushels of raw
> carrots Burgoo seasoning, consisting of salt and red pepper
> pods.

Source:   The Courier-Journal
          May 15, 1932.

We are forwarding two slightly different versions of the Burgoo story. The one published five years ago in Esquire was referred to us by Colonel Looney, the Burgoo King, himself, so it may be taken, in its essentials, as authentic. However, we surmise that the explanation of how burgoo got its name, from a tongue-tied individual who was trying to say "very good," is apt to be folklore rather than history; and lean to the belief that it is a corruption of a similar-sounding French word. The first four paragraphs of the Esquire article, a word-picture of Colonel Looney's sentiments on seeing his namesake win the 1932 Derby, are omitted in the interests of brevity.

Excerpts from

B U R G O O M A S T E R

By Roger Bourland

(Esquire Magazine, May, 1936)

... He is the grand old man of the "boiling pots" -for whom this champion Derby winner was named - "The Burgoo King".

The romance of Kentucky's racing history is exemplified in the old man - Colonel James T. Looney. He is a staunch friend of every horseman in Kentucky. He has raced his own horses for thirty-five years. He has lived the life of a millionaire, but more often the life of a pauper. And he has made his famous Burgoo for "nigh on to" forty years.

Burgoo? Oh, yes - you're probably wondering what it is. The outsider who sees Burgoo for the first time says it's "thick soup", to the great disgust of Kentuckians. It's "nectar and ambrosia" to the hardboots. And it's delightful to everyone. Burgoo is the specialty of the "Burgoo King."

Down in Kentucky no thoroughbred or standardbred meet or sale can be complete without the King and his Burgoo. No political candidate can be elected without having the King's Burgoo served to the populace. This is a jinx that never fails. Millionaire horseman entertain their friends with Burgoo feasts. When funds are are needed for charity, the sure way to make every Kentuckian part with his money is to offer him a cup of Burgoo. Charity or no charity, he will pay a handsome price for this aristocratic stew. Police guards are always essential for the King's Burgoo, for a pot of it has more fascination for Kentucky's negroes than a ten-acre field of watermelons.

Burgoo-making is an intricate and fascinating job. Colonel Looney won't make Burgoo for less than one hundred people, and his average feeding is about one thousand. Many times he has fed ten thousand, and fed them well. It takes a big

utensil to prepare enough Burgoo for ten thousand people - or even a hundred or so.
The Burgoo King, confronted with the problem, got some real antique "kittles". One
of these (the largest) is mentioned in Early American history, and is described as
having been in use before 1800. It was a saltpeter kettle used by Neil McCoy in
the making of gunpowder. McCoy had his first powder mill on the Brandywine, near
Philadelphia. He came to Lexington in 1805 and set up a mill to make gunpowder for
the government. This kettle was a prized possession of McCoy's grandson, Judge
James Hilary Milligan, for many years. He delighted in loaning it to Gus Jaubert
for the purpose of making Burgoo.

Jaubert was the originator of Burgoo. He was one of Morgan's men, probably
the most famous group of cavalrymen in American history. They fought on the Con-
federate side, raiding, covering up retreats of the Confederate army, and constantly
policing the state to be sure none of the "damnyankees" got away with anything
around "My Old Kentucky Home."

One afternoon in the fall of eighteen sixty-three Morgan made camp near
Lexington. He had a bunch of "Bluecoat" prisoners who were worrying him no end
because he didn't know how he could feed them. He knew he couldn't take them home
to Lexington because the madam would absolutely raise hell with him for bringing
so many guests; and, anyway, they were too far from Lexington to walk. Morgan didn't
have enough food, so he called Jaubert and said "What to do? Jaubert might have
been one of Morgan's cooks, or he might have been one of those men who know all
about cooking and are continually showing the real cook how to cook. Anyway,
Jaubert said, "leave it to me, General", and Burgoo became the twinkle in its
father's eye.

The cavalrymen had a big shooting contest that afternoon. Blackbirds were the
targets. Someone suggested letting the damnyankees enter the contest so the Morgan
side could show them up, but this was finally voted down, due to the uncertainty
of which way the damnyankees might shoot.

Before nightfall the ground was littered with blackbirds as far as you could see. The prisoners set about picking them, and Jaubert was busy rigging up the saltpeter kettle and getting the water boiling. He dumped in the picked and cleaned blackbirds, sent the kibitzers to the cabbage and tomato patches and the corn fields about, and the stew was under way.

Before the vegetables were returned and made ready the blackbirds meat was falling off the bones ... and, incidentally, sending off tempting odors to torment the hungry soldiers. Since the meat was done, and the vegetables raw, they decided to take out the blackbirds while the vegetables cooked. Several of the hungry bystanders started picking the bones out of the meat pot so they wouldn't be hampered with them when the time came to get down to serious eating.

The vegetables cooked properly, the meat was added, and the tempting aroma - was terrific! All the cavalrymen gathered around, and as the story goes, began to "taste" the stew in the well known manner of the kitchen test. It wasn't long before Morgan's men were eating the stew - cleaned it up, in fact. So they turned their own grub over to the prisoners ... with apologies.

Some tongue-tied individual in the group made a remark about the stew being "very good" or "pretty good" - or something. What he said about it has been forgotten. But it sounded like "Burgoo", and that is how the stew got its name.

So Gus Jaubert became Kentucky's first Burgoomaster. Gus added various ingredients to the pot, such as rabbit, squirrel, wild fowl, beef, mutton, chicken ... and they even accused him of throwing in a side of horsemeat occasionally.

Gus developed a way of seasoning that he kept secret until just before he died, when it is said that he passed it along to young Jim Looney. Looney developed the art, and became the "King of the Burgoo pot."

When King Looney first used beef and large meats in Burgoo, he ran into difficulties. Big chunks of meat refused to get on a piece of bread under ordinary dunking conditions. This way annoying, of course, like the elusive cherry in the

bottom of an old-fashioned, especially since the consumption of Burgoo without dunking is a breach of etiquette in Kentucky similar to cutting meat off of a fried chicken drumstick. It was Looney's first stroke of mastery when he eliminated the chunks in Burgoo.

Just in case you have five thousand or so hungry mouths to feed sometime - here is the way Burgoo is made. You can try it. You must make it in the open, but it is best to put up an open-side tent. King Looney hates the tent, but experience has taught him that if his fire is unprotected a hard rain will put it out and ruin his Burgoo.

After you find enough heavy iron kettles to hold the stew, dig your ditch. This could be about eighteen inches deep and just wide enough for the kettles to fit over snugly. Build a wood fire under the kettles - remembering that ordinary scrap wood will not do. It must be rustic in appearance, and smell of the campfire.

Now for the ingredients. Here are the usual amounts for about five thousand people:

| | |
|---|---|
| 800 lbs. meat (game preferred) | 86 gallons tomato puree |
| 200 lbs. fowl (game fowl if available) | 24 gallons carrots |
| 168 gallons tomatoes | 1800 lbs. potatoes |
| 36 gallons garden corn | 6 bushels of onions |

350 lbs. of cabbage.

Put the meat and chickens into the kettle about ten o'clock the morning before your Burgoo is to be served and cook until ten o'clock that night. Then take out all meat and chicken with huge strainer-dippers, leaving the rich liquid to receive the vegetables. Chop the vegetables fine and, with the exception of the corn, let them stew gently through the night. Meantime, bone the chicken, and chop chicken and meat very fine (stringy Burgoo is no good). About four hours before serving time put the meat back in the pot and add the corn. The corn has been saved because it doesn't require long cooking.

Remember, Burgoo is a very temperamental dish. So after it is completely mixed get two men to stir it constantly for the remaining four hours. If they stop a moment, it will scorch. If rain drives them to shelter, goodbye Burgoo ... goodbye even if the fire goes out, for the heat in the kettles will scorch the Burgoo just the same. The unusual thickness of the kettles will keep the Burgoo steaming hot for eight hours. But if it ever gets cold, there is no use to reheat it. It never tastes the same.

Now that your Burgoo is ready - you've left out the seasoning! That's just too bad; because the seasoning is a secret - carefully and zealously guarded. And well it might be! As you taste Burgoo it strikes you now peppery hot it is without being too hot ... how rich, but not greasy ... and how perfectly flavored. While it might be possible to attain the flavor by long experimentation, the true Burgoo flavor has never been successfully duplicated.

There is a distinct French influence upon the Burgoo recipe. Jaubert was a Frenchman; and throughout his long residence in the South he constantly protested against "southern style" foods on his table. Fried chicken was taboo... he preferred it stewed. No greasy stews were tolerated. One of Burgoo's vital characteristics is the absence of fat or grease. 'Possum, pork and the greasy meats are never used. So the secret in seasoning Burgoo probably lies in a combination of French and southern flavors - the latter becoming more predominant under the rule of the Burgoo King.

Not that the King isn't obliging about giving anyone the recipe and seasoning for Burgoo ... he is. There was a season-chart for this article - omitted because of a discovery at the last minute. The King, ordinarily a truthful man, cannot be trusted on his Burgoo recipe. For example, on October 22, 1934, Kirk Miller, Washington Times Sports Editor, sent the Burgoo King this wire:

LOONEY

GENERAL GROCERY STORE LEXINGTON KENTUCKY

I AM WRITING A STORY ABOUT BURGOO KING AND WISH TO ELABORATE ON ITS ORIGIN AND

THE ACT RECIPE FOR MAKING BURGOO. ITS CONTENTS. HOW LONG BEFORE SERVING IS IT
STARTED. WHETHER IT SIMMERS OR BOILS AND THE ENTIRE PROCESS AS MADE BY YOURSELF.
WOULD APPRECIATE YOUR WIRING ME THIS INFORMATION TODAY COLLECT DAY PRESS RATE
THANKS AND REGARDS.

KIRK MILLER WASHN TIMES SPORTS EDITOR

The King sent very minute instructions, but with in a few minutes received a
return wire asking about the seasoning and details of mixing. The King obligingly
sent the data ... but admits that all the seasoning details were changed so that
anyone trying to follow the recipe would have a wide and most peculiar variation in
flavor.

Colonel Looney has been "King" for some thirty-nine years in this Burgoo
business, but he achieved national fame only after the 1932 Kentucky Derby when
"his" horse won the big race.

Colonel Bradley was very fond of the Burgoo King, and vice versa. In 1927
Colonel Bradley, with his typical philanthropy, started a one-day charity race meet
on his private track at Idle Hour Farm, in Lexington, Kentucky - the proceeds of
which went to the crippled children of the state. The profit from the sale of
Burgoo was the Burgoo King's contribution.

And was the Burgoo popular! The King almost lost his reputation there in 1930.
The day was very cold and disagreeable. Wind put through clothing, and a hot drink
was at a premium. There were some seven thousand people present, and they descended
in a body on the Burgoo pot. By the time the fourth race was over the kettles yawned
almost empty. Then came word from Colonel Bradley: "Looney, be sure not to run
out of Burgoo!"

It takes twenty-four hours to make Burgoo, and Colonel Bradley said to have
Burgoo right now! So Colonel Looney says to Colonel Bradley: "It shall be done!"
Yet here was the soul-shocking knowledge that all his fame, all his score and ten
years of reputation, all his prestige and renown as a concocter of Burgoo was in

the balance. He was standing before the judgement of seven thousand people. But
Colonel Bradley had spoken, and to the few remaining gallons of his beloved Burgoo,
the King added water, water ... more water - enough to meet the emergency. Stirring
up the fire he served it hot - and got by.

The King's ruddy cheeks widen with an infectious grin, and his kindly eyes
twinkle merrily as he tells this story on himself. And deep down in him is enough
of the small-boy delight in having hurdled such a provoking obstacle to make up for
the suffering occasioned the pride of an artist who must mar a masterpiece.

That afternoon, November 17, 1930, King Looney got an unexpected reward. Mr.
Bradley made a short speech of appreciation for the support accorded him, and of
the Burgoo King he said: "I wish especially to thank James T. Looney, the Burgoo
King, for the excellence of the food and the masterly manner in which he conducted
the feeding arrangements today. In compliment to him and to perpetuate his title,
I am going to name a good two-year-old 'Burgoo King'".

It was a kindly thing to do; but it turned out to be a gesture far more vital
than anyone even thought of that day.

Three months later, Colonel Looney got this letter:

B E A C H-C L U B

Palm Beach, Florida

Feb. 27, 1931

Mr. James T. Looney

Lexington, Kentucky

Mr. dear Mr. Looney:

I had Mr. Bradley name the Ch. C. by Bubbling Over -- Minawand, "Burgoo King".
Mr. Bradley named this colt for you. This colt was one of our fastest colts last
fall.

The only colt that could beat him was the Blossom Time colt, a three-quarter
brother to Blue Larkspur.

Now here is a colt that will win the first asking. I will try to keep you posted all summer how your colt is doing. Take a run out to the farm some Sunday and ask Gentry to lead him out for you.

Trusting that your colt will be as "hot" as your Burgoo.

I remain,

Sincerely yours,

Barry Shannon

"Editor's Note: This was "Brother Joe" (Black Toney-Blossom-Time)

The fame of Burgoo King is known the world over ... how this colt grew up to be a Derby winner; how Brother Joe, his stable-mate, beat him in the Derby trial at Lexington in their first race of the year together; how Brother Joe worked better than Burgoo King in early pre-Derby workouts. But when the horses entered the race in competition with each other and the best of their age - Burgoo King led the field.

Looney is himself a horseman. He has owned and raced horses for many years. He says he "should have been put off of every track in America" ... and he probably would have been had he been anyone but Jim Looney. He has never even attempted to control that Irish temper - and nobody cares.

One day at Latonia he had a horse in the third race. The horse won, only to be disqualified by the judges for interference. That made the old man mad, and he started up to whip the judges. Someone stopped him; so in the approved manner of a schoolboy he sat down along the rail near the entrance and pouted for an hour or so.

"Well", says Colonel Looney, "I had to go back to see my other horse go in the seventh - and just happened to get alongside the judges' stand. Here came my horse, about ten lengths ahead. So I looked over my shoulder and yelled at the judge standing just above me: "Now, you son of a Dam. disqualify that one!" The judge just laughed. I looked back at the track, and I'll be damned if there wasn't another horse that I hadn't seen on the rail that was ahead by a nose."

"Wadsworth Last" was Looney's favorite horse. He was his "friend" horse. A "friend" horse is one, according to racetrack superstition, that will always win just when a win is needed most. A "friend" horse may not be worth his oats - he may win only a few races in a year. But when he wins, that winning money is worth many times its value ... will, when necessary, "take you away", which means pay expenses for moving the "stable" away when the races are over.

Looney and his trainer would take their "stable" to a track for a meeting, and it was not infrequent that their money was about gone before the meet was over. Being an impulsive man, he was likely to bet his last dollar on a race that would pay well if he won, but would leave him stranded if he lost.

The last day of the Christmas meet at New Orleans one year found the Colonel broke ... and a long way from home with several horses and several employees for whom to provide. But the Colonel had his ace in the hole. He had Wadsworth's Last entered in the last race on the last day of the meet. He borrowed a few dollars to put "on his nose," and promptly forgot his worries.

The last race that day was run in complete darkness. Few in the stands knew when the race started. All they saw was a brown horse coming down the stretch so far ahead of the field that there is an argument to this day among the judges and spectators alike as to whether or not that horse ran all the way. Of course, it was impossible ... and yet there was a gate, leading from the stables, just about a half mile from the start. The Burgoo King came to Lexington in style.##

## BURGOO

J. M. Foster of Lexington, one of the noted burgoo cooks of Kentucky makes
it from the following recipe:

"A two pound foreshank soup bone, a two pound pork shank a breast of a lamb
and a fat hen; three large onions, three large potatoes, three raw carrots,
four large tomatoes, or two medium sized cans, four ears of green corn, or
two cans, two pods of red pepper, two green peppers, half a pint of butter
beans, a small bunch of parsley. Cook meat thoroughly, remove from liquor,
pour cook water over it in a pan and strip from bones. Chop your meat in
an old fashioned chopping bowl. Chop up your vegetables, put meat and
vegetables together with water poured over meat, back into the soup kettle
and cook till mixture is thick. Four teaspoonfuls of Worcestershire sauce
added ten minutes off gives the burgoo tang."

# Kentucky Colonels

🏠 (/Pages/default.aspx)  /  Administration (/admin/Pages/default.aspx)  /  Executive (/admin/Executive/Pages/default.aspx)  /  Kentucky Colonels



The highest honor awarded by the Commonwealth of Kentucky is that of Kentucky Colonel. The tradition began in 1813 during the second term of Governor Isaac Shelby after he returned from leading the Kentucky Militia on a highly successful "War of 1812" campaign. He named one of his officers, Charles Todd, as an "aid-de-camp" on the Governor's staff with the rank and grade of Colonel. Later governors commissioned Colonels to act as their protective guards; they wore uniforms and were present at most official functions. (Today's Colonels are not required to perform such service.) Other governors continued this practice, and by the 1920s the Colonels' ranks had grown considerable.

Today, commissions for Kentucky Colonels are given by the Governor and the Secretary of State to individuals in recognition of noteworthy accomplishments and outstanding service to a community, state or the nation. Among the ranks of the Kentucky Colonels are distinguished leaders such as Presidents Lyndon B. Johnson and Ronald Reagan and English Prime Minister Winston Churchill, volunteer firemen and teachers - people from all walks of life who have performed in an extraordinary manner.

In 1928, an effort began to organize the Colonels into "a great non-political brotherhood for the advancement of Kentucky and Kentuckians." In 1932, the Honorable Order of the Kentucky Colonels (http://www.kycolonels.org/) was formally born. Today, the organization is incorporated as a charitable organization with by-laws directing it to be non-partisan, non-profit and dedicated to good works within the Commonwealth of Kentucky. Over the years, Colonels have contributed millions of dollars to worthy causes. In 2006, with voluntary donations from all 50 states and 35 nations, the Good Works Program Fund made grants totaling $1.5 million to 162 charitable and educational organizations. It marked the 16th consecutive year grants of at least $1 million had been made. In addition to their collective charitable efforts, Colonels are Kentucky's ambassadors of goodwill and fellowship around the world.

The Governor serves as Commander-in-Chief of the Honorable Order. The 12 members of its board of trustees serve on a voluntary basis.

All nominations are now submitted online. To nominate someone to receive a commission as a Kentucky Colonel, please visit https://secure.kentucky.gov/formservices/Governor/KentuckyColonelCommission (https://secure.kentucky.gov/formservices/Governor/KentuckyColonelCommission).

Governor's Office
Attn: Lora Mattingly
State Capitol, 700 Capitol Ave.

Frankfort, KY 40601

Phone: (502) 564-2611

Secretary of State Michael Adams
Office of the Kentucky Secretary of State
700 Capital Avenue
Suite 152
Frankfort, KY 40601

Phone: (502) 564-3490
Send an Email (/pages/contact.aspx)

📺 (https://www.youtube.com/channel/UCKgvInkMePrHnyu928k77bw)    ✉ (/Pages/contact.aspx)

© 2020 Commonwealth of Kentucky. All Rights Reserved.

Policies (http://kentucky.gov/policies/Pages/default.aspx)
Security (http://kentucky.gov/policies/Pages/security.aspx)
Disclaimer (http://kentucky.gov/policies/Pages/disclaimer.aspx)
Accessibility (http://kentucky.gov/policies/Pages/accessibility.aspx)

# The Kentucky Colonels



1812                                                                                      1976

As we approach the celebration of our Nation's 200th Anniversary it seems appropriate to recall the momentous beginning of the Kentucky Colonels — so this commemorative issue of our Annual Report to our members is SPECIAL — because it helps to mark a significant milestone in the development of our International Order.

It is appropriate, therefore, on the eve of our Nation's 200th birthday to recall our own first birthday. Isaac Shelby, Kentucky's first Governor, brought us into being. In 1976 we will celebrate our own 163rd birthday.

It was on occasion of his second term as Governor, following his return to Kentucky after service in the War of 1812 that Isaac Shelby issued Colonels commissions to all of the men who enlisted in his regiment and fought with him during the war. Justifiably honoring these dedicated Americans, the nucleus of the first company of Kentucky Colonels was formed.

Quoting from the first recorded history of our organization, Colonel Anna Bell Ward, first Secretary and Keeper of the Great Seal of the Order said:

"Mr. Charles Pettijohn of Rye, N. Y., chief counsel of the Motion Picture Producers and Distributors of America, was with me in December of 1932 in Governor Ruby Laffoon's office in Frankfort. Mr. Pettijohn asked the Governor in the course of our visit to relate the story of the origin of the Kentucky Colonel. Telling the story of Governor Shelby, he explained that only the bravest and sometimes someone from afar who had brought honor to the State were commissioned. Once a year for many years succeeding Governors of the State would entertain the Colonels with a dinner at the Governor's mansion. This tradition was carried on with pomp and ceremony until there got to be so many Kentucky Colonels the dining room in the mansion would not hold them any longer. So, naturally, the tradition died."

"Why don't you resurrect the tradition?", enquired Pettijohn. "Why not call all the Kentucky Colonels together and organize and you become their Commander-in-Chief?"

The upshot of the conversation was that Mr. Pettijohn became the first appointed General of the Honorable Order of Kentucky Colonels and Anna Bell Olson was appointed Secretary and given the task of "organizing" the Kentucky Colonels. The By-laws were written that afternoon in the Governor's office. Mr. Pettijohn was appointed by Governor Laffoon as National Commanding General to hold office until his successor was appointed. The Order was to be non-partisan, non-political, and non-profitable.

Anna Bell recalled the 1934 Colonels Pre-Derby dinner for which Colonel Ned Depinet, Vice President of R.K.O., had written a scenario as a salute to the Honorable Order featuring Wheeler and Woolsey as the stars.

"The boys came to the ball dressed in beautifully tailored white military uniforms with gold sabres, much gold braid and plumes in their hats. They stole the show that night", she said.

"Because I could not give 100% of my time to the job of Secretary because of my own business activities, Colonel Anna Friedman pitched in 'and made the organization what it was up to the time the war started. During the weary years of the war in the name of the Kentucky Colonels she worked even harder for our boys in the services. Our boys in uniform will never forget Colonel Anna Friedman nor will the succeeding Generals of the Order under whom she served. May the traditions for which the Honorable Order of Kentucky Colonels stands be kept alive and glowing so long as our proud Kentucky remains a great Commonwealth."



*The Honorable Order of*

# Kentucky Colonels

INCORPORATED
**A Non-Profit Charitable Organization**

NATIONAL HEADQUARTERS • THE FOREST • ANCHORAGE, KENTUCKY

Governor Julian Carroll, Commander in Chief
General M. R. "Bob" Evans, General for Commonwealth of Kentucky        Col. Anna Friedman Goldman, Secretary and Keeper of the Great Seal
Col. Eugene C. Ulrich, Treasurer
Col. Walter I. Gibbs, Trustee        Col. J. Seaton Huff, Trustee        Col. Joe Hamilton, Trustee        Col. Robert Metry, Trustee

Dear Colonel:

For me, this is a year of sober contemplation, looking backward with happy satisfaction at what we have done, and viewing expectantly the new things we are going to do. It has been a crisis year. Very few have been left untouched in some way by the dramatic events of these past months. Yet, I know the supreme spirit of our Kentucky Colonels will not let disturbing issues deflect us from pursuing our common cause.

The record of our past achievements in review has been outstanding, to say the least. Our singular aims and purposes have left a well-marked trail of very significant "Good Works." Now, we must forge ahead with the same courage and vision into a yet uncharted year of new endeavors to push back the borders of bleak uncertainties, calamities, and distresses, clearing further the "land of promise" for others less fortunate, especially in these troubled times.

We have had a good year! As you well know, Tradition and Progress are the twin hallmarks of The Honorable Order. Traditional concern determines its goals; then Progress moves forward on schedule. The success of the "Good Works" Program bolsters our courage to add new worthy projects to our existing long list of prestigious services. The full story for 1975 and the report for 1976, which include the two new projects, appear on the inside folds of this letter.

Attaining our goals and maintaining our organization with only voluntary contributions (there are no dues), and only from Kentucky Colonel membership, is without equal and portrays the unique benevolance of this distinguished body. Your pride in being a Kentucky Colonel is well justified.

Isn't it gratifying to be in an organization that demonstrates this quality of caring for others beset by the troublous drama of life? We are all principals in this drama. We either play a part or fill a role. Playing a part implies doing something not really true to one's self. Filling a role is being something or all that your name implies. I urge every Colonel who can to "fill a role" in putting our pledges over the top. Your gifts, large or small, are honored because they mean sacrifices from your earnest labors. And gratefully accepted because they represent the pebbles tossed into troubled waters that send ripples of relief and help to the shores of worthy institutions that are striving to soften the stony beds of adversity. Remember, also, your gifts are tax deductible.

Please do use the enclosed reaffirmation card. I'm happy to hear from every Kentucky Colonel, if only to know they are pleased to be counted among the membership.

I take pleasure in enclosing your 1976 membership card and extending very best wishes,

With love and gratitude,

*Colonel Anna*

Colonel Anna Friedman Goldman
Secretary and Keeper of the Great Seal
Honorable Order of Kentucky Colonels



# THE HONORABLE ORDER OF
# KENTUCKY COLONELS

JULIAN M. CARROLL
GOVERNOR

What makes a Kentucky Colonel? The recipe is no secret, simply a special blend of friendliness, good fellowship, good will, and good fun. Add the ingredients of capacity for service and accomplishment in some worthy line of endeavor. All this leads to the Governor's signature and an honorary appointment on his staff.

How do you become a Kentucky Colonel? This is a familiar question and the answer is simple. You must be recommended to the Governor for outstanding contributions to your community, state or nation, or for some worthy endeavor or achievement. His approval will soon lead to your being presented with your certificate as a Kentucky Colonel.

The list of Kentucky Colonels resembles a Who's Who, including many men and women from other countries. The certificate with the Governor's and Secretary of State's signatures and the seal of the Commonwealth of Kentucky hangs on the wall of many distinguished government leaders, businessmen, and entertainers. Bing Crosby, Red Skelton, John Glenn, Jr., who was commissioned while orbiting the earth, the late former President Lyndon B. Johnson, and the late English Prime Minister Winston Churchill are among many to have been honored with the rank of Kentucky Colonel.

It all began with the first Governor of Kentucky, Isaac Shelby, who gave his son-in-law, Charles S. Todd, the title of Colonel on his staff. Shelby later issued commissions to all who enlisted in his regiment in the War of 1812. Later Governors commissioned Colonels to act as their protective guard; they wore uniforms and were present at most official functions.

The "Honorable Order of Kentucky Colonels," a society which all those who have been commissioned Kentucky Colonels are invited to join, was founded in 1932 by Governor Ruby Laffoon and has since been officially incorporated as a charitable organization. The Order's formation was the idea of Charles Pettijohn, then chief counsel of the Motion Picture Producers and Distributors of America, who was appointed the first National Commanding General of the Order. This position included responsibility for the finances of the Order as well as its highest rank. Anna Bell Ward was appointed Secretary and given the job of "organizing" the Colonels.

The Governor and the Lieutenant Governor of Kentucky serve as the Commander-in-Chief and Deputy Commander-in-Chief respectively. All officers serve with no remuneration.

Serious thoughts are put aside and fun time for the Colonels comes once a year at the Kentucky Derby when they arrive in Louisville from all over the world. Mint juleps are familar sights that weekend, for the thousands of honorary Colonels are proud of the Southern traditions and hospitality. An official dinner the day before the Derby and a barbecue the day after are the main items on the agenda.

Colonel Anna Friedman Goldman has been Secretary and Keeper of the Seal since 1940 and her home—The Forest, Anchorage, Kentucky—is the National Headquarters. Colonel Anna published a book, "Howdy Colonel" (by Marion Porter), with remembrances of the years the Colonels have been an active Order.

The Colonels pay no dues, but their contributions are widely known for charitable work. The Order helps to support some 72 institutions and distributed over $269,615 in 1974—and the list is constantly growing.



*The Honorable Order of* **Kentucky Colonels**
INCORPORATED

*A Non-Profit Charitable Organization*

GOVERNOR WALLACE G. WILKINSON
COMMANDER-IN-CHIEF
GENERAL WALTER I. GIBBS
NATIONAL COMMANDING GENERAL
GENERAL ROBERT A. METRY
COMMANDING GENERAL
COMMONWEALTH OF KENTUCKY
GENERAL H. LYNN LEDFORD
ADJUTANT GENERAL
COLONEL DOROTHY K. SMITH
SECRETARY AND
KEEPER OF THE GREAT SEAL
COLONEL ROBERT J. CARLSEN
TREASURER

BOARD OF TRUSTEES
GENERAL WALTER I. GIBBS
GENERAL ROBERT A. METRY
GENERAL H. LYNN LEDFORD
COLONEL JAMES H. MOLLOY
COLONEL W. JUDSON GIBBS
COLONEL GEORGE SULLIVAN
COLONEL ROBERT GAYLORD PRICE
COLONEL JAN M. CAMPLIN
COLONEL MARY ANN HAMILTON
COLONEL GEORGE W. PACKOWSKI

**NATIONAL HEADQUARTERS**
**12th Floor, Kaden Tower, 6100 Dutchmans Lane**
**Louisville, KY. 40205**
**Mailing Address: P.O. Box 20702**
**Louisville, KY. 40220-0702**
**(502) 459-5352**

Dear Colonel:

We have just received word from the Capital that you have been commissioned an honorary Colonel on the staff of the Governor of Kentucky. This coveted appointment automatically entitles you to membership in the Honorable Order of Kentucky Colonels and we are honored to enroll you.

Our organization is known throughout the nation for the volunteer charitable work that it has been doing. There are no membership dues, but the voluntary contributions of our members are used to support worthwhile Kentucky charitable organizations and institutions who have limited access to government funds or help from other sources enjoyed by so many large organizations.

Supporting our charitable work involves voluntary yearly contributions by our members to the Colonels' Good Works Program Fund and we look forward to your participation.

A list of charities to which we were able to give this past year through the contributions of our members is contained in the enclosed brochure which gives you a broad picture of our work so important to our less fortunate citizens.

We are pleased to enclose your membership card for the current year which will identify you wherever you go as an important representative of Kentucky. We welcome you and look forward to your cooperation with us in our charitable activities.

A few brief facts about our Order are included on the reverse side of this letter. Meantime, if you need further information regarding The Honorable Order, write to Colonel Dorothy K. Smith, Secretary & Keeper of the Great Seal, at the Colonels' Headquarters - P.O. Box 20702, Louisville, KY, 40220-0702.

With best wishes,

*W.I. Gibbs*

General Walter I. Gibbs
National Commanding General

P.S.   MOST IMPORTANT:   If at any time you change your address don't fail to advise us. We will lose track of you if you don't do this.

## Pertinent Information Regarding The Honorable Order of Kentucky Colonels

The Honorable Order of Kentucky Colonels is a charitable organization founded in the administration of Governor Ruby Laffoon in 1932. It has since been officially incorporated and is recognized by the Internal Revenue Service of the United States Government as a charitable organization with full tax deduction privileges.

The awarding of honorary colonelcies began in 1812 with the first Governor of Kentucky, Isaac Shelby, who bestowed on his son-in-law, Charles S. Todd, the title of Colonel on his staff. Governor Shelby later issued commissions to all who enlisted in the regiment he commanded in the War of 1812. Later Governors commissioned Colonels to act as their protective guard. They wore uniforms and were present at most official functions.

Each incumbent Governor, upon assuming office, is Commander-in-Chief of The Honorable Order of Kentucky Colonels whose affairs are administered by a Board of Trustees who serve without compensation. These Trustees elect a National Commanding General, an Adjutant General and the Commanding General for the Commonwealth of Kentucky.

Membership in The Honorable Order of Kentucky Colonels is open to all those persons commissioned by any Governor of Kentucky. There are no membership dues but all are encouraged to contribute to the charitable fund of The Order known as our "Good Works Program". As stated above, contributions thus made are tax-deductible. Each year an amount in excess of a half million dollars is dispensed in grants to worthy Kentucky charitable organizations who derive their principal support from their local communities.

The Honorable Order's membership resembles a Who's Who and includes many distinguished government leaders, business men and entertainers.

The question is often asked, "What characterizes a Kentucky Colonel?" The recipe is no secret formula, simply a blend of friendliness, good fellowship, good will and good fun. Then add to these a capacity for service and accomplishment in some worthy line of endeavor.

Each year The Honorable Order of Kentucky Colonels sponsors two events at which members gather to renew old friendships and establish new ones; the Colonels' annual meeting and dinner held at the Galt House in Louisville each Kentucky Derby Eve, and a Barbecue on the Sunday following the Derby at historic Bardstown, Kentucky.

A prime reason The Honorable Order continues to live is summed up in an observation of a past Commander-in-Chief who said: "Let us never forget that the first obligation of a Kentucky Colonel is to reflect the virtues of character for which all worthy Kentuckians stand; to honor the land of his or her birth or adoption, as the case may be; to be just and considerate of all and to spread the fame of Kentucky."

Each member of The Honorable Order receives in October a new membership card for the ensuing year and a brochure covering the past year's operations which lists the organizations given grants.

In February an invitation to the Colonels' Derby Eve Meeting and banquet and the Barbecue is sent each member. These events are given in honor of our current Commander-in-Chief, and are self liquidating. An entertainment celebrity donates his services at our dinner: Colonels Bob Hope, Danny Thomas, Foster Brooks, Mike Douglas, to mention a few who have been with us at our Derby weekend celebrations.