# Exhibit — Kentucky Epitaphs, Landmarks, and Markers

## Roadside Markers & Landmarks in Kentucky

Searching all 1,149 Kentucky Roadside Markers and Historical Monuments found online in Kentucky 11.4% (131) of them are found to use the descriptive term, title, or rank "Colonel" or "Col." This is approximately 11.4% of all Kentucky Roadside Markers and Historical Monuments that refer to Kentucky colonels. Here are *some* examples of them:

- Col. Benjamin Logan marker in Lincoln County (image)
- Col. Richard Henderson marker in Logan County
- Col. Daniel Boone marker in Fayette County
- Col. Isaac Shelby marker in Lincoln County
- Col. William Whitley marker in Laurel County
- Col. John Floyd marker in Jefferson County
- Col. James Harrod marker in Mercer County

RECEIVED
05/30/2025
KELLY L. STEPHENS, Clerk



- Col. George Rogers Clark marker in Fayette County
- Col. William Russell in Mason County
- Col. James Garrard in Bourbon County
- Col. Charles Scott in Woodford County
- Col. John Todd in Fayette County
- Col. Stephen Trigg in Logan County
- Col. Benjamin Sebastian in Fayette County
- Col. William Christian in Nelson County



- Col. Robert Todd in Fayette County
- Col. Joseph Martin in Jefferson County
- Col. John Bowman in Mercer County



- Col. Richard Callaway in Franklin County
- Col. William Fleming in Fleming County
- Col. John Montgomery in Lincoln County
- Col. John Hardin in Bullitt County



- Col. James Wilkinson in Jefferson County
- Col. Arthur Campbell in Washington County





## Plantations and Horse Farms

Most of the histories of families had become institutions since the breakup of the great Kentucky Plantation System between 1865 and 1960 when civil rights became significant in democracy and the legacy of slavery was being erased and leveled within Kentucky. The Commonwealth of Kentucky once had more than 1,000 plantations that engaged slaves overseen by colonels in the early 1800's. Today, some of these plantations and horse farms based on Revolutionary War Land Warrants issued by Virginia for "Colonels" remain.

The appellant reviewed the Kentucky Land Records and found at least 1,500 Kentucky Colonels listed in those records. This number is likely higher, as the records are incomplete. Appellant also reviewed the Revolutionary War Land Warrants and found that there were 10,000 land warrants issued for the Kentucky Territory from 1779 through 1860 for officers and volunteer soldiers from the Continental Army and from Kentucky during the War of 1812. Land grants (warrants) were often used to pay and reward those who fought in its first wars for territory.

Here are some examples of plantations and horse farms developed with those land grants:

- **Ashland:** The Henry Clay Estate, this 529-acre plantation in Lexington, Kentucky, was the home of Henry Clay, one of the most prominent American politicians of the 19th century. Green Clay received a land grant as a colonel for Ashland in 1806 and built the mansion on the property in 1815.



ASHLAND, THE HENRY CLAY ESTATE

- **Belle Meade Plantation:** This 3,500-acre plantation in Nashville, Tennessee, was one of the largest and most successful in the antebellum South. The plantation was founded in 1807 by Colonel John Harding, who received a land grant for the property from the United States government (Virginia).

- **My Old Kentucky Home:** This 1,200-acre plantation in Bardstown, Kentucky, inspired the Stephen Foster song "My Old Kentucky Home." The plantation was founded in 1795 by Colonel Judge John Rowan, who received a land grant for the property from the Virginia government.

- **Calumet Farm:** This 700-acre horse farm in Lexington, Kentucky, was founded in 1924 by Colonel Warren Wright Jr. Calumet Farm has produced some of the most famous racehorses in history, including Citation, Whirlaway, and Twenty Grand.



- **Claiborne Farm:** This 3,000-acre horse farm in Paris, Kentucky, was founded in 1917 by Colonel Samuel D. Riddle. Claiborne Farm has produced some of the most successful racehorses of all time, including Secretariat, Seattle Slew, and Affirmed.

- **Keeneland:** This 1,000-acre horse farm and racetrack in Lexington, Kentucky, was founded in 1935 by a group of horse owners and breeders (most of whom were Kentucky colonels). Keeneland is host to some of the most prestigious horse races in the world, including the Toyota Blue Grass Stakes.



- **Long Branch Mansion:** This 350-acre plantation in Hawesville, Kentucky, was built in 1818 by William S. Pope, a Kentucky Colonel and politician. Pope received a land grant for the property in 1812.

- **Whitehaven:** This 4,000-acre plantation in Owensboro, Kentucky, was built in 1818 by Colonel Joseph Daviess, a Kentucky Colonel and politician. Daviess received a land grant for the property in 1812.

- **Adena Springs Farm:** This 1,500-acre horse farm in Versailles, Kentucky, was founded in 1936 by Harry F. Guggenheim. Adena Springs Farm has produced some of the most successful racehorses ever, including Nashua, Bold Forbes, and A.P. Indy.

- **Lane's End Farm:** This 600-acre horse farm in Versailles, Kentucky, was founded in 1972 by Colonel William S. Farish III. Lane's End Farm has produced some of the most famous racehorses in history, including A.P. Indy, American Pharoah, and Justify

These are just a few examples of the many plantations and horse farms that were developed from land grants made to colonels in the Kentucky Territory. These properties played an essential role in the development of Kentucky and the American South.

## Kentucky Epitaphs and Tombstones

There are hundreds perhaps thousands of tombstones, epitaphs, and most recently thousands of obituaries that the appellant has cataloged since 1998; which without being allowed or being prohibited to/from refer(ring) to "Kentucky Colonels" cannot be described collectively in the English language; however otherwise because they are the actual "origin" of the legend of the Kentucky Colonel and Kentucky Colonels, further do not withstand the fictional narrative or folklore of the Honorable Order of Kentucky Colonels and were known only doubtfully or never being spoken of by the Governor of Kentucky in 1933 or the Plaintiff over a 90-year history.

- **Colonel William Christian:** Christian was a Revolutionary War officer and politician. He was born in Virginia in 1738 and died in Kentucky in 1786. His tombstone is located in the Frankfort Cemetery in Frankfort, Kentucky.

- **Colonel Richard Mentor Johnson:** Commissioned a Colonel by an act of the state legislature in 1813 to form the First Kentucky Cavalry. Johnson was a War of 1812 hero, reported to have killed Tecumseh, and he was a politician, becoming 9th vice-president. He was born in Kentucky in 1780 and died in Kentucky in 1850. His tombstone is located in the Frankfort Cemetery in Frankfort, Kentucky.

- **Colonel John Rowan:** Rowan was a Kentucky Militia officer and politician. He was born in Virginia in 1773 and died in Kentucky in 1843. His tombstone is located in the Frankfort Cemetery in Frankfort, Kentucky.

- **Colonel Benjamin Logan:** Logan was a Revolutionary War officer and Kentucky pioneer. He was born in Virginia in 1743 and died in Kentucky in 1802. His tombstone is located in the Logan Family Cemetery in Lincoln County, Kentucky.

- **Colonel Isaac Shelby:** Shelby was a Revolutionary War officer and the first Governor of Kentucky. He was born in Maryland in 1750 and died in Kentucky in 1826. His tombstone is located in the Frankfort Cemetery in Frankfort, Kentucky.

- **Colonel Green Clay:** Clay was a Revolutionary War officer and Kentucky pioneer. He was born in Virginia in 1757 and died in Kentucky in 1826. His tombstone is located in the Clay Family Cemetery in Madison County, Kentucky.

- **Colonel David Caldwell:** Caldwell was a Revolutionary War officer and Kentucky pioneer. He was born in Virginia in 1741 and died in Kentucky in 1824. His tombstone is located in the Caldwell Family Cemetery in Lincoln County, Kentucky.

- **Colonel John Breckinridge:** Breckinridge was a War of 1812 hero and politician. He was born in Virginia in 1760 and died in Kentucky in 1806. His tombstone is located in the Lexington Cemetery in Lexington, Kentucky.

- **Colonel James McAfee:** McAfee was a Revolutionary War officer and Kentucky pioneer. He was born in Virginia in 1744 and died in Kentucky in 1806. His tombstone is located in the McAfee Family Cemetery in Mercer County, Kentucky.

- **Colonel William Whitley:** Whitley was a Revolutionary War officer and Kentucky pioneer. He was born in Virginia in 1749 and died in Kentucky in 1812. His tombstone is located in the Whitley Family Cemetery in Whitley County, Kentucky.

- **Colonel John Allen:** Allen was a Revolutionary War officer and Kentucky pioneer. He was born in Virginia in 1749 and died in Kentucky in 1833. His tombstone is located in the Allen Family Cemetery in Fayette County, Kentucky.

- **Colonel William Todd:** Todd was a Revolutionary War officer and Kentucky pioneer. He was born in Virginia in 1752 and died in Kentucky in 1822. His tombstone is located in the Todd Family Cemetery in Todd County, Kentucky.

- **Colonel John Harvie:** Harvie was a Revolutionary War officer and Kentucky politician. He was born in Virginia in 1754 and died in Kentucky in 1824. His tombstone is located in the Harvie Family Cemetery in Fayette County, Kentucky.

- **Colonel John Logan:** Logan was a Revolutionary War officer and Kentucky politician. He was born in Virginia in 1746 and died in Kentucky in 1808. His tombstone is located in the Logan Family Cemetery in Lincoln County, Kentucky.

- **Colonel William Garrard:** Garrard was a Revolutionary War officer and the second Governor of Kentucky. He was born in Virginia in 1750 and died in Kentucky in 1833. His tombstone is located in the Garrard County Cemetery in Garrard County, Kentucky.

- **Colonel Charles Scott:** Scott was a Revolutionary War officer and the fifth Governor of Kentucky. He was born in Virginia in 1739 and died in Kentucky in 1813. His tombstone is located in the Frankfort Cemetery in Frankfort, Kentucky.