RECEIVED
07/14/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

Case Nos. 23-5795 & 23-6108

**HONORABLE ORDER OF KENTUCKY COLONELS, INC.,**
Plaintiff-Appellee,

v.

**COL. DAVID J. WRIGHT,**
Individually and on behalf of all other similarly titled individuals.
**Defendant-Appellant**

---

# MOTION FOR CONTINUATION OF PACER FEE EXEMPTION WAIVER

---

Pursuant to Judicial Conference policy governing Public Access to Court Electronic Records (PACER) and this Court's authority under *28 U.S.C. § 1915, Sixth Circuit Internal Operating Procedure (IOP) 10.5*, and Federal Rule of Appellate Procedure 27, *Pro Se* Appellant David J. Wright respectfully moves this Court for an exemption waiving PACER access fees in the above-captioned appeal to access the filings electronically online. This motion is grounded in Appellant's *in forma pauperis* (IFP) status, the special nature and complexity of the case, and the continuity of judicial oversight from the U.S. District Court for the Western District of Kentucky (Case No. 3:20-cv-00132) on Appeal before the Sixth Circuit Court as 23-5795.

Appellant requests this Motion for Exemption be expedited to avoid incurring additional fees and maintain uninterrupted access to the PACER records of this case.

## I. BACKGROUND AND PRIOR EXEMPTION

1. On May 18, 2023, the U.S. District Court for the Western District of Kentucky entered an Order granting Appellant's Motion to Waive PACER Fees [DE 106], stating: "The motion to waive pacer access fees by the defendant [DE 106] is GRANTED, as the Court finds Wright has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information and has shown good cause that he is indigent for the purposes of pacer access." [DE 120].

2. Appellant now continues in this matter on appeal under *pro se in forma pauperis* (IFP) status as approved by the Sixth Circuit.

3. PACER access charges are being incurred in this appellate case (No. 23-5795) despite the fact that it arises from and directly continues the above-referenced district court litigation. *See attached* Email from PACER.

4. The PACER Service Center has advised the Appellant that each court maintains independent control over exemptions, and that the Sixth Circuit has not yet extended the exemption previously granted by the district court, use for the Sixth Circuit has now incurred a fee of $122.50 for the quarter ending in July 2025.

## II. LEGAL STANDARD AND AUTHORITY

The Judicial Conference authorizes courts to exempt users from PACER fees in cases where:

- The user has demonstrated indigency, (i.e. IFP status);
- The exemption is necessary to avoid unreasonable burdens;
- The exemption promotes public access to information;
- The exemption is otherwise in the interest of justice.

(See: *Judicial Conference of the United States*, Electronic Public Access Fee Schedule, Section I, Note 1).

Additionally, under *28 U.S.C. § 1915(a)(1)*, courts may authorize access without prepayment of fees for indigent litigants, and the Sixth Circuit routinely exercises discretion in facilitating access under these principles. See also *Sixth Cir. I.O.P. 10.5*, which provides for procedural accommodations to *in forma pauperis* appellants to ensure effective participation in appeals.

## III. GOOD CAUSE FOR CONTINUATION OF EXEMPTION

1. Appellant remains indigent and is proceeding *pro se*. [Document 42]

2. The appeal involves substantial filings and voluminous records spanning more than three years of litigation.

3. Appellant is not seeking the exemption for commercial use or redistribution of records, but solely to prepare legal filings and to monitor and participate effectively in this appeal.

4. The same good cause found by the district court in 2023 persists in full force. Judicial economy and fairness support the continuation of the exemption through the pendency of this appeal until its conclusion after remand.

## IV. PRAYER FOR RELIEF

WHEREFORE, Appellant respectfully requests that this Court:

1. **GRANT** this motion for a continuation of the PACER fee exemption previously ordered by the Western District of Kentucky;

2. **ORDER** that Appellant's PACER account (No. 6399306) be exempted from fees for docket activity in Case No. 23-5795 during the pendency of this appeal.

Respectfully submitted,

/s/ Col. David J. Wright

302 General Smith Drive
Richmond, Kentucky 40475

david.wright@globcal.net
Tel: +1 (859) 379-8277

Dated: July 14, 2025
Puerto Carreño, Colombia

## CERTIFICATE OF SERVICE

I hereby certify that on **July 14, 2025**, I **submitted** the foregoing **"Motion for Continuation of PACER Fee Exemption (IFP)"** for filing via **email** to the Clerk of the Court, in accordance with the Court's procedures for pro se litigants. Upon docketing, the Court's **CM/ECF system** will automatically serve all registered ECF users, including counsel for Appellee.

| | |
|---|---|
| Deborah S. Hunt, Clerk | /s/ Col. David J. Wright |
| Sixth Circuit Court of Appeals | David J. Wright, Pro-se Appellant |
| 501 Potter Stewart U.S. Courthouse | DATED: July 14, 2025 |
| 100 East Fifth Street | |
| Cincinnati, Ohio 45202-3988 | |



David Wright <david.wright@globcal.net>

# [DAVID WRIGHT] [ 🌎 ] 6399306 July 2025 PACER Quarterly Invoice

**DO_NOT_REPLY@psc.uscourts.gov <DO_NOT_REPLY@psc.uscourts.gov>**
To: david.wright@globcal.net

Tue, Jul 8, 2025 at 8:10 PM



Please pay the amount below prior to the due date.

| | |
|---|---|
| Account Number: | 6399306 |
| Account Contact: | David Jeffrey Wright |
| Balance Due: | $122.50 |
| Due Date: | 08/11/2025 |

To access the statement:

- [Log in to Manage My Account](#).
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to [Billing](#) for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to **PACER** or call us at (800) 676-6856.*