UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 23-5795 and 23-6108

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

    Plaintiff-Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS

    Defendants

DAVID J. WRIGHT

    Defendant-Appellant

**RESPONSE TO APPELLANT'S MOTION FOR CONTINUATION OF PACER FEE EXEMPTION WAIVER [DOC. 87]**

    Appellant/Defendant, David J. Wright ("Wright"), has abused the *pro se* and *in forma pauperis* status granted by the Court to tender thousands of pages of unauthorized filings solely for the purpose of harassing and needlessly increasing the cost of litigation for the Appellee, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"). Now, Wright asks the Court to further enable his serial abuse of the system by allowing him to access the PACER system free of charge. Wright's motion should be denied.

This appeal was fully briefed and submitted for a decision on May 5, 2025. Since then, Wright has submitted at least thirty-five (35) unauthorized filings on matters that are completely unrelated to the issues on appeal. The access requested by the instant motion would only facilitate additional unnecessary filings. Indeed, in his most recent unauthorized filing Wright candidly describes his intentions to further defy the District Court's Agreed Permanent Injunction [DE 93] by resuming many of the activities which lead to the contempt order that is the subject of this appeal while the appeal is pending. Specifically, Wright defiantly declares that "no court or administrative body has issued any lawful order enjoining [him] from engaging in [the activities prohibited in the Agreed Permanent Injunction]." [Memorandum Declaration on Kentucky Colonel Rights [Doc. 86], 2]. He further announces his intention to resume and expand his previous contemptuous conduct by, among other things, "offering membership-based communications and heritage registry services" and "supporting the formation of independent chapters and cultural organizations aligned with the civic legacy of Kentucky Colonels …." [*Id.* at 5]. Granting the requested relief contributes nothing to the progress of this appeal and only enables Wright's further violations of the Agreed Permanent Injunction. In the interests of justice, the motion should be denied.

2

For these reasons, HOKC requests the Court deny the requested relief and grant HOKC's Omnibus Motion to Strike filed June 19, 2025 [Doc. 83] by striking the unauthorized filings identified therein as well as Wright's subsequent filings; the Memorandum of Law on the Generic and Descriptive Nature of the Terms "Kentucky Colonel" and "Kentucky Colonels" [Doc. 85] and the Memorandum and Declaration of Kentucky Colonel Rights [Doc. 86].

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff/Appellee, The Honorable Order of Kentucky Colonels, Inc.*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. mail and/or electronic mail, on this the 15th day of July, 2025:

David J. Wright
302 General Smith Drive
Richmond, KY 40475
david.wright@globcal.net

                                  */s/ Cornelius E. Coryell II*

                                  *Counsel for Plaintiff/Appellee The Honorable Order of Kentucky Colonels, Inc.*

102052770.1