UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 23-5795 and 23-6108

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

      Plaintiff-Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS

      Defendants

DAVID J. WRIGHT

      Defendant-Appellant

### RESPONSE AND OBJECTION TO APPELLANT'S MOTION FOR LIMITED REMAND UNDER FED. R. APP. P. 12.1 (DOC. 93)

Throughout this appeal, Appellant/Defendant David J. Wright ("Wright"), has improperly attempted to relitigate the merits of the underlying action, which was resolved by a court mediated settlement and entry of an Agreed Permanent Injunction which *he* negotiated more than four (4) years ago [DE 93]. No appeal was taken from the entry of that order or dismissal of the claims he zealously litigated for more than a year. The *only* issues on appeal are whether the District Court erred when it found Wright in contempt of the injunction and whether it was proper for the District Court to sanction Wright for his contempt.

Now, Wright once again attempts to resuscitate his unsuccessful defenses to the underlying trademark infringement claim initiated by Plaintiff/Appellee, The Honorable Order of Kentucky Colonels, Inc. ("HOKC") in 2020 through his Motion for Limited Remand Under Fed. R. App. P. 12.1 [Doc. 93] (the "Remand Motion") and his corresponding Motion for Indicative Ruling Under FRCP 62.1 filed in the District Court on August 8, 2025 [DE 185]. Relying entirely upon his tortured and inaccurate characterization of the allegations made in HOKC's 2020 Verified Complaint, Wright claims "fraud on the court" more than five (5) years after those allegations were made. ***Wright's fraud accusations are demonstrably untrue***. More importantly, the District Court *denied* Wright's motion for an indicative ruling by Order dated August 26, 2025 [DE 188].[1] Because the District Court denied the motion for an indicative ruling, the Remand Motion must, likewise, be denied.[2]

---

[1] A copy of the Court's 8/26/25 Order is attached hereto as Exhibit 1.

[2] The Remand Motion also includes a "alternative request" for remand under 28 U.S.C. §2106. Wright provides no legal authority or analysis to support his attempted invocation of that statute independent of his request for relief under Fed. R. Civ. P. 62.1.

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff/Appellee, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by electronic mail, on this the 27th day of August, 2025:

David J. Wright
302 General Smith Drive
Richmond, KY 40475
david.wright@globcal.net

*/s/ Cornelius E. Coryell II*

*Counsel for Plaintiff/Appellee the Honorable Order of Kentucky Colonels, Inc.*

102095845.1